IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

full name and prison name of
plaintiff; William Lanier Ellis
v.

name of persons who violated your
Constitutional rights;
   INVESTIGATOR, Dennis Greene
   INVETIGATOR, Stanley King

) 2007 DEC 18  A 9:51
) DEBRA P. HACKETT, CLK
) U.S. DISTRICT COURT
) MIDDLE DISTRICT ALA.
) Civil Action No. 3:07-CV-1095 MEF
)
) To be supplied by U.S. Dist. Court
)
)
)
)
)

I. Previous Lawsuits;    A.    YES ☐   NO ☒
       Have you began previous Lawsuits with similar facts?
                B:    YES ☐   NO ☒
       Have you began previous Lawsuits relating to your imprisonment
                C.
           1 parties to this previous suit:
               plaintiff _____
               Defendant _____
           2 Court: _____
           3 Docket Number _____
           4 Name of Judge to whom case was assigned _____
           5 Disposition _____
           6 Approximate date of filing lawsuit _____
           7 Approximate date of disposition _____

II.
           Place of present Confinement Prentiss L Griffith
Detention Facility

Place or Institution where Incident occured. 24B, Gaunkt Rd Phenix City Al. 36868

III. Name And Address of Individuals Who Violated your Constitutional Rights

| Name | Address |
|---|---|
| Inv. Dennis Greene | Phenix City Police Dept. 36867 |
| Inv. Stanley King | 307 Prentiss Dr. 36868 |

IV. the date upon which said violation occured October, 5 2006

V. State Briefly the Grounds.

Ground one.
On 10/5/06 the named defendants came to the plaintiffs residence. Without a warrant and did willfully violate the integrity of the plaintiff and his home. After threatening him with acts of rape and Attempted murder. The plaintiff was taken to his bedroom, stripped and Searched. upon entering never produced a warrant nor advising the plaintiff if they entered his home that he was Jeopardizing his home. Furthermore Mr. Greene was in Charge and he clearly seen that the plaintiff was highly intoxicated, Not removing a gun or knife but a half gallon of Vodka. Investigators Green and King clearly

going to Capitalize on the plaintiffs state. The home was Clearly littered with more than fifty consumed alcholic beverages. Moreover the plaintiff had two Misdemenor warrants if he could be detained outside his private dwelling with out the proper search and Seizure warrants the plaintiff nor his home could not be violated there were no exigent Circumstances. Although he has been interrogated he still has not been presented with a warrant. The plaintiffs Mother was present.

To further the Violation the plaintiff was on high levels of Morphine, Methadone & Xanax plus they let the plaintiff Continue to drink in hopes of an easy Confession. It was an easy target for the investigators.

The plaintiff fourth, fifth sixth Eighth tenth and fourteenth amendments are due him to be restored.

DNA was Collected while the plaintiff was intoxicated and on high levels of pain medication. As to what the plaintiff has signed he has no knowledge.

To interogate a suspect while he or She is intoxicated under the influence of narcotics of any sort is a Violation of his or her oath as a peace officers.

The search was Conducted with out a warrant while the plaintiff was Clearly intoxicated

In violation of settled State and federal law. The United States Supreme Court has held the "most basic rule of Jurisprudence is that searches conducted outside the judicial process, without prior approval by a Judge or Magistrate are perse unreasonable under the Fourth Amendment. Subject only to a few specifically established and well delineated exceptions. KATZ vs. US 389 U.S. 347 357 1967 No amount of probable cause can justify a warrantless search and seizure absent exigent Circumstances Coolidge vs N Hampshire 403 US. 443 445 468 1971.

State Breefly what you want the Court to do for you. This is a Manifest injustice my whole life has been destroyed. My rights need to be restored. I'm intitled to Monetary damages Furthermore these officers need to turn in their badges. They are Currently being Sued for other violations.

Signature of plaintiff
William L Ellis Sr.

I declare under penalty of perjury that the foregoing is true and Correct.
Executed on 12-16-07

Signature William L Ellis Sr

P.O. Box 640
Russell County Jail
36868
C/o William Ellis

MONTGOMERY AL 361
17 DEC 2007 PM
HAPPY
USA 41

Office Of the Clerk
United States Dist Court
P.O. Box 711 Montgomery Al
36101