IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:07-CV-1095-MEF |
| | ) |
| DENNIS GREENE, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon review of the complaint filed by the plaintiff on December 18, 2007 (Court Doc. No. 1), and for good cause, the court deems it appropriate to require that the plaintiff file an amendment to his complaint. Accordingly, it is

ORDERED that on or before January 9, 2008 the plaintiff shall file an amendment to his complaint which:

    1. Advises the court whether the defendants arrested him at the time of the search.

    2. Informs the court whether criminal charges were lodged against him based on the search of his home and/or the seizure of DNA evidence from his person.

    3. If charges related to either the challenged search or seizure were filed against him, the plaintiff shall list these charges *and* advise the court of the status of such charges. In responding to this directive, the plaintiff shall advise the court of whether the charges remain pending against him or he has been convicted of any charge related to the search and/or seizure.

In responding to this order, the plaintiff must set forth ***short and plain statements*** showing why he is entitled to relief. Each allegation in the pleading should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*. The plaintiff is cautioned that if he fails to comply with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

Done this 20th day of December, 2007.

                /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE