In The District Court of the United States
For the Middle District of Alabama
Eastern Division

Plaintiff,
William Lanier Ellis Sr.

Defendants
Dennis Greene, Stanley King

Case # 3:07-CV-1095-MEF

## MOTION TO AMEND

Comes now the plaintiff, William Lanier Ellis Sr. with good cause to amend his original Complaint as <u>ORDERED</u> by this Honorable Court on December 20th, 2007

1. The defendants Stanley King and Dennis Greene, DID NOT ARREST the plaintiff at the Search and Seizure. The events of October 5th were based on belief not fact. After the search and Seizure they removed items from the plaintiff's home. After the Collection of evidence they presumed to be relevant, they arrested the plaintiff on two Misdemeanor warrants. The plaintiffs most principle 4th amendment Right to be free from warrantless and unreasonable search and Seizure were violated

2. Criminal Charges were lodged against the plaintiff, 6 months after the search and seizure. The DNA and unlisted items that were removed, have "not" brought about Charges against the plaintiff

However, the plaintiff is Charged with attempted Murder, The plaintiff has been DENIED his Fourth, Fifth, Sixth, Eigth and fourteenth Amendments, That Dennis Greene, Appeared before DENNIS BOSWELL on February 20TH 2007 and Stated to the magistrate that "He Dennis Greene, has reason to believe that the plaintiff tried to Choke his victim". NO evidence, Discovery nor Indictment has occured reminding this Honorable Court the alleged incident happened 9/28/06 as to date the Charge is still pending. Detective Greene never offered the relavence of his belief to the plaintiff.

(i) Asking Consideration of this Court that the plaintiffs Mother was present when the aforesaid occured and will give a True and factual statement. The Defendants even Went about interrogating the plaintiff's mom Glenda Ellis about her pain medication. Thier is no plauseible way it Can be denied what the plaintiffs state of mind was. Furthermore to date no Charges are BASED on the search and Seizure to the plaintiffs knowledge. (ii) However the plaintiff was so advised by one of the Assistant DA's that the DA's office and the Grand Jury were awaiting the results from the state Crime lab, to formally Indict the plaintiff this was 10/31/06

(iii) The plaintiff has no list, idea or Carnal knowledge of the items removed from his home. Asking this Courts Consideration to please remember that the plaintiff has some knowledge of these events, but has in fact investigated to find that

He has not been Granted Due process.

3. Plaintiff has been reincarcerated since March 9th and none of the evidence "whatever that may be" has been presented Furthermore has no appointed Counsel.

4. The Honorable Frank Patterson was appointed to see the plaintiff through his preliminary hearing. The aforesaid never advised the plaintiff of any evidence against him only advising that He should waive preliminary and go to the Grand Jury. The plaintiff spent a total of 15 minutes with his Court Appointed Counsel to defend him in an attempted Murder Case. His only interest was to plea out. I did in fact waive Preliminary and send it strait to the Grand Jury on April 25, 2007

5. Furthermore the plaintiff ask Consideration of the Court to please Consider the plaintiff was on narcotic pain medication and highly intoxicated. Furthermore these officers allowed the plaintiff to Continue to openly drink while they searched his home and person. If the Court so wishes the DNA Sample taken will show high levels of alcohol, Methadone Trazadine and Morphine. The defendants knew exactly what they were doing they even allowed the plaintiff to leave the residence go to a liquor Store and return the plaintiff Could legally be detained outside his home because he had 2 Misdemeanor warrants. The only reason to wait was to take advantage of his Mental state and State of intoxication The plaintiff was in a Suicidal State. Nevertheless the events Can't be ignored.

and is a clear injustice. As this Court is aware the plaintiff has a pending medical case 3:07-CV-920-MHT in this Court and those relevant records will show the high levels of medication these two officers should be turned over to their Divisional Internal Affairs to answer to those in charge. It is plainly entrapment to take advantage of any suspect in a suicidal, intoxicated, mental or any of the combination. The suspect is to be stabilized before questioned or interrogated.

Furthermore the plaintiff moves that the charges against him be dismissed against him.

Executed this 22nd Day of December

Witness to incident
Glenda Ellis — relationship mom  5730 Hodges Drive #6 Columbus Georgia 31905
Julie Green — relationship Fiance, Co, occupant
        2440 46th Ave Longview Wa, 98632

Col William Ellis
P.O. Box 640
Pheny City Al.
36868
Russell County Jail

Office Of The Clerk
P.O. Box 711
Montgomery Alabama. 36101

MONTGOMERY AL 361
26 DEC 2007 PM
USA 41

Legal Mail    36101+0711    Legal Mail