| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, | A. Signature<br>X Ashlea Marie  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  Ashlea Marie  C. Date of Delivery |

Stanley King, Investigator
RUSSELL COUNTY
P O Box 640
Phenix City, AL 36868

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

07cv1095 cmp+Acr OP

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7007 1490 0000 0026 5681

PS Form 3811, February 2004    Domestic Return Receipt    J2595-02-M-1540