IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-CV-1095-MEF |
| | ) |
| DENNIS GREENE, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

In his complaint, the plaintiff names Dennis Greene as a defendant. Service was attempted but unperfected on Dennis Greene because he was not at the address provided by the plaintiff. If a person has not been served, he is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Dennis Greene, the plaintiff must furnish the clerk's office with correct addresses for this individual. Accordingly, it is

ORDERED that on or before February 8, 2008 the plaintiff shall furnish the clerk's office with the correct address of Dennis Greene. **The plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue have been served**. This is the plaintiff's responsibility. Moreover, the plaintiff is specifically cautioned that if service is not perfected on Dennis Greene he will not be considered a party to this cause of action, the court will on its own initiative dismiss the claims against Dennis Greene and this case will proceed against only the defendant on

whom service has been perfected.  *See* Rule 4(m), *Federal Rules of Civil Procedure*.

Done this 24th day of January, 2008.


    /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE