In The United State District Court For The
Middle District of Alabama
Eastern Division

William Lanier Ellis
vs.
Dennis Greene

Case No 3:07-CV-1095-MEF

2008 JAN 29 A 9:17

---

Address Requested for Service of Process

---

Comes now the Plaintiff, Supplying the requested address, Dennis Greene, Phenix City Police Dept. 1111 Broad Street Phenix City, Al. 36868.

Submitted this 27th day of January

William Lanier Ellis

c/o William Ellis
P.O. Box 640
Phenix City Al.
36868

Russell County Jail

Office Of the Clerk

P.O. Box 711 Montgomery Al.
36101

Legal Mail