IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07-CV-1095-MEF |
| ) | |
| DENNIS GREENE, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On January 29, 2008, the plaintiff filed a response in which he advises the court of an address for Dennis Greene (Court Doc. No. 10). The Clerk is hereby DIRECTED to serve a copy of the complaint, amendment to the complaint, order of procedure entered on January 8, 2008 (Court Doc. No. 7) and this order on Dennis Greene, c/o the Phenix City Police Department, 1111 Broad Street, Phenix City, Alabama 36868. Accordingly, it is

ORDERED that Dennis Greene shall file a written report and answer within thirty (30) days of service of this order as directed in the aforementioned order of procedure.

The plaintiff is advised that the court will not continue to monitor this case to ensure that each of the named defendants has been served. This is the plaintiff's responsibility. The plaintiff is cautioned that if service is not perfected on Dennis Greene this individual will not be considered a party to this cause of action and this case will proceed against only those defendants on whom service has been perfected.

Done this 30th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE