| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Sheila Aaron ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Sheila Aaron   C. Date of Delivery |

1. Article Addressed to:

Dennis Greene
Phenix City Police Department
1111 Broad Street
Phenix City, AL 36868

07cv1095 compl and am order

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7007 1490 0000 0024 7854

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15