IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-cv-1095-MEF-SRW |
| | ) |
| DENNIS GREENE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME**

COMES NOW Russell County Sheriff's Deputy Stanley King, a Defendant in the above styled cause, and moves this Honorable Court for an extension of time of forty (40) days to file his Answer and Special Report. As the reason for so moving, the Defendant states as follows:

1. On December 18, 2007, the Plaintiff filed this action in this Court, and on December 27, 2007, the Plaintiff filed an Amended Complaint. (Docs. 1, 5.) On January 8, 2008, the Court ordered a Special Report be filed by the Defendant on or before February 18, 2008. (Doc. 7.)

2. Counsel for the Defendant has not yet had the opportunity to meet with the Defendant and to gather the documentation necessary to provide this Court with a meaningful Special Report.

3. Counsel for the Defendant is in need of this additional time to collect and fully review the documentation, which is potentially relevant to this case, in order to fully respond to the Plaintiff's allegations and provide this Court with a meaningful Special Report.

4. The Defendant has not previously requested an extension of time in this case.

5. The Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests this Honorable Court grant his Motion for Extension of Time to file his Special Report and Answer up to and including March 28, 2008.

Respectfully submitted this 15th day of February, 2008.

                                       **s/Joseph L. Hubbard, Jr.**
                                       JOSEPH L. HUBBARD, JR. (HUB015)
                                       Attorney for Defendant King

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: jhubbard@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and sent notification of such filing by placing a copy of the same in the United States Mail, postage prepaid, to the following:

William Lanier Ellis, Sr.
c/o Russell County Jail
Post Office Box 640
Phenix City, Alabama 36868

                                       **s/Joseph L. Hubbard, Jr.**
                                       OF COUNSEL