**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM LANIER ELLIS, SR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:07-cv-1095-MEF-SRW** |
| | ) | |
| **DENNIS GREENE, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## SPECIAL REPORT

COMES NOW Russell County Sheriff's Deputy Stanley King, a Defendant in the above styled cause, and submits this Special Report to the Court.

## INTRODUCTION

On December 18, 2007, the Plaintiff filed his Complaint with this Court, naming as Defendants Dennis Greene and Stanley King, both of whom he designated as "Investigators."[1] On December 27, 2007, the Plaintiff filed his Amended Complaint. (Doc. 2.) On January 8, 2008, the Court ordered these Defendants to file a Special Report, and on February 15, 2008, the Court granted Deputy King's Motion for Extension of Time, setting the deadline for his Special Report as March 18, 2008. (Docs. 3, 4, 5.)

## PLAINTIFF'S ALLEGATIONS

The Plaintiff's Amended Complaint appears to allege claims for violation of his rights under the Fourth, Fifth, Sixth, Eighth, Tenth, and Fourteenth Amendments to the United States Constitution. (Doc. 1, p. 3.) These claims appear to arise out of an alleged entry into the Plaintiff's residence on October 5, 2006, while he was under the influence of "more than fifty

---

[1] It is not clear whether the Plaintiff believes that these Defendants were both Investigators for the Russell County Sheriff's Office. In fact, only Stanley King was an Investigator for the Russell County Sheriff's Office. (Exhibit A, Affidavit of Stanley King, "King Aff.," ¶¶ 3, 7.)

consumed alcoholic beverages" and "high levels of Morphine, Methadone and Zanax." (Doc. 1, p. 3.) At best, the Plaintiff appears to assert claims for illegal search and seizure in violation of state and federal law. (Doc. 1, pp. 3-4.) The Plaintiff requests monetary damages and injunctive relief specifically that this Court order the Defendants to "turn in their badge"; however, he has not stated exactly what action he wishes this Court to enjoin. (Doc. 1, p. 5.)

## DEFENDANT'S RESPONSE TO PLAINTIFF'S ALLEGATIONS

The Defendant denies the allegations made against him by Plaintiff as being untrue and completely without basis in law or fact. The Defendant denies that he acted, or caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled. The Defendant raises the defenses of Eleventh Amendment immunity, absolute immunity, qualified immunity, the Prison Litigation Reform Act ("PLRA"), and additional defenses presented below. The Defendant reserves the right to add additional defenses if any further pleading is required or allowed by the Court.

## FACTS

The Plaintiff was arrested on October 5, 2006, pursuant to an alias warrant, for driving without a license. (Exhibit B, Inmate Records of William Ellis, "Inmate Records," 10/05/06 Uniform Arrest Report; Exhibit C, Inmate Records, Alias Warrant.)[2] The Plaintiff was later charged with driving with a suspended license. (Exhibit D, Inmate Records, 10/11/06 Uniform Arrest Report.) On February 20, 2007, a warrant was issued for the arrest of the Plaintiff on the charge of attempted murder, and on March 9, 2007, the warrant was executed on the Plaintiff in the Russell County Jail. (Exhibit E, Inmate Records, 2/20/07 Warrant; Exhibit F, Inmate Records, 3/9/07 Uniform Arrest Report.)

---

[2] The Plaintiff's entire inmate and medical files, as of January 4, 2008, have already been submitted to this Court as Exhibits A through H to Doc. 39 in case number 3:07-cv-00920-MHT-SRW. The remainder of the Plaintiff's inmate and medical files are submitted as Exhibit I for the Court's review.

   **a.**  **The Plaintiff's October 5, 2006, arrest**

  On October 5, 2006, Dennis Greene, Investigator for the Phenix City Police Department, and Percy Hill, Sergeant for the Phenix City Police Department, arrived at the Plaintiff's residence to investigate an attempted murder.  (Exhibit G, Investigative Report, pp. 1, 4.)  The Plaintiff consented to a search of his residence by Officers Greene and Hill, and after they located evidence linking the Plaintiff to the attempted murder, the officers took the property into custody.  (Investigative Report, pp.  4-5.)  Officers Greene and Hill conducted an interview of the Plaintiff on October 5, 2006, regarding the attempted murder.  (Investigative Report, pp. 6-7.)  Investigator Greene also obtained biological specimens from the Plaintiff on October 9, 2006.  (Investigative Report, p. 8.)  Defendant King was not involved at any point in the search of the Plaintiff's residence, nor was he in any way involved in the interview of the Plaintiff or the gathering of biological evidence from the Plaintiff.[3]  (King Aff., ¶¶ 5-6; <u>see also</u>, Investigative Report, pp. 1-8.)

   **b.**  **The Russell County Jail grievance policy**

  It is the policy of the Russell County Jail that all inmates are permitted to submit grievances to the jail administration and that each grievance will receive a response.  (Exhibit H, Affidavit or Loetta Holland, "Holland Aff.," ¶¶ 4, 5.)[4]  Inmate grievance forms are made available to inmates upon request, and upon completion, they are delivered to the Jail staff, who will provide a response or forward the grievance to the Jail Administrator, who will issue a response.  (Holland Aff., ¶ 5.)  Copies of all grievances are placed in the inmate's file.  (Holland Aff., ¶ 6.)  The Plaintiff has not filed a grievance, in accordance with the Russell County Jail

---

[3] It appears that the Plaintiff mistook Defendant King for Sergeant Hill, because of their physical similarities.  (<u>See</u> King Aff., ¶ 7.)

[4] A notarized copy of Lieutenant Loetta Holland's affidavit will be supplemented to this Special Report.

grievance policy, regarding any of the allegations made in his Amended Complaint.  (Holland

Aff., ¶ 7.)

## LAW

### I.    The Plaintiff's claims are barred because he has failed to comply with the provisions mandated by 42 U.S.C. § 1997e(a) of the Prison Litigation Reform Act ("PLRA").

#### A.    The Plaintiff has failed to exhaust all available administrative remedies.

Assuming, *arguendo*, that Investigator King was in any way involved in the incidents

made basis of the Plaintiff's Amended Complaint, the claims alleged in the Amended Complaint

are barred by the PLRA.[5]  The Court's adherence to mandates of the PLRA is essential to ensure

that the "flood" of frivolous claims for constitutional violations does not burden and hinder the

Court's consideration of legitimate claims presented by pro se litigants.  See Harris v. Garner,

216 F.3d 970, 972 (11th Cir. 2000) ("In an effort to stem the flood of prisoner lawsuits in federal

court, Congress enacted the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, 110

Stat. 1321 (1996) ('PLRA').").  As the Supreme Court recently recognized in Jones v. Bock:

> Prisoner litigation continues to "account for an outsized share of filings" in
> federal district courts.  Woodford v. Ngo, 548 U.S. ----, ----, n.4, 126 S. Ct. 2378
> (2006) (slip op., at 12, n.4).  In 2005, nearly 10 percent of all civil cases filed in
> federal courts nationwide were prisoner complaints challenging prison conditions
> or claiming civil rights violations.[footnote omitted]  Most of these cases have no
> merit; many are frivolous.  Our legal system, however, remains committed to
> guaranteeing that prisoner claims of illegal conduct by their custodians are fairly
> handled according to law.  The challenge lies in ensuring that the flood of
> nonmeritorious claims does not submerge and effectively preclude consideration
> of the allegations with merit.  See Neitzke v. Williams, 490 U.S. 319, 327 []
> (1989).
>
> Congress addressed that challenge in the PLRA.  What this country needs,
> Congress decided, is fewer and better prisoner suits.  See Porter v. Nussle, 534
> U.S. 516, 524, [] (2002) (PLRA intended to "reduce the quantity and improve the
> quality of prisoner suits").  To that end, Congress enacted a variety of reforms
> designed to filter out the bad claims and facilitate consideration of the good. *Key*

---

[5] The Defendant by no means concedes that he was in any way personally involved in any incident made basis of the Plaintiff's Amended Complaint.

> *among these was the requirement that inmates complaining about prison conditions exhaust prison grievance remedies before initiating a lawsuit.*

127 S. Ct. at 914 (emphasis added). Uniform adherence to all the provisions of the PLRA, especially the grievance exhaustion requirement, is mandatory for inmate litigants and the courts to ensure that the federal judicial system can effectively "separate the wheat from the chaff" with regard to claims asserted by inmate litigants.

The first section of the PLRA provides:

> *No action shall be brought* with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility *until such administrative remedies as are available are exhausted.*

42 U.S.C. § 1997e(a) (emphasis added). Under this provision of the PLRA, an inmate is required to exhaust all administrative remedies before instituting an action under 42 U.S.C. § 1983, and the Court is precluded from granting relief to any plaintiff who has not exhausted *all* his administrative remedies. In <u>Woodford v. Ngo</u>, ___ U.S. ___; 126 S. Ct. 2378, 2382 (2006), the Supreme Court held, "Exhaustion is no longer left to the discretion of the district court, but is *mandatory*." <u>See also</u> <u>Booth v. Churner</u>, 532 U.S. 731, 739 (2001) ("Prisoners must now exhaust all 'available' remedies, not just those that meet federal standards."). However, as the Supreme Court recognized in <u>Jones v. Bock</u>, each prison sets its own parameters for what constitutes compliance with its grievance policy:

> In <u>Woodford</u>, we held that to properly exhaust administrative remedies prisoners must "complete the administrative review process in accordance with the applicable procedural rules," 548 U.S., at ___, 126 S. Ct. 2378 [] – rules that are defined not by the PLRA, but by the prison grievance process itself…. The level of detail necessary in a grievance to comply with the grievance procedures will vary from system to system and claim to claim, but it is the prison's requirements, and not the PLRA, that define the boundaries of proper exhaustion.

127 S. Ct. at 922-23.

Here, the Plaintiff has not filed any grievance regarding any of the allegations in his Complaint.  The Plaintiff has not complied with the provisions of the Russell County Jail grievance policy, so he cannot be deemed to have exhausted all available administrative remedies available to him, as is required by § 1997e(a) of the PLRA.  Therefore, any claims alleged in his Amended Complaint must be dismissed.

**B.    Plaintiff's claims are barred by the PLRA because he has not suffered any physical injury as a result of the allegations in his Amended Complaint.**

Regarding claims by inmates for mental or emotional damages, the Eleventh Circuit has held: "No Federal civil action may be brought by a prisoner confined in a jail, prison, or other correctional facility, for mental or emotional injury suffered while in custody without a prior showing of physical injury . . . .  In order to avoid dismissal under § 1997e(e), a prisoner's claims for emotional or mental injury must be accompanied by allegations of physical injuries that are greater than de minimis."  Mitchell v. Brown & Williamson Tobacco Corp., 294 F.3d 1309 (11th Cir. 2002).  The Plaintiff requests in his Amended Complaint "Mental [and] Anguish Damages."  (Doc. 1, p. 3.)  However, the Plaintiff has made no showing of any physical injury whatsoever, much less a showing of a physical injury that is greater than *de minimis*.  As a result, his Amended Complaint is due to be dismissed under the provisions of § 1997e(e) of the PLRA.

**II.    Alternatively, this Defendant is entitled to be dismissed based on absolute and qualified immunity.**

Assuming, *arguendo*, that Investigator King was in any way involved in the incidents made basis of the Plaintiff's Amended Complaint, the Plaintiff's claims are barred on two immunity grounds.  First, this Defendant is absolutely immune from any state law claim under Article I, § 14 of the Alabama Constitution of 1901 in both his official and individual capacities.

Second, in his individual capacity, this Defendant is entitled to qualified immunity to any federal claims.

A.    **This Defendant is entitled to absolute immunity from any state law claims the Plaintiff may have asserted in his Complaint.**

To the extent that this Court construes the Plaintiff's Amended Complaint as alleging any state law claims, the Defendant is absolutely immune from money damages under Article I, § 14 of the Alabama Constitution of 1901.    Article I, § 14 of the Alabama Constitution of 1901 provides "[t]hat the State of Alabama shall never be made a defendant in any court of law or equity."    This section grants the State and its agencies "absolute" immunity from suit in any court.    Ex parte Mobile County Dep't of Human Res., 815 So. 2d 527, 530 (Ala. 2001).    Section 14 immunity bars "almost every conceivable type of suit."    Hutchinson v. Bd. of Trustees of Univ. of Ala., 256 So. 2d 281, 283 (Ala. 1971).    Section 14 immunity is "nearly impregnable."    Patterson v. Gladwin Corp., 835 So. 2d 137, 142 (Ala. 2002).

Under the Alabama Constitution of 1901, sheriffs are executive officers of the State of Alabama.    See Alabama Constitution of 1901, art. V, § 112; Oliver v. Townsend, 534 So. 2d 1038, 1044 (Ala. 1988); Hereford v. Jefferson County, 586 So. 2d 209, 210 (Ala. 1991); see also McMillian v. Monroe County, 117 S. Ct. 1734 (1997) (holding that an Alabama sheriff represents the State of Alabama when executing law enforcement duties).    A sheriff's employees are legally an extension of the sheriff and are likewise considered officers of the State of Alabama.    See Ex parte Sumter County, 953 So. 2d 1235 1239-40 (Ala. 2006) citing Mosely v. Kennedy, 17 So. 2d 536, 537 (Ala. 1944) ("Deputies and jailers are alter egos of the Sheriff and are state employees."); Hereford, 586 So. 2d at 210.    Suits against Alabama sheriffs and their employees are therefore prohibited because they are suits against the State.    See Parker v. Amerson, 519 So. 2d 442, 446 (Ala. 1987); Hereford, 586 So. 2d at 210; Ex parte Haralson, 853 So. 2d 928, 932

(Ala. 2003).  This is true even when the sheriff is sued "individually, and as Sheriff."  <u>Parker</u>, 519 So. 2d at 445.

There are only limited exceptions to this immunity.  An Alabama sheriff is immune from suit

> except for actions brought (1) to compel him to perform his duties, (2) to compel him to perform ministerial acts, (3) to enjoin him from enforcing unconstitutional laws, (4) to enjoin him from acting in bad faith, fraudulently, beyond his authority, or under mistaken interpretation of the law, or (5) to seek construction of a statute under the Declaratory Judgment Act if he is a necessary party for the construction of the statute.

<u>Parker</u>, 519 So. 2d at 443.  Accordingly, even in situations where sheriffs and their employees are sued for negligence or bad faith, the only exceptions to sovereign immunity allowed by the Alabama Supreme Court under Art. 1, § 14 of the Alabama Constitution of 1901, are to enjoin their conduct.  <u>Alexander v. Hatfield</u>, 652 So. 2d 1142, 1143 (Ala. 1994).  With only these narrow exceptions, Alabama sheriffs and their deputies are immune from suit.  <u>Ex parte Purvis</u>, 689 So. 2d at 796; <u>Ex parte Blankenship</u>, 893 So.2d 303, 305 (Ala. 2004).

The Alabama Supreme Court has again affirmed that sheriffs and deputies enjoy absolute immunity to state law money damages claims.  <u>Ex parte Davis</u>, 930 So. 2d 497, 501 (Ala. 2005).  In <u>Davis</u>, the Conecuh County Circuit Court refused to grant a Conecuh County deputy's motion to dismiss state law money damages claims.  930 So. 2d at 499.  Plaintiff's claims against the deputy included false imprisonment, assault and battery, outrage, wantonness, negligence, trespass, and conversion.  <u>Id.</u>  Granting the deputy's petition for a writ of mandamus and instructing the circuit court to grant the motion to dismiss, the Alabama Supreme Court held that "an action against a sheriff – or a deputy sheriff – for damages arising out of the performance of his duties is essentially a suit against the state" and thereby

barred under Article I, § 14 of the Alabama Constitution of 1901.  Id. at 501 (internal quotations and citations omitted).

Here, the Plaintiff has requested "injunctive relief" in his Amended Complaint, specifically he asks this Court to order the Defendants to "turn in their badge; however, he has not stated exactly what action he wishes this Court to enjoin.  This claim for injunctive request does not fit squarely into any of the recognized exceptions to the absolute immunity afforded this Defendant under Article I, § 14 of the Alabama Constitution of 1901.

**III.    All claims against this Defendant in his official capacity must fail based on Eleventh Amendment immunity and because he is not a "person" under 42 U.S.C. § 1983.**

The Plaintiff's claims against this Defendant in his official capacity are due to be dismissed for lack of subject matter jurisdiction; as such claims are barred by the Eleventh Amendment to the United States Constitution.  Parker v. Williams, 862 F.2d 1471, 1476 (11th Cir. 1989) (holding a sheriff sued in his official capacity is entitled to Eleventh Amendment immunity); Free v. Granger, 887 F.2d 1552, 1557 (11th Cir. 1989) (holding that a sheriff sued in his official capacity is entitled to Eleventh Amendment immunity); Carr v. City of Florence, 918 F.2d 1521, 1525 (11th Cir. 1990) (holding a deputy sheriff sued in his official capacity is entitled to Eleventh Amendment immunity); Lancaster v. Monroe County, 116 F.3d 1419, 1430-31 (11th Cir. 1997) (extending Eleventh Amendment immunity to include jailers employed by county sheriffs).

In addition, the official capacity claims must fail because 42 U.S.C. § 1983 prohibits a **person**, acting under color of law, from depriving another of his rights secured by the United States Constitution.  42 U.S.C. § 1983 (emphasis added).  The United States Supreme Court has held that state officials, in their official capacities, are not "persons" under § 1983.  Will v. Michigan Dep't of State Police, 491 U.S. 58, 71 (1989).  Any claims against the Defendant in his

official capacity should therefore be dismissed because he is not a "person" under § 1983 and therefore claims against him in his official capacity fails to state a claim upon which relief can be granted.  Id.; Carr, 916 F.2d at 1525 n.3.

**IV.  Alternatively, this Defendant is entitled to qualified immunity in his individual capacity because nothing in his conduct crossed a "bright line" contour of clearly established constitutional law.**

Assuming, *arguendo*, that Investigator King was in any way involved in the incidents made basis of the Plaintiff's Amended Complaint, he is entitled to qualified immunity.  Had he been involved, this Defendant would have been acting within his discretionary authority as an investigator for the Russell County Sheriff's Office during all times relevant to the Plaintiff's Amended Complaint because all his actions were taken in the furtherance of his duties.  See, e.g., Holloman ex rel. Holloman v. Harland, 370 F.3d 1252 (11th Cir. 2004).  All actions alleged in the Plaintiff's Amended Complaint are necessarily law enforcement activities.  Once a defendant has asserted the defense of qualified immunity and shown that he was acting within his discretionary authority, the threshold inquiry a court must undertake is whether the plaintiff's allegations, if true, establish a constitutional violation.  Saucier v. Katz, 533 U.S. 194, 201 (2001).  This initial inquiry is whether "[t]aken in the light most favorable to the party asserting the injury, do the facts alleged show the officer's conduct violated a constitutional right?"  Id. (citing Siegert v. Gilley, 500 U.S. 226, 232 (1991)).

**1.  This Defendant did not violate the Plaintiff's federally protected rights.**

The Plaintiff has alleged violations of his constitutional rights under the Fourth, Fifth, Sixth, Eighth, Tenth, and Fourteenth Amendments.

To the extent that Plaintiff alleges violation of his Tenth Amendment rights, the Supreme Court has not recognized that any claim under the Tenth Amendment must necessarily implicate

federal action.  See, e.g., New York v. U.S., 505 U.S. 144, 156-157 (1992) (observing that "[t]he Tenth Amendment confirms that the power of the Federal Government is subject to limits that may, in a given instance, reserve power to the States.  The Tenth Amendment thus directs us to determine, as in this case, whether an incident of state sovereignty is protected by a limitation on an Article I power.").  Here, the Plaintiff has alleged no federal action that could have impeded any power reserved to the State of Alabama.  Accordingly, the Plaintiff has not alleged a claim for violation of his Tenth Amendment rights.[6]

To the extent that the Plaintiff has alleged a violation of his Eighth Amendment rights, the Plaintiff was not a State inmate at the time of his allegations, and therefore, his claim falls under the Fourteenth Amendment, not the Eighth.  Lancaster v. Monroe County, 116 F.3d 1419, 1425 n.6 (11th Cir. 1997) ("A government official's treatment of a pre-trial detainee is governed by the Due Process Clause of the Fourteenth Amendment, see Bell v. Wolfish, 441 U.S. 520, 535 n.16 [] (1979), while the Cruel and Unusual Punishment Clause of the Eighth Amendment governs an official's treatment of a convicted prisoner.  See Estelle v. Gamble, 429 U.S. 97, 104 [] (1976)"); Andujar v. Rodriguez, 486 F.3d 1199, 1203 n.3 (11th Cir. 2007) ("Claims of deliberate indifference to the serious medical needs of pretrial detainees are governed by the Fourteenth Amendment's Due Process Clause rather than by the Eighth Amendment's Cruel and Unusual Punishment Clause, which governs similar claims by convicted prisoners").  Accordingly, the Plaintiff has failed to state a claim against this Defendant for violation of his Eighth Amendment rights and any Eighth Amendment claim is due to be dismissed.

To the extent that the Plaintiff has alleged a violation of his Fourth, Fifth, Sixth, and Fourteenth Amendment rights, they all appear to be based on the allegations that the Phenix City

---

[6] Arguably, because the Tenth Amendment limits federal power that impedes power reserved to the States, there could be no private cause of action under the Tenth Amendment.

Police Officers entered his residence, searched the residence, collected evidence, and interviewed the Plaintiff while he was intoxicated. As demonstrated by the evidence before the Court, this Defendant had no involvement in any incident alleged in the Plaintiff's Amended Complaint. However, even if this Defendant had participated in the allegations of the Amended Complaint, the Plaintiff has failed to allege that *any Defendant* was aware of his intoxication, much less that they took advantage of it. See U.S. v. Contreras, 372 F.3d 974 (8th Cir. 2004) (defendant's alleged intoxication did not prevent his voluntary consent to search of his home, where officers conducting search testified that defendant appeared to be sober and in control of his faculties, and there was no evidence to suggest that officers had made any threats, promises of leniency, or misrepresentations); U.S. v. Green, 678 F.2d 81 (8th Cir. 1982). Accordingly, the Plaintiff has failed to state a valid claim for violation of his Fourth, Fifth, Sixth, or Fourteenth Amendment rights.

**V.    No case law placed this Defendant on notice that his conduct would violate Plaintiff's "clearly established" federal rights.**

Even had the Plaintiff successfully stated a constitutional violation, he still bears the burden of showing that the state of the law provided the Defendant with "fair warning" that his conduct would violate the Plaintiff's "clearly established" federal rights. Willingham v. Loughnan, 321 F.3d 1299, 1301 (11th Cir. 2003). In determining whether the conduct of the Defendant was clearly established as violating the Plaintiff's constitutional rights, the reviewing court must examine the state of the law at the time the alleged deprivation occurred. See Rodgers v. Horsley, 39 F.3d 308, 311 (11th Cir. 1994). A constitutional right is clearly established only if its contours are "sufficiently clear that a reasonable official would understand that what he is doing violates that right." Anderson v. Creighton, 483 U.S. 635, 640 (1987); Lancaster, 116 F.3d at 1424. "Unless a government agent's act is so obviously wrong, in the light of pre-existing law, that

only a plainly incompetent officer or one who was knowingly violating the law would have done

such a thing, the government actor has immunity from suit."  Storck v. City of Coral Springs, 354

F.3d 1307, 1318 (11th Cir. 2003), 354 F.3d at 1318 (quoting 28 F.3d at 1149).  As the Eleventh

Circuit has explained, "[a] plaintiff cannot rely on . . . 'broad legal truisms' to show that a right is

clearly established. . . . '[i]f case law, in factual terms, has not staked out a bright line, qualified

immunity almost always protects the defendant.'"  Kelly v. Curtis, 21 F.3d 1544, 1550 (11th Cir.

1994) (reversing denial of qualified immunity as to some defendants) (quoting Post v. City of Fort

Lauderdale, 7 F.3d 1552, 1557 (11th Cir. 1992)).

"In this circuit, the law can be 'clearly established' for qualified immunity purposes only

by decisions of the U.S. Supreme Court, Eleventh Circuit Court of Appeals, or the highest court

of the state where the case arose," here, the Alabama Supreme Court.  Jenkins v. Talladega Bd.

of Educ., 115 F.3d 821, 827 (11th Cir. 1997) (en banc) (citations omitted).

Neither the United States Supreme Court, nor the Eleventh Circuit, nor the Alabama

Supreme Court has held an official liable under 42 U.S.C. § 1983 for conducting a search,

seizing evidence, and conducting an interview with a suspect with his consent where he did not

take advantage of the suspect's intoxication, much less where the officer had no knowledge of

the suspect's intoxication.  In U.S. v. Williams, 544 F.2d 807 (5th Cir. 1977), the Fifth Circuit

held that defendant lacked capacity to knowingly and voluntarily consent to search of his

houseboat because he was under the influence of drugs or alcohol at the time.[7]  However, in

Williams, the Court observed, that the Plaintiff "*appeared to the agents* to be under the influence

of drugs or alcohol."  Id. at 809 (emphasis added).  Because no clearly established law would

---

[7] Williams is binding precedent for this Court.  Bonner v. City of Prichard, 661 F.2d 1206, 1210 (11th Cir. 1981)
("The decisions of the former Fifth Circuit, adopted as precedent by the Eleventh Circuit, will, of course, be subject
to the power of the Eleventh Circuit sitting en banc to overrule any such decision").

have given this Defendant fair notice that he violated the Plaintiff's constitutional rights, he would be entitled to qualified immunity.

**VI.    The text of the constitutional provisions that Plaintiff alleges were violated do not on their face prohibit the Defendant's conduct.**

The Eleventh Circuit has recognized an alternate method for establishing that the Defendant had notice that his conduct was unlawful.  Accordingly, even where the Plaintiff cannot demonstrate that the case law provides the Defendant notice that his conduct violates Plaintiff's constitutional rights, as is the case here, he can establish that the Defendant still had "fair warning" of the constitutional deficiencies of his conduct from the text of the constitutional provision in question. In such a case, Plaintiff must either demonstrate that the pertinent federal statute or federal constitutional provision is specific enough on its face to prohibit the Defendant's conduct as unconstitutional, even in the total absence of case law.  Storck, 354 F.3d at 1317.  The Eleventh Circuit has identified the latter method as an "obvious clarity" case.  Vinyard v. Wilson, 311 F.3d 1340, 1350 (11th Cir. 2002) (footnote omitted).  To establish this case as an "obvious clarity" case, Plaintiff must show that "the words of the pertinent federal statute or federal constitutional provision" establishing the federal right allegedly violated are "specific enough to establish clearly the law applicable to particular conduct" such that "case law is not needed to establish that the conduct cannot be lawful."  Vinyard, 311 F.3d at 1350.

No text of any Amendment implicated by the allegations of the Amended Complaint prohibits the conduct of the Defendant in this case as unconstitutional.  Even if the Plaintiff had alleged conduct that violated his constitutional rights, neither the relevant bodies of case law nor the text of the relevant constitutional provisions would have put this Defendant on notice that his conduct would have violated the Plaintiff's constitutional rights.

## VII.     Summary Judgment Standard

On a motion for summary judgment, the court should view the evidence in the light most favorable to the nonmovant.  Greason v. Kemp, 891 F.2d 829, 831 (11th Cir. 1990).  However, a plaintiff "must do more than show that there is some metaphysical doubt as to the material facts."  Matsushita Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574, 586 (1986).  Only reasonable inferences with a foundation in the record inure to the nonmovant's benefit.  See Reeves v. Sanderson Plumbing Products, Inc., 530 U.S. 133 (2000).  "[T]he court should give credence to the evidence favoring the nonmovant as well as that 'evidence supporting the moving party that is uncontradicted or unimpeached, at least to the extent that that evidence comes from disinterested witnesses.'"  Reeves, 530 U.S. at 151, quoting 9A C. Wright & A. Miller, Federal Practice and Procedure § 2529, p. 299.[8]  "A reviewing court need not 'swallow plaintiff's invective hook, line and sinker; bald assertions, unsupportable conclusions, periphrastic circumlocutions, and the like need not be credited.'"  Marsh v. Butler County, 268 F.3d 1014, 1036 n.16 (11th Cir. 2001) (en banc) quoting Massachusetts School of Law v. American Bar, 142 F.3d 26, 40 (1st Cir. 1998).

## CONCLUSION

Investigator Stanley King denies each and every allegation made by Plaintiff, William Ellis, in his Amended Complaint.  This Defendant has not acted in a manner so as to deprive the Plaintiff of any right to which he is entitled.

---

[8] Although Reeves was a review of a motion for judgment as a matter of law after the underlying matter had been tried, the Supreme Court in determining the proper standard of review relied heavily on the standard for summary judgment stating, "the standard for granting summary judgment 'mirrors' the standard for judgment as a matter of law, such that 'the inquiry under each is the same.'"  Reeves, 530 U.S. at 150, citing Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 250-251 (1986); Celotex Corp. v. Catrett, 477 U.S. 317, 323 (1986).

Respectfully submitted this 18th day of March, 2008.

> **s/Joseph L. Hubbard, Jr.**
> JOSEPH L. HUBBARD, JR. (HUB015)
> Attorney for Defendant King
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone: (334) 262-1850
> Fax: (334) 262-1889
> E-mail:  jhubbard@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and sent notification of such filing by placing a copy of the same in the United States Mail, postage prepaid, to the following:

William Lanier Ellis, Sr.
c/o Russell County Jail
Post Office Box 640
Phenix City, Alabama  36868

> **s/Joseph L. Hubbard, Jr.**
> OF COUNSEL

# Exhibit  A

## Affidavit of Stanley King

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM LANIER ELLIS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07-cv-1095-MEF-SRW |
| | ) | |
| DENNIS GREENE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF STANLEY KING

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF RUSSELL | ) |

1.     My name is Stanley King.  I am over the age of nineteen years and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2.     I began my service with the Russell County Sheriff's Office in 1996 as a corrections officer in the Russell County Jail.  In 1998, I was promoted to a Deputy with the Russell County Sheriff's Office, and in 2004, I was promoted to Investigator.  I have attended the police academy, and I have a total of twelve years of law enforcement experience.

3.     I am an Investigator for the Russell County Sheriff's Office, Russell County, Alabama, and was employed in that position at all times relevant to Plaintiff's Complaint.

4.     I have reviewed the Plaintiff's Complaint and Amended Complaint filed in this matter.  I have no personal knowledge of the facts stated in the Amended Complaint.  I did not become aware of the allegations of the Amended Complaint until I was served with it.

5.    I was not involved at any point in the search of the Plaintiff's residence, nor was I in any way involved in the interview of the Plaintiff or the gathering of biological evidence from the Plaintiff.

6.    I had no personal contact with the Plaintiff prior to the filing of this action.  He likely would have seen me, however, while he was incarcerated in the Russell County Jail.

7.    I am familiar with Percy Hill.  He is a Sergeant with the Phenix City Police Department.  He is an African American with a shaved head and resembles me physically.

8.    I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

_____
STANLEY KING

**SWORN TO** and **SUBSCRIBED** before me this _17th_ day of March, 2008.

_____
NOTARY PUBLIC
My Commission Expires: MY COMMISSION EXPIRES JANUARY 11, 2012

2

# Exhibit B

## 10/05/06 Uniform Arrest Report

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | FBI Completed |
|---|---|
| ☐ 1 Yes | ☐ 1 Yes |
| ☐ 2 No | ☐ 2 No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

## IDENTIFICATION

1 ORI # US72CCO
2 AGENCY NAME Phenix City Police Department
3 CASE # 06PL30254
4 SFX

5 LAST, FIRST, MIDDLE NAME ELLIS WILLIAM
6 ALIAS AKA

7 SEX M 8 RACE B 9 HGT 602 10 WGT 180 11 EYE BRO 12 HAIR BRO 13 SKIN FAIR 14
☐ SCARS ☐ MARKS ☐ TATOOS ☐ AMPUTATIONS

15 PLACE OF BIRTH Columbus GA
16 SSN 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
17 DATE OF BIRTH 05-09-1936
18 AGE
19 MISCELLANEOUS ID #

20 SID #
21 FINGERPRINT CLASS
22 DL #
23 ST

24 FBI #
25 IDENTIFICATION COMMENTS

26 ☐ RESIDENT ☒ NON-RESIDENT
27 HOME ADDRESS 243 GANNT RD PHENIX CITY AL 36869
28 RESIDENCE PHONE (334) 448-6279
29 OCCUPATION UNEMPLOYED

30 EMPLOYER Computers
31 BUSINESS ADDRESS
32 BUSINESS PHONE

## ARREST

33 LOCATION OF ARREST 1111 BROAD ST PHENIX CITY AL 36867
34 SECTOR #
35 ARRESTED FOR YOUR JURISDICTION? ☐ YES ☒ NO

36 CONDITION OF ARRESTEE: ☐ DRUNK ☐ SOBER ☐ DRINKING ☐ DRUGS
37 RESIST ARREST? ☐ YES ☒ NO
38 INJURIES? ☐ OFFICER ☐ ARRESTEE ☒ NONE
39 ARMED? ☐ Y ☒ N
40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ OTHER FIREARM ☐ OTHER WEAPON

41 DATE OF ARREST 10-05-06
42 TIME OF ARREST 21:30
43 DAY OF ARREST
44 TYPE ARREST
45 ARRESTED BEFORE? ☐ YES ☐ NO ☐ UNKNOWN

46 CHARGE—1 ☐ FEL ☐ MISD ALIAS WRIT
47 CHARGE—2 NA
49 UCR CODE

50 STATE CODE/LOCAL ORDINANCE 00001000
51 WARRANT # CS1496
52 DATE ISSUED 07-12-05
53 STATE CODE/LOCAL ORDINANCE NA
54 WARRANT # NA
55 DATE ISSUED

56 CHARGE—3 NA
57 UCR CODE
58 CHARGE—4 NA
59 UCR CODE

66 ARREST DISPOSITION ☒ HELD ☐ BAIL ☐ RELEASED ☐ TOT—LE ☐ OTHER
68 ARRESTED WITH (1) ACCOMPLICE None

## VEHICLE

(blank)

## JUVENILE

(blank)

## RELEASE

91 DATE AND TIME OF RELEASE 10-05-06
92 RELEASING OFFICER NAME Reeca Puin
93 AGENCY/DIVISION Phenix City Police Dept
94 ID # A/4

95 RELEASED TO:
96 AGENCY/DIVISION RCSO
97 AGENCY ADDRESS 303 14th St Phenix City AL 36867

101 REMARKS ON 10-05-06 subject was arrested without incident or injury.

102 SIGNATURE OF RECEIVING OFFICER C. Suden 22:02 10-5-06
103 SIGNATURE OF RELEASING OFFICER

111 ARRESTING OFFICER Puin
112 ID # A/4
113 ARRESTING OFFICER NA
114 ID # NA

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC—34 REV. 10-90

# Exhibit C

## Alias Warrant

LYE.21:29 10/05/2006 8569474
QH.AL0570010.LYE.


***** WANTED PERSON FILE *****
MISDEMEANOR WARRANT
WILL ONLY EXTRADITE FROM ADJACENT COUNTIES OF  BARBOUR,BULLOCK,DALE,HENRY,PIKE,R
USSELL
MKE/WANTED PERSON
ORI/AL0060100
NAM/ELLIS,WILLIAM L  SEX/M  RAC/W
DOB/19710509
HGT/601  WGT/180  EYE/BRO  HAI/BRO
SOC/255319737
AIN/30145958  OCA/TR0102772
OOC/FAILURE TO APPEAR
WNO/020000080  DOW/20020208
MIS/DRIVING W/O OBTAINING DRIVERS LICENSE
DTE/20060624  DTM/20060914
VLN/ATKINS,SHERRY  VLD/20060914
ORI IS AL0060100 - EUFAULA POLICE DEPT
TEL/3346871200   ALT TEL/3346871201
FAX/3346871205
***** IMMED CONFIRM WITH ORI *****
***END OF RESPONSE***

SEQ # 0073 MRI # 8569474

# Exhibit D

## 10/11/06 Uniform Arrest Report

**ALABAMA UNIFORM ARREST REPORT**

| Fingerprinted | R&I Completed |
|---|---|
| ☐ Yes | ☐ Yes |
| ☑ No | ☑ No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

| 1 ORI | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0570000 | Russell County Sheriff Dept | | |

**5 LAST, FIRST, MIDDLE NAME** / ALIAS AKA
Ellis William Lanier

| 6 SEX | 7 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 |
|---|---|---|---|---|---|---|---|
| ☑M ☐F | ☑W ☐B ☐I ☐A ☐H ☐O | 602 | 180 | Blo | Blo | | ☐SCARS ☐MARKS ☐TATTOOS ☐AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Columbus, Muscogee GA | 2801-231-912 | 48 8589970 | 36 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|

| 24 FBI # | HENRY CLASS | 25 IDENTIFICATION COMMENTS |
|---|---|---|
| | NCIC CLASS | |

| 26 ☐ RESIDENT ☑ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 24-R Gaunt Rd Phenix City Al 36869 | 28 RESIDENCE PHONE ( ) | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) N/A | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE ( ) |
|---|---|---|

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) Russell County Jail | 34 SECTOR # A1 | 35 ARRESTED FOR YOUR JURISDICTION? ☐ YES ☐ NO |
|---|---|---|
| | | ☐ OUT OF STATE AGENCY |

| 36 CONDITION OF ARRESTEE: | 37 INJURED? | 38 INJURED? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☐ DRUNK ☑ SOBER ☐ DRINKING ☐ DRUGS | ☐ YES ☑ NO | ☑ NONE ☐ OFFICER ☐ ARRESTEE | ☐ YES ☑ NO ☐ UNKNOWN | ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ OTHER FIREARM ☐ OTHER WEAPON  N/A |

| 41 DATE OF ARREST Mar 11 06 live | 42 TIME OF ARREST ☐AM ☑MIL | 43 DAY OF ARREST S M T W T F S | 44 TYPE OF ARREST ☑ ON VIEW ☐ CALL ☐ WARRANT | 45 ARRESTED BEFORE? ☐ YES ☐ NO |
|---|---|---|---|---|

| 46 CHARGE — 1 ☐ FEL ☑ MISD FTA (Drive w/ Suspended) | 47 UCR CODE | 48 CHARGE — 2 ☐ FEL ☐ MISD | 49 UCR CODE |
|---|---|---|---|

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 56 CHARGE — 3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE — 4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 66 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION ☑ HELD ☐ BAIL ☐ RELEASED ☐ TOT—LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO | TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

## JUVENILE

| 82 JUVENILE DISPOSITION: | ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

## RELEASE

| 91 DATE AND TIME OF RELEASE M D Y : ☐AM ☐MIL | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 AGENCY/DIVISION | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☑ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|

| LOCAL USE |
|---|

| STATE USE |
|---|

| 102 SIGNATURE OF RECEIVING OFFICER Russell TQ-11-JG 1723 | 103 SIGNATURE OF RELEASING OFFICER William P Flynn |
|---|---|

| MULTIPLE CASE CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) Flynn William P | 112 ID # 5737 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|

**TYPE OR PRINT IN BLACK INK ONLY** | ACJIC — 34 REV. 7-04

# Exhibit E

## 2/20/07 Warrant

```
               ALABAMA JUDICIAL INFORMATION SYSTEM
            * * * IN THE DISTRICT COURT OF RUSSELL COUNTY * * *

AGENCY NUMBER:                    WARRANT NUMBER: WR 2007 000474.00
                                  OTHER CASE NBR:         .

                        C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
RUSSELL COUNTY, ALABAMA, PERSONALLY APPEARED   INV DENNIS GREENE
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT    WILLIAM LANIER ELLIS         DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT SEPTEMBER 28, 2006, WITH INTENT TO COMMIT THE CRIME OF
MURDER, (SECTION 13A-6-2 OF THE CODE OF ALABAMA) ATTEMPT TO COMMIT SAID
OFFENSE BY CHOKING JUDY DENICE CATCHINGS,
IN VIOLATION OF 13A-004-002                    OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.


                                  COMPLAINANT'S SIGNATURE


                        ORIGINAL



SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 20 DAY OF FEBRUARY, 2007.

JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: ATTEMPT - MURDER      13A-004-002         F  FELONY

WITNESS FOR THE STATE

INV DENNIS GREENE/P.C.P.D./PHENIX CITY/36867


OPERATOR: DEB    DATE: 02/20/2007
```

# Exhibit F

## 3/9/07 Uniform Arrest Report

# ALABAMA UNIFORM ARREST REPORT

☐ Fingerprinted    ☐ R04 Completed
☐ Yes              ☐ Yes
☐ No               ☐ No

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

| 1 ORI # | 2 Agency Name | 3 Case # | 4 SSN |
|---|---|---|---|
| A L 0 5 0 0 0 0 | Russell County Sheriff's Dept. | | |

5 Last, First, Middle Name: Ellis, William Lamar
6 Alias AKA:

| 7 Sex | 8 Race | 9 Ethnicity | 10 Hgt | 11 Wgt | 12 Eye | 13 Hair | 14 Skin | 15 |
|---|---|---|---|---|---|---|---|---|
| ☑ M | ☑ B | ☐ Hispanic ☑ Other | 6-1 | 170 | Bro | Blk | | ☐ Scars ☐ Marks ☐ Tattoos ☐ Amputations |

| 16 Place of Birth (City, County State) | 17 SSN | 18 Date of Birth | 19 Age | 20 Miscellaneous ID # |
|---|---|---|---|---|
| Columbus GA | 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 | 05 09 70 | 36 | |

| 21 SID # | 22 Fingerprint Class | Key | Major | Primary | SCDV | Sub-Secondary | Final | 23 DL# | 24 SI |
|---|---|---|---|---|---|---|---|---|---|
| | Henry Class | | | | | | | | |
| 25 FBI # | NCIC Class | | | | | | | 26 Identification Comments | |

| 27 | ☐ Resident ☑ Non-Resident | 28 Home Address (Street, City, State, Zip) 5832 East Hgts Drive Columbus GA | 29 Residence Phone ( ) | 30 Occupation (Be Specific) |
|---|---|---|---|---|

| 31 Employer (Name of Company/School) | 32 Business Address (Street, City, State, Zip) | 33 Business Phone ( ) |
|---|---|---|

## ARREST

| 34 Location of Arrest (Street, City, State, Zip) Russell County Jail | 35 Sector # | 36 Arrested for Your Jurisdiction? ☑ Yes ☐ No ☐ In State ☐ Out of State Agency |
|---|---|---|

| 37 Condition of Arrestee: | ☐ Drunk ☐ Drinking | ☑ Sober ☐ Drugs | 38 Resist Arrest? ☐ Yes ☑ No | 39 Injuries? ☐ Officer ☐ Arrestee | ☑ None | 40 Armed? ☐ Y ☑ N | 41 Description of Weapon ☐ Handgun ☐ Rifle ☐ Shotgun ☐ Other Firearm ☐ Other Weapon |
|---|---|---|---|---|---|---|---|

| 42 Date of Arrest | 43 Time of Arrest | 44 Day of Arrest | 45 Type of Arrest? | 46 Arrested Before? |
|---|---|---|---|---|
| 03 09 07 | 2030 ☐ AM ☐ PM | S M T W T☑ F S 1 2 3 4 5 6 7 | ☐ On View ☑ Warrant ☐ Call | ☐ Fel ☐ Y ☐ N ☑ Unknown |

| 47 Charge - 1 ☑ Fel ☐ Misd Attempted Murder | 48 UCR Code | 49 Charge - 2 ☑ Fel ☐ Misd Writ Of Arrest | 50 UCR Code |
|---|---|---|---|

| 51 State Code/Local Ordinance 13A-4-2 | 52 Warrant # 2007000474 | 53 Date Issued 02 21 07 | 54 State Code/Local Ordinance | 55 Warrant # 1996 000010 | 56 Date Issued 12 19 06 |
|---|---|---|---|---|---|

| 57 Charge - 3 ☐ Fel ☐ Misd | 58 UCR Code | 59 Charge - 4 ☐ Fel ☐ Misd | 60 UCR Code |
|---|---|---|---|

| 61 State Code/Local Ordinance | 62 Warrant # | 63 Date Issued M D Y | 64 State Code/Local Ordinance | 65 Warrant # | 66 Date Issued M D Y |
|---|---|---|---|---|---|

| 67 Arrest Disposition ☑ Held ☐ Bail ☐ Released | 68 If Out On Release What Type? ☐ Tot - LE ☐ Other | 69 Arrested with (1) Accomplice (Full Name) |
|---|---|---|
| | | 70 Arrested with (2) Accomplice (Full Name) |

## VEHICLE

| 71 VYR | 72 VMA | 73 VMO | 74 VST | 75 VCO | Top Bottom | 76 Tag # | 77 LIS | 78 LIY |
|---|---|---|---|---|---|---|---|---|

| 79 VIN | | 80 Impounded? ☐ Yes ☑ No | 81 Storage Location/Impound # |
|---|---|---|---|

82 Other Evidence Seized/Property Seized

## JUVENILE

| 83 Juvenile Disposition: | ☐ Handled and Released ☐ Ref. to Juvenile Court | ☐ Ref. to Welfare Agency ☐ Ref. to Other Police Agency | ☐ Ref. to Adult Court | 84 Released To |
|---|---|---|---|---|

☐ Continued in Narrative

| 85 Parent or Guardian (Last, First, Middle Name) | 86 Address (Street, City, Zip) | 87 Phone ( ) |
|---|---|---|

| 88 Parents Employer | 89 Occupation | 90 Address (Street, City, Zip) | 91 Phone ( ) |
|---|---|---|---|

## RELEASE

| 92 Date and Time of Release | 93 Releasing Officer Name | 94 Agency/Division | 95 ID # |
|---|---|---|---|
| ☐ AM ☐ Int. ☐ PM | | | |

| 96 Released To | 97 Agency/Division | 98 Agency Address |
|---|---|---|

| 99 Personal Property Released to Arrestee ☐ Yes ☐ No ☐ Partial | 100 Property Not Released/Held At: | 101 Property # |
|---|---|---|

102 Remarks (Note Any Injuries at Time of Release)

Local Use
State Use

| 103 Signature of Receiving Officer Russell 3/9/07 2226 | 104 Signature of Releasing Officer |
|---|---|

## MULTIPLE CASE CLOSED

| 105 Case # | 106 SFX | 107 Case # | 108 SFX | 109 Case # | 110 SFX | 111 MULTIPLE CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|

| 112 Arresting Officer (Last, First, M.) James Williamson | 113 ID # 5711 | 114 Arresting Officer (Last, First, M.) | 115 ID # | 116 Supervisor ID # | 117 Watch Cmdr ID # |
|---|---|---|---|---|---|

TYPE OR PRINT IN BLACK INK ONLY

ACJIC - 1/06

# Exhibit G

## 10/05/06 Investigative Report

```
02/28/08               RUSSELL COUNTY SHERIFF'S DEPARTMENT                    274
12:21                       LAW Incident Table:                      Page:     1

Incident Number: 06PL30242
Nature: Murder Attempt    Case Number: _____ _____    Image: __
  Addr: 24-B Guantt rd                          _____ Area: J002  Out of City L>
  City: Phenix City    ST: AL Zip: 36867        Contact:
+- Complainant:     45070 ------------------------------------------------------+
| Lst: Columbus                   Fst: Police      Mid: Dept.                    |
| DOB:  /  /    SSN:    -  -       Adr: 510 10th Street                          |
| Rac:  Sx:  Tel: (706)653-3000  Cty: Columbus        ST: GA Zip: 31901          |
+--------------------------------------------------------------------------------+
  Offense Codes: ATTP 1307 _____ _____ _    Reported: ASLT  Observed: 1307
  Circumstances: BM99  LT20  SUA   SUD   WPERS  _____ _____ _____ _____ __
Rspndg Officers: Greene, D.    Hill, P.    Vargo, M.
Rspnsbl Officer: Greene, D.    Agency: PCPD        CAD Call ID: PC0469314
    Received By: S. Register     Last RadLog: 19:51:34 10/05/06     CMPLT
  How Received: T  Telephone      Clearance: CI   Cleared, Investigator
   When Received: 17:10:05 10/05/06   Disposition: CAA  Disp Date: 03/03/07
Occurrd between: 10:00:00 09/28/06   Judicial Sts:
           and: 23:45:00 09/28/06    Misc Entry:
MO: Evidence Clctd  Blood             Evidence Clctd   Photos              &
  Narrative: (See below)                                                  +
Supplement: (See below)            + (See below)                          + &

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date      Description                   Relationship
JM    070309009  03/09/07   Attempted Murder         +   *Arrest/Offense
JM    070221008  02/21/07   Attempted Murder             *Arrest/Offense
NM     248184    09/29/07   Brennaman, Bruce             Witness
NM     248183    10/17/06   Jimmerson, Melissa           Witness
NM      45070    10/09/06   Columbus, Police Dept.       *Complainant
NM     139814    10/09/06   Hatcher, Harvey              Witness
NM     248182    10/09/06   Farmer, Andy                 Witness
NM     198572    10/06/06   Catchings, Judy Denice       Victim
NM     218924    10/06/06   REDWINE, WAYNE               Victims Son Contact
NM     219121    10/06/06   Redwine, Mark Todd           Suspect
NM      49172    10/05/06   Ellis, William Lanier        Suspect
CA    PC0469314  10/05/06   17:10 10/05/06 Assault-Simple  *Initiating Call
PR    P00142759  10/17/07   Blood Sample Human       $0  Evidence
PR    P00142763  10/17/06   SIL DVD Movies Sony DVD-R $0  Evidence
PR    P00142764  10/17/06   SIL DVD Movies Sony DVD-R $0  Evidence
PR    P00142765  10/17/06   Sampler Oral Swabs       $0  Evidence
PR    P00142745  10/05/06   WHI Pillow Large         $0  Evidence
PR    P00142746  10/05/06   WHI Pillow Medium        $0  Evidence
PR    P00142747  10/05/06   RED Shirt UNK UNK        $0  Evidence
PR    P00142748  10/05/06   RED Panel Shorts unk     $0  Evidence
PR    P00142749  10/05/06   PNK Clothing Ladies Panties $0 Evidence
PR    P00142750  10/05/06   PNK Clothing Ladies Panties $0 Evidence
PR    P00142751  10/05/06   WHI Clothing Ladies Panties $0 Evidence
PR    P00142752  10/05/06   WHI Clothing Ladies Bra  $0  Evidence
PR    P00142753  10/05/06   GRY Scarf Ladies         $0  Evidence
PR    P00142754  10/05/06   GRY Carpet 1' X 10" unk  $0  Evidence
```

```
PR  P00142755  10/05/06   Pad Carpet 1' X 10"        $0  Evidence
PR  P00142756  10/05/06   BLK Cassette VHS Tape      $0  Evidence
PR  P00142757  10/05/06   SIL DVD Movies Sony CD-R   $0  Evidence
PR  P00142758  10/05/06   Sampler Oral Swabs         $0  Evidence
```

LAW  Incident Offenses Detail:

### Offense Codes

| Seq | Code | Amount |
|-----|------|--------|
| 1 | ATTP Attempt | 0.00 |
| 2 | 1307 Agg Asslt 1,2,3 N-F StrongArm | 0.00 |

LAW  Incident Circumstances:

### Contributing Circumstances

| Seq | Code | | Comments |
|-----|------|--|----------|
| 1 | BM99 | Unknown Bias | |
| 2 | LT20 | Residence/Home | |
| 3 | SUA | Suspectd using alcohol | |
| 4 | SUD | Suspectd using drugs | |
| 5 | WPERS | Personal Weapons used | |

LAW  Incident Responders Detail

### Responding Officers

| Seq | Name | Unit |
|-----|------|------|
| 1 | Greene, D. | 294 |
| 2 | Hill, P. | 270 |
| 3 | Vargo, M. | 194 |

Main Radio Log Table:

| Time/Date | Typ | Unit | Code | Zone | Agnc | Description |
|-----------|-----|------|------|------|------|-------------|
| 19:51:34 10/05/06 | 1 | 294 | CMPLT | PCITY | PCPD | incid#=06PL30242 Completed cal |

Incident M.O. Detail:

### Modus Operandi

| Seq | Factor | | Method |
|-----|--------|--|--------|
| 1 | Evidence Clctd | Evidence Collected | Blood |
| 2 | Evidence Clctd | Evidence Collected | Photos |
| 3 | Evidence Clctd | Evidence Collected | Video |
| 4 | Solvability | Solvability Factors | Phys. Evidence Pres. |
| 5 | Solvability | Solvability Factors | ID Tech. Called |
| 6 | Suspect Actions | Suspect Actions | Multiple Suspects |

Narrative:

Assault Investigation Narrative

1. Brief description of the offense: On 10-05-2006 @ 1630 hours, I met with Det. A. Farmer of the Columbus Police Department in reference to this possible assault. See supplements for details.

2. Relationships between the parties; motives, mutual consent:
See Supplements.

3. Weapons or force used:
See Supplements.

4. Victim's injuries, medical treatment given:
See Supplements.

5. Witness observations:
See Supplements.

6. Additional information:
See Supplements.

7. Date, time, reporting officer:
Fri Oct  6 14:36:15 EDT 2006
Inv. Dennis Greene
06PL30242

Law Supplemental Narrative:

Supplemental Narratives

| Seq | Name | Date | Narrative |
|-----|------|------|-----------|
| 1 | Greene, D. | 09:09:15 10/09/06 | |

06PL30242 Investigative Narrative

On 10-05-2006 @ 1630 hours, I was assigned this case as a follow-up investigation. On this date at this time I was contacted by Det. Farmer of the Columbus Police Department. Det. Farmer advised me that he was investigating a possible assault on Judy Denice Catchings (Victim). Det. Farmer advised me that Ms. Catchings was currently in the Columbus Medical Center on a ventilator. Ms. Catchings was picked up at 5819 Hodges Drive in Columbus Ga on 09-28-2006 @ 2359 hours by an ambulance and transported to the Medical Center. Wayne Redwine was reported as the individual who called Columbus 911. Det. Farmer stated that she was unresponsive when she was found. Det. Farmer stated that once Ms. Catchings arrived at the hospital she was examined by Dr. McCants. Det. Farmer stated that Dr. McCants stated that victim had purplish coloring on her skin, indicating that she had not been getting oxygen for a long period of time. The victim also had visible bruising on the soft tissue of the neck, indicating possible strangulation had occurred. The victim was reported to have bruising on her thighs and knees. The victim also had abrasions on her knees. There was also evidence of anal tearing on the victim. The victim was completely unresponsive and listed as being in critical condition. Det. Farmer stated that Dr. McCants was not sure if the victim would recover. Det. Farmer stated that the victim was photographed by ID Tech. Pierson. Det. Farmer stated that he was not sure where this incident occurred. Det. Farmer stated that the boyfriend of the victim Mark Redwine had been interviewed in this case. Det. Farmer stated that Mr. Redwine told him that the victim and him had been over at William Ellis' house located on Gaunt Road. Det. Farmer wanted me to assist him in going to Gaunt Road so he could interview William Ellis in reference to this case.

On 10-05-2006 @ 1700 hours, Det. Farmer (CPD), Sgt. P. Hill (PCPD), and I went to 24-B Guant Road and met with William Ellis. Mr. Ellis confirmed that Mark Redwine and Judy Catchings were at his residence from 09-25-2006 until 09-28-2006 @ 2330 hours. Mr. Ellis stated that sometime between 1000 hours and 2330 hours, Ms. Catchings got sick and he took them home to their residence on Hodges Drive in Columbus, Ga. Mr. Ellis stated that Ms. Catchings was unresponsive at 2330 hours so they carried her to his vehicle and he took them home. Mr. Ellis stated that he did not know what had happened to Ms. Catchings. Mr. Ellis was asked for permission to search his residence to see if we could located anything that might be relevant to this case. Mr. Ellis gave permission to search his residence. Mr. Ellis signed a consent to search form.

While searching Mr. Ellis' residence we located in the master bedroom of this residence the following items that might be evidence in this case.

1 Large pillow with reddish colored stains
1 Medium pillow with brownish color stains

  2 Greene, D.        10:51:56 10/09/06
***Adult Interview w/Waiver of Rights***

1. Interview of: William Lanier Ellis

2. Case Number: 06PL30242

3. Date: 10-05-2006

4. Time: 2000 Hours

5. Report By: Inv. Dennis Greene

---

On Thursday October 5th, 2006, at 2000 hours, Inv. Dennis Greene and Sgt. P. Hill interviewed William Ellis concerning the investigation of the assault on Judy Catchings.

William Ellis was advised of what is commonly known as his Miranda Rights by means of a standard waiver of rights form, which was read to him by Inv. Dennis Greene, to which he indicated that he understood, and indicated same by signing the waiver of rights form.

The following pertinent information relevant to this investigation was obtained during this interview:

Mr. Ellis stated that Judy Catchings and Mark Redwine came to his residence on 09-25-2005. Mr. Ellis stated that on 09-27-2006 around 2000 hours Mark thought that he had his hand on Judy's ass. Mr. Ellis stated that Mark got upset and got into a verbal argument with Judy. Mr. Ellis stated that they went into the master bedroom. Mr. Ellis stated that he did not see what happened in the bedroom, but he did not hear anything physical. Mr. Ellis stated that he saw Judy after this verbal argument and he did not see any physical marks on Judy. Mr. Ellis stated that they sat around the house drinking beer and watching TV. Mr. Ellis stated that everyone went to sleep. Mr. Ellis stated that he woke up at 0215 hours on 09-28-2006. Mr. Ellis stated that Mark was asleep in the living room. Mr. Ellis stated that he looked through the house and did not see Judy anywhere in the house. Mr. Ellis stated that he woke Mark up and told him Judy was not there. Mr. Ellis stated that Mark was not concerned so they both went back to sleep. Mr. Ellis stated that Judy came in the house on 09-28-2006 @ 1000 hours. Mr. Ellis stated that Judy told him she had slept in a ditch. Mr. Ellis stated that Judy was cold so he gave her a blanket and made her some coffee. Mr. Ellis stated that Judy appeared to be fine, she was walking normal and talking normal. Mr. Ellis stated that about two hours later Judy stated that she did not feel good so she went and laid down in the master bedroom. Mr. Ellis stated that he kept telling Mark that he needed to check on her. Mr. Ellis stated that Mark checked on her a couple of times but was only gone for about a minute when he checked on her. Mr. Ellis stated that he checked Judy's tempeture with a thermometer for children in the ear. Mr. Ellis stated that he remembered the tempeture was 71 degrees. Mr. Ellis stated that he knew this was not normal. Mr. Ellis stated that him and Mark took Judy's clothes off and put her in some sweat pants and a shirt to warm her up. Mr. Ellis stated that she was wearing a pair of red shorts and a red shirt. Mr. Ellis stated that all the clothes she had on

belonged to his wife, who he was currently separated from. Mr. Ellis stated that him and Mark carried Judy to his vehicle. Mr. Ellis stated that he was driving them home around 2300 hours on 09-28-2006, when he became sleepy. Mr. Ellis stated that he stopped at the Waffle House in Columbus, Ga. on Bradley Park Drive and got him some coffee and something to eat. Mr. Ellis stated that Mark and Judy stayed in the vehicle. Mr. Ellis stated that he then took them to their house on Hodges Drive and left them at their residence. Mr. Ellis stated that when they put the clothes on Judy she was unresponsive. Mr. Ellis stated that she was unresponsive during the whole trip while he was taking them home. Mr. Ellis stated he did not take Judy to a hospital because she was Mark's responsibility not his. Mr. Ellis stated that he has never had sex with Judy. Mr. Ellis stated that he did see some type of liquid coming from Judy's mouth when she was laying in the floor in his master bedroom. Mr. Ellis stated that she was laying on the pillows (that I collected for evidence) at his residence. Mr. Ellis stated that he did not call for an ambulance while they were at his house because he knew he had a warrant for his arrest.


*************** See DVD for complete interview *******************

  3 Greene, D.        11:32:00 10/09/06
06PL30242 Supplement


    On 10-05-2006 @ 2043 hours, I obtained a written consent from
William Ellis to obtain a biological specimen for investigative
purposes. I used two sterile swabs and swabbed the inside of Mr. Ellis'
mouth to obtain this specimen. These swabs were packaged and will be
sent to the Alabama Department of Forensic Sciences to obtain a DNA
profile for Mr. Ellis. This profile will be used for comparison in this
case.

4 Greene, D.        10:37:13 10/10/06
06PL30242 Supplement

On 10-10-2006 @ 0835 hours, I met with ADA Buster Landreau in
reference to this case. I advised Mr. Landreau on the facts of this
case. Mr. Landreau advised that I needed to establish jurisdiction in
this case. Mr. Landreau advised me to have the Columbus Police
Department obtain the medical records for Ms. Catchings and provide me
with a copy of the medical records.

5 Vargo, M.           15:12:58 10/11/06
06PL30242    Sgt.Michael Vargo

On 10-5-06 at approx. 18:06hrs.,Inv. arrived at 24-B Gaunnt Rd. in Phenix City,Ala. and met with Inv.Dennis Greene and Inv.Percy Hill. Inv.Greene briefed Inv. of the case(See supplements filed by Inv.Dennis Greene for further details).

Inv. used a departmental issued Panasonic vhs camcorder(sn# E6WA10718; PDID# 0937) to videotape the exterior of the trailor. Inv. entered the residence through the front door and began videotaping the interior of the residence. Inv. walked through the kitchen/diningroom area and into the master bedroom. Inv. thoroughly videotaped the master bedroom area. Inv. saw on the master bedroom floor two large white in color pillows. There was red stains on both pillows that may possibly be blood. There was a stain on the carpet near both pillows and there were several other items of clothing lying about the same area(See supplement filed by Inv.Dennis Greene for a list of the clothing items).

Inv. used a product called Bluestar Forensic to spray the pillows, clothing items,and the stain in the carpet.

(Bluestar Forensic is a blood reagent that detects the presence of blood. If an area has blood stains and the product(Bluestar Forensic) is sprayed on the area,the blood(whether visible or unvisible to the eye) will illuminate the color blue.)

Inv. sprayed the before-mentioned items and the items reacted for the presence of blood when blue luminescence occurred. Inv. videotaped the before mentioned items before and after the Bluestar Forensic product was used.

6 Greene, D.        12:40:40 10/17/06
06PL30242 Supplement

On 10-17-2006 @ 1000 hours, I went to the Columbus Medical
Center and met with Robert Wayne Redwine on the 8th floor in the ICU
section. Mr. Redwine is the next of kin to Ms. Judy Catchings (victim).
Mr. Redwine gave the hospital written consent to draw blood from his
mother Judy Catchings to be used in this case as her DNA standard for
comparison of evidence in this case. The blood was drawn by Ms. Melissa
Jimmerson, who is a RN at the Medical Center. This was approved by Tripp
Layfield who is the Medical Centers attorney. I placed a copy of the
consent form in the case file. Mr. Redwine also consented to me
obtaining a copy of Ms. Catchings medical records and to take photos of
Ms. Catchings. These items were added to the case file.

7 Greene, D.        12:42:18 10/17/06
***Adult Interview w/Waiver of Rights***

1. Interview of: Mark Redwine

2. Case Number: 06PL30242

3. Date: 10-17-2006

4. Time: 1350 hours

5. Report By: Inv. Dennis Greene

---

On Tuesday, October 17th, 2006, at 1350 hours, Inv. Dennis Greene interviewed Mark Redwine concerning the investigation of the possible assault of Judy Catcchings.

Mark Redwine was advised of what is commonly known as his Miranda Rights by means of a standard waiver of rights form, which was read to him by Inv. Dennis Greene, to which he indicated that he understood, and indicated same by signing the waiver of rights form.

The following pertinent information relevant to this investigation was obtained during this interview:

Mr. Redwine stated that he and Judy Catchings were over at William Ellis' house located on Gaunt Road in Phenix City on 09-27-2006. Mr. Redwine stated that all three of them had been drinking. Mr. Redwine stated that they were at this location so Judy could clean William's house. Mr. Redwine stated that on this date he saw William place his hand on Judy's ass. Mr. Redwine stated that he got angry and Judy and he had a verbal argument. Mr. Redwine stated that he continued to drink alcohol and eventually passed out in a chair in the living room of William's house. Mr. Redwine stated that around 3:00 A.M. on 09-28-2006 William woke him up and told him Judy was gone. Mr. Redwine stated that he did not get up to look for Judy, he went back to sleep. Mr. Redwine stated that Judy came back to William's house around 10:00 A.M. on 09-28-2006. Mr. Redwine stated that Judy told him that she had gone for a walk and had fallen asleep in a ditch. Mr. Redwine stated that Judy was physically fine when she returned to the house at 10:00 A.M. Mr. Redwine stated that they began drinking again and William began giving her pills. Mr. Redwine stated that William was giving her hydrocordone and morphine pills. Mr. Redwine stated that he did not know how many pills Judy had taken.

Mr. Redwine stated that Judy and he went to Terry's Grocery in Smiths to buy some bacon so they could eat. Mr. Redwine stated that Judy was driving and was all over the road. Mr. Redwine stated that he made Judy pull over and he drove the rest of the way back to Williams's house.  Mr. Redwine stated that once they were back at Williams's house. Judy and him went into Williams's bedroom and had sex. Mr. Redwine stated he did not ejaculate while they were having sex. Mr. Redwine stated that he noticed Judy was getting sick, so he told her to lie down in the bedroom. Mr. Redwine stated that he was concerned about Judy so he went and checked on her. Mr. Redwine stated that she appeared to be

unconscious and she was very cold. Mr. Redwine stated that he and William put her in the bath tub to see if they could warm her up. Mr. Redwine stated that he and William placed some long pants and a shirt on Judy. Mr. Redwine stated that William would not let him call an ambulance for Judy, because he had a warrant for his arrest and he did not want to go to jail.

Mr. Redwine stated that William and him placed Judy in his truck and took Judy to Hodges Drive in Columbus, Ga. Mr. Redwine stated that they arrived around 11:30 P.M. on Hodges Drive. Mr. Redwine stated that he did not know why William did not take them to a hospital. Mr. Redwine stated that William helped him get Judy out of his truck and then William left from Hodges Drive. Mr. Redwine stated that Judy's son Wayne Redwine saw him in the yard with Judy and had someone call for help.

Mr. Redwine stated that he does not know what happened to Judy. Mr. Redwine stated that he did not do anything physical to Judy. I asked Mr. Redwine about the bruises around Judy's neck. Mr. Redwine stated he don't know what happened to Judy. Mr. Redwine denied having rough sex with Judy where he would have choked her. I asked Mr. Redwine if he got mad at Judy for leaving in the middle of the night. Mr. Redwine stated no that she does that all the time.

********* SEE DVD FOR COMPLETE INTERVIEW **********

8 Greene, D.        14:06:58 10/26/06
06PL30242 Supplement

On 10-26-2006 @ 1045 hours, I met with Det. Andy Farmer at the Columbus Police Department in reference to this case. Det. Farmer provided me with the photos that were taken of Ms. Judy Catchings on the night she was brought into the Medical Center. Det. Farmer also turned over the following evidence to me in reference to this case:

1 State of Georgia Sexual Assault kit
1 Brown bag containing the clothing Ms. Catchings was wearing when she came to the hospital
1 Copy of the medical report completed by hospital staff for the sexual assault kit.

I placed the medical report and pictures in the case file. I placed the clothes and sexual assault kit in property and evidence.

  9 Greene, D.        15:35:07 01/17/07
06PL30242 Supplement

        On 01-11-2007, I was contacted by Mr. Wayne Redwine in reference
to this case. Mr. Redwine advised me that his mother Judy Catchings had
her trachea tub removed and could talk. Mr. Redwine advised me that she
told him she remembered what happened to her, but would not tell him. I
advised Mr. Redwine I would attempted to talk with her to get her side
of this incident.

        On 01-16-2007 @ 1800 hours, I went to the Columbus Medical
Center in an attempt to talk with Judy Catchings. I was advised by the
sixth floor nurses' supervisor that I could not talk to Judy without
hospital security being present. I waited 1 hour and 15 minutes for
security. Security never showed up in order for me to talk with Judy. I
will attempt to talk with Judy again on another date.

10 Greene, D.        17:18:19 01/18/07
06PL30242 Supplement

        On 01-18-2007 @ 1715 hours, I was contacted by Mark Redwine who
advised me that his mother had been moved from the Medical Center in
Columbus, Ga. to the Hamilton House in Columbus, Ga. Mr. Redwine
advised me that she was in room 314. I advised Mr. Redwine I would go to
the Hamilton House and speak with her since I could not see her at the
Medical Center.

11 Greene, D.        19:21:00 01/24/07
06PL30242 Supplement

On 01-24-2007 @ 1530 hours, I went to the Hamilton House located in Columbus, Ga. in an effort to talk with the victim in this case Judy Catchings. I met with Ms. Catchings in room 248 at this location. Ms. Catchings was awake and conscious when I entered the room. I spoke with Ms. Catchings in reference to her case. Ms. Catchings was aware of what I was there to talk with her about. I asked Ms. Catchings if she knew what had happened to her the reason she was in the condition she is in. Ms. Catchings stated "Yes". Ms. Catchings advised me that she had been beat up prior to her going to the hospital. I asked Ms. Catchings if she had been forced to have sex with anyone on the day this incident occurred. Ms. Catchings stated "No". Ms. Catchings advised me that Mr. William Ellis was responsible for her being in this condition. Ms. Catchings would not elaborate on what had happened. I asked Ms. Catchings if she wanted anyone to go to jail for what they had done to her. Ms. Catchings stated "No". I asked Ms. Catchings if Mark Redwine had anything to do with her being in this condition. Ms. Catchings stated "No". I asked Ms. Catchings if she wanted me to continue my investigation into what had happened to her. Ms. Catchings stated "No". I closed this investigation due to the lack of prosecution of the victim. Ms. Catchings could not move from the neck down. It is unknown if she will ever recover from this condition.

12 Greene, D.        13:35:32 01/28/07
06PL30242 Supplement

On 01-28-2007 @ 1200 hours, I spoke with Mr. Wayne Redwine in reference to this case. Mr. Redwine advised me that his mother Judy Catchings talked with him and advised him that she wanted to talk with me again in reference to her case. Mr. Redwine advised me that she wanted to tell me what happened to her and that she wished to seek prosecution in her case. Mr. Redwine advised me that she was afraid of what Mark Redwine would do to her if she put him in jail. I advised Mr. Redwine I would go back and talk with his mother Judy Catchings.

13 Greene, D.        13:40:56 02/11/07
06PL30242 Supplement

On 02-11-2007 @ 1230 hours, I went to the Hamilton House Nursing Home in Columbus, Ga. and spoke with Ms. Judy Catchings (Victim) in reference to this case. Ms. Catchings advised me that Mark Redwine and her began fighting at William Ellis house the day she went to the hospital. Ms. Catchings stated that Mark Redwine "beat the hell out of her" while in a bedroom at William Ellis's house. Ms. Catchings stated that Mark grabbed her by the throat and choked her. Ms. Catchings stated that they both choked her and tried to kill her. I asked Ms. Catchings if she wanted Mark and William to go to jail for what they had done. Ms. Cathings began crying and stated "yes". I advised Ms. Catchings if this case went to trial that she would have to come to court and testify. Ms. Catchings stated that she would.

I advised Ms. Catchings I would sign the warrants in this case on her behalf, but I would need to come back and get a video statement from her in reference to this case. Ms. Catchings stated that that would be fine with her.

14 Greene, D.        15:13:21 02/15/07
06PL30242 Video Interview

On 02-15-2007 @ 1430 hours, I met with Ms. Judy Catchings at The
Hamilton House Nursing Home in Columbus, Ga. The purpose of this
meeting was to obtain a video statement from Ms. Catchings in reference
to the assault on her which took place on 09-28-2006. The following is a
summary of Ms. Catchings video statement:

Ms. Catchings stated that Mr. Mark Redwine and a guy named Will
were responsible for the assault on her. Ms. Catchings stated that this
incident occurred in Alabama. Ms. Catchings stated that she was in Will's
vehicle with Will and Mark. Ms. Catchings stated that Mark and Will
tried to kill her by choking her. Ms. Catchings stated that she was
raped by Mark and Will. Ms. Catchings stated that they both forced them
selves inside of her without her permission. Ms. Catchings stated that
they took her life from her. Ms. Catchings is paralyzed from the neck
down as a result of this attack.

I placed this video statement in this case file. See Video for
complete statement.

Ms. Catchings was very emotional at the time of this interview.
Ms. Catchings stated that William and Mark both raped her. Ms. Catchings
did not go into detail about the rape. Ms. Catchings was in and out of
conciousness. Ms. Catchings does not know why Mark and William did this
to her. Ms. catchings stated that this occurred in Alabama at or near
Williams house. Judy did not know the exact location of Williams house.

15 Greene, D.        10:16:59 02/20/07
***Obtaining an Arrest Warrant***

1. Case Number: 06PL30242

2. Warrant #: WR2007000474.00

3. Date: 02-20-2006

4. Time: 1000 hours

5. Report By: Inv. Dennis Greene

      On Tuesday, February 20th 2007, at 1000 hours, Inv. Dennis Greene went to the Russell County Circuit Court Clerk's Office, where I signed an affidavit stating the facts of this case. After which, a warrant was issued by Dennis Boswell, for the arrest of William Lanier Ellis, for the offense of attempt to commit murder.

Bond set at : $25,000.00.

      I am waiting on the examination of the evidence in this case from the Alabama Department of Forensic Sciences in this case to see if charges will be filed for rape or sodomy. If the evidence supports the allegation of rape or sodomy the findings will be presented to the Grand Jury.

16 Greene, D.        10:23:04 02/20/07
***Obtaining an Arrest Warrant***

1. Case Number: 06PL30242

2. Warrant #: WR2007000475.00

3. Date: 02-20-2006

4. Time: 1000 hours

5. Report By: Inv. Dennis Greene

      On Tuesday, February 20th 2007, at 1000 hours, Inv. Dennis Greene went to the Russell County Circuit Court Clerk's Office, where I signed an affidavit stating the facts of this case. After which, a warrant was issued by Dennis Boswell, for the arrest of Mark Todd Redwine, for the offense of attempt to commit murder.

Bond set at : $25,000.00.

      I am waiting on the examination of the evidence in this case from the Alabama Department of Forensic Sciences in this case to see if charges will be filed for rape or sodomy. If the evidence supports the allegation of rape or sodomy the findings will be presented to the Grand Jury.

17 Greene, D.        16:20:00 02/21/07
06PL30242 Arrest Supplement

On 02-21-2006 @ 1200 hours, I was contacted by the Muscogee
County Sheriffs department in reference to the arrest of Mark Redwine. I
was advised that they had him in custody and he could be picked up at
their office in Columbus, Ga. I went to the Muscogee County Sheriffs
office and brought Mr. Redwine back to the Phenix City Police Department
and arrested Mr. Redwine on this warrant. Mr. Redwine was fingerprinted
and photographed in reference to this case. I conducted a second
interview with Mr. Redwine. See second interview supplement for details.
Mr. Redwine signed a waiver of extradition, which I placed in the case
file.

18 Greene, D.       16:20:00 02/21/07
***Adult Interview w/Waiver of Rights***

1. Interview of: Mark Todd Redwine

2. Case Number: 06PL30242

3. Date: 02-21-2007

4. Time: 1415 Hours

5. Report By: Inv. Dennis Greene

---

On Wednesday, February 21, 2007, at 1415 Hours, Inv. Dennis Greene interviewed Mark Todd Redwine concerning the investigation of the assault on Judy Catchings.

Mark Redwine was advised of what is commonly known as his Miranda Rights by means of a standard waiver of rights form, which was read to him by Inv. Dennis Greene, to which he indicated that he understood, and indicated same by signing the waiver of rights form.

The following pertinent information relevant to this investigation was obtained during this interview:

This is a second interview with Mr. Redwine. During the second interview there were no significant changes to any of his first statements. Mr. Redwine is denying choking or assaulting Ms. Catchings. Mr. Redwine stated that he did not rape Ms. Catchings or have any knowledge of anyone raping Ms. Catchings. Mr. Redwine stated that he does not know what happened to Ms. Catchings.

************ SEE DVD FOR COMPLETE INTERVIEW ********************

19 Greene, D.          15:23:00 03/10/07
06PL30242 Arrest Supplement

        On 03-10-2007, I was contacted by the Russell County Jail in
reference to the arrest of Mr. William Ellis in this case. I went to the
Russell County Jail and picked Mr. Ellis up and brought him to the
Phenix City Police Department so he could conduct a second interview of
him in reference to this case. See Second interview supplement. Mr.
Ellis was fingerprinted and photographed in reference to this case.

20 Greene, D.          15:23:00 03/10/07
***Adult Interview w/Waiver of Rights***

1. Interview of: Walliam Lanier Ellis

2. Case Number: 06PL30242

3. Date: 03-10-2007

4. Time: 1305 Hours

5. Report By: Inv. Dennis Greene

---

On Saturday, March 10, 2007, at 1305 Hours, Inv. Dennis Greene interviewed William Ellis concerning the investigation of the assault on Judy Catchings.

William Ellis was advised of what is commonly known as his Miranda Rights by means of a standard waiver of rights form, which was read to him by Inv. Dennis Greene, to which he indicated that he understood, and indicated same by signing the waiver of rights form.

The following pertinent information relevant to this investigation was obtained during this interview:

This is a second interview with Mr. Ellis. During the second interview there were no significant changes to any of his first statements. Mr. Ellis is denying choking or assaulting Ms. Catchings. Mr. Ellis stated that he did not rape Ms. Catchings or have any knowledge of anyone raping Ms. Catchings. Mr. Ellis stated that he does not know what happened to Ms. Catchings.

*********** SEE DVD FOR COMPLETE INTERVIEW *******************

21 Herder, M.        11:34:39 04/10/07
I/O DID NOT GET PUT ON DISC; ARREST PACKAGE(WILLIAM ELLIS; ATT TO COMMIT MURDER)
SENT TO CID


Tue Apr 10 11:35:12 EDT 2007   ARREST PACKAGE(MARK REDWINE; ATT TO COMMIT
MURDER) SENT TO CID

22 Greene, D.        14:34:09 08/08/07
06PL30242 Supplement

On 08-08-2007 @ 1430 hours, I spoke with Ms. Phyllis Roland of
the Alabama Department of Forensic Sciences in reference to this case.
Ms. Roland was checking to see which evidence she needed to process
first in this case. I advised Ms. Roland that I needed her to see if any
of the evidence submitted put Ms. Catchings at the scene of this crime.
I then needed her to see if there was any evidence of a sexual assault
in this case.

# Exhibit H

## Affidavit of Loetta Holland

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **WILLIAM LANIER ELLIS, SR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO. 3:07-cv-1095-MEF-SRW** |
| | ) |
| **DENNIS GREENE, *et al.*,** | ) |
| | ) |
| **Defendants.** | ) |

## AFFIDAVIT OF LOETTA HOLLAND

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF RUSSELL** | ) |

1.    My name is Loetta Holland.  I am over the age of nineteen years and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2.    I am a Lieutenant and the Jail Administrator of the Russell County Jail, Russell County, Alabama, and was employed in that position at all times relevant to Plaintiff's Complaint.

3.    I have reviewed the Plaintiff's Complaint and Amended Complaint filed in this matter.  I have no personal knowledge of the facts stated in the Amended Complaint.  I did not become aware of the allegations of the Amended Complaint until I was served with it.

4.    It is the policy of the Russell County Sheriff's Department that members of the Jail staff receive and answer inmate grievances.

5.    Inmate grievance forms are made available to inmates upon request, and upon completion, they are delivered to the Jail staff, who will provide a response or forward the grievance to me and I will issue a response.

6.    Copies of all completed grievances are placed in the inmate's file.

7.    The Plaintiff has never filed a grievance regarding any of the circumstances made the basis of his Amended Complaint.

7.    I certify and state that the documents provided to the Court which are attached to the Defendants' Special Report are true and correct copies of the Plaintiff's inmate and health records kept at the Russell County Jail in the regular course of business.

8.    I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.


_____

LOETTA HOLLAND


**SWORN TO** and **SUBSCRIBED** before me this _____ day of March, 2008.


_____

NOTARY PUBLIC
My Commission Expires:_____

2

# Exhibit I

## Medical File of William Lanier Ellis, Sr.

Ellis, William

| Date/Time | | Nurse Signature |
|---|---|---|
| 013108 0730 | Was transported this am to EAMC for back surgery. | Pheffrey L., RNCCHP |
| 013108 1215 | Holding cell #2 cleared and sanitized, blue mattress ē clean sheets in place. | Pheffrey L. RNCCHP |
| 1345 | Returned and placed in holding cell #2. Officer Schroeder sent to have Rx filled @ Stadium Pharmacy. | Pheffrey L. RNCCHP |
| 1400 | Spoke ē Dr. Warr in ref. to new Rx orders decid Instructed to D/C Xxxx and Darvocet-N. — T/O Warr / Pheffrey L. RNCCHP | |
| 01/31/08 10 PM | Up in Room Reports Ø voided since 11 PM last pm. Regs coffee | |
| 020108 1720 | Resting majority of day. Good appetite. — | Pheffrey L. RNCCHP |
| | | 98% V/s: 136/86 – 99 – 16 – 97⁸ |
| 02140? 0450 | F/U : back surgery "States can already tell difference in condition." requesting to be taken out of medical observation and back to regular cell block. • Permission given to return to general population — Small incisions — healing well/covered ē bandaid @ this time. | [signature] |
| 021108 1175 | ℅ knot @ incision site Ø edema or redness noted @ site. | [signature] Pheffrey L. RNCCHP |
| 022008 0930 | Appt ē EAMH. | |
| 1130 | Spoke ē Dr. Warr via phone in ref. to I'm no longer has anymore Lortab or Flexeril. Instructed to start Talwin XR 96 PRN pain #30 | |

Ellis, William

| Date/Time | | Nurse Signature |
|---|---|---|
| | 10070<br>"b: 159/96·73-16-97 ² | |
| 121707<br>1010 | F/u: treatment of back problems<br>J-3 states that gives relief from pain;<br>request to have sinus' √'d<br>√ sinus drainage  — Cold combo bid<br><br>Phocardia 10mg 8/L given.  — replace decong. cap c̄ Benadryl 25mg<br>Agrees to be seen by neurosurgeon and also to have surgery if recommended.<br><br>Dr. Lee Warren   821-0466 | |
| 121807<br>1445 | BP 118/80. | Jeffrey Loveart |
| 121907 | Appt 1/16/08   9²⁰ Am. | Jeffrey Loveart |
| 010408 | copy of file prepared for Al nursing board for subpoena. | |
| 011608<br>0915 | Due to misunderstanding of correct time rescheduled appt for 1/18/08 @ 10⁰⁰ Am. — | (AL · GA)<br>Jeffrey Loveart |
| 1530 | Verified appt. → 10⁰⁰ Am EST. | Jeffrey |
| 011708<br>1720 | Given 2 Lidocaine back patches by I'm. Signing<br>yet not using as prescribed by Dr. Wall. — | Jeffrey Loveart |
| 012208<br>0850 | Transported to appt c̄ Dr. Warren in Auburn, Al. | Jeffrey Loveart |
| 1045 | Ret'd from appt. | Jeffrey Loveart |
| 012808<br>0750 | ↑ Darvacet-N 100mg   ⊤ qAM ⊤̄ ⊤ qHS | |
| 012908<br>1740 | Info to EAMC registration | |

Ellis William

| Date/ Time | V/s: 153/95 - 133-18-97 | 100% | Nurse Signature |
|---|---|---|---|
| 112607 1150 | F/u: MRI results | | |
| | Cont'd Rx & Pres... | | |
| | Arbour - Pain is less worse | | |
| | will try Flexeril & Am. pm | | |
| | changes transfer to & Am 1pm | | |
| | Lorcean 100mg bid. | MPP | |
| 112707 1425 | Auburn Chiropractic Associates (334) 826-2254 (fax) | | |
| | 9³⁰ CST Wednesday. | | |
| | Letter faxed — responsible for charges. — | | Jeffrey Lowe HN |
| 112807 0930 | Rec'd call from Dr. Hartford's office (Auburn Chiro.) | | |
| | to reschedule appt until Thurs. 11/29/07 @ | | |
| | 3⁰⁰p. Called dispatch to have deputy return | | |
| | — ✓ √-3. | | Jeffrey Lowe HN |
| 112907 1400 | Transported to appt @ Auburn Chiropractic. — | | Jeffrey Lowe HN |
| 120507 | Appt c Dr. Tracy Hartford. | | |
| | F/u on 12/07/07. — | | Jeffrey Lowe HN |
| 12/07/07 1:00 | Appt Auburn Chiropractic - Dr. Tracy Hartford. | | Jeffrey Lowe HN |
| 12/10/07 | Transported to Auburn Chiropractic — | | |
| | refused treatment. — | | Jeffrey Lowe HN |
| 121907 1030 | Appt c Dr. Warren — Auburn, Al. (Jennifer) | | |
| | Bring MRI films to visit. | | |
| Jennifer | (334) 821-0466 | | |
| | 1/16/08   8²⁰ CST / 9²⁰ EST. | | |

Ellis, William

| Date/Time | | Nurse Signature |
|---|---|---|
| | 147/91 - 94-18-97 100% | |
| 090607 1120 | C/o sore throat — Allergy —<br>lymph nodes swollen both sides neck<br>Sudafed ÷ qHS x 14 days<br>DC Buspar<br>Effexor xR 75mg ÷ qAm | |
| 092107 0830 | Refused Effexor xR 75mg stating too many side effects. Did not offer to explain symptoms or effects. | Ofrey[?] ____ NP |
| 100907 | Contacted EAMH — ref. to intake. Appts being scheduled for 2/08, requested to have one ASAP. To call back. V/S: 145/99 – 81 – 16 – 965 | Ofrey[?] ____ NP 100% |
| 101107 1255 | Discuss status of EAMH appt.<br>not able to get one at this time - will get one as soon as possible | |
| 102207 1135 | c/o swelling of throat<br>- broke out in ears<br>Cold combo bid x 5 days<br>Throat red, T pilot - Rx for Am<br>Noted 102207 RP | V/S: 96 -106 -18 - 97° 100% |
| 111207 0935 | Continues to c/o back pain, states feels as though injury occurred when arrested when L/E placed knee in back during arrest.<br>DC Naproxen ÷ Tramadol HS 100mg   111407  8³⁰ Summit<br>MRI - Lumbar/sacral<br>____ ____ ____ ____ ____<br>____ ____ ____ ____ ____<br>____ ____ ____ ____ ____ | |

| Date/Time | | Nurse Signature |
|---|---|---|
| 071307 1000 | Dr. Canedo 7/24/07  1:30pm . | Jeffrey Ronce NP |
| | 8/16/07  call in Langer store court order to get Mental Health Eval. | |

Ellis William

| Date/ Time | 1009/8  v/s : 155/99 -103-18- 967 | Nurse Signature |
|---|---|---|
| 061107 12³⁰ | C/o continue back pain (Given blue mattress Friday 6/8/07 to assist on care. Ultram 50mg bid Obtain copy of MRI & CT Scan in 2005. | |
| 062607 0930 | Moved to cell & bunk for C/o discomfort from sleeping on boat. | Pelfrey Lonce LPN |
| 1630 | Med-Care unable to locate consent form. Re-faxed. | Pelfrey Lonce LPN |
| 062807 0750 | Med-Care  322-2223  —  no answer | Pelfrey Lonce LPN |
| 0840 | Dr. Wan spoke c office manager and was informed information will be faxed within the next few hours. | Pelfrey Lonce LPN |
| 1115 | Seen by Dr. Wan. Muscle rub to be given ↑ Naproxen 500mg bid | |
| | call Dr Lucko - 706-320-6959 | |
| 1355 | Charity @ St Francis Medical Decide state Ø MRI done @ that hospital since 2000. Will fax radiology results on file. | Pelfrey Lonce LPN |
| 072407 | Transported to appt c̄ Dr. Caredo. | Pelfrey Lonce LPN |
| 8/18/07 | call J's harp phone of Nursing [illegible] [illegible] order [illegible] bane. Claritin D → qd × 3 Buspar 10mg ÷ HS | |

Ellis, William

| Date/<br>Time | | Nurse<br>Signature |
|---|---|---|
| | 9/0/6<br>V/s : 129/85 - 86-18 -972 | |
| 102306<br>1040 | C/o cold symptoms / C/o Ear and throat discomfort<br>①abscessed tonsil.<br>                    Doxy 100mg bid x **7** days<br>                    Claritin-D qd x 3 days<br>F/u in 10 days.<br>(* Admits has never been seen by an orthopedic physician for back)<br>         cont on Rx in pending<br>noted<br>102856<br>JB<br>                    V/s: 148/86 - 105 - 18 - 975     98% | |
| 110606<br>1235 | F/U : ? cotton /toilet paper ① ear<br>      tonsils looks much better this date.<br><br>                - Flush both ears<br>                    wax in ® ear<br>                    cotton in ① ear<br>Large amt of cotton / tissue removed<br>from ① ear. | |
| 03/09/07<br>03/10/07 | Readm. via Muscogee Co Jail<br>Brought Pb 60mg for 3 x day (45 total)<br>Started back on Pb 60mg 3x day<br>Ultram 50mg po     ME Ennis RN<br>                    V/s: 123/79 - 88 - 16 - 98°     99% | |
| 031207<br>1045<br>BS: 110 | Rebooked into facility. 36 y/o WM denies suffering<br>x any additional medical conditions other than<br>prior mention. Family hx DM.<br><br>**HEENT**: ∅<br>**LUNGS**: clear<br>**HEART**: NSR s(m)<br>ABD: NT / BS x4<br>EXT: good ROM / ∅ edema<br>WNL<br>SKIN: normal<br>- Contact Lee Co for medical<br>information.<br>Phenobarb 60mg bid<br>Naproxen 500mg qHS<br>                    V/s 159/99 93-16 - 975     98% | |
| 04607<br>1250 | C/o problems c sinus<br>      Cold combo bid x 5 days | |

Ellis, William

Ellis, william

| Date/Time | w 99-72-929 | Nurse Signature |
|---|---|---|
| | 136/8 | |
| 10/9 | Steven Tury asked to Dr. Bogum Trumbone & Rx, RN - X 1408y get report from Dr Steve Stay Fierbes 320-9959. | |
| 10/09/06 8PM | addendum for 10/08/06. Brother phoned and demanded Ellis be placed on Methodone to stop his withdrawal sxs. Assured that he is in Librium & PB per orders of Dr. Warr but Methodone is allowed in facility. Threatened suit if anything happens to his brother. He also said he was here for 2 wks and he was given methadone per Dr. Warr throughout his stay. McJarvis, RN | |
| 10/09/06 10:25PM | Brother called et cont. irrate regarding I3 & receiving tramadol methodone. Reports he was assured that if it was delivered I3 would Rec. Spoke c Mrs. Knowles (Chiefs assist) I3 brought to infirmary to discuss situation again. upholds brothers actions and he too insists brother received methodone here. Made numerous slanderous remarks regarding our doctor and his case here. Unable to locate tramadol. Gave Tylenol Rx extra mat. McJarvis, RN | |

NAME: Ellis, William    D.O.B. 05-29-70    RACE: W    SEX: M
PRESENT MEDICATION: Numerous    SSN: 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
ALLERGIES: PCN (Hives)
PPD:    HGT: 6' 2"    WGT: 182 LBS.
HIV/VDRL:    11 3/71 Pulse Ox 99%
HR 76 Temp 98.7

| DATE/TIME | NURSE SIGNATURE |
|-----------|-----------------|

10/07/06
6pm

S. 36 y/o WM married X 3 yrs.
Father of 3 disabled 2°
Rupt Disks X 3 seeking
Disability X 6 yrs. Prev emp
factory 9y, DETOX Abuse
methadone for pain.
Baker Cyst ea Knees X 6 yrs
℗ surg 2° may make worse
Xanax 2mg 3X/days 2°
anxiety + panic attacks.
Prism 1 P. X 19 mos) Released
3 yrs ago. Dr Lucks PMD
MVA 8?? multiple injuries
Resp X 7 days. ?? DTC
2° MVA ℗ driving since 92
Wife Pharm tech support
him + one child 17 y/o.
Asthma - albuterol Inh
Here for child support
? amount. legs
Tylenol X2 for back pain

O. VSS Afebrile Irritable

A. Multiple Complaints
back, neck et
℗ Baker Cysts.

P. Dry space = Bat Bed
Tylenol X2 PRN
f/u to next PRN clinic ▰▰

10/08/06
5:30pm
Wt 182

S. C/o severe pain + begging
for analgesia.
O. BP 110/60  HR 74 More Kept appealing
A. Withdrawal + drug seeking tomorrow
see Dr ???

NAME: _Ellis, William Lanier_    D.O.B. _050970_ RACE: _W_   SEX: _M_

PRESENT MEDICATION: _Phenobarb, Xanax, Methadone_    SSN: _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_

ALLERGIES: _PCN_

PPD:        HGT: _6'01"_   WGT: _140#_   LBS.

HIV/VDRL:

| DATE/TIME | _Burgreen,_ _Dr. Ricks_      V/S: _146/91-73-18-96_⁴   _100%_ | NURSE SIGNATURE |
|---|---|---|
| 100606 1550 BS:98 | S: 36 Y/o wm states currently under pain management | |
| | 4 ruptured disc in back; nerve damage @ leg; 2 | |
| | pinched nerves in neck. Epileptic (1988) MVA | |
| | closed head injury — brain stem shaken loose. | |
| | Family Hx ∅ M. Admits to being addicted ⊗ Phenobarb in 3 days | |
| | to prescription medications. | |
| | O/A: ↑SS. | |
| | P: Medical release faxed to CVS for prescription | |
| | profile. Contacted Dr. Wall via phone in order | |
| | to get orders | |
| |      Phenobarb 64.8 mg qAM | |
| |        32.4 mg qPM | |
| |     Librium 25mg bid | |
| |      T/O Wall / _Jeffrey_ LPN CNP | |
| 10/07/06 | See another page _J. McInnis RN_ | |
| 10/08/06 | " " " " _J. McInnis RN_ | |

32 86593 86791
.unty Last
32LL/S WILLIAM
.unty Health Dept. CHR Number    Date of Birth    Sex    Race    MI    Date Received
.Acaid Number    05 07 70

.cial Security Number    04 01 01

23 9248    Homeless
Phenix City

☐ History of treatment for syphilis

Shaded area for Laboratory use only

**Results**

**VDRL**
☐ Non-reactive
☐ Weakly Reactive
☐ Reactive    dils
☐ Unsatisfactory

**TP-PA**
☐ Non-reactive
☐ Reactive

☐ Unsatisfactory

**WESTERN BLOT**
Negative
Indeterminate
Positive
Not Done

.specimen:
.private insurance available, send copy of card.

Mail Report to:    COUNTY SHERIFF'S DEPT.
ATT     NURSE
PHENIX CITY   ALABAMA 36868-0640

☐ B'ham  ☐ Decatur  ☐ Dothan  ☐ Mobile  ☐ Mont.

Date Reported

Mobile     Montgomery
Decatur
Dothan

|5|7|C|6|8|6|7|0|
Provider Number
DPH-F-CL-76 REV 2/03

Address   P O BOX 640
City   PHENIX CITY, ALABAMA 36868-0640   State   Zip
County Health Dept. CHR Number   Social Security Number

Has Patient Had a Previous Positive or Indeterminate Western Blot?
No     Yes     Unknown

Medicaid Number           Provider Number

Date   /   /

**Medicaid Information**

Patient History Since 1978 of:     No    Yes

Donated Blood, Plasma or Sperm
Received Blood Transfusion/Products
Occupational Exposure To Body Fluids
Hemophilia
Possible Perinatal Transmission
History of Sexually Transmitted Disease
Non-IV drug use (including alcohol)
IV drug use
Multiple Sex Partners
Exchanged sex for money or drugs
Victim of physical abuse or sexual assault

Patient Tested:     Yes    No    Unk

Pre-test Counseling:     Yes    No    Unk
Reason:

Re-test :     Yes    No    Unk
Reason:

Post-test Counseling:     Yes    No    Unk
Reason:

**Referral**

**SEXUAL ORIENTATION**
Homosexual    Heterosexual    Bisexual

Sexual Exposure Since 1978 to a:     No    Yes
Hemophiliac
IV Drug User
Person With Known HIV Infection/AIDS
Man Who Has Sex With Men
Male Prostitute
Female Prostitute

TB Skin Test:     Yes    No    Unk
Reason:

Medical/Social Services:     Yes    No    Unk
Reason:

Partner Notification:     Yes    No    Unk
Reason:

Currently Pregnant:    Yes    No    If Yes, Due Date   –

Pregnant During Previous 5 Years:    Yes    No    If Yes, Date of Last Delivery   –

I have been informed about the HIV antibody test, the meaning of the possible results, the possible consequences of those results and that the information provided on this form is confidential. Having been so informed, I hereby voluntarily consent to be counseled and, or, tested for the HIV-ab. *Please see back of form.

Signature _____   Witness _____   Date _____

POSTTEST COPY
Mail to STD Central Office after posttest counseling, or
If not posttest counseled, 30 days after date test was done

7635312142     ADPH-CL-109 / REV 01-01

Dr. Warr ~ *medical*

# INMATE REQUEST SLIP G/2

LOCATION

Name _William Ellis_ Date _2-28-08_

☐ Telephone Call        ☐ Time Sheet

☐ Special Visit          ☐ Personal Problem          ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

Dr. Warr, its been a week since you
changed my pain medication. I waited
to try and adjust to the new medication
but there has been no change in my pain
level. I'm unaware of what i'm taking i
know its not helping at all. I'm really
trying to bear with you on the medication

(<u>Do Not Write Below This Line — For Reply Only</u>)

please change it. I'm not asking for
loritab but i need something that is
2/28/08 You have an appt with
      Dr. Warren already scheduled.

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _2/27/08_          Time Received _1900_

Jailer _Gentry_

going to help me. Everyday im trying to increase my activity level. At the current rate ill never be able to adjust to the pain.

I'm aware that what ever im taking is a narcotic and most of all thanks for having som sympathy to my pain. If you feel i need to see you to adjust it i will put it in writing.

As i mentioned before Tylenol #3 has always helped me alot. Also the Flexeril was helping with the muscle spasms. Im asking please help me in ward.

Mr. Ellis



Alabama Department Of Public Health
TB Division
RSA Tower/201 Monroe Street
Montgomery, Alabama 36130-3017

# TB
## Skin Test Card

$\mathcal{A}$

---

*Note: Use blue or black ink only to complete form.*

**County Code: 57**    **Target Testing**    **PROJECT**

**Patient Last Name**
*Ellis*

**First Name**    **MI**
*WILLIAM*

**Patient Home Address**

**City**

**State**    **Zip Code**    **Home Phone**
-    -

---

**SSN:**    -    -

**Date of Birth:**    -    -    **Sex:** M

**Race:**    **Ethnicity:**
X W __ B __ AI __ A __ AN __ H/PI __ O    Hispanic __ Y __ N

| Test Administered By: | Site Test: |
|---|---|
| **TB Staff** | **Health Dept** |
| **PH Nurse** | X Other |
| X **Other** | |

**Reason Tested:**
|  |  |
|---|---|
| **Health Care Worker** | **Foreign Born** |
| **Medical Risk** | **Homeless** |
| **Shelter** | X **Jail/Prison** |
| **Student** | **Not At Risk** |
| **Occupational** | |

**Contact Case/Suspect Categories:**    **Risk**

Yes    X No    X B    A / B / C

---

**PPD ONE:**

Provider #: 5752    Lot#: 35447

Date Of Test:    Antigen:
03-20-2007    AP    X TU

**PPD TWO:**

Provider #:    Lot#:

Date Of Test:    Antigen:
-    -    AP    TU

---

Provider #:

Date Read    Result
3 -23 -2007    ∅  m    DNR

Provider #:

Date Read    Result
-    -    mm    DNR

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Phenabarbital 4mg 1 tab twice daily | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ylaproven 500mg 1 tab @ bedtime | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | 5 | 5 | RM | 5 | FB | FB | 5 | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | √ A ws | | 3 | | √ A | √ A | √ A | AM | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | 5 | | 6am | 6am | √ | √ | √ | 6am | √ | FB |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | √ A | √ A | SC | A84 | | √ A | 73 | AM | A84 | 73 | √ A |

CHARTING FOR _____ THROUGH _____

| Physician | Warr | Telephone No. | 3/07 | Medical Record No. |
| t. Physician | | Alt. Telephone | | |
| ergies | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: | | | | | |
|---|---|---|---|---|---|---|---|
| | | By: | | | Title: | | Date: |
| RESIDENT | Ellis, William | D.O.B. | Sex | Room # | Patient Code | Admission Date | |

Alabama Department of Public Health
TB Division
RSA Tower/201 Monroe Street
Montgomery, ALabama  36130-3017

# TB

## Skin Test Report

| County Code **57** | Target Testing | PROJECT | CHR#_____ |

**Last Name**

E L L I S

**First Name**                                                                    MI

W I L L I A M

**Patient Home Address**

**City**

**State**                                          **Home Phone**

**SSN:**      -      -

**Test Administered By:**          **Site Test:**

**SEX:**                    TB Staff          Health Department

**Date of Birth:**      -      -        ● M    F        PH Nurse        ● Other

W          A    AN          ● Other

●  W          ...Latino:    YES    NO

**Reason Tested:**    Health Care Worker    Foreign Born        **Risk Categories:**

Medical Risk        Homeless        **Contact to Case/Suspect:**    A

Shelter        ● Jail/Prison        YES    ● NO        ● B

Student        Not at Risk

Occupational                                C

---

**PPD ONE:**                    **PPD TWO:**

Provider#: **5 7 5 8**  Lot#: **3 7 0 2 3**        Provider#:        Lot#:

Date of Test                Antigen        Date of Test            Antigen

**10 - 24 - 2006**        AP    ● TU      -      -      AP    TU

Provider#:                    Provider#:

Date Read            Result        Date Read        Result

**10 - 27 - 2006**    **0** mm    Not Read      -      -      mm    Not Read

---

Race codes: W-White; B-Black; AI - American Indian; A-Asian; AN - Alaskan Native; H/PI-Hawaiian/Pacific Islander; O-Other        **ADPH-TB - 26/REV-12-2002**

10/27

4739494381

3 times a day, rather than every 4 hours. Can we please resolve the medication issue? We both know im not going to get any better the pressure is off my right leg but the pain is no better Dr warn.

If anything its worse in some ways better in others. This still doesn't include my left side and my upper back.

I really dont see the need in every 9 or 10 days me having to take up your time about the same problem. Im requesting in writing to see you again, about my pain medication and muscle relaxer. I Can tell you the flexiril helps alot with the muscle spasms in my right leg and right side of my back.

Dr Warren told me medication therapy or pain management would be left in tact for me after the surgery. At anyrate Dr warn weve been over this issue numerous times. I need to see you so we can cover it again either the order Changed or Mrs Kiley wasnt clear on your orders.

At anyrate Im still hurting the Loritab works fine or tylenol #3 works as well not sure how you feel about all the tylenol but i do need to see you

Thanks

Mrs E Elli

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Phenobarbital 64.8 1 tablet twice daily | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lopressor 100mg 1 tablet twice daily | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Robaxin 500mg 1 tablet twice daily | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| (Propoxyphene/AP 100/650) Darvocet - N 100 1 tablet twice daily | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | DC | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mirtazapine 30mg 1 tab @ bedtime | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chlorpromazine 50mg 2 tablets @ bedtime | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |



| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | FB | FB |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

| CHARTING FOR | THROUGH | | |
|---|---|---|---|
| Physician | Warr | Telephone No. | |
| Alt. Physician | | Alt. Telephone | 1/08 |
| Allergies | | Rehabilitative Potential | |
| Diagnosis | | | |
| Medicaid Number | Medicare Number | Approved By Doctor: By: | Title:          Date: |
| RESIDENT  Ellis, William | | D.O.B.    Sex    Room # | Patient Code    Admission Date |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lidocaine 5% Patch 1 @ bedtime | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ranitidine 150 mg 1 tab @ bedtime | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Propoxy-N/APAP 100/650 1 tab in Am 2 tabs @ bedtime | 0800 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Medrol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |



CHARTING FOR _____ THROUGH _____

Physician: Wall

Alt. Physician

Allergies

Telephone No. 01/08
Alt. Telephone

Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Approved By Doctor: By: | D.O.B | Sex | Room # | Patient Code | Title: | Date: | Admission Date

RESIDENT  Ellis, William

196186

STADIUM PHARMACY
1810 STADIUM DR., STE.100
PHENIX CITY, AL 36876
334-291-4255

# Patient Information Leaflet

## WILLIAM ELLIS

| | | |
|---|---|---|
| **RX NUMBER** : 06148301 | **RX DATE** | : 01/31/08 |
| **DRUG DISP** : CYCLOBENZAPRINE 10 MG TABLE | **DIRECTIONS:** | TAKE (1) TABLET EVERY |
| **DRUG COLOR**: WHITE | **PAGE 2** | EIGHT HOURS AS NEEDED. |
| **DRUG SHAPE**: ROUND | | |
| **QTY DISP** : 45 | | |
| **PHARMACIST**: BENOIT, S. | | |
| **DOCTOR** : W. WARREN | | |

### CYCLOBENZAPRINE - ORAL

breast-feeding.

**DRUG INTERACTIONS:** Your doctor or pharmacist may already be aware of any possible drug interactions and may be monitoring you for them. Do not start, stop, or change the dosage of any medicine before checking with them first.

Avoid taking MAO inhibitors (e.g., furazolidone, isocarboxazid, linezolid, moclobemide, phenelzine, procarbazine, selegiline, tranylcypromine) within 2 weeks before starting or after stopping treatment with this medication. In some cases, a serious, possibly fatal, drug interaction may occur.

Before using this medication, tell your doctor or pharmacist of all prescription and nonprescription/herbal products you may use, especially of: certain types of asthma drugs (e.g., albuterol, salmeterol), cimetidine, clonidine, guanethidine, guanadrel, SSRI antidepressants (e.g., fluoxetine, citalopram), stimulants and weight loss products (e.g., ephedrine, dextroamphetamine, phenylephrine), tramadol, tricyclic antidepressants (e.g., amitriptyline, imipramine).

Tell your doctor or pharmacist if you also take drugs that cause drowsiness such as: anti-anxiety drugs (e.g., diazepam), antihistamines that cause drowsiness (e.g., diphenhydramine), anti-seizure drugs (e.g., carbamazepine), medicine for sleep (e.g., sedatives), narcotic pain relievers (e.g., codeine), psychiatric medicines (e.g., phenothiazines such as chlorpromazine), tranquilizers.

Check all prescription and nonprescription medicine labels (e.g., cough-and-cold products, diet aids, acid reducers) because they may contain ingredients which could increase the risk of side effects with cyclobenzaprine. Ask your pharmacist about the safe use of those products.

This document does not contain all possible interactions. Therefore, before using this product, tell your doctor or

pharmacist of all the products you use. Keep a list of all your medications with you, and share the list with your doctor and pharmacist.

**OVERDOSE:** If overdose is suspected, contact your local poison control center or emergency room immediately. US residents can call the US national poison hotline at 1-800-222-1222. Canadian residents should call their local poison control center directly. Symptoms of overdose may include severe drowsiness, fast heartbeat, slurred speech, hallucinations, chest pain, seizures, increased muscle stiffness with fever and sweating.

**NOTES:** Do not share this medication with others.

**MISSED DOSE:** If you miss a dose, use it as soon as you remember. If it is near the time of the next dose, skip the missed dose and resume your usual dosing schedule. Do not double the dose to catch up.

**STORAGE:** Store the US product at room temperature (77 degrees F or 25 degrees C) away from light and moisture. Brief storage between 59-86 degrees F (15-30 degrees C) is permitted. Do not store in the bathroom.

Store the Canadian product at room temperature between 59-86 degrees F (15-30 degrees C) away from light and moisture. Do not store in the bathroom.

Keep all medicines away from children and pets.

Properly discard this product when it is expired or no longer needed. Consult your pharmacist or local waste disposal company for more details about how to safely discard your product.

Information last revised August 2007
Copyright(c) 2007 First DataBank, Inc.

This is a summary and does not contain all possible information about this product. For complete information about this product or your specific health needs, ask your healthcare professional. Always seek the advice of your healthcare professional if you have any questions about this product or your medical condition. This information is not intended as individual medical advice and does not substitute for the knowledge and judgment of your healthcare professional. This information does not contain any assurances that this product is safe, effective or appropriate for you.
Copyright by First Data Bank - The Hearst Corporation

STADIUM PHARMACY
1810 STADIUM DR., STE.100
PHENIX CITY, AL 36876
334-291-4255

# Patient Information Leaflet

## WILLIAM ELLIS

| | |
|---|---|
| **RX NUMBER** : 06148301 | **RX DATE** : 01/31/08 |
| **DRUG DISP** : CYCLOBENZAPRINE 10 MG TABLE | **DIRECTIONS:** TAKE (1) TABLET EVERY EIGHT HOURS AS NEEDED. |
| **DRUG COLOR**: WHITE | |
| **DRUG SHAPE**: ROUND | |
| **QTY DISP** : 45 | |
| **PHARMACIST**: BENOIT, S. | |
| **DOCTOR** : W. WARREN | |

---

### CYCLOBENZAPRINE - ORAL

### (sye-klo-BENZ-uh-preen)

**COMMON BRAND NAME(S):** Flexeril

**USES:** This medication relaxes muscles. It is used along with rest and physical therapy to decrease muscle pain and spasms associated with strains, sprains or other muscle injuries.

**HOW TO USE:** Take this medication by mouth usually 3 times a day, or as directed by your doctor. Dosage is based on your medical condition and response to therapy. Do not increase your dose or take it more often than prescribed because the risk of side effects may increase.

This medication is intended for short-term use, usually no longer than 3 weeks, unless otherwise directed by your doctor. If your condition does not improve in 2-3 weeks, contact your doctor.

**SIDE EFFECTS:** Drowsiness, dry mouth, fatigue, dizziness, lightheadedness, constipation or blurred vision may occur as your body adjusts to the medication. If any of these effects persist or worsen, notify your doctor or pharmacist promptly.

Remember that your doctor has prescribed this medication because the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects.

Tell your doctor immediately if any of these unlikely but serious side effects occur: mental/mood changes (e.g., confusion, hallucinations), difficulty urinating.

Tell your doctor immediately if any of these highly unlikely but very serious side effects occur: fast/pounding/irregular heartbeat, fainting, yellowing of the eyes/skin, stomach/abdominal pain, persistent nausea/vomiting/lack of

appetite, dark urine, seizures, loss of coordination.

A serious allergic reaction to this drug is unlikely, but seek immediate medical attention if it occurs. Symptoms of a serious allergic reaction include: rash, itching, swelling, severe dizziness, trouble breathing.

This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist.

**PRECAUTIONS:** Before taking cyclobenzaprine, tell your doctor or pharmacist if you are allergic to it; or if you have any other allergies.

This medication should not be used if you have certain medical conditions. Before using this medicine, consult your doctor or pharmacist if you have: overactive thyroid (hyperthyroidism), irregular heartbeats (arrhythmia), other heart problems (congestive heart failure, heart block or conduction disorders), recent heart attack, moderate or severe liver disease.

Before using this medication, tell your doctor or pharmacist your medical history, especially of: severe difficulty urinating (urinary retention), glaucoma, mild liver disease.

This drug may make you dizzy or drowsy; use caution engaging in activities requiring alertness such as driving or using machinery. Alcohol may enhance dizziness or drowsiness. Limit alcohol.

To minimize dizziness and lightheadedness, get up slowly when rising from a seated or lying position.

Caution is advised when using this drug in the elderly because they may be more sensitive to its side effects, especially drowsiness, mental/mood changes, and possibly heart problems which could lead to a fall.

This medication should be used only when clearly needed during pregnancy. Discuss the risks and benefits with your doctor.

Based on information for similar drugs, cyclobenzaprine may pass into breast milk. Therefore, consult your doctor before

(CONTINUED)

Ellis, William

# OBSERVATION COVER SHEET

# RUSSELL COUNTY JAIL

## LOG OF CHECKS ON INMATES REQUIRING OBSERVATION

INMATE NAME _Ellis, William_ CELL _Holding #2_ DATE _1/31/08_

REASON FOR OBSERVATION _Back surgery — Post op._

DOCTOR OR NURSE INSTRUCTIONS _____

| DATE | TIME | OFFICERS INITIALS | REMARKS | DATE | TIME | OFFICERS INITIALS | REMARKS |
|------|------|-------------------|---------|------|------|-------------------|---------|
| 013108 | 1345 | RP | Placed in cell. | 2-1-8 | 0835 | | Given medication |
| 013108 | 1410 | GRP | Asleep | 02008 | 0917 | H | Appears sleep |
| 013108 | 1430 | SRP | Sleep | 020/08 | 1023 | H | Appears sleep |
| 013108 | 1500 | SRP | Sleep | 02/01/08 | 11:17 | JM | Up |
| 1-51 | 1625 | MSD | Fed. | 2/1/08 | 11:35 | JM | picked up tray |
| 31508 | 1659 | MWS | Picked up Tray | 02/01/08 | 1159 | H | Appears sleep |
| 013108 | 1705 | MWS | Sgt Barnes | 2/1/08 | 1240 | ST | Given Med |
| | | | Entered to give | 2/1/08 | 1319 | ST | laying down |
| | | | requested Meds | 2/1/08 | 1424 | ST | laying down |
| 1-31-8 | 1845 | CP | Sleep | 020/08 | 1542 | H | Appears sleep |
| 013108 | 1920 | RP | Sleeping | 02/01/08 | 16:23 | JM | Refused to eat. |
| 1-31-08 | 2018 | CP | Given Meds. | 02/01/08 | 16:32 | JM | Gave med 2 Pill's |
| 1-31-8 | 2140 | CP | Gave meds. | 2-1-8 | 16:45 | CP | Resting in bed |
| 1-31-08 | 2334 | CP | Count | 020/08 | 1850 | H | Appears sleep |
| 2-01-08 | 0031 | CP | laying down | 2/1/08 | 1927 | C | On mat. |
| 2-01-08 | 0110 | CP | Count | 2/1/08 | 2119 | C | Given Meds |
| 2-01-08 | 0228 | CP | Sleep | 2/1 | 22:49 | | On Toilet |
| 2-01-08 | 0305 | CP | Count | 2/1/08 | 23:44 | C | H/O Sleep |
| 2-01-08 | 0340 | CP | Fed / H.C. | 2/2 | 051 | | Sleep |
| 2-1-08 | 0346 | CP | Gave meds. | 2/2 | 0107 | | HC Sleep |
| 2-1-08 | 0350 | CP | Pick up tray | 2/2 | 2:10 | BS | Sleep |
| 2-1-8 | 0540 | CP | Sleep | 2/2 | 0304 | | Sleep |
| 2-1-8 | 0600 | CP | Sleep | 2/2 | 03:50 | BS | Sleep |
| 2-1-8 | 0638 | CP | Count | 2/2 | 0620 | MSW | H.C. |
| 02-01-08 | 0732 | CP | appear sleep | 2/2 | 0715 | H | Give meds |
| 02-01-08 | 0819 | H | laying in Bunk | 2/2 | 1033 | H | Appears Sleep |

## RUSSELL COUNTY JAIL

## LOG OF CHECKS ON INMATES REQUIRING OBSERVATION

INMATE NAME _____ CELL _____ DATE _____

REASON FOR OBSERVATION _____

DOCTOR OR NURSE INSTRUCTIONS _____

_____

| DATE | TIME | OFFICERS INITIALS | REMARKS | DATE | TIME | OFFICERS INITIALS | REMARKS |
|------|------|-------------------|---------|------|------|-------------------|---------|
| 02/08 | 1135 | JA | Feed | 2/3 | 2114 | | Sleep |
| 0202/08 | 1340 | JA | sitting on Bunk | 2/3 | 2210 | | |
| 02/02/08 | 1531 | JA | Appears Sleep | 2/3 | 2327 | CV | (H/C) Sleep |
| 2/2/08 | 1620 | JB | Feed dinner | 2-4-08 | 0040 | CV | Sleep |
| 02/02/08 | 1758 | JY | Appears Sleep | 2-4-08 | 0100 | CV | (H/C) Sleep |
| 2/2 | 1815 | | mc/Sleep | 2-4-08 | 0153 | CV | Sleep |
| 2/2/8 | 1900 | UA | meds | 2-4-08 | 0250 | C | Sleep |
| 2/2 | 1930 | RS | laid down | 2/4 | 0306 | | Sleep |
| 2/2 | 2030 | | Sleep | 2/4 | 0451 | | Sleep |
| 2/2 | 23:10 | RS | Sleep | 2/4 | 0625 | RS | (H/C) Sleep |
| 2/3 | 0050 | | Sleep | 4Feb08 | 0745 | RMS | Laying down |
| 2/3 | 0235 | NA | Sleep | 4Feb08 | 0822 | RMS | Laying down |
| 2/3 | 03:10 | RS | Sleep | 4Feb08 | 0900 | RMS | Laying down |
| 2/3 | 03:10 | RS | eating | 4Feb08 | 0930 | RMS | Laying down |
| 2/3 | 0545 | | Sleep | 2-4-8 | 10:00 | | Dr's visit + given meds |
| 2/3 | 0650 | MBN | H/C. | 2-4-08 | 11:20 | RH | feeding |
| 02/03 | 0655 | | Appears Sleep | 2-4-08 | 3:23 | JA | at Door |
| 02/03 | 0704 | JA | Gave meds | | | | |
| 02/03 | 1149 | JA | layes on mat | | | | |
| 2-3 | 1200 | MBN | TRAY UP. | | | | |
| 02/03 | 1300 | | Gave meds | | | | |
| 02/03 | 1525 | | Appears Sleep | | | | |
| 02/03 | 1647 | JA | Gave meds | | | | |
| 02/03 | 1832 | JY | Appears Sleep H/c | | | | |
| 2/3 | 1903 | | on Bunk | | | | |
| 2/3 | 1914 | | gave meds | | | | |




**RUSSELL COUNTY SHERIFF OFFICE**
**CORRECTIONS DIVISION**
**INCIDENT / OFFENSE REPORT**

| VICTIM | CELL # | DATE | TIME | SHIFT SUPERVISOR |
|--------|--------|------|------|------------------|
|        |        | 31 Jan 08 | 1150 | |
| **OFFENDER** | **CELL #** | **TYPE OF INCIDENT / OFFENSE** | | |
|        |        | Statements made by Inmate William Ellis | | |
| **WITNESSES** | **CELL #** | **WITNESSES (OFFICERS)** | | |
| 1. |  | Deputy Hood | | |
| 2. |  | | | |
| 3. |  | | | |

**NARRATIVE:**

On 31 Jan 08 Deputy Hood and R/O transported inmate William Ellis to East Alabama Medical Center for surgery. After coming out of surgery doctor Warren and nurse Murphy informed deputy Hood and R/O that the recovery time would be about 2hr and inmate Ellis could then be released. When inmate Ellis heard this he stated " I was told by doctor Warren that I would be saying at least 24 hrs. If I had known that was not going to be true I would not have agreed to the surgical procedure." During the 2hrs of recovering time nurse gave inmate Ellis 3 shot to ease the pain. After the second shot the nurse asked to see R/O and stated" I do not dout inmate Ellis is in pain but I think he is playing it up in hope to convince the doctor to keep him hear overnight." At 1215hrs deputy Hood and R/O transported inmate Ellis back to Russell County Jail where he was place in holding cell 2. End of statement.

Michael Schroeder

MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flexeril 10mg every 8 hours Must request | 2140 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 0830 2/1/08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2/ 1630 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2/2 0730 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 02/2 1355 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 02/3 0710 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CHARTING FOR _____ THROUGH _____

Physician _____ Wan _____

Alt. Physician

Allergies

Diagnosis

Medicaid Number      Medicare Number      Approved By Doctor      By:      D.O.B.      Sex      Room      Patient      Title:      Date:      Admission      Date

RESIDENT  Ellis, William

MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Lortab 7.5/500
every 4 hrs
(Must request)

1/3/08
1705 WS
2140    2/31/08 WS
02-01-08    0345 CP
02-01-08    0850
2/1  1240 WS
2/1  1630
2/2  0730 WS
     1355 WS
02/23 0711

(grid chart below with columns numbered 1–31, rows B L S BT repeated)

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | FS | FS | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | WS | ✓A | WS | | | | | | | |
| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

CHARTING FOR _____  THROUGH _____

Physician _____    Telephone No. _____

Alt. Physician _____   Alt. Telephone _____

Allergies _____     Rehabilitative Potential _____

Diagnosis _____

Medicaid Number _____    Medicare Number _____   Approved By Doctor:
                                                        By: _____
RESIDENT    Ellis, William                              D.O.B. _____  Sex ___  Room ___  Patient Code ___  Admission ___  Date ___

Title: _____  Date: _____

January 22, 2008

William Warr, MD
P.O. Box 640
Phenix City, AL 36868

Dear Dr. Warr,

I saw your patient, William Ellis in the office today at your request. Please see the attached copy of my notes from the office visit.

Thank you for the opportunity to care for your patient. Please feel free to contact me at any time.

Sincerely,

W. Lee Warren, MD
Diplomate, American Board of Neurological Surgeons

# History and Physical

| | | | |
|---|---|---|---|
| **Patient Name:** | William Ellis | **Visit Date:** | January 22, 2008 |
| **Patient ID:** | 2967 | **Provider:** | Wayne L. Warren, Jr. MD |
| **Sex:** | Male | **Location:** | Auburn Neurosurgery PC |
| **Birthdate:** | May 9, 1970 | | |

## Chief Complaint

- Back and right leg pain

## History Of Present Illness

The patient is a 37 year old male seen in neurosurgical consultation at the request of his physician, Dr. Warr , for low back pain.

The pain developed acutely several months ago. It is extreme (9-10/10) , has an aching quality and radiates into the right L5 and S1 distribution. The pain has been constant and has been progressively worsening. The onset was associated with a fall. The pain tends to be maximal at no specific time, but waxes and wanes in severity throughout the day. The patient states the pain is aggravated by bending, carrying heavy objects, exercise, lifting, prolonged sitting, prolonged standing, and staying in one position for extended periods. No alleviating factors are reported.

He also reports right leg weakness. The patient's past medical history is detailed in the face sheet.

**RECENT INTERVENTIONS:**
He has been previously treated with chiropractic management, NSAIDs, pain medication, bedrest, and oral steroids. The chiropractic treatments were ineffective.

**INFORMATION REVIEWED:**
The following information was reviewed: radiology reports and images and referring physicians notes. The MRI of the lumbar spine revealed a herniated disc and degenerative disk disease. The herniated disc is at L4-5 on the right. The degenerative disc disease is present at L4-5.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Anxiety | -- | -- |
| Asthma | -- | -- |
| High Blood Pressure | -- | -- |
| Seizure | -- | -- |
| Ulcer | --- | -- |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| Lopressor Oral | | -- |
| Penbutolol Oral | | -- |
| Robaxin Oral Tablet 500 mg | | take 2 tablets (1,000mg) by oral route 4 times per day |
| Thorazine Oral | | -- |

## Allergy List

| Allergen Name | Reaction | Notes |
|---|---|---|
| PENICILLINS | -- | -- |

## Family Medical History

[Digital Signature Validated]

| Disease Name | Relative/Age | Notes |
|---|---|---|
| Family History: Back Problems | | -- |
| Family History: Cancer | | -- |
| Family History: Diabetes | | -- |
| Family History: Heart Disease | | -- |
| Family History: High Blood Pressure | | -- |
| Family History: Lung Disease | | -- |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Completed some high school | -- | --/-- | -- | -- |
| Denies alcohol use | -- | --/-- | -- | -- |
| Married | -- | --/-- | -- | -- |
| Nonsmoker | -- | --/-- | -- | -- |
| Right handed | -- | --/-- | -- | -- |

## Review of Systems

**Constitutional**
- o **Admits** : weight loss/gain, loss of appetite
- o **Denies** : fever

**Eyes**
- o **Admits** : blurred vision, difficulty seeing
- o **Denies** : double vision

**HENT**
- o **Admits** : sinusitis
- o **Denies** : deafness, hoareness, vertigo

**Cardiovascular**
- o **Denies** : chest pain, palpitations, irregular heart beats, murmur

**Respiratory**
- o **Admits** : shortness of breath
- o **Denies** : wheezing, spitting blood, chronic cough

**Gastrointestinal**
- o **Admits** : abdominal pain
- o **Denies** : constipation, diarrhea, bleeding

**Genitourinary**
- o **Denies** : missed periods, dysuria, hesitancy, hematuria, incontinence

**Integument**
- o **Admits** : changes in moles
- o **Denies** : rash, lesions that do not heal

**Neurologic**
- o **Admits** : seizures, loss of balance/coordination, muscular weakness, memory difficulties, numbness, tingling, loss of sensation in arms or legs
- o **Denies** : paralysis, facial pain

**Musculoskeletal**
- o **Admits** : stiffness, joint pain, spine pain radiating to arm/leg
- o **Denies** : muscular wasting

**Endocrine**
- o **Admits** : excessive urination, heat/cold intolerance
- o **Denies** : excessive thirst

**Psychiatric**
- o **Admits** : depression, anxiety, hallucinations, difficulty sleeping

**Heme-Lymph**
- o **Denies** : anemia, bleeding tendencies, swollen nodes

**Allergic-Immunologic**
- o **Denies** : hives, eczema, itching

[Digital Signature Validated]

## Vitals

| Date | Time | BP | Position | Body Site | L\R | Cuff Size | HR | RR | TEMP(°C) | WT | HT | O2 Sat HC |
|------|------|-----|----------|-----------|-----|-----------|-----|-----|----------|-----|-----|-----------|
| 01/22/2008 | 9:20:28 AM | 130/86 | Sitting | | | | 63 - R | | 36.7 | | | |

## Physical Examination

**Constitutional**
- o **Appearance** : well-nourished, well developed, alert, in no acute distress

**Cardiovascular**
- o **Peripheral Vascular System** :
  - ▪ **Extremities** : no edema or cyanosis

**Lymphatic**
- o **Neck** : no lymphadenopathy present

**Musculoskeletal**
- o **Cervical Spine** :
  - ▪ **Inspection/Palpation** : no lesions or deformities, paraspinal musculature is nontender to palpation
  - ▪ **Range of Motion** : range of motion normal
- o **Thoracic Spine** :
  - ▪ **Inspection/Palpation** : no lesions or deformities, paraspinal musculature is nontender to palpation
- o **Lumbosacral Spine** :
  - ▪ **Inspection/Palpation** : no lesions or deformities, paraspinal musculature is tender to palpation
  - ▪ **Stability** : no subluxations present
  - ▪ **Range of Motion** : spine range of motion limited
  - ▪ **Muscle Strength/Tone** : paraspinal muscle strength and tone within normal limits
  - ▪ **Tests/Signs** : straight leg raise test negative bilaterally
- o **Right Upper Extremity** :
  - ▪ **Inspection** : no tenderness to palpation
  - ▪ **Joint Stability** : shoulder, elbow and wrist joint stability normal
  - ▪ **Range of Motion** : range of motion normal, no joint crepitus or pain with motion present
- o **Left Upper Extremity** :
  - ▪ **Inspection** : no tenderness to palpation
  - ▪ **Joint Stability** : shoulder, elbow and wrist joint stability normal
  - ▪ **Range of Motion** : range of motion normal, no joint crepitus present, no pain with joint motion
- o **Right Lower Extremity** :
  - ▪ **Inspection** : no joint or limb tenderness to palpation, no edema present, no ecchymosis
  - ▪ **Joint Stability** : joint stability within normal limits
  - ▪ **Range of Motion** : range of motion normal, no joint crepitations present, no pain on motion
- o **Left Lower Extremity** :
  - ▪ **Inspection** : no joint or limb tenderness to palpation, no edema present, no ecchymosis
  - ▪ **Joint Stability** : joint stability within normal limits
  - ▪ **Range of Motion** : range of motion normal, no joint crepitations present, no pain on motion

**Skin and Subcutaneous Tissue**
- o **Neck** : no lesions or areas of discoloration
- o **Extremities** :
  - ▪ **Right Upper Extremity** : no lesions or areas of discoloration
  - ▪ **Left Upper Extremity** : no lesions or areas of discoloration
  - ▪ **Right Lower Extremity** : no lesions or areas of discoloration
  - ▪ **Left Lower Extremity** : no lesions or areas of discoloration
- o **Back** : no lesions or areas of discoloration

**Neurologic**
- o **Mental Status Examination** :
  - ▪ **Orientation** : grossly oriented to person, place and time
- o **Motor Examination** :
  - ▪ **RUE Strength** : strength normal
  - ▪ **RUE Motor Function** : tone normal, muscle bulk normal

[Digital Signature Validated]

- **LUE Strength** : strength normal
- **LUE Motor Function** : tone normal, muscle bulk normal
- **RLE Strength** : strength diminished in the dorsiflexors
- **RLE Motor Function** : tone normal, no atrophy
- **LLE Strength** : strength normal
- **LLE Motor Function** : tone normal, no atrophy
  - o **Reflexes** :
    - **RUE** : biceps reflex 2+, triceps reflex 2+, brachioradialis reflex 2+
    - **LUE** : biceps reflex 2+, triceps reflex 2+, brachioradialis reflex 2+
    - **RLE** : knee reflex 2+, ankle reflex diminished, Babinski response negative
    - **LLE** : knee reflex 2+, ankle reflex 2+, Babinski response negative
  - o **Gait and Station** : painful gait, unable to stand without difficulty
  - o **Cerebellar Function** : normal

**Psychiatric**
  - o **Mood and Affect** : mood normal, affect appropriate

## Assessment

- Degeneration of lumbar intervertebral disc 722.52
- Lumbar disc herniation, L4-5 722.10

## Plan

**Instructions**
  - o I have discussed the risks and benefits of surgery versus physical therapy, epidural steroids, and other conservative forms of treatment.
  - o I described the surgical procedure in detail, and advised them of the risks of bleeding requiring blood transfusion, risk of infection and intraoperative nerve damage that could result in persistent pain, weakness, numbness, bowel/bladder dysfunction, sexual dysfunction, and remote risk of death. I also explained that there is approximately a 5-8% risk of recurrent disc herniation at the same level and a 15% risk of epidural fibrosis. I estimate that there is a 70-80% chance that the symptoms will be resolved.
  - o Given these options, the patient has verbally expressed an understanding of the risks of surgery and finds these risks acceptable. We will proceed with surgery as soon as possible.

**Disposition**
  - o Surgery at EAMC
Right minimally invasive lumbar diskectomy and fusion L4-5(63047 and 22030)

**Electronically Signed by:** Wayne L. Warren, Jr. MD on January 30, 2008 06:18:09 PM



**EAST ALABAMA
MENTAL HEALTH-
MENTAL RETARDATION
CENTER**

*2-7-08*

*William Ellis
P.O. Box 640
Phenix City, AL 36868*

Dear: *William* :

This is to remind you that you missed your appointment on *2/6/08* with *Dr. Rowe* .

I continue to be interested in working with you and have tried to reach you by phone to offer any assistance you may need. If for some reason you no longer wish to receive services from our Center, please call to let me know.

During office hours you may reach me at (334) 298-2405. Should you have an emergency after regular business hours, please call (334) 742-2877 or 1-800-815-0630 for assistance.

Sincerely,

*Debra Chatmon*

Debra Chatmon, RN
Clinical Coordinator

*2/12/08 Above appt. not
on schedule @ jail.
Rescheduled to 2/20/08
@ 945 AM.*

___ I have been able to reach you by phone and have rescheduled your appointment for _____ .

## INMATE REQUEST FORM

Prentiss Griffith Detention Facility

G 12
LOCATION

Name _William Ellis_          Date _2 - 6 - 08_

# MEDICAL

Nature of complaint or illness:

_I need my pain medication please_

Sign here for consent
to be treated by health staff: _William L Ellis_

(<u>Do Not Write Below This Line</u> – For Reply Only)

GAVE MEDS 02-06-08

W E @ 10:51

**DOCTOR** ☐          **DENTIST** ☐          **OTHER** ☐

Date _2/6/08_     Time Received _0910_

Officer _____

# INMATE REQUEST FORM
### Prentiss Griffith Detention Facility

G-12
LOCATION

Name _William Ellis_    Date _2-6-08_

# MEDICAL

Nature of complaint or illness:

Dr. Warn you and i spoke on the 4TH about
My surgery. I may be wrong but I got the
impression that it solved my problems with
my back. The only thing it positively did
was ease the pressure in my right leg
and shift all the pain in left side and
force the pain in my lower legs. Tommrow

Sign here for consent
to be treated by health staff: _____

---

(Do Not Write Below This Line – For Reply Only)

Will be 1 week and i can already tell you i
regret it. I lost a lot of Motility in
my lower back and right leg. S-1 is still
building and the upper part of my back
has not even been looked at.

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date _2-7-8_    Time Received _09:05_

Officer _____

# INMATE REQUEST FORM
### Prentiss Griffith Detention Facility

LOCATION 6-12

Name _William Ellis_      Date _2-12-08_

# MEDICAL

Nature of complaint or illness:

Mrs Kiley, I dont appreciate my pain
medication being cut in half. Dr warren
allows me 1 or 2 every 4 hours. Every time
it comes through you im guarnteed to get
1 pain pill. I dont abuse my medication. If
I have to speak to Dr warren I will but
there no need I just wont my medication

Sign here for consent
to be treated by health staff: _____

═══════════════════════════════════════════

(Do Not Write Below This Line – For Reply Only)

and not a lot of problems. I cause as
little problems as i can I rested my case
with the court. If i have too take this and missing
my mental health Apt. to the nursing Board
I will. Please resolve this

2/12/08 Instructions state take 1 or 2
DOCTOR ☐     DENTIST ☐     OTHER ☐
tabs as requested. You have never
request 2 tabs. Appt has been rescheduled
and you do what you deem is

Date _2-12-_   Time Received _1/07_  Necessary.

Officer _____

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

G 12

LOCATION

Name _William Ellis_          Date _2-21-08_

# MEDICAL

Nature of complaint or illness:

Dr. Warr, once again 9 days after my last visit about my back and my pain medication were back to the medication issue me again. You told me at my last visit the pain medication would not change or stop until my follow up with Dr. Warren I have spaced out my pain meds basically to

Sign here for consent
to be treated by health staff:_____

---

(Do Not Write Below This Line – For Reply Only)

2/20/08  Pain meds ordered per Dr. Warr

---

DOCTOR ☐          DENTIST ☐          OTHER ☐

Date _2-26-8_  Time Received _15.05_

Officer _____

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

_Holding Cell #2_
LOCATION

Name _Williams Ellis_     Date _01-31-08_

# MEDICAL

Nature of complaint or illness:

_Need Pain med for_
_my back._

Sign here for consent
to be treated by health staff: _Utter_

**(Do Not Write Below This Line** – For Reply Only)

_1/31/08   Rec'd @ 1705 (Rectab)_

DOCTOR ☐          DENTIST ☐          OTHER ☐

Date _01-31-08_     Time Received _17:08_

Officer _SfBarn_

# INMATE REQUEST FORM
### Prentiss Griffith Detention Facility

_LOCATION_

Name _William E Ch_  Date _2-5-08_

# MEDICAL

Nature of complaint or illness:

_Need my pain medication please_

Sign here for consent
to be treated by health staff: _____

## (Do Not Write Below This Line – For Reply Only)

2/5/08    Rec'd

9:10    well

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date _2/5/08_    Time Received _9:10_

Officer _JW_

## INMATE REQUEST SLIP

G12

LOCATION

Name _William Ellis_    Date _2-5-08_

☐ Telephone Call        ☐ Time Sheet

☐ Special Visit        ☐ Personal Problem        ☐ Other

Briefly Outline Your Request. **Give to Jailer**

_I need my pain medication please_

---

**(Do Not Write Below This Line** – For Reply Only)

_W.E. received meds @ 14:40_

---

Approved _____    Denied _____    Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _2/5/08_    Time Received _1340_

# INMATE REQUEST FORM *H-2*

**Prentiss Griffith Detention Facility**

LOCATION

Name *William Ellis*    Date *2-1-08*

# MEDICAL

Nature of complaint or illness:

*I need my pain medication elan
allowed two please*

Sign here for consent
to be treated by health staff:_____

(Do Not Write Below This Line – For Reply Only)

*Given    2-1-08*

*At 2/15*

DOCTOR ☐      DENTIST ☐      OTHER ☐

Date *2-1-08*    Time Received *2/15*

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

*11-2*

LOCATION

Name *William Ellis*    Date *2 - 2 - 08*

# MEDICAL

====================================================

Nature of complaint or illness:

*I need my pain medication @ 7:00 am*

_____

_____

_____

_____

_____

Sign here for consent
to be treated by health staff: _____

====================================================

(<u>Do Not Write Below This Line</u> – For Reply Only)

*2/4/08*    *Rec'd pain meds*

*10:00 am*   *W. Ellis.*

_____

_____

DOCTOR  ☐      DENTIST  ☐      OTHER  ☐

====================================================

Date *2-1-8*    Time Received *10:00*

# INMATE REQUEST SLIP

LOCATION

Name _William Ellis_     Date _1-23-08_

☐ Telephone Call     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☐ Other

Briefly Outline Your Request. **Give to Jailer**

Dr Warr thanks for sending me to the
neurosurgeon. He was completely understand-
ing after looking at my MRI, He tells my
herniated disc ranks in the top ten of the
worst that he's ever seen. Now I know why
im in so much pain. I'm sure you have
already spoken with him. Dr Warr please

---

**(Do Not Write Below This Line – For Reply Only)**

put me on something for pain that is going
to help me. The nerve damage is very
severe. Now you know that I have been
honest with you. The Lorcet isnt helping

---

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _____ Time Received _____

Jailer

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

*G12*

LOCATION

Name *William Ellis*   Date *1-24-08*

# MEDICAL

Nature of complaint or illness:

*I need some tylenol for my*
*hips and back*

*Wm Ellis*

Sign here for consent
to be treated by health staff: _____

(<u>Do Not Write Below This Line</u> – For Reply Only)

*Tylenol x2*

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |
| --- | --- | --- |

Date *01/24/08*   Time Received   *19:50*

Officer _____ *KB* _____

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

*G/2*
LOCATION

Name _W. Eele_     Date _1/22/05_

# MEDICAL

Nature of complaint or illness:

_I need some tylnel please_

Sign here for consent
to be treated by health staff: _____

(<u>Do Not Write Below This Line</u> – For Reply Only)

_Given_

DOCTOR    ☐        DENTIST    ☐        OTHER    ☐

Date _1-22-08_   Time Received _2015_

Officer _Hunter_

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

*G12*

LOCATION

Name _Willie Ella_   Date _1-27-08_

# MEDICAL

Nature of complaint or illness: _sore throat tylenol please_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Tylenol x2_

DOCTOR ☐          DENTIST ☐          OTHER ☐

Date _1-27-08_   Time Received _2050_

Officer _Hunter_

## INMATE REQUEST SLIP  G/2

LOCATION

Name _William Ellis_   Date _1-25-08_

☐ Telephone Call   ☐ Time Sheet

☐ Special Visit   ☐ Personal Problem   ☐ Other

Briefly Outline Your Request.  **Give to Jailer**

_I need some tylenol and_

_Cough Syrup_

**(Do Not Write Below This Line** – For Reply Only)

_Tapenol given_

_No Cough Syrup_

Approved _____   Denied _____   Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant   ☐ Chief Deputy   ☐ Sheriff

Date _1-25-08_   Time Received _2027_

Jailer _Hunter_

Medical

## INMATE REQUEST SLIP

672

LOCATION

Name _William Ellis_  Date _1-27-08_

☐ Telephone Call   ☐ Time Sheet

☐ Special Visit   ☐ Personal Problem   ☐ Other

Briefly Outline Your Request.  Give to Jailer

Ms Warr, Please help me, I am
in terrible amounts of pain. The neuro-
surgeon told me that Darvocet was a
little light for the kind of pain im in
If you dont want to change it increase it
something anything Im still eating 4 to 6
tylenol, 2 Darvocet 2 Robaxin and no relief

(Do Not Write Below This Line – For Reply Only)
you took the patches at least when I saved
3 or 4 I could get some relief for a few
hours. Id like to make sure you and I

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant   ☐ Chief Deputy   ☐ Sheriff

Date _1-27-08_ Time Received _1900_

Jailer _____

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION

Name _Cecilia Eles_     Date _1-30-08_

# MEDICAL

Nature of complaint or illness:

_I need some tylenol please_

Sign here for consent
to be treated by health staff:_____

(Do Not Write Below This Line – For Reply Only)

_Given_

DOCTOR ☐          DENTIST ☐          OTHER ☐

Date _1-30-08_     Time Received _2009_

Officer _Hunter_

# INMATE REQUEST SLIP

**LOCATION**

Name _William Ellis_    Date _2-1-08_

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

_I need my pain medication please_

**(Do Not Write Below This Line -- For Reply Only)**

_Given 02/01/08   0730_

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _02/02/08_    Time Received _0730_

Jailer _S/c  I. Blum_

# INMATE REQUEST FORM
### Prentiss Griffith Detention Facility

_G12_
**LOCATION**

Name _William Ellis_ Date _2-1-08_

# MEDICAL

Nature of complaint or illness:

_I need my pain meds and epirin when they are due_

_Mr Ellis_

Sign here for consent
to be treated by health staff:_____

(<u>Do Not Write Below This Line</u> – For Reply Only)

_2/1/08  Medication given @ 1630_

**DOCTOR** ☐        **DENTIST** ☐        **OTHER** ☐

Date _02-01-08_ Time Received _16:25_

Officer _____

## INMATE REQUEST SLIP   Holding 2
### LOCATION

Name _William Ellis_   Date _02-02-08_

☐ Telephone Call   ☐ Time Sheet

☐ Special Visit   ☐ Personal Problem   ☐ Other

Briefly Outline Your Request. **Give to Jailer**

_I need my pain medication
when its due. 7:55_

**(Do Not Write Below This Line – For Reply Only)**

_Gave meds at
1355
OSH B_

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant   ☐ Chief Deputy   ☐ Sheriff

Date _02-02-08_   Time Received _1355_

Jailer _OSH Br_

# INMATE REQUEST FORM
### Prentiss Griffith Detention Facility

*9 12*

LOCATION

Name *William Ellis* Date *2-1-08*

# MEDICAL

Nature of complaint or illness:

*I need my pain medication
please*

*Mr Ellis*

Sign here for consent
to be treated by health staff: _____

## (Do Not Write Below This Line – For Reply Only)

*2/1/08 Lortab tab given*

*1240*

DOCTOR ☐         DENTIST ☐         OTHER ☐

Date *02-01-08*  Time Received *11:38*

Officer *AF Bain*

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

*H - 2*
LOCATION

Name _William Ellis_ Date _7 - 2 - 08_

# MEDICAL

Nature of complaint or illness:

_I need my pain medication pleas_

_Mr Ellis_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Meds Given_

_CGJW_

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date _02-03-08_ Time Received _1204_

Officer _CGB_

# INMATE REQUEST FORM
### Prentiss Griffith Detention Facility

*H-2*

LOCATION

Name _William Eli_ Date _2-2 08_

# MEDICAL

Nature of complaint or illness:

_I need my pain medication
please. I'm about 2
Lortabs every 4 to 6 hrs. + I
have only been getting 1_

_Mr. Eli_

Sign here for consent
to be treated by health staff: _____

(<u>Do Not Write Below This Line</u> – For Reply Only)

_GAVE MEDS
1647 02/03/08_

DOCTOR  ☐        DENTIST  ☐        OTHER  ☐

Date _02-03-08_ Time Received _1647_

Officer _____

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

_____
LOCATION

Name_____ Date _____

# MEDICAL

Nature of complaint or illness:

to Mrs Riley, Maybe someone else can use them. I need a breakthrough pain medication to assist the current one the Robaxin does nothing my pain scale is a 10+ and it maintains a constant 8. none of this has been put in the courts. I'm asking you please sit down and talk with me

Sign here for consent
to be treated by health staff:_____

=====================================================

(Do Not Write Below This Line – For Reply Only)

on some of the non narcotic medications that has helped me. I really need to see you

Thanks Wilkie

DOCTOR  ☐      DENTIST  ☐      OTHER  ☐

Date ___06-17-08___ Time Received ___0730___

Officer _____

## INMATE REQUEST FORM
Prentiss Griffith Detention Facility

_____
LOCATION

Name _____ Date _____

# M E D I C A L

Nature of complaint or illness:

But you have to be open minded enough to
see that all the medication im on is not
even Close to what I usually take. My
mental health medication is not helping me
their are plinty of non narcotic medication
Close to what i usually take. I'm really
asking you please fr warr help me I'm

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

We please sit down like two Grown men
and discuss some different medications The
lidocerm patches are a Joke I have 5
of them in my room I'm giving back

_____

DOCTOR  ☐          DENTIST  ☐          OTHER  ☐

Date _____ Time Received _____

Officer _____

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

_G/2_
LOCATION

Name _William Ellis_     Date _1-16-07_

# MEDICAL

Nature of complaint or illness:

_Dr Wever Im really struggling with this medication. Im no better off than I was on the tramadol. The Doubled isnt helping. The disc has pushed out further on the left side. What I Cant understand is 2 months after the MRI the pain Im in still isnt taken as a serious medical_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_problem. Im to the point where nothing matters anymore. Im so stressed out over everything. All of my medications doesnt have to be narcotic to help me_

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date _01-17-05_   Time Received _01:30_

Officer _____

# INMATE REQUEST FORM
### Prentiss Griffith Detention Facility

_G/2_
LOCATION

Name _William Ellis_    Date _2-6-08_

# MEDICAL

Nature of complaint or illness:

_I need my pain medication and muscle relaxer, also some meds Bandaids,_

Sign here for consent
to be treated by health staff: X _William Ellis_

(Do Not Write Below This Line – For Reply Only)

_GAve MeDS 02-06-08_
_1545        C Colbson_

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date _02-06-08_    Time Received _1540_

Officer _C Colbson_

# DR. WARREN'S DISCHARGE INSTRUCTIONS FOLLOWING YOUR
## _Minimally Invasive Lumbar Fusion_

**General Information about your surgery:**

- You may have several incisions; the shortest ones are where the screws pierced your skin, and the longer ones are where Dr. Warren performed your decompression. There may also be a small incision further up your spine; this is the incision Dr. Warren used to place the computer guidance device onto your spine that assisted him in your operation.

**Activity**

- Wear your brace when out of bed, except in the shower.
- Do not pick up anything that weighs more than a gallon of milk.
- Gradually increase your exercise time. Take short walks daily and gradually increase the distance.
- Do not use weights or exercise equipment until Dr. Warren gives you the okay.
- Do not pull, tug or reach for objects.
- Do not drive a car until Dr. Warren tells you that you can.
- You may resume sexual activity when you are comfortable with it.
- You will be seen by Dr. Warren 2 weeks following discharge. The decision regarding your return to work will be made at that time.

**Hygiene**

- If you do not have stitches or staples on your skin, then your wounds were closed with skin glue, called DermaBond. Do not try to peel this off.
- Do not put any type of ointment on your wounds.
- You may shower, but do not soak the wounds in a tub or aggressively scrub it until Dr. Warren says it is OK.
- You may require help getting dressed or getting into and out of your brace.
- Decreased activity after surgery, along with pain medications, may result in constipation. Fruits, bran cereal, or laxatives will assist you to move your bowels regularly.

**Notify Dr. Warren of any of the following:**

1. Oral temperature over 101 degrees.
2. Redness or swelling around your incision with or without any tenderness.
3. Any drainage from your incision.
4. If the skin edges of your incision start coming apart.
5. New numbness or tingling in your legs or feet on either side.
6. Increased pain in your back, hips, legs or feet, or new weakness of either leg.
7. Any trouble with your brace, especially if it is rubbing on or hurting you.

**If you have questions or concerns, call:**

Dr. Warren's office 334-821-0466

## EAST ALABAMA MEDICAL CENTER
### Discharge Instructions Following General Orthopedic Surgery

1. You may have some nausea or vomiting a few times after leaving the hospital. We recommend you resume eating slowly with mild, bland food. Report any persistant nausea and vomiting to your doctor.

2. You may increase your activity as tolerated.

3. Keep your dressings dry for _____ hours.

4. You may remove the dressings in _____ hours and take a shower.

5. Please keep arm/hand or leg/foot elevated above heart level for first 24 hours after surgery.

6. Wiggle fingers or toes on the surgical site for 1 minute at least 10 times a day for the first 24 hours after surgery.

7. You may apply ice bag to your surgery site for the first 24 hours.

8. No heavy lifting.

9. Call your surgeon for any excessive drainage/bleeding, foul smelling drainage, nausea or vomiting, severe pain not relieved by your pain medication, or fever greater than 101°.

10. Return to work according to your surgeon's instructions.

11. Follow any verbal instructions given to you or your responsible person.

12. You may experience occasional dizziness or become drowsy for the 24 hours after you have received medication or anesthesia. Therefore, you **should not drive** or drink alcoholic beverages.

13. You may feel tired, have a sore throat, neck discomfort, or minor muscle stiffness. Please rest and call your surgeon if you have any questions.

14. If you receive general anesthesia, it is important that you cough and deep breathe at least every two (2) hours while awake for two (2) days.

---

**I have received written instructions and verbalized understanding of the discharge instructions for my surgical procedure.**

Patient: _Phillip Rey Teen Polfrey_    Date: _1-29-08_

Patient given a copy ☐

Nurse Educator: _S Murphy RN_

Responsible Driver: _____    Date: _1-31-08_

Discharge Nurse: _____

Surgeon's Name and Phone #: _821-0466_

Appointment Date and Time: _Feb 8 @ 12 Noon_

2/29/08 @ 12 Noon    Auburn Diagnostics    (826-2500)

@ELLIS,WILLIAM
LOC:OS  DOB:05/09/70  M37Y
WARREN,W LEE  Adm:01/31.08

0802900323  894071

I.D. NO. 49172    PRISONER'S JAIL RECORD    NO. 15

| NAME William Lanier Ellis | ALIAS OR NICKNAME | DATE 3-5-07 | TIME 2:04 ☐AM ☑PM |
|---|---|---|---|

| ADDRESS 5852 East Heights Dr Col, GA | ARRESTING OFFICER Williamson |
|---|---|

| DATE OF BIRTH 5-9-73 | PLACE OF BIRTH Columbus, GA | SCARS OR MARKS |
|---|---|---|

| AGE 34 | RACE W | EYES Bn | HAIR Blk | SEX M | HEIGHT 6'1 | WEIGHT 145 | COMPLEXION |
|---|---|---|---|---|---|---|---|

| OFFENSE 1) Attempt Murder - DC 07-452 | STATUS Dist |
|---|---|
| 2) Contempt of Court C/S | HOLD FOR Eufaula |

| HOW RELEASED | DATE | TIME | RELEASING OFFICER |
|---|---|---|---|

| S.S. NO. 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 | OCCUPATION |
|---|---|

| CTD# | BOND | F/P | PHOTO | B/O |
|---|---|---|---|---|
| | $20,000 | | 49172 | Russell |
| | $1,000 cash Release 4/11/07 | | | |

08-28-07
@ 10:00 a.m

S. Huffstutler
J. Patterson
A. 23

| NCIC Eufaula P.D (334-687-1201) |
|---|

04100 5009

0103 05009

13³⁵ Returned and placed in
holding cell #2.

| DATE&TIME | DRUG ALLERGIES |
|-----------|----------------|

1/31/08    AP + Lat Lumbar X-rays at ADI
11:05     On Morning of 2/29/08

**EAST ALABAMA MEDICAL CENTER**
**PHYSICIAN ORDERS**

Patient Identification
08029-00323  894071  DOB:05/09/70     Adm:01/31/08
@ELLIS,WILLIAM              WARREN,W LEE



PHY0005



0802900323

## RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
## INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

1/20/08

| Submitted By | Received By: |
|---|---|
| Inmate's Name (last name first) William Ellis | CO's Name & ID Number Timothy Miller #41 |
| Housing Assignment G max 1-20-08 | Shift Assignment B-Night |

### PART "A" INMATE REQUEST

I've submitted request about my Prescription eye glasses and I still dont have glasses. If I need to file a seperate Claim please let me know and I'll save us all a lot of paperwork and time. Judge Walker recommends that I file a seperate Claim.

Grievant (Inmate) Signature William Ellis

### PART "B" - RESPONSE

1/22/08 Received inmate grievance form Referred to Nurse Riley-Pelfrey - Lt. Jueend —

1/22/08 Medical is aware of request for reading glasses. Medical release faxed to last known Vision Center @ Walmart on 1/11/08 to obtain further medical information. As of this date have received No response, will try to contact by phone this date. — Jeffrey Pelfrey

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

### PART "C" - RECEIPT

Return To _____ Date _____ Time _____

Submitting Inmate _____ Receiving Shift Supervisor _____

### PART "D" - RETURN RECEIPT

Returned To _____ Date _____ Time _____

Witness _____ Submitting Inmate _____

### APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal.

Appeal Received By: _____ Date _____ Time _____

Submitted By _____ Copy Received By _____

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

_G/2_
LOCATION

Name _William Ellis_      Date _1-20-08_

# MEDICAL

Nature of complaint or illness:

_I need some tylenol for my back and legs and something for a cold._

Sign here for consent
to be treated by health staff: _____

(<u>Do Not Write Below This Line</u> – For Reply Only)

_Reg Rec 01/21/08_

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |
|---|---|---|

Date _1-20-08_   Time Received _1800_

Officer _Smith_

# INMATE REQUEST SLIP

LOCATION _G-1_

Name _William Elli_  Date _1-21-08_

☐ Telephone Call          ☐ Time Sheet

☐ Special Visit          ☐ Personal Problem          ☐ Other

Briefly Outline Your Request.  **Give to Jailer**

_I need some tylenol for my neck and legs and some cough syrup_

**(Do Not Write Below This Line** – For Reply Only)

_GiVeN_

_Tylenol X2_

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _1-21-08_ Time Received _1900_

Jailer _C/o Miller_

# Exhibit I – Part 2

## Medical File of William Lanier Ellis, Sr.



**RUSSELL COUNTY SHERIFF OFFICE**
**CORRECTIONAL HEALTH**
**TINA RILEY-PELFREY, LPN CCHP**
TEL: (334) 298-8621          FAX: (334) 297-5130

# FAX

**TO:** _Auburn Neurosurgery_          **FROM:** _RC Jail_

**FAX #:** _____          **PAGES:** _8_

**PHONE #:** _____          **DATE:** _1/15/08_

**RE:** _William Ellis_          **CC:** _____

___ **URGENT**  ____ **FOR REVIEW**  ___ **PLEASE COMMENT**  ____ **PLEASE REPLY**

**NOTES:**

# AUBURN
### N E U R O S U R G E R Y
#### W. Lee Warren, MD
## MEDICAL HISTORY QUESTIONNAIRE

Patient Name _William Lanier Ellis Sr._

Date of birth _5-9-70_ Age _37_ Sex _m_ Height _6'1_ Weight _176_

**Chief complaint (reason for seeing Dr. Warren)** _Extreme lower and upper back pain_

**Previous Treatment for above condition & dates:** Physical Therapy _n/a_

Oral Steroids _yes_ Epidural Steroid Injections _____ Chiropractic care _yes_

Activity Modification _____ Medications & duration of each: _____

Other treatment: _Pain management / Exercise_

Was this the result of an injury? (Yes)  No        Type of Injury:  W/C   MVA   Sports  (Other)

Date of Injury/onset of symptoms _original lower back pain, 2001 2005 / upper back 11-20-07_

Who referred you for this visit; if not referred, please indicated _Dr. ____

**Past Medical History**

Do you have, or have you had, any of the following: (**PLEASE CIRCLE AND INDICATE DATE OF ONSET**)

Diabetes _no_ High blood pressure _yes_ Heart condition _no_ Seizure _yes_

Sleep apnea _no_ Ulcer _yes_ Cancer/type _no_

Blood or bleeding disorder _no_ Phlebitis or blood clots _no_ Stroke _no_

Asthma _yes_ Emphysema _no_ Complication of anesthesia _no_

Kidney stone _no_

List other medical conditions and/or illnesses not mentioned above _Epilepsy / Chronic Anxiety with Panic attacks / Pneumothorax Spontaneous / Chronic Pain_

List reasons for hospitalizations and/or surgeries with **dates** and any complications _Pneumothorax on both lungs, Partial upper lobe of left removed / severe closed head injury/_

List any significant injuries you have sustained _Severe Closed Head injury, Lung Surgery_

List current medications _Phenobarbital, Lopressor, Robaxin, Thorazine, Nexium, Amblitrine_

List any **Drug Allergies** _Penicillin_ / **Latex Allergy**? Yes or No

**Family History (Please indicate relationship – Mother, Father, Brother, Sister, Grandmother, Grandfather, Aunt, Uncle)**

☑ High Blood Pressure *Grandparents, Parents, Aunts & Uncles*
☐ Heart Disease *Grandparents*
☑ Lung Disease *my father and myself*
☑ Diabetes *Grandparents, Parents*
☐ Aneurysm
☑ Back problems *mother, father, brothers, Aunts & uncles*
☐ Brain Tumor
☑ Cancer / Type *Leukemia*
☐ Other _____

## Social History

Marital status *Married*        Education (Years/Degrees) *9*

Alcohol use (type/amount) *N/A*        Tobacco use (amount/years used) *N/A*

Exercise:    ☐ Sedentary            ☐ 1-3 times a week

☐ 4–more times a week    ☐ Active but no formal exercise

Which hand do you write with?    Left    (Right)

Employer _____    Occupation _____

## Review of Systems (Circle positive symptoms and describe and/or add others, if needed.)

**Constitutional:** Fever, (weight gain/loss,) (loss of appetite)

**Eyes:** Double vision, (blurring,) (difficulty seeing)

**ENT:** Deafness, (sinusitis,) hoarseness, vertigo

**Cardiovascular:** Chest pain, palpitations, murmur, irregular/rapid heartbeat,

**Respiratory:** Wheezing, spitting blood, chronic cough (shortness of breath,)

**Digestive:** (Abdominal pain,) constipation, diarrhea, bleeding

**Skin:** (Changes in moles,) lesions that (do not heal,) Rashes

**Gynecologic:** Missed periods, Pain when urinating, hesitancy, bleeding, incontinence

**Psychiatric** (Depression,) (anxiety,) (hallucinations,) (sleep disturbances)

**Endocrine:** Excessive thirst, (excessive urination,) heat/cold (intolerance)

**Blood and Lymph:** Anemia, bleeding tendencies, swollen nodes

**Allergic and Immunologic:** Hives, eczema, itching

**Musculoskeletal:** (Stiffness,) (joint pain/deformity,) (muscle wasting,) (spine pain radiating to arm/leg)

**Neurologic:** (Seizures,) (loss of balance/coordination,) paralysis, weakness, (loss of memory,) (numbness, tingling,) (loss of sensation in arms or) (legs,) facial pain

*William Ellis*
**Patient Signature**

*1/5 07*
**Date**

# AUBURN
## NEUROSURGERY
### W. Lee Warren, MD

### Your HIPAA Rights and Responsibilities

**THIS NOTICE DESCRIBES HOW INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED, AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE REVIEW IT CAREFULLY.**

At Auburn Neurosurgery, PC, we are committed to protecting your privacy. We comply with all federal, state, and local laws. This notice describes how we use your health information. It describes some of your rights and some of our responsibilities.

UNDERSTANDING YOUR HEALTH RECORD/INFORMATION

Each time you visit our offices, we record your symptoms, physical examination, test results, diagnosis, and treatment. This information enables us to: plan for your care, communicate with others who care for you, report to your insurance carrier, bill for our work, and improve the quality of our care.

YOUR RIGHTS

Although your chart belongs to Auburn Neurosurgery, the information contained in the chart is yours. You have the right to: inspect your records, obtain a copy of your chart for a small fee, correct your records, and tell us not to release your information.

OUR RESPONSIBILITIES

We are required to: maintain the privacy of your health information; send needed health information to other medical providers, and release information to insurance companies, certain government agencies, and others. We may be required to release some information, even without your permission.

EXAMPLES OF HOW YOUR INFORMATION IS USED

Your health information will be recorded and used to plan your treatment. Reports may be sent to other doctors to help them plan your treatment. Bills will be sent to your insurance company. The information in the bills will include confidential information such as your name, address, diagnosis, and treatment. In providing your care, we may communicate with other individuals or businesses. Examples include other physicians, X-ray departments, laboratories, our transcriptionists or our record storage service. To protect your privacy, we ask our business associates to safeguard your information.

OTHER NOTICES

We may leave a message at your home, at your business, on your answering machine or on your voicemail. We may mail you a postcard or other written notices. We may need to disclose your information to your family members or other people helping with your care. In doing so, we will use our best judgment. We may disclose information to others as required by law or if subpoenaed. If you were injured on the job, we will need to disclose your health information to your workers compensation insurance company. We may, from time to time, update these policies.

FOR MORE INFORMATION OR TO REPORT A PROBLEM

If you have concerns or would like additional information, you may contact the practice's manager, Karen Whitehead at 334-821-0466. Serious concerns are best handled in writing. You may also contact the Federal Office for Civil Rights at: 200 Independence Ave. S.W., Room 509F, HHH Building, Washington, D.C. 20201 or by clicking on the Internet at www.hhs.gov/ocr/hipaa/. The government web site provides an enormous amount of information about your rights and responsibilities.

# AUBURN
### N E U R O S U R G E R Y
##### W. Lee Warren, MD

Patient name: _____   Date: _____

Mark the area on your body where you feel the described sensations.

| Numbness | ------------ | Pins & Needles | ooooooooooo |
|----------|-------------|----------------|-------------|
| Burning | xxxxxxxx | Stabbing | ///////////////////// |
| Other (Please describe) | ******** | | |
| Duration of sensations? *Continuous* | | | |



upper extremitis
Variats from a scale
of 6-10

but maintains
i level of 6



the right leg Varide
from 6-10, with
a Constant of median
then 8.

# AUBURN NEUROSURGERY, PC
## REGISTRATION FORM

Today's date:

## PATIENT INFORMATION

| Patient's last name: *William* | First: *Lanier* | Middle: *Ellis Jr* | Marital status (circle one)<br>Single / (Mar) / Div / Sep / Wid |
|---|---|---|---|

Home address: *P.O. Deth 640 Russell County Jail*          Social Security no.: *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*     Birth date: *5/19/70*   Age: *37*   Sex: ☑ M ☐ F

City: *Phenix*      State: *City*   Zip: *AL*   Home Phone: *(334) 298 8621*        Cell Phone: (   )

Patient's Employer: *N/A*                                 Employer phone no.: (   )

Emergency Contact: *Glenda Ellis*     Phone: ( ) *706 563-4399*     Relationship to patient: *Mother*

Email address:

Referring Physician: *Dr William*                Primary Care Physician:

Person responsible for bill: *Russell County*     Birth date: / /   Address (if different):        Home phone no.: (   )

Employer: *N/A*                Employer address:                Employer phone no.: (   )

## INSURANCE INFORMATION
### (Please give your insurance card and driver's license to the receptionist.)

| Primary insurance: | Policy no.: | Group no.: |
|---|---|---|
| Subscriber's name: | Subscriber's S.S. no.: | Birth date: / / |
| Patient's relationship to subscriber: | ☐ Self    ☐ Spouse    ☐ Child | ☐ Other |
| Name of secondary insurance (if applicable): | Policy no.: | Group no.: |
| Subscriber's name: | Subscriber's S.S. no.: | Birth date: / / |
| Patient's relationship to subscriber: | ☐ Self    ☐ Spouse    ☐ Child | ☐ Other |

1. I understand that I am responsible for charges not covered or reimbursed by the above agents. I agree, in the event of non-payment, to assume the costs of interest, collection and legal action (if required).
2. I authorize my insurance carrier to release information regarding my coverage to Auburn Neurosurgery, PC. I also authorize agents of any hospital, or previous physicians to furnish Auburn Neurosurgery, PC copies of any records of my medical history, services or treatments. I also authorize the release of any medical information and/or reports related to my treatment to any federal, state, or accreditation agency, or any physician or insurance carrier as needed. I also agree to a review of my records for purposes of internal audits, research and quality assurance reviews within Auburn Neurosurgery, PC.
3. My right to payment for pharmaceuticals, procedures, tests, medical equipment rentals, supplies and nursing/physician services including major medical benefits are hereby assigned to Auburn Neurosurgery, PC. This assignment covers any and all benefits under Medicare, other government sponsored programs, private insurance and any other health plans. I acknowledge this document as a legally binding assignment to collect my benefits as payment of claims for services. In the event my insurance carrier does not accept Assignment of Benefits, or if payments are made directly to my or my representative, I will endorse such payment to Auburn Neurosurgery, PC.
4. I understand that my patient information arising out of y medical treatment by my physician practice (without identifying me or any other patient by name or address, unless otherwise permitted by law) may also be shared with interested third parties. These third parties include (a) managed care companies, insurance companies and other payors; (b) governmental bodies (such as the FDA, and HCFA); (d)representatives and agents of my health benefit plan; (e) persons conducting quality or peer review or patient satisfaction surveys; and (f) other clinical and non-clinical parties that have a contractual relationship with Auburn Neurosurgery, PC.
5. **PERSONAL VALUABLES:** I acknowledge that Auburn Neurosurgery, PC shall not be liable for the loss or damages to any personal property.
6. **CONSENT FOR PHOTOGRAPH:** I, the undersigned, give Auburn Neurosurgery, PC, its physicians and staff, permission to make photographs of me for placement into my clinical record.

### THIS AGREEMENT/CONSENT WILL REMAIN IN EFFECT UNLESS REVOKED BY ME IN WRITING

*I have read the above statements and accept the terms. A duplicate of the statement is considered the same as the original.*

*William Lanier Ellis Jr.*                          *1/15/07*
PATIENT SIGNATURE                                     DATE

RESPONSIBLE PARTY SIGNATURE          RELATIONSHIP          DATE

# AUBURN
## N E U R O S U R G E R Y
### W. Lee Warren, MD

## ACKNOWLEDGEMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES

Notice to Patient:

We are required to provide you with a copy of our Notice of Privacy Practices, which states how we may use and/or disclose your health information. Please sign this form to acknowledge receipt of the Notice. You may refuse to sign this acknowledgement, if you wish.

I acknowledge that I have received a copy of Auburn Neurosurgery, PC's Notice of Privacy Practices.

*William Ellis / William Ellis*
Please print your name here

*William James Ellis Sr*
Signature

*1/15/07*
Date

---

**FOR OFFICE USE ONLY**

We have made every effort to obtain written acknowledgment of receipt of our Notice of Privacy from this patient but it could not be obtained because:

☐   The patient refused to sign.

☐   Due to an emergency situation it was not possible to obtain an acknowledgement.

☐   We weren't able to communicate with the patient.

☐   Other *(Please provide specific details)*

_____

_____

_____        _____
Employee signature                                         Date



Directions to **AUBURN NEUROSURGERY**, 2320 Moore's Mill Road, Suite 250, Auburn, AL

**Montgomery, Tuskegee** – Take I-85 N to Exit 57. Turn right on Bent Creek Road. Follow to Hamilton Road (.8 miles). Turn right. Take Hamilton Road (1.5 miles) to 1st traffic light and turn right on Moore's Mill Road. Take left into 1st driveway. We are located in the building on the left.

**Atlanta, Lanett, Valley** - Take I-85 S to Exit 58. (Hwy 280 West) Cross Hwy 280 on to Interstate Road. Go to 1st intersection and turn left on Hamilton Road. Take Hamilton Road to 1st traffic light and turn right on Moore's Mill Road. Take left into 1st driveway. We are located in the building on the left.

**Birmingham, Alex City, Dadeville** – Take Hwy 280 East into Opelika. Turn right on Interstate Road (just past TigerTown). Go to 1st intersection and turn left on Hamilton Road. Take Hamilton Road to 1st traffic light and turn right on Moore's Mill Road. Take left into 1st driveway. We are located in the building on the left.

**Hurtsboro** – Alabama Hwy 51 to Lee Road 146. Turn left on Lee Road 146. Go past La-Z-Bee and through the next intersection. Take left into 1st driveway after traffic light. We are located in the building on the left

Personal Printer/Fax/Copier/Scanner

Log for
Nurse Riley
Jan 15 2008 2:58p

Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Jan 15 | 02:51p | Fax Sent | 13348214682 | 7:18 | 7 | OK |



# RUSSELL COUNTY SHERIFF OFFICE
## CORRECTIONAL HEALTH
### TINA RILEY-PELFREY, LPN CCHP
**TEL: (334) 298-8621**              **FAX: (334) 297-5130**

# FAX

**TO:** _Auburn Neurosurgery_          **FROM:** _R.C. Jail_

**FAX #:** _____          **PAGES:** _8_

**PHONE #:** _____        **DATE:** _1/15/08_

**RE:** _William Files_                **CC:** _____

___ **URGENT**   ____ **FOR REVIEW**   ___ **PLEASE COMMENT**   ____ **PLEASE REPLY**

**NOTES:**

# AUBURN
## NEUROSURGERY
W. Lee Warren, MD
## MEDICAL HISTORY QUESTIONNAIRE

Patient Name _William Lewis Ellis Jr._

Date of birth _5-9-70_   Age _37_   Sex _M_   Height _6'1_   Weight _176_

**Chief complaint (reason for seeing Dr. Warren)** _Extreme lower and upper back pain_

**Previous Treatment for above condition & dates:** Physical Therapy _n/a_

    Oral Steroids _yes_   Epidural Steroid Injections _____   Chiropractic care _yes_

    Activity Modification _____   Medications & duration of each: _____

    Other treatment: _Pain management / Epidural_

Was this the result of an injury? (Yes)  No   Type of Injury:  W/C  MVA  Sports  (Other)

Date of Injury/onset of symptoms _original lower back 2000, 2001 2005 / upper back 11-20-07_

Who referred you for this visit; if not referred, please indicated _Dr. Weiss_

## Past Medical History

Do you have, or have you had, any of the following: (**PLEASE CIRCLE AND INDICATE DATE OF ONSET**)

Diabetes _no_   High blood pressure _yes_   Heart condition _no_   Seizure _yes_

Sleep apnea _no_   Ulcer _yes_   Cancer/type _no_

Blood or bleeding disorder _no_   Phlebitis or blood clots _no_   Stroke _no_

Asthma _yes_   Emphysema _no_   Complication of anesthesia _no_

Kidney stone _no_

List other medical conditions and/or illnesses not mentioned above _Epilepsy / Chronic Anxiety_
_with panic attacks / Pneumothorax Spontaneous / Chronic Pain_

List reasons for hospitalizations and/or surgeries with **dates** and any complications _Pneumothorax_
_on both lungs, Partial upper lobe of left removed / severe closed head_
_injury/_

List any significant injuries you have sustained _Severe closed head injury, lung surgery_

List current medications _Phenobarbital, Lyrica, Robaxin, Thorazine, Xanax_
_vasotec_

List any **Drug Allergies** _Penicillin_ _____ / **Latex Allergy?** Yes or No

**Family History (Please indicate relationship – Mother, Father, Brother, Sister, Grandmother, Grandfather, Aunt, Uncle)**

☑ High Blood Pressure *Grandparents, parents, Aunts & uncles*
☐ Heart Disease *Grandparents*
☑ Lung Disease *my father and myself*
☑ Diabetes *Grandparents, parents*
☐ Aneurysm
☑ Back problems *Mother, father, brothers, aunts & uncles*
☐ Brain Tumor
☑ Cancer / Type *Leukemia*
☐ Other

## Social History

Marital status *Married*    Education (Years/Degrees) *9*

Alcohol use (type/amount) *n/a*    Tobacco use (amount/years used) *n/a*

Exercise:    ☐ Sedentary    ☐ 1-3 times a week

☐ 4–more times a week    ☐ Active but no formal exercise

Which hand do you write with?    Left    (Right)

Employer _____    Occupation _____

## Review of Systems (Circle positive symptoms and describe and/or add others, if needed.)

**Constitutional:** Fever, (weight gain/loss), (loss of appetite)

**Eyes:** Double vision, (blurring), (difficulty seeing)

**ENT:** Deafness, (sinusitis), hoarseness, vertigo

**Cardiovascular:** Chest pain, palpitations, murmur, irregular/rapid heartbeat,

**Respiratory:** Wheezing, spitting blood, chronic cough (shortness of breath),

**Digestive:** (Abdominal pain,) constipation, diarrhea, bleeding

**Skin:** (Changes in moles,) lesions that do not heal, Rashes

**Gynecologic:** Missed periods, Pain when urinating, hesitancy, bleeding, incontinence

**Psychiatric** (Depression,) anxiety, (hallucinations,) (sleep disturbances)

**Endocrine:** Excessive thirst, (excessive urination,) heat/cold (intolerance)

**Blood and Lymph:** Anemia, bleeding tendencies, swollen nodes

**Allergic and Immunologic:** Hives, eczema, itching

**Musculoskeletal:** (Stiffness,) (joint pain/deformity,) (muscle wasting,) (spine pain radiating to arm/leg)

**Neurologic:** (Seizures) (loss of balance/coordination,) paralysis, weakness, (loss of memory,) (numbness, tingling,) (loss of sensation in arms or legs,) facial pain

*William Ellis*
**Patient Signature**

*1/5 07*
**Date**

# AUBURN
## NEUROSURGERY
### W. Lee Warren, MD
#### Your HIPAA Rights and Responsibilities

**THIS NOTICE DESCRIBES HOW INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED, AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE REVIEW IT CAREFULLY.**

At Auburn Neurosurgery, PC, we are committed to protecting your privacy. We comply with all federal, state, and local laws. This notice describes how we use your health information. It describes some of your rights and some of our responsibilities.

## UNDERSTANDING YOUR HEALTH RECORD/INFORMATION

Each time you visit our offices, we record your symptoms, physical examination, test results, diagnosis, and treatment. This information enables us to: plan for your care, communicate with others who care for you, report to your insurance carrier, bill for our work, and improve the quality of our care.

## YOUR RIGHTS

Although your chart belongs to Auburn Neurosurgery, the information contained in the chart is yours. You have the right to: inspect your records, obtain a copy of your chart for a small fee, correct your records, and tell us not to release your information.

## OUR RESPONSIBILITIES

We are required to: maintain the privacy of your health information; send needed health information to other medical providers, and release information to insurance companies, certain government agencies, and others. We may be required to release some information, even without your permission.

## EXAMPLES OF HOW YOUR INFORMATION IS USED

Your health information will be recorded and used to plan your treatment. Reports may be sent to other doctors to help them plan your treatment. Bills will be sent to your insurance company. The information in the bills will include confidential information such as your name, address, diagnosis, and treatment. In providing your care, we may communicate with other individuals or businesses. Examples include other physicians, X-ray departments, laboratories, our transcriptionists or our record storage service. To protect your privacy, we ask our business associates to safeguard your information.

## OTHER NOTICES

We may leave a message at your home, at your business, on your answering machine or on your voicemail. We may mail you a postcard or other written notices. We may need to disclose your information to your family members or other people helping with your care. In doing so, we will use our best judgment. We may disclose information to others as required by law or if subpoenaed. If you were injured on the job, we will need to disclose your health information to your workers compensation insurance company. We may, from time to time, update these policies.

## FOR MORE INFORMATION OR TO REPORT A PROBLEM

If you have concerns or would like additional information, you may contact the practice's manager, Karen Whitehead at 334-821-0466. Serious concerns are best handled in writing. You may also contact the Federal Office for Civil Rights at: 200 Independence Ave. S.W., Room 509F, HHH Building, Washington, D.C. 20201 or by clicking on the Internet at www.hhs.gov/ocr/hipaa/. The government web site provides an enormous amount of information about your rights and responsibilities.



AUBURN
N E U R O S U R G E R Y
W. Lee Warren, MD

Patient name: _____    Date: _____

Mark the area on your body where you feel the described sensations.

| Numbness | ------------ | Pins & Needles | oooooooooo |
|---|---|---|---|
| Burning | xxxxxxxx | Stabbing | ///////////////////// |
| Other (Please describe) | ******** | | |
| Duration of sensations? | *Continuous* | | |



upper extremities
varies from a scale
of 6-10

but maintains
a level of 6

the right leg varies
from 6-10, with
a constant of no less
than 8.

# AUBURN NEUROSURGERY, PC
## REGISTRATION FORM

Today's date:

## PATIENT INFORMATION

| Patient's last name: _William_ | First: _Lanie_ | Middle: _Ellis Sr._ | Marital status (circle one) Single / (Mar) / Div / Sep / Wid |

| Home address: _P.O. Deft 640 Russell County Jail_ | Social Security no.: _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_ | Birth date: _5/19/70_ | Age: _37_ | Sex: ☒ M ☐ F |

| City: _Phenix City_ | State _AL_ | Zip | Home Phone: _(334) 298 5621_ | Cell Phone: ( ) |

| Patient's Employer: _N/A_ | Employer phone no.: ( ) |

| Emergency Contact: _Glenda Ellis_ | Phone: ( ) _706 563-4399_ | Relationship to patient: _Mother_ |

Email address:

| Referring Physician: _Dr. William_ | Primary Care Physician: |

| Person responsible for bill: _Russell County_ | Birth date: / / | Address (if different): | Home phone no.: ( ) |

| Employer: _N/A_ | Employer address: | Employer phone no.: ( ) |

## INSURANCE INFORMATION
### (Please give your insurance card and driver's license to the receptionist.)

| Primary insurance: | Policy no.: | Group no.: |

| Subscriber's name: | Subscriber's S.S. no.: | Birth date: / / |

| Patient's relationship to subscriber: | ☐ Self | ☐ Spouse | ☐ Child | ☐ Other |

| Name of secondary insurance (if applicable): | Policy no.: | Group no.: |

| Subscriber's name: | Subscriber's S.S. no.: | Birth date: / / |

| Patient's relationship to subscriber: | ☐ Self | ☐ Spouse | ☐ Child | ☐ Other |

1. I understand that I am responsible for charges not covered or reimbursed by the above agents. I agree, in the event of non-payment, to assume the costs of interest, collection and legal action (if required).
2. I authorize my insurance carrier to release information regarding my coverage to Auburn Neurosurgery, PC. I also authorize agents of any hospital, or previous physicians to furnish Auburn Neurosurgery, PC copies of any records of my medical history, services or treatments. I also authorize the release of any medical information and/or reports related to my treatment to any federal, state, or accreditation agency, or any physician or insurance carrier as needed. I also agree to a review of my records for purposes of internal audits, research and quality assurance reviews within Auburn Neurosurgery, PC.
3. My right to payment for pharmaceuticals, procedures, tests, medical equipment rentals, supplies and nursing/physician services including major medical benefits are hereby assigned to Auburn Neurosurgery, PC. This assignment covers any and all benefits under Medicare, other government sponsored programs, private insurance and any other health plans. I acknowledge this document as a legally binding assignment to collect my benefits as payment of claims for services. In the event my insurance carrier does not accept Assignment of Benefits, or if payments are made directly to my or my representative, I will endorse such payment to Auburn Neurosurgery, PC.
4. I understand that my patient information arising out of y medical treatment by my physician practice (without identifying me or any other patient by name or address, unless otherwise permitted by law) may also be shared with interested third parties. These third parties include (a) managed care companies, insurance companies and other payors; (b) governmental bodies (such as the FDA, and HCFA); (d)representatives and agents of my health benefit plan; (e) persons conducting quality or peer review or patient satisfaction surveys; and (f) other clinical and non-clinical parties that have a contractual relationship with Auburn Neurosurgery, PC.
5. **PERSONAL VALUABLES:** I acknowledge that Auburn Neurosurgery, PC shall not be liable for the loss or damages to any personal property.
6. **CONSENT FOR PHOTOGRAPH:** I, the undersigned, give Auburn Neurosurgery, PC, its physicians and staff, permission to make photographs of me for placement into my clinical record.

### THIS AGREEMENT/CONSENT WILL REMAIN IN EFFECT UNLESS REVOKED BY ME IN WRITING

_I have read the above statements and accept the terms. A duplicate of the statement is considered the same as the original._

| _William Lanie Ellis Sr._ | _1/15/07_ |
| PATIENT SIGNATURE | DATE |

| | | |
| RESPONSIBLE PARTY SIGNATURE | RELATIONSHIP | DATE |

# AUBURN
### N E U R O S U R G E R Y
#### W. Lee Warren, MD

## ACKNOWLEDGEMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES

Notice to Patient:

We are required to provide you with a copy of our Notice of Privacy Practices, which states how we may use and/or disclose your health information. Please sign this form to acknowledge receipt of the Notice. You may refuse to sign this acknowledgement, if you wish.

I acknowledge that I have received a copy of Auburn Neurosurgery, PC's Notice of Privacy Practices.

_William Ellis / William Ellis_
Please print your name here

_William James Ellis Sr_
Signature

_1/15/07_
Date

---

**FOR OFFICE USE ONLY**

We have made every effort to obtain written acknowledgment of receipt of our Notice of Privacy from this patient but it could not be obtained because:

☐   The patient refused to sign.

☐   Due to an emergency situation it was not possible to obtain an acknowledgement.

☐   We weren't able to communicate with the patient.

☐   Other *(Please provide specific details)*

_____

_____

_____        _____
Employee signature                                        Date



Directions to **AUBURN NEUROSURGERY**, 2320 Moore's Mill Road, Suite 250, Auburn, AL

**Montgomery, Tuskegee** – Take I-85 N to Exit 57. Turn right on Bent Creek Road. Follow to Hamilton Road (.8 miles). Turn right. Take Hamilton Road (1.5 miles) to 1st traffic light and turn right on Moore's Mill Road. Take left into 1st driveway. We are located in the building on the left.

**Atlanta, Lanett, Valley** - Take I-85 S to Exit 58. (Hwy 280 West) Cross Hwy 280 on to Interstate Road. Go to 1st intersection and turn left on Hamilton Road. Take Hamilton Road to 1st traffic light and turn right on Moore's Mill Road. Take left into 1st driveway. We are located in the building on the left.

**Birmingham, Alex City, Dadeville** – Take Hwy 280 East into Opelika. Turn right on Interstate Road (just past TigerTown). Go to 1st intersection and turn left on Hamilton Road. Take Hamilton Road to 1st traffic light and turn right on Moore's Mill Road. Take left into 1st driveway. We are located in the building on the left.

**Hurtsboro** – Alabama Hwy 51 to Lee Road 146. Turn left on Lee Road 146. Go past La-Z-Bee and through the next intersection. Take left into 1st driveway after traffic light. We are located in the building on the left

HP Officejet 5600 series Personal Printer/Fax/Copier/Scanner

Log for
Nurse Riley
Jan 15 2008 2:58p

| Last Transaction | | | | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| Date | Time | Type | | | | | |
| Jan 15 | 02:51p | Fax Sent | | 13348214682 | 7:18 | 7 | OK |



# RUSSELL COUNTY SHERIFF OFFICE
## CORRECTIONAL HEALTH
## TINA RILEY-PELFREY, LPN CCHP
### TEL: (334) 298-8621          FAX: (334) 297-5130

# FAX

**TO:**_____ WALMART VISION          **FROM:**_____ RUSSELL COUNTY JAIL_____

**FAX #:**_____ 706-322-5621 _____          **PAGES:**_____ 2 _____

**PHONE #:**_____          **DATE:**_____ JANUARY 11, 2008 _____

**RE:**_____ RECORDS ON WILLIAM ELLIS _____          **CC:**_____

__x__ **URGENT** _____ **FOR REVIEW** ___ **PLEASE COMMENT** _____ **PLEASE REPLY**

---

**NOTES:**

1/30/08
1115 — called — 0 answer at this time.



# RUSSELL COUNTY SHERIFF'S OFFICE
# CORRECTIONAL HEALTH
### TINA RILEY-PELFREY, LPN CCHP
### TEL: (334) 298-8621     FAX: (334) 297-5130

## CONSENT TO OBTAIN MEDICAL RECORDS

I, _William L. Ellis_ , hereby give my consent for

_Walmart Vision Center_ to release any and all

medical information pertinent to my medical history to the Prentiss L.

Griffith Detention Facility.

DOB: _C50970_          SSN: _260_ - _23_ - _9248_

_William Elli_
**PATIENT / INMATE SIGNATURE**                      _1/11/08_
                                                    **DATE**

_Michael Schronk_
**WITNESS SIGNATURE**                               _11 Jan 08_
                                                    **DATE**

Log for
Nurse Riley
Jan 11 2008 11:14a

Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Jan 11 | 11:13a | Fax Sent | 7063225621 | 1:20 | 2 | OK |

*c/o Jordan*
*1-08-08*
*17:05*

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

| Submitted By | | |
|---|---|---|
| Inmate's Name (last name first) *William Ellis* | CO's Name & ID Number | Received By *C/o Miller #41* |
| Housing Assignment *G Max* *1/3/08* | Shift Assignment | *B-Night* |

## PART "A" INMATE REQUEST

Iv'e Been needing My prescription eye glasses since i came here last march
I'm submitting 4 request 1 Grievance, 1 Petition to the Court for my optical
needs to be addressed. My prescription is expired and my eye glasses Can't
be renewed with out a Proper diagnoses' and new prescription.

Grievant (Inmate) Signature _____

## PART "B" - RESPONSE

1/9/08- Referred to Medical Department for
Dr. Warr review. Lt. Gullen

1/10/08 - Need date, place & location of last eye exam in
order to properly address this matter and make further
arrangements for needed treated if required.

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

## PART "C" - RECEIPT

Return To _____     Date _____ Time _____

Submitting Inmate _____     Receiving Shift Supervisor _____

## PART "D" - RETURN RECEIPT

Returned To _____     Date _____ Time _____

Witness _____     Submitting Inmate _____

## APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal.

Appeal Received By _____     Date _____ Time _____

MEDICATION ADMINISTRATION RECORD

ELLIS, WILLIAM
REPORT DATE 12/07

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHENOBARBITAL 64.8MG TABL 1 TABLET BY MOUTH TWICE DAILY. | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRAMADOL HCL 50 MG TABLET TAKE (1) TABLET BY MOUTH DAILY EVERY MORNING | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRAMADOL HCL 50 MG TABLET TAKE (2) TABLETS BY MOUTH AT BEDTIME | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lopressor 100mg. 1 tablet twice daily | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Robaxin 500mg. 1 tablet twice daily | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mirtazapine 30mg 1 tab @ bedtime | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chlorpromazine 50mg 1 tablet @ bedtime | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | TM | TM | | | | | refused to sign | | WS | WS |
| L | | | | | | | | | | |
| S | | | | | | | refused to cough | | | |
| BT | SW | | | FB | SW | SW | | FB | FB | SW |

|  | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | TM | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | CT | FB | SW | SW | SW | FB | FB | BM BM | |

|  | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | TM | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | FB | FB | | BM BM | | CT | FB | | | SW | PC |

CHARTING FOR     WARR, STURGEON
Physician           WARR, STURGEON
Alt. Physician

12/01/07    THROUGH    12/31/07    PAGE 1 OF 1

Telephone No.    334-298-8621
Alt. Telephone   334-298-8621

Rehabilitative Potential

Medical Record No. 580540

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: By: | | | | Title: | Date: |
|---|---|---|---|---|---|---|---|

| RESIDENT | ELLIS, WILLIAM | D.O.B. 05/09/1970 | Sex M | Room RJ40 | Patient Code ELWILL | Admission Date 10/10/06 |

HEALTHCARE MEDICAL SOLUTIONS GROUP

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cold pack Tetracycline/Benadryl (x 5 days) | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

REPRODUCED FROM INTEGRATED SOLUTIONS GROUP  800-235-6767

SPECIAL A-55

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|  | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|  | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

CHARTING FOR _____ THROUGH _____

Physician: _Hall_

Alt. Physician:

Allergies:

Diagnosis:

Telephone No.

Alt. Telephone: _12/07_

Rehabilitative Potential:

Medical Record No.

| Medicaid Number | Medicare Number | Approved By Doctor: By: | | Title: | Date: |
|---|---|---|---|---|---|
| | | D.O.B. | Sex | Room # | Patient Code | Admission Date |

RESIDENT: _Ellis, William_

196186

MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cold combo | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetracycline/Benadryl x 5 days | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|   | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|   | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

STARTING FOR                    THROUGH

Physician            Ware
Alt. Physician
Allergies

Telephone No.  12/07
Alt. Telephone
Rehabilitative Potential

Medical Record No.

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: | | | | |
|---|---|---|---|---|---|---|
| | | By: | | | Title: | Date: |
| RESIDENT  Ellis, William | | D.O.B. | Sex | Room # | Patient Code | Admission Date |



**MICARDIS**
Telmisartan Tablets

**MICARDIS HCT**

Office
Walter

Cull

(334)

525-3574

call @ 8:00 AM CST
(wednesday)

Ellis

Surgery Bldg orders

STADIUM PHARMACY
1810 STADIUM DR., STE.100
PHENIX CITY, AL 36867
334-291-4255

*****************************************
THANK YOU FOR SHOPPING WITH US
*****************************************

| | |
|---|---|
| RX# 6148302 | 13.81 |
| REPACK FEE | 1.50 |
| RX# 4025374 | 15.58 |
| REPACK FEE | 1.50 |
| REPACK FEE | 1.50 |
| RX# 6148301 | 14.46 |
| SUBTOTAL | 48.35 |
| TOTAL DUE | 48.35 |
| NET CHARGE | 48.35 |

01/31/08   14:32   SB   00226747 02

**CHARGE**

ELLIS, WILLIAM              ELLIW
*****************************************
FREE DELIVERY--ASK FOR DETAILS
*****************************************

## EAMC Medication Listing

Present this list at each medical encounter

Date Form Started: 01/31/08

| Name: ELLIS, WILLIAM | Address: |
|---|---|
| Phone Number: | |
| Birthdate: 05/09/70 | |
| Emergency Contact / Phone Number: | |

| Immunization Record | | |
|---|---|---|
| Tetanus: | Flu Vaccine: | Other: |
| Pneumonia Vaccine: | Hepatitus Vaccine: | |

**Allergic To / Describe Reaction:**

*If any medications you are currently taking are not listed below, notify your nurse.*
*This includes prescription, over-the-counter, herbals, and medications taken as needed.*

| Date | Name of Medication | Directions | EDUC |
|---|---|---|---|
| 01/31/08 | Flexeril | 10 mg By Mouth Q8hr as needed for spasm | |
| 01/29/08 | phenobarbital | 32.4 mg By Mouth Every Morning | |
| 01/29/08 | phenobarbital | 64.8 mg By Mouth Daily at Bedtime | |
| 01/29/08 | Lopressor | 100 mg By Mouth Twice Daily | |
| 01/29/08 | Robaxin | 500 mg By Mouth Twice Daily | |
| 01/29/08 | Remeron | 30 mg By Mouth Daily at Bedtime | |
| 01/29/08 | Thorazine | 100 mg By Mouth Daily at Bedtime | |
| 01/29/08 | ZANtac 150 | 150 mg By Mouth Daily at Bedtime | |
| 01/31/08 | Lortab 7.5/500 | 1 tab(s) By Mouth Every Four Hours as needed for pain | |
| 01/29/08 | Darvocet N 100 | 1 tab(s) By Mouth Twice Daily | |
| 01/31/08 | Medrol Dosepak | as directed on package labeling | |

This is a list of your home medications as provided to East Alabama Medical Center.
**This is not a Prescription.**
If you have any questions about the medications listed here, please contact the physician
who prescribed the medication.

HB

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

GH

LOCATION

Name _William Ellis_          Date _12-27-07_

# MEDICAL

Nature of complaint or illness:

Im the one who has to lay th majority of the
day because of my hips. here is a list of
some medication i have taken. My pain level
has peaked so i leave the decision up to you
but please change it and even out th days
and nights. Thank you Dr. Ware

_Happy Holidays_

Sign here for consent
to be treated by health staff: _William Ellis_

(<u>Do Not Write Below This Line</u> – For Reply Only)

12/27/07   Will DC Tramadol
           and add Darvocet-N 100mg
    twice daily. Youre already schedule to
    be evaluated by a neurosurgeon for
    Neck & Back

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date _12-27-7_    Time Received _10'00_

Officer

# INMATE REQUEST SLIP
LOCATION

Name _William Ellis_    Date _12-6-07_

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

_I need some tylenol for my back and legs. Also something for cold and chapped lips_

**(<u>Do Not Write Below This Line</u> -- For Reply Only)**

_Give Tylenol and Crackers_

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _6 Dec 07_ Time Received _1900_

Jailer

# INMATE REQUEST FORM
### Prentiss Griffith Detention Facility

_B-DAY_
___LOCATION___

Name _Jonathan Blanton_ Date _12-14-07_

# M E D I C A L

Nature of complaint or illness:

_I need a tylenol for a toothache_

Sign here for consent
to be treated by health staff: _____

## (Do Not Write Below This Line – For Reply Only)

_Given Tylenol_

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date _14 Dec 07_  Time Received _1600_

Officer _Schreck_

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

G 12

LOCATION

Name _William Eley_ Date _12-29-07_

# MEDICAL

Nature of complaint or illness:

_I need some tylenol and some cough drops._

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Tylenol x2_
_Cough drops_

DOCTOR ☐          DENTIST ☐          OTHER ☐

Date _12-29-07_     Time Received _1900_

Officer _Sparks_

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

_G/2_
LOCATION

Name _William Ellis_    Date _1-2-08_

# MEDICAL

Nature of complaint or illness:

_Dr. Warr, If your going to give me Darvocet, please give me Darvocet not a generic. In the Prescription ledger its listed and we took it enough times to know what it is. Please correct the ledger or the medication_

Sign here for consent
to be treated by health staff:_____

## (Do Not Write Below This Line – For Reply Only)

_1/3/08 Changes made — same medication_

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date _1/2/6_        Time Received _1935_

Officer _C Latham_

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

_4/2_

LOCATION

Name _William Ellis_          Date _1-8-08_

# MEDICAL

Nature of complaint or illness:

Dr. Warr, since last March i've been asking about my Eye glasses. I'm more than sure the headaches are a side effect of poor vision. I'm asking you. please see about my eye Care needs before it gets any worse, this is no excuse for it to have been put off this long, it has and i wont make a big issue of it long as its taken Care of.

Sign here for consent
to be treated by health staff: _William Ellis_

(<u>Do Not Write Below This Line</u> – For Reply Only)

Referred to Dr Warr

1/10/08 Need to know last place recived exam and/or prescription of eye exam

**DOCTOR** []          **DENTIST** []          **OTHER** []

Date _01-08-08_  Time Received _2010_

Officer _c/o Miller_

## INMATE REQUEST FORM

Prentiss Griffith Detention Facility       *6/2*
                                          LOCATION

Name *William I Ellis*        Date *1-8-08*

# MEDICAL

Nature of complaint or illness:

*Dr Wann Im in desperate need of something for my stomach. My stomach stays in knots im sure its a combination of things. Medication hypertension Pain. Im sorry a pack of crackers just doesn't cover up a hand full of pills. I haven't had any problems with my ulcers since 2000. At night its the most severe.*

Sign here for consent
to be treated by health staff: *W. Ellis*

(Do Not Write Below This Line – For Reply Only)

*Referred to Dr Wan*
*1/10/08 Ranitidine 150mg qHS*
*to start @ bedtime*

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |

Date *01-08-08*   Time Received *2010*

Officer *C/O Miller*

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION _712_

Name _William Ellis_    Date _12-27-07_

# MEDICAL

Nature of complaint or illness:

Dr Warr, the lidoderm patches are helping some
However 1 patch last about 2 hours and is only
intended for my lower back. I'm Telling you
Something is severely wrong in the upper part
of my Back. Something is crushed or broken
all of the Medication is focused at night
time. I have a Minumum of 90/M days and

Sign here for consent
to be treated by health staff: _____

==========================================

(Do Not Write Below This Line - For Reply Only)

no relif. If I Take 2 Tylinol 2 Tramadol
1 robapin I sleep 3 hrs at the most. Drwarr
thats a lot of medication for so little rely
I dont Care if you Change it or whatever
but as i discussed with you last week

DOCTOR ☐        DENTIST ☐        OTHER ☐

==========================================

Date _12-27-7_    Time Received _10:00_

Officer _____

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

LOCATION

Name William Ellis    Date 12-27-07

# MEDICAL

Nature of complaint or illness:

I fully understand no matter how you look at it, its costing me my liver but when you sufferth way i do you really dont care. It feels lik 3 or 4 Disc are blown or something in the upper part of my back. Dr warr im asking you please change th medication to whatever but its no longer working. and please understand

Sign here for consent
to be treated by health staff:_____

(Do Not Write Below This Line – For Reply Only)

that i am suffering from hypertension and i am not suffering hypertension from being here this is something i have suffered from for years. Please even out th medication for days and night. im the one who has to deal with it

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date 12-27-7    Time Received 10:00

Officer _____

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility    _671_

LOCATION

Name _William Ellis_    Date _12-24-07_

# MEDICAL

Nature of complaint or illness:

_I need some Tylenol for my back and legs and some cough syrup_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Tylenol was given_

**DOCTOR** ☐        **DENTIST** ☐        **OTHER** ☐

Date _12-24-07_  Time Received _2040_

Officer _O'Neal_

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

G 12
LOCATION

Name _William Ellis_    Date _12-8-07_

# MEDICAL

Nature of complaint or illness:

Dr. wan please look in my records
I have been asking about my eye
glasses since i came in. I wear glasses
stin all th time. It very well may
be contributing to the headaches. I do
an extreme amount of reading and writing
thank you

Sign here for consent
to be treated by health staff: _Wm Ellis_

(Do Not Write Below This Line – For Reply Only)

12/20/07  On 12/18/07 BP 118/80 which
is normal. No change in medication
@ this time. Will start pain patch
to be given @ 2000.

**DOCTOR** ☐      **DENTIST** ☐  _Mary M_   **OTHER** ☐

Date _12-19-07_    Time Received _2050_

Officer _C/o only_

±/2

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

G 12
LOCATION

Name _William Ellis_ Date _12-18-07_

# MEDICAL

Nature of complaint or illness:

I Know the Surgery is in the works but until then please Change the meds the Robaxin is just a waste, so if we Cant Change the Pain meds there has to be something i Can take to relax me some. I'm destroying my liver and not getting any relif. Would you Consider dropping

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line — For Reply Only)

the Robaxin and blood pressure meds and trying Clonidine. My head is a nonstop headache with black spots. I have taken Clonidine and fared pretty well. But i do Know is im eating as many tylenols as i Can get my hands on

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date _12-19-07_ Time Received _2050_

Officer _Yomila_

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

G 12

LOCATION

Name _William Ellis_    Date _12-18-07_

# MEDICAL

Nature of complaint or illness:

In Warr, My Blood pressure is staying
extremely high. Between my back, Stress
hypertension im at my breaking point. Im
a grown man and all i Can do Nwarr
is Just Cry, My nirves are shot. Im
asking you to do something Change the
Pain meds something. Its the Domino

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line -- For Reply Only)

affect. If i Cant get a reasonable
amount of Pain relif my Blood pressure
is going to stay high. Im Taking 200 mg
of Thorazene and sleeping 2 hrs a day at the
most. Im under more pressure than i was
when my father was dying.

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _12-19-07_    Time Received _2050_

Officer _Gomile_

Medical #3

# INMATE REQUEST SLIP

G 12

**LOCATION**

Name William Ellis  Date 12-15-07

☐ Telephone Call  ☐ Time Sheet

☐ Special Visit  ☐ Personal Problem  ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

Trying to get some relief, I dont like the medication any more than you do if I Can eliminate one medication thats a plus for me hypertension is a Killer and i do have more than a reasonable amount of stress on me. Severe headaches high blood pressure and Chest pains Cant be a good sign.

(<u>Do Not Write Below This Line</u> – For Reply Only)

I appreciate you taking the time to talk with me on monday. I also wish you and your family a merry Christmas

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant  ☐ Chief Deputy  ☐ Sheriff

Date 12-19-07  Time Received 2050

Jailer Gomily

# INMATE REQUEST SLIP

**LOCATION**

Name _Costello_    Date _12-20-06_

☐ Telephone Call    ☐ **Time Sheet**

☐ Special Visit    ☐ **Personal Problem**    ☐ **Other**

Briefly Outline Your Request. **Give to Jailer**

_Se Next Sheet    Explain_

_____

_____

_____

_____

_____

_____

_____

**(Do Not Write Below This Line** – **For Reply Only)**

_____

_____

_____

_____

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _12/20/07_    Time Received _1900_

Jailer _C/O Thomas_

# Russell County Jail
# Record of Medical Examination

*To be completed by R. C. Jail (Please print clearly)*

1. Inmate's name: _Ellis, William_ S.S. #_____
2. Medical clearance form attached?_____
3. If new consumer has intake been done? _____Yes _____No
4. Intake packet consists of:
   Intake Evaluation, Financial Form, Jail/Juvenile Detention Release of Information
   Family Release of Information, HIPPA, Consumer Rights Packet, General Release
   Authorization and medical clearance form.
5. Does consumer have Medicaid?_____Please provide medicaid number_____
6. Recent hospitalization?_____ Where:_____
   Date(s) hospitalized_____
7. Consumer has previously been on medication through:
   _____EAMH    Physician: (name)_____
8. Approximate dates of medication:_____
   Medications: (include dosage) _____
9. Is the Consumer exhibiting symptoms which medication might help?: _____
   _____    _____
10. Other mitigating circumstances: _____    _____

## Part 2 (Mental Health complete)

1. Is additional treatment needed? _____
2. Next appointment scheduled_____
3. Medication prescribed _____
4. Other special instructions (restrictions of diet, activities, snack with medication,
   other)_____
5. Intake packet, return appointment given to: _____
   Jail personnel please sign
6. **Please provide consumer with all medication(s) provided by Mental Health when
   released from your facility and advise when a consumer have been released so that
   we can follow-up.**

_____
Health Care Provider

_____    _____    _____
Date                Time                Signature

Rx: Depressal 100mg bid
Phenobarb 64.5mg bid
Remeron 30mg qHS
Chlorpromazine 200mg qHS
Zantac 150mg qHS

RUSSELL COUNTY JAIL
ELLIS, WILLIAM
REPORT DATE : 09/07

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

TRONE HCL 10MG
RIC FOR BUSPAR 10MG T
TAKE ONE TABLET BY MOUTH
AT BEDTIME

NAPROXEN 500MG TABLET
TAKE 1 TABLET BY MOUTH
TWICE DAILY.

PHENOBARBITAL 64.8MG TABL
TAKE 1 TABLET BY MOUTH
TWICE DAILY.

TRAMADOL HCL 50 MG TABLET
TAKE 1 TABLET BY MOUTH
TWICE DAILY.

*Pseudoephedrine 30mg*
*1 tablet @ bedtime*

*Effexor XR 75mg*
*tablet @ bedtime*

STARTING FOR 09/01/07   THROUGH 09/30/07   PAGE 1 OF 1

| | |
|---|---|
| Physician | WARR, STURGEON |
| Physician | WARR, STURGEON |
| Allergies | |

Telephone No. 334-298-8621
Alt. Telephone 334-298-8621
Medical Record No. 580540

Rehabilitative Potential

Diagnosis

Medicaid Number    Medicare Number

Approved By Doctor:
By:
Title:
Date:

RESIDENT   ELLIS, WILLIAM

D.O.B. 05/09/1970   Sex M   Room RJ40   Patient Code ELWILL   Admission Date 10/10/06

# Bureau of Clinical Laboratories-Montgomery
PO BOX 244018, MONTGOMERY AL 36124-4018
Phone:(334) 260-3400  FAX:(334) 274-9800

Patient:                                                                            Page:       1

| Provider: | | Accession | **4061503** | ID: | **1080489** | **Ellis,William,Lanier** | |
|---|---|---|---|---|---|---|---|

RUSSELL COUNTY SHERIFF'S DE      Requisition #:   4061503                              D.O.B.:   5/ 9/1970
P O BOX 640                      Service Area:                                         Sex:      M    MALE
PHENIX CITY, AL,                 CHR #:              Collected:  4/ 2/2007 @            Phone:    (000) 000-0000
(000) 000-0000,                                      Received:   4/ 9/2007 @ 8:01 AM   SSN:      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
RUSSELL CO HD                                        Reported:   4/10/2007 @ 3:17 PM   Status:   Final Report

| Test Name | Result | Units | Normal Range | Notes |
|---|---|---|---|---|

**Report Generated For :**    RUSSELL CO SHERIFF
                              P O BOX 640 ATTN:  STAFF NURSE
                              PHENIX CITY AL

### Serology Results

VDRL, STS Qualitative            Non-Reactive



RECEIVED
APR 1 3 2007

Lab Director
William J. Callan,Ph.D.

| Date Printed: | 4/10/2007 | 3:17 PM | >> | PH - Panic High | > | AH - Abnormal High | ~ | A - Abnormal | *** Final Page *** |
|---|---|---|---|---|---|---|---|---|---|
| Completed Between: 4/10/2007 | - | 4/10/2007 | << | PL - Panic Low | < | AL - Abnormal Low | δ | Delta Check Failed | All Results Included |

# ALABAMA DEPARTMENT OF PUBLIC HEALTH
## BUREAU OF CLINICAL LABORATORIES

HIV SEROLOGY    87-1074
WESTERN BLOT    86689

I.D. NUMBER    934535

### PLEASE USE A BLACK PEN

Patient's Last Name

Patient's First Name

MI

Address

PLACE LABEL INSIDE RECTANGLE

Apt.

City    State    Zip

Phone

Counselor (Initials)

Date Collected

**EIA**
Results: Indicated by Marked
○ Negative
○ Not Done
○ Positive

**WESTERN BLOT**
○ Negative
○ Indeterminate
○ Positive
○ Not Done

| RACE | | | | | | SEX | | DOB (mmddyyyy) |
|---|---|---|---|---|---|---|---|---|
| W | B | H | A | I | U | M | F | |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

Provider    RUSSELL COUNTY SHERIFF'S DEPT.
Address    ATTN: STAFF NURSE
City    P O BOX 640    State    Zip
    PHENIX CITY, ALABAMA 36868-0640

SITE CODE    CNTY

County Health Dept. CHR Number

Social Security Number

Medicaid Number

Provider  Number

ANALYST INITIALS

DATE REPORTED

○ Birmingham    ○ Mobile
○ Decatur    ○ Montgomery
○ Dothan

Has Patient Had a Previous Positive or Indeterminate Western Blot?
○ No    ○ Yes    ○ Unknown

Date

| Patient History Since 1978 of: | No | Yes |
|---|---|---|
| Donated Blood, Plasma or Sperm | ○ | ○ |
| Received Blood Transfusion/Products | ○ | ○ |
| Occupational Exposure To Body Fluids | ○ | ○ |
| Hemophilia | ○ | ○ |
| Possible Perinatal Transmission | ○ | ○ |
| History of Sexually Transmitted Disease | ○ | ○ |
| Non-IV drug use (including alcohol) | ○ | ● |
| IV drug use | ● | ○ |
| Multiple Sex Partners | ○ | ○ |
| Exchanged sex for money or drugs | ○ | ○ |
| Victim of physical abuse or sexual assault | ○ | ○ |

### SEXUAL ORIENTATION
○ Homosexual    ○ Heterosexual    ○ Bisexual

| Sexual Exposure Since 1978 to a: | No | Yes |
|---|---|---|
| Hemophiliac | ○ | ○ |
| IV Drug User | ○ | ○ |
| Person With Known HIV Infection/AIDS | ○ | ○ |
| Man Who Has Sex With Men | ○ | ○ |
| Male Prostitute | ○ | ○ |
| Female Prostitute | ○ | ○ |

### Medicaid Information

Patient Tested: ○ Yes ○ No ○ Unk

Pre-test Counseling: ○ Yes ○ No ○ Unk
Reason:

Re-test: ○ Yes ○ No ○ Unk
Reason:

Post-test Counseling: ○ Yes ○ No ○ Unk

### Referral

TB Skin Test: ○ Yes ○ No ○ Unk
Reason:

Medical/Social Services: ○ Yes ○ No ○ Unk
Reason:

Partner Notification: ○ Yes ○ No ○ Unk
Reason:

RECEIVED
APR 13 2007

Currently Pregnant: ○ Yes ○ No    If Yes, Due Date

Pregnant During Previous 5 Years: ○ Yes ○ No    If Yes, Date of Last Delivery

I have been informed about the HIV antibody test, the meaning of the possible results, the possible consequences of those results and that the information provided on this form is confidential. Having been so informed, I hereby voluntarily consent to be counseled and, or, tested for the HIV-ab. *Please see back of form.

Signature _____    Witness _____    Date _____

6143316947

# ALABAMA DEPARTMENT OF PUBLIC HEALTH
## BUREAU OF CLINICAL LABORATORIES

HIV SEROLOGY 86701
WESTERN BLOT 86689

*PLEASE USE A BLACK PEN*

**Patient's Last Name** | **Patient's First Name** | **MI**

**Address** | **Apt.**

**City** | **State** | **Zip**

PLACE LABEL INSIDE RECTANGLE

**Phone**

Received With Altered Information

**Counselor (Initials)**

**Date Collected** / /

**EIA**
Results: Indicated by Marked
- ⦿ Negative
- ◯ Not Done
- ◯ Positive

**WESTERN BLOT**
- ◯ Negative
- ◯ Indeterminate
- ◯ Positive
- ◯ Not Done

**RACE**
W  B  H  A  I  U
◯ ◯ ◯ ◯ ◯ ◯

**SEX**
M  F
◯ ◯

**DOB (mmddyyyy)** / /

**ANALYST INITIALS**

**DATE REPORTED** / /

- ☐ Birmingham
- ☐ Decatur
- ☐ Dothan
- ☐ Mobile
- ☒ Montgomery

**Provider** RUSSELL COUNTY SHERIFF'S DEPT.
**Address** ATTN: STAFF NURSE
**City** P O BOX 640
PHENIX CITY, ALABAMA 36868-0640
**State** **Zip**

**SITE CODE** **CNTY**

**County Health Dept. CHR Number**

**Social Security Number** - -

**Medicaid Number**

**Provider Number**

**Has Patient Had a Previous Positive or Indeterminate Western Blot?**
◯ No  ◯ Yes  ◯ Unknown

**Date** / /

**PATIENT SHOULD HAVE A TUBERCULIN SKIN TEST IF HIV POSITIVE**

1997321024

*REPORT COPY*
*Return to provider*

ADPH

=== COVER PAGE ===

TO:                    _____

FROM:        ACA    _____

    FAX:  3348262254

    TEL:  3348262225


COMMENT:



**AUBURN CHIROPRACTIC ASSOCIATES**
DR. TRACY L. HARTFORD
1735 East University Drive, Suite 103
Auburn, Alabama 36830

826-2225
6-2254

| Post-It® Fax Note | 7671 | Date 12-10-07 | # of pages ▶ / |
|---|---|---|---|
| To Dr. Warr / Riley | | From Susan | |
| Co./Dept. | | Co. | |
| Phone # | | Phone # (334) 826·2225 | |
| Fax # (334) 297-5130 | | Fax # (334) 826·2254 | |

*December 10, 2007*

*RE: William Ellis*

*We have provided treatment for the above-referenced individual. He has been treated on three occasions and refused to be treated on the fourth scheduled visit. We were unable to demonstrate any clinical progress with respect to his initial complaints of severe lower back pain with associated right leg pain. Regretfully, he would not agree to have decompression therapy.*

*I think an orthopedic/neuro consult would be his next option.*

*Please let us know if we may assist you further.*

Dr. Tracy L. Hartford

*Dr. Tracy L. Hartford*



## RUSSELL COUNTY SHERIFF'S DEPARTMENT
TOMMY BOSWELL, SHERIFF
POST OFFICE BOX 640
PHENIX CITY, ALABAMA
36868 - 0640
( 334 ) 298-6535
FAX ( 334 ) 291-7667

**Auburn Chiropractic Associates**
**1735 E. University Drive**
**Auburn, Alabama   36830**

**RE: William Ellis**

**Please send all charges on the above patient to the following:**

**Russell County Commission**
**Post Office Box 969**
**Phenix City, AL   36868**

**You consideration regarding this matter will be greatly appreciated.**

**Sincerely,**

**T.Riley-Pelfrey, LPN-CCHP**
**Medical Division**
**Russell County Jail**



Log for
Nurse Riley
Nov 27 2007 2:53p

Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Nov 27 | 02:52p | Fax Sent | 13348262254 | 1:43 | 2 | OK |

1021

Barwell 004

# BELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

*Staff Copy*

| Submitted By | | Received By | |
|---|---|---|---|
| Inmate's Name (last name first) William Ellis | CO's Name & ID Number GOWURST 24 | 1900 | OCT 4 |
| Housing Assignment G max | Shift Assignment | | |

## PART "A" INMATE REQUEST

On tuesday oct the 2nd i made a inquiry with Mrs Riley why was i still recieving a medication that was Discontinued. she says it wasnt. In the medication ledger it verify's that it was stopped. The other inquiry was if Dr. Warr was ask

Grievant (Inmate) Signature _____

## PART "B" - RESPONSE

10/9/07- Refered to Medical Dr. Work and Nurse Riley - H. Halland.

10/15/07- Refered to Medical Dr. Wage and Nurse Riley - Pilford - H. Halland Leonard -

10/15/07 All medication corrections have been made

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

## PART "C" - RECEIPT

Return To: _____ Date _____ Time _____

Submitting Inmate _____ Receiving Shift Supervisor _____

## PART "D" - RETURN RECEIPT

Returned To: _____ Date _____ Time _____

Witness _____ Submitting Inmate _____

## APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal

005

Appeal Received By _____ Date _____ Time _____

Submitted By William Ellis _____ Copy Received By _____

See Attachment

It is also a fact that im suffering from Chronic Anxiety with panic attacks. It is also a fact that I provided him with pages of very detailed information. My course of treatment is in my medical records that is better than 5 years of the same treatment.

I have been to medical numerous times for the same problems. I have submitted numerous complaints written and verbal to medical.

The extent of neglect is evident. I want my point of view understood and on record. "I'm in jail, fine. I will have my day in court. Then i am already being punished. I can live with that." It is not for Dr. Warr to decide what my punishment is or how it is administered.

His primary and only role is that of my health and well being. The medical unit here has made me suffer more than any jail or prison ive ever served in. So i can only assume that in his clouded political/medical opinion that its only right that i suffer. The part he is forgetting is when my visit with him is over i go back to my cell and i'm still in jail.

Mr. (Holland) this is going to cross your desk first. My issues are not with this facility. We get fed well and i have had no issues with any officers here. I have not asked for special privileges. Medical is not a privilege its a right. I may be half crazy from all the things i have had to endure. I assure you im far from stupid. As early as 19 years old i was thrown in to the lions den of doctors. It took me a lot of learning then i became institutionalized. Every doctor is different but regardless

of his difference he still has a code and guideline to abide by. Are you aware of the oath he had to swear into as a Doctor? Most people arent it i am.

He is fully aware that if i recieve another MRI and it shows more damage to my back while under is Care then he is responsible and accountable for that damage. Dr Warr is leaving me no Choice but to fight back. I would much rather recieve proper medical Care. The medical records are there but he does not ackmlodge the because i had to take medication he does not agree with. Agree or not it works for me and it works well.

Look at my Jacket you never hear a peep out of me until it Comes to medical. Even Dr Smith in Muscogee County Jail told me i was in trouble, it was a lost Cause over here with medical. He has been treating me since i was 19.

With that Said i wont Dr. warr to Sign off on this grievance. That he will not treat me until February when and if i go to mental health. He will not go by my past records. He wont medicate me out of fear of making a mistake. I will also submit a request with this grievance.

Making this part of the record, if i do not recieve that request back in 7 days. I will attach a duplicate to another 1983 form and attach as a refusal to Comply.

W.H. Elles

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used.

| Submitted By: | Received By: |
|---|---|
| Inmate's Name (last name first) *Ellis William* | CO's Name & ID Number *Timothy Miller #41* |
| Housing Assignment *G Max* | Shift Assignment *B* |

## PART "A" INMATE REQUEST

After the brief talk with Dr. Ware on Thursday the 11th. It is clear that seeking any Results with my medical issues. Nothing can be done until i go to mental health. Out of fear that "He" Dr. Ware Will make a mistake in my treatment. Its a fact that he knows im in severe pain day and night. Its a fact that im Clearly Depressed.

Grievant (Inmate) Signature *William L. Ellis Jr.*

## PART "B" - RESPONSE

10/15/07 - Refered to Medical Dr. Ware and Nurse Riley Pelfred. Lt. Mullend Leonard —

10/16/07 East Alabama Mental Health has been contacted in reference to obtaining an appointment. —

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

## PART "C" - RECEIPT

| Return To: | Date | Time |
|---|---|---|
| Submitting Inmate | Receiving Shift Supervisor | |

## PART "D" - RETURN RECEIPT

| Returned To: | Date | Time |
|---|---|---|
| Witness | Submitting Inmate | |

## APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal.

| Appeal Received By | Date | Time |
|---|---|---|
| Submitted By | Copy Received By | |

PLG-021

That i had my first seizure. I was asked if i told any one. Seems every one but her know about it. Sgt San Nicolas, officer freem, officer Goodman.

She knows she just dont wont to hear it. Now im refused treat ment until i see mental health.

I submitted 10 pages of inform times, places, events, to Dr. Warr to try and help him understand whats going on. That has been well over a week e go.

The same information was submitted to Mr. Boswell.

So i assume that the request for his patients is little. His intrest seem to be that of pleasing Mrs. Riley.

Regaurdless of this being a Detintion facility, in still a patient as well as an inmate.

Do you just pick up a phone and call the Doctor and tell him what you wont him to hear. Someone has Cut 2 medications that were giving my seizures bad problem

Then i have one, and your not even going to follow up. That is the first thing that should be done.

Dr Warr is not a Neurologist and when it comes to my seizures has not way to

say what is or is not going on in my mind.
I have been under I will resp.
Neurologist and i know the procedure and follow
up that is to occour when i have one.
Under Rule 11, <u>FEDERAL RULES</u> OF C
<u>Procedure</u> this along with prior grievance's will
be attached, as part of the record.
These Complaints are well grounded
on medical History and record. Not that of opion
or theroy But plain, facts.

Grievance attachment. Record 003. Part 1, A
to 1983. attachment.

## Mr. Efllis

Appeal Notification, Went to medical 1:00 P.m
to follow up with Dr. ware. So he can tell me
that he made the inquiry with mental health and
i cant be seen until february and until then Im
just to be in jail. Until i go to mental health
Im not going to be treated. Because he dont want to
Make a mistake.

Well there has been so many mistakes
they hardly cant be counted I dont know what

the Connection is with Tina Riley and Dr. Warr. One thing
I know she Controls Medical. And him.

As far as mistakes, You have a R.N
writing down Doctors orders going over Charts. Making Diagnosis
forging medical ledgers for Prescription Drugs.

If she will go in and put my Initial
on the medical log for medication. Do you honestly think
she wont make her own decision on treatment. Dr warr
puts his signature on what she writes.

What Dr. Warr is doing is a pure
Violation of his practice and he knows it. As part of the
record im writing this appeal for refusal of treatment and
not recieving treatment on this 11th day of October my vitals
were taken.

As part of this Grievance Procedure and
report a formal Complaint will be made with th U.S.
Department of Health and Human Services. In Atlanta Ga.

A formal Grievance will be filed as
of 10/10/07. against Tina Riley, Dr. Warr.

Punishment? that is when you go to medical
and Deal with these two. Jail is light punisment Compared
to medical.

Dr. warr doesnt wont to give me any
medication because he will have to go by my previous medical
records and what worked so well for me.

So i can only assume all the other doctors i seen were wrong. and the medication that he doesnt agree with but regardless they work well for me. Because they are Narcotic, Narcotics are a practical part of medicine. An everyday part of life.

This is jail i agree the Criminals are in uniform. Shake a dollar the right way and they show thier true side among other things. I have no Complaints to each his own but this is about my health and well being.

Someone needs to ask Dr. Warr to see the 10 pages of information i submitted to him. If i have to start sending my grievances to Mr Boswell i will but this has gone far enough.

I also need my medical records i came in with my own and they are not in my property. I have 7 property slips for those records and i need them to get Copies they are also my hard Copy files.

In short this is a out of Control situation.

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

*Staff Copy.*

| Submitted By: | | Received By: |
|---|---|---|
| Inmate's Name (last name first) William Ellis | CO's Name & ID Number COWURST  24  1900  OCT 4 | |
| Housing Assignment G Max | Shift Assignment | |

## PART "A" INMATE REQUEST

On tuesday oct the 2nd i made a inquiry with mrs Riley why was i still recide ing a medication that was Discontinued. She says it wasnt. In the medication ledger it verify's that it was stopped. The other inquiry was if Dr. Warr was awar

Grievant (Inmate) Signature _____

## PART "B" - RESPONSE

1779/07 - Referred to Medical Dr. Work and Nurse Riley - H. Hallard.

10/11/07 Seen by Dr. Warr this date. _____

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

## PART "C" - RECEIPT

Return To _____ Date _____ Time _____

Submitting Inmate _____ Receiving Shift Supervisor _____

## PART "D" - RETURN RECEIPT

Returned To _____ Date _____ Time _____

Witness _____ Submitting Inmate _____

## APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional Grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal

Appeal Received By _____ Date _____ Time _____

Submitted By _____

That i had my first seizure. I was asked if i told any one. Seems every one but her knows about it. Sgt San Nicolas, officer freeen, officer Goodman.

She knows she just dont wont to hear it. now im refused treat ment until i see mental health.

I submitted 10 pages of informa times, places, events, to Dr. Warr to try and help him understand whats going on. That has been well over a week a go.

The same information was submitted to Mr. Boswell.

So i assume that the reguard for his patients is little. His intrest seem to be that of pleasing Mrs Riley

Reguardless of this being a Detintion facility, in still a patient as weel as an inmate.

Do you just pick up a phone and call the Dotor and tell him what you wont him to hear, someone has cut 2 medications that were giving my seizures bad problems.

Then i have one, and your not even going to follow up. That is the first thing that should be done.

Dr Warr is not a neurologist and when it comes to my seizures has not way to

Say what is or is not going on in my mind.
I have been under 1 well respected Neurologist and i know the procedure and follow up that is to occour when i have one.
Under Rule 11, FEDERAL RULES OF Civil Procedure this along with prior grievance's will be attached, as part of the record.
These Complaints are well grounded on medical History and record. Not that of opion or theroy But plain, facts.


Grievance attachment. Record 003. Part 1, A to 1983, attachment.


Mr. Ellis



**St.Francis**
*We care for life.*

# FAX

To: Russell County
Sheriff's Office          From: St Francis Hospital / Medical Records

Fax: 334 297-5730          Fax: (706) 596-4261

Phone:                     Phone: (706) 596-4015

Pages:                     Date: 6-28-07

Re: William Ellis          CC:

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Last Visit ER 4-7-06

Ronnie

Clarity
2005

**Confidentiality Notice**

The documents accompanying this telecopy transmission may contain confidential information belonging to
the sender that is legally privileged. This information is intended only for the use of the individual or entity
named above. The authorized recipient of this information is prohibited from re-disclosing this information to
any other party without obtaining the patient's consent and is required to destroy the information after its
stated need has been fulfilled, unless otherwise required by law. If you have received this fax in error, please
notify the sender immediately by telephone to arrange for the return of the document(s).

St. Francis Hospital *The Bradley Center * Franciscan Woods * Home Medical Equipment * Women's Center
2122 Manchester Expressway * P.O. Box 7000 * Columbus, Georgia 31908-7000 *706-596-4000

1/05

# ST. FRANCIS HOSPITAL
## Imaging Result
2122 Manchester Expressway
Columbus, Georgia 31904
(706) 596-4115

| | | |
|---|---|---|
| NAME: | ELLIS, WILLIAM | Sex: M  Age: 35Y |
| DOB: | 05/09/1970 | Accession#: 1562783 |
| RAD#: | 135059 | Order#:    90011 |
| Adm#: | 000706636818 | Pt. Class:    E |
| Med.Rec#: | 2638955 | Pt. Type:    E |
| | | Location: |

Admit Diagnosis: LEFT ANKLE/POSS SPRAIN. DONE IN RE DONE IN RE

History / Reason:    FALL
Ordering Doctor:    CINDY PARKER M.D.

### ***Final Report***

Admitting Doctor: STEVEN LUCKS, M.D.        Attending Doctor: JAGDEEP SINGH, M.D.

DATE OF EXAM:  Apr 7 2006

PROCEDURE:    RAD 0493 - FOOT MIN 3 V LT

RESULT:        REASON FOR EXAMINATION: Pain following a fall.

Three views of the left show the bony structures to be intact and well aligned. The joint spaces are well preserved. At this time, I see no bone or joint abnormalities. In particularly, no sequela to recent trauma is seen.

IMPRESSION:    Negative left foot examination.

Transcriptionist:        JEP
Dictate Date/Time:      Apr 8 2006 9:03A
Transcribe Date/Time:   Apr 8 2006 9:20A
Interpreted By:         G E LIPSCOMB M.D.
This document has been electronically
Signed by:              G E LIPSCOMB M.D. at  Apr 8 2006 10:03A



# RUSSELL COUNTY SHERIFF OFFICE
## CORRECTIONAL HEALTH
### TINA RILEY-PELFREY, LPN CCHP
TEL: (334) 298-8621          FAX: (334) 297-5130

# FAX

**TO:** ST FRANCIS MEDICAL RECORDS          **FROM:** RUSSELL COUNTY JAIL

**FAX #:**_____          **PAGES:** 2

**PHONE #:**_____          **DATE:** JUNE 28, 2007

**RE:** RECORDS FOR WILLIAM ELLIS          **CC:**_____

___ **URGENT** ____ **FOR REVIEW** ___ **PLEASE COMMENT** ____ **PLEASE REPLY**

**NOTES:**



# RUSSELL COUNTY SHERIFF'S OFFICE
## CORRECTIONAL HEALTH
### TINA RILEY-PELFREY, LPN CCHP
### TEL: (334) 298-8621        FAX: (334) 297-5130

## CONSENT TO OBTAIN MEDICAL RECORDS

I, _William Ellis_ , hereby give my consent for

_St. Francis - Medical Records_ to release any and all

medical information pertinent to my medical history to the Prentiss L.

Griffith Detention Facility.

DOB: _050970_              SSN: _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_

_William J Elli_                    _6-28-07_
PATIENT / INMATE SIGNATURE          DATE

_Tina Riley-Pelfrey LPNCCHP_        _6/28/07_
WITNESS SIGNATURE                   DATE

HP Officejet 5600 series 610                Personal Printer/Fax/Copier/Scanner

Log for
Nurse Riley
Jun 28 2007 11:51a

---

Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Jun 28 | 11:50a | Fax Sent | 7065964261 | 0:58 | 2 | OK |

# Exhibit I – Part 3

## Medical File of William Lanier Ellis, Sr.



# RUSSELL COUNTY SHERIFF OFFICE
## CORRECTIONAL HEALTH
### TINA RILEY-PELFREY, LPN CCHP
TEL: (334) 298-8621          FAX: (334) 297-5130

# FAX

TO: _____ MED-CARE _____    FROM: _____ RUSSELL COUNTY JAIL _____

FAX #: _____    PAGES: _____ 2 _____

PHONE #: _____    DATE: _____ JUNE 26, 2007 _____

RE: _____ RECORDS ON WILLIAM ELLIS _____    CC: _____

___ URGENT    ___ FOR REVIEW    ___ PLEASE COMMENT    ___ PLEASE REPLY

_____

**NOTES:**



# RUSSELL COUNTY SHERIFF'S OFFICE
## CORRECTIONAL HEALTH
### TINA RILEY-PELFREY, LPN CCHP
TEL: (334) 298-8621        FAX: (334) 297-5130

## CONSENT TO OBTAIN MEDICAL RECORDS

I, _WILLIAM ELLIS_ , hereby give my consent for

_MED - CARE_ to release any and all

medical information pertinent to my medical history to the Prentiss L.

Griffith Detention Facility.

DOB: _050970_        SSN: _260_ - _23_ - _9248_

x _William J Ellis_        _6-26-07_
**PATIENT / INMATE SIGNATURE**        **DATE**

_[signature]_        _6-26-7_
**WITNESS SIGNATURE**        **DATE**

Log for
Nurse Riley
Jun 26 2007 5:14p

Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Jun 26 | 05:13p | Fax Sent | 7063245233 | 1:19 | 2 | OK |

# MedCare

**NO APPOINTMENT NECESSARY**

5612 Whitesville Rd
COLUMBUS, GEORGIA 31904
EIN #
04-3731976   (706) 322-2223 / FAX (706) 324-5233

## EXAM

**Hx**

| Soc Hx | Occupation: | | Exercise: |
|---|---|---|---|
| Smoker | ☐ No ☑ Yes | Years: | Amt: |
| Alcohol | ☑ None ☐ Yes | Amt: | |
| PMH | Med: | | |
| | Surg: | | |
| Fam Hx | Mother: | | Father: |
| Other: | | | |

**ROS** ☐ Reviewed ROS Form    ☐ Call Back    ☐ Done

*(handwritten exam notes, largely illegible)*

T 102.1 (?)   P 97   BP 130/80   R 76

| | | | | |
|---|---|---|---|---|
| Office Lab | ☐ UA-DIP ☐ UA-MICRO ☐ STREP ☐ MONO ☐ FSBS | | O.V. Code | 99213 |
| Lab Out | | | ☐ Procedure Code | |
| X / R | ☐ EKG ☐ PO2 ☐ NEB ☐ VENIPUNCTURE | | ☐ Procedure Code | |
| Injection | | | ☐ Procedure Code | |

| Supplies | | Dx | Code | Description |
|---|---|---|---|---|
| | | 1 | 959.1 | |
| | | 2 | 124.4 | neuritis |
| | | 3 | | |

# OF CHARGES: 1    TOTAL: 70 -    AMOUNT PAID: 70

**Activity** WORK: ☐ YES ☐ NO

RETURN TO WORK ON:

RESTRICTIONS:

REFERRED TO:

| Method Of Payment | ☑ Cash | ☐ Credit Card | ☐ Check | ☐ Hold |
|---|---|---|---|---|

**Follow Up** ☐ MEDICARE ☐ YOUR PHYSICIAN ☐ DISCHARGED

☐ DATE: 10-14-05

☐ TIME:

In: 8:47
Out:
Nurse:
Staff:
Physician:

| DATE | PATIENT LAST NAME | FIRST | M.I. | AGE | DATE OF BIRTH | SEX |
|---|---|---|---|---|---|---|
| 08/22/05 | ELLIS | WILLIAM | | 35 | 05/09/70 | M |

| TIME IN | TX STARTED | HOME ADDRESS. CITY | STATE | ZIP | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|---|---|---|
| 435 | | 5730 HODGES DR #6    COLUMBUS    GA    31909 | | | (706) 563-8175 | |

| TX FINISHED | TIME OUT | PERSON RESPONSIBLE FOR BILL | ADDRESS | RELATIONSHIP | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|
| | 5:22 | WILLIAM ELLIS | | S | 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 |

| INSURANCE | PRIVATE PHYSICIAN | PLACE OF EMPLOYMENT OF RESPONSIBLE PARTY | ALLERGIES |
|---|---|---|---|
| CASH | NONE | | PCN, ASPIRIN |

ANTI INFLAMATORIES

DATE OF INJURY

| CHIEF COMPLAINT | BALANCE | VOUCHER | ACCOUNT NO. | LAST TETANUS |
|---|---|---|---|---|
| | .00 | 158792 | 52993.0 | NONE |

MEDS

UNK

PHENOBARBITOL

**HISTORY OF PRESENT ILLNESS**

*(handwritten)* Asylum c/o perc ... percocet, Xanax, and soma needs enough for a month pt has no ins

I HEREBY AUTHORIZE THE PERFORMANCE OF ANY MEDICAL OR SURGICAL PROCEDURES UNDER LOCAL OR GENERAL ANESTHESIA WHICH MAY BE ADVISED OR DEEMED NECESSARY BY MEDCARE

I HEREBY AUTHORIZE PAYMENT DIRECTLY TO MEDICARE ANY BENEFITS DUE ME FOR THEIR SERVICES RENDERED. I RECOGNIZE AND ACCEPT PERSONAL RESPONSIBILITY FOR ANY BALANCE REMAINING AFTER PAYMENT OF SUCH BENEFITS

The above information is correct to the best of my knowledge and I understand and approve authorizations.

I UNDERSTAND THAT I MIGHT BE TREATED BY A PHYSICIAN'S ASSISTANT.

Relationship to Patient if not parent (           ) Signature X

# MEDICAL CHARGE FORM

INMATE NAME _Ellis, William_

DATE OF BIRTH _____    RACE/SEX _W/m_

SOCIALSECURITY # _____    CELL _A Max_

## ***SERVICES & FEES***

- SICK CALL
- DOCTORS VISIT
- DENTIST VISIT
- PRESCRIPTION
- FOLLOW-UP VISIT
- OVER-THE COUNTER MEDICATION

$ 5.00
$ 5.00
$ 5.00
$ 5.00
N/C
$

TOTAL AMOUNT MEDICAL SERVICES RENDERED    $ _10°°_

## MEDICAL VERIFICATION SECTION

Authorized Nursing Staff Signature & Date _6|11|07_

Inmate Signature & Date _6-11-07_    _William_

Inmate Account Payable Clerk Signature & Date

PLEASE CHECK IF INMATE IS INDIGENT TO PAY THE ABOVE CHARGES

PLEASE CHECK IF INMATE IS ABLE TO PAY THE ABOVE CHARGES



RUSSELL COUNTY JAIL
ELLIS, WILLIAM
REPORT DATE 05/0'

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ...EN 500MG TABLET ...NE TABLET BY MOUTH AT BEDTIME | 03/13/07  03/12/08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHENOBARBITAL 64.8MG TABL TAKE 1 TABLET BY MOUTH TWICE DAILY. | 2000 03/13/07  03/12/08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | | 5 | 6 | | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | SMJ | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | RP | FB | FB | | | | | FO | FB | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | FB | FB | FB | | | FB | FB | | | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | FB | FB | | RB | FB | FB | FB | | | FB | FB |

| CHARTING FOR | 05/01/07 | THROUGH | 05/31/07 | PAGE | 1 OF | 1 | |
|---|---|---|---|---|---|---|---|
| Physician | WARR, STURGEON | | Telephone No. | 334-298-8621 | | Medical Record No. | |
| t. Physician | WARR, STURGEON | | Alt. Telephone | 334-298-8621 | | 580540 | |
| lergies | | | Rehabilitative Potential | | | | |

agnosis

| Medicaid Number | Medicare Number | Approved By Doctor: | | | |
|---|---|---|---|---|---|
| | | By: | | Title: | Date: |
| | | D.O.B. | Sex | Room # | Patient Code |
| RESIDENT | ELLIS, WILLIAM | 05/09/1970 | M | RJ40 | ELWILL |

Admission Date 10/10/06

**RUSSELL COUNTY**
**CORRECTIONAL HEALTH**
**ATTN: T.RILEY LPN,CCHP**
**PHONE: (334) 298-8621**
**FAX:     (334) 297-5130**
**          (334) 291-7667**

# Fax

| To: | C V S | From: | Russell Co. Jail Medical Dept. |
|---|---|---|---|
| Fax: | 576 - 4282 | Pages: | 2 |
| Phone: | | Date: | 10/6/06  / 101006 |
| Re: | Ellis, William | CC: | Second request |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Thanks

Medication profile



**TOMMY BOSWELL, SHERIFF**
**POST OFFICE BOX 640**
**PHENIX CITY, ALABAMA**
**36868-0640**
**(334) 298-6535**
**FAX (334) 291-7667**

## RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CONSENT TO OBTAIN MEDICAL RECORDS

I, _William Ellis_____, hereby give my consent for

_____CVS - River Rd_____ to release any and all medical information

pertinent to my Medical History to the Prentiss L. Griffith Detention Facility.

DOB: _050970_

SSN: _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_

_____
**PATIENT/INMATE SIGNATURE**

_10/6/06_
**DATE**

_____
**WITNESS**

ADDRESS:     **Russell County Sheriff's Department**
             **ATTN: Lt. Tina Riley, LPN**
             **Post Office Box 640, 307 Prentiss Drive**
             **Phenix City, Alabama 36868-0640**
             **(334) 298-8621    FAX: (334) 291-7667**



(706) 576-4282

Log for
Oct 06 2006 4:35p

Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Oct 06 | 04:34p | Fax Sent | 7065764282 | 1:18 | 2 | OK |

Log for
Oct 10 2006 1:51p

Last Transaction

| Date   | Time   | Type     | Identification | Duration | Pages | Result |
|--------|--------|----------|----------------|----------|-------|--------|
| Oct 10 | 01:49p | Fax Sent | 7065764282     | 1:40     | 3     | OK     |

ELLIS, WILLIAM
REPORT DATE 04/07

# MEDICATION ADMINISTRATION RECORD



| CHARTING FOR | 04/01/07 | THROUGH | 04/30/07 | | PAGE | 1 OF | 1 |
|---|---|---|---|---|---|---|---|

| Physician | WARR, STURGEON | Telephone No. | 334-298-8621 | Medical Record No. |
|---|---|---|---|---|
| Alt. Physician | WARR, STURGEON | Alt. Telephone | 334-298-8621 | 580540 |
| Allergies | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: By: | | | Title: | | Date: |
|---|---|---|---|---|---|---|---|
| | | D.O.B. 05/09/1970 | Sex M | Room RJ40 | Patient Code ELWILL | | Admission Date 10/10/06 |
| RESIDENT | ELLIS, WILLIAM | | | | | | |

196186

ELLIS, WILLIAM L.  (05/09/70)
11/06/2000
CC:  Back pain.
HPI:  Patient complains of back pain with some radiation into
the left buttock area and down the left leg. He states that he
has been having cramps and spasms in his leg.  He was given
Hydrocodone by Dr. Williams and also Skelaxin which he states he
could not afford to purchase.  He had an MRI done at St. Francis
Hospital. He states that this injury occurred while on the job.
He was standing on a ladder that fell through an air-
conditioning vent and then subsequently he states that he fell
through a window as well.  Since the injury he has actually
fallen down one more time at work because his leg gave out on
him.

O:  Wt 168 lbs.  BP 138/86.  Generally well developed, well
nourished white male in mild distress secondary to the back
pain.  Flexibility of the back is limited. He has pain on
straight leg raising.  Reflexes in the lower extremities are
intact.  MRI report shows that there is some bulging of the disc
between L4 and L5 and L5/S1, although there is no nerve root
impingement on either side or at either level and no impingement
of the spinal cord itself.

A:   1.   Back pain.
P:   1.   Continue pain meds.
     2.   He is given a week off from work.
     3.   He is given Skelaxin 2 tablets t.i.d., to q.i.d., prn
          for muscle spasms.
     4.   Follow up depends on how he responds to the
          medication.
GREGORY A. PARKER, M.D./mwb

---

| FOR *GAP* | | | URGENT ☐ Yes ☐ No |
|---|---|---|---|
| Patient *William Ellis* *5/9/10* ☐ New ☐ Est. | ☐ Call back | ☐ Rx Refill | Follow Up |
| Caller | ☐ Illness | ☐ Test Results | |
| Phone *888 5565* | ☐ Injury | ☐ Insurance | |
| Allergies _____ Age___ | ☐ Other | ☑ Billing | Pharmacy Phone # |

MESSAGE: *Refill - Xanax. 5mg ?* *Winndixie 1 milgen*

Date *11/10*  Time *1124*  By ___

PHONE MESSAGE

*561-4177*

 
ELLIS, WILLIAM  (05/09/70)
02/19/2001
CC:  Seizures.
HPI:  Patient reports that he has not been able to afford his
medication as he has been out of work. He has been having sinus
congestion, nasal drainage and cough productive of discolored
mucous.  He has also been feeling tired, fatigued, no energy,
feeling down. His father is currently hospitalized and this has
him under some stress as well as some other personal issues.

PMH:  Positive for seizures.

CURRENT MEDS:  None as he cannot afford them.

ALLERGIES:  NKDA.

ROS:  He complains of low back pain from a recent fall.
PSYCHIATRIC--patient reports that he is not having any thoughts
of wanting to harm himself or anyone else.

O:  Wt 166 lbs.  BP 140/80.  Generally well developed, well
nourished white male who walks with a limp, favoring his back.
He has decreased mobility in his back.    HEENT exam--
normocephalic, atraumatic. Sclerae anicteric without injection.
TMs dull. Nose congested.  Throat reveals some erythema, but no
exudate.    Neck is supple without masses, adenopathy or
thyromegaly.  Lung fields reveal scattered rhonchi, but no
wheezes or rales.  Heart RRR, no murmur, gallop, rub or ectopy.
Extremities revealed no edema.

A:    1.    Seizures, not taking his medication because he can't
            afford it.
      2.    Sinusitis.
      3.    Probable depression.
P:    1.    I have started him on Ceclor-CD 500 mg 1 po b.i.d.
      2.    He is given #20 samples of Vicoprofen 1 po q.6h., prn
            for pain.
      3.    He is given samples of Celexa 20 mg 1 po q.d.
      4.    He is encouraged to follow up at the Health Department
            at the ICP program as he currently is not working, has
            no insurance and cannot afford his meds.  He seems to
            be a perfect candidate for this, as he does live here
            in the Columbus area.
      5.    Follow up here prn.
GREGORY A. PARKER, M.D./mwb

**SUMMIT HOSPITAL**
**4401 RIVER CHASE DRIVE**
**PHENIX CITY, AL 36867**

RADIOLOGY CONSULTATION REPORT

PATIENT:                  ELLIS, WILLIAM
DOB:                      05/09/1970
DATE OF SERVICE:          11/14/2007
MRN:                      17640
STUDY ID:                 932232
ACCESSION #:              00302240000100
ORDERING PHYSICIAN:       WARR,
PATIENT LOCATION:         outpatient

**FINAL REPORT**

**PROCEDURE:**            NONENHANCED LUMBAR SPINE MR
**INDICATION - DIAGNOSIS:** Low back and bilateral leg pain for five months.  No surgery.  No
                          injury.
**PRIORS:**               No correlative radiography or CT.
**TECHNIQUE:**            T1 and T2-weighted axial and sagittal.

**EXAM FINDINGS:**

Overall alignment and vertebral body statures are normal.  Assuming five lumbar disk spaces, the conus
is unremarkable at L1-L2.

At L4-L5, the disk space is very subtly narrowed and desiccated, associated with asymmetric
broad-based disk protrusion, eccentric to the right.  Maximal AP disk protrusion is 6 mm  right
paracentrally, 5 mm centrally, and 4 mm left paracentrally.  The thecal sac is diffusely effaced anteriorly.
Disk is contiguous with the right L5 roots bilaterally with the right L5 root displaced laterally and
posteriorly.  There is no lateral recess, neural foraminal or central stenosis.

Other disk space levels are unremarkable.

Minimal degenerative changes are present  in mid and lower lumbar facet joints.

Marrow signal is normal.  There is no paraskeletal soft tissue mass.

**IMPRESSION:**
Degenerative disk disease L4-L5, with broad-based central disk protrusion, eccentric to the right,
associated with a  transverse annular tear.

Page 1

Optimal Readings Professional Services
Phone: (205) 802-7725
Support: (800) 956-0179

**SUMMIT HOSPITAL**
**4401 RIVER CHASE DRIVE**
**PHENIX CITY, AL 36867**

RADIOLOGY CONSULTATION REPORT

| | |
|---|---|
| PATIENT: | ELLIS, WILLIAM |
| DOB: | 05/09/1970 |
| DATE OF SERVICE: | 11/14/2007 |
| MRN: | 17640 |
| STUDY ID: | 932232 |
| ACCESSION #: | 00302240000100 |
| ORDERING PHYSICIAN: | WARR, |
| PATIENT LOCATION: | outpatient |

This report has been electronically authenticated

Ken Beil, MD
KB/cs/ 932232
DD: 11/14/2007 @ 10:45 AM DT: 11/14/2007 @ 12:33 PM
  cc:   Summit Hospital - Radiology fax

Optimal Readings Professional Services
Phone: (205) 802-7725
Support: (800) 956-0179

RECORDED FROM INTEGRAL SOLUTIONS GROUP 800-295-0767

SPECIAL A 55

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NOBARBITAL 32.4MG TABL ...E ONE TABLET BY MOUTH AT BEDTIME — 10/11/06 04/09/07 — 0800 — 2000 — DC'D

PHENOBARBITAL 64.8MG TABL TAKE ONE TABLET BY MOUTH ONCE DAILY — 10/11/06 04/09/07 — 0800

0800 / 2000 /

Tramadol HCl 50 mg

CHARTING FOR 11/01/06 THROUGH 11/30/06 PAGE 1 OF 1

Physician: WARR, STURGEON
Alt. Physician: WARR, STURGEON
Telephone No. 334-298-8621
Alt. Telephone 334-298-8621
Medical Record No. 580540

RESIDENT ELLIS, WILLIAM D.O.B. 05/09/1970 M Room RJ40 Patient Code ELWILL Date 10/10/0

Williams Ellis (C-29)   11-08-06

08:10 Appears Asleep @ this time.
09:00 Inmate Still Asleep
09:56 Inmate Ellis is Awlake but lying in Bed
10:04 Inmate William Ellis up Walking Around in Dayspace
10:30 Sitting at Table Watching Television.
11:00 Williams lying on Bed Reading
11:45 Inmate Helped Pick up Food Trays.
12:45 Inmate William is Reading
13:00 Inmate Ellis Sitting at Table Writing A letter
15:00 Lying on Bed reading A Book.
15:15 Lying down
16:30 Inmate Ate all of his dinner
17:30 Reading A Book
18:25 Inmate lying in Bed Reading.

ROSSELL COUNTY JAIL
ELLIS, WILLIAM

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENOBARBITAL 32.4MG TABL TAKE ONE TABLET BY MOUTH AT BEDTIME | 10/11/06  04/09/07 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHENOBARBITAL 64.8MG TABL TAKE ONE TABLET BY MOUTH ONCE DAILY | 10/11/06  04/09/07 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRAMADOL HCL 50 MG TABLET TAKE (1) TABLET BY MOUTH TWICE DAILY. | 10/11/06  10/25/06 0800 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

CHARTING FOR **10/01/06**   THROUGH **10/31/06**   PAGE **1** OF **1**   Medical Record No. **580540**

| | | |
|---|---|---|
| Physician | WARR, STURGEON | Telephone No. 334-298-8621 |
| Alt. Physician | WARR, STURGEON | Alt. Telephone 334-298-8621 |
| Allergies | | Rehabilitative Potential |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: By: | | Title: | Dr |
|---|---|---|---|---|---|
| | | D.O.B. | Sex | Room | Patient Code |

RESIDENT **ELLIS, WILLIAM**   D.O.B. **05/09/1970**  Sex **M**  Room **RJ40**   Code **ELWILL**

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Phenobarb 64.8 1 tablet in AM | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Phenobarb 32.4 1 tablet in PM | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Librium 25mg 1 capsule twice daily | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tramadol 50mg 1 tablet twice daily | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Doxy 100mg 1 tab twice daily (x 7 days) | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Claritin D 1 tablet daily (x 3 days) | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | FB | FB |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | SOM | SOM | FB | FB | FB | COM | COM | FB | FB | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | FB | FB | COM | | FB | FB | FB | SOM | |

**CHARTING FOR** _____ **THROUGH** _____

| | |
|---|---|
| Physician | Warr |
| Alt. Physician | |
| Allergies | |

| Telephone No. | |
|---|---|
| Alt. Telephone | 10/06 |
| Rehabilitative Potential | |

Medical Record No.

**Diagnosis**

| Medicaid Number | Medicare Number | Approved By Doctor: By: | | | | Title: | Date: |
|---|---|---|---|---|---|---|---|
| | | D.O.B. | Sex | Room # | Patient Code | Admission | Discharge |

**RESIDENT** Ellis, William

Intake Screen

Name: William Ellis

Approx. date of any prior record here: _____

DOB: 5-9-70    Date: 10-5-06

Apparent mental status of the patient (check one):
☐ Normal   ☐ Confused   ☐ Agitated   ☐ Intoxicated   ☐ Drugged   ☐ Strange

Any evidence of injury, active health problems or deformity: _____

## Patient Health History (Y or N response)

| | | |
|---|---|---|
| Are you currently sick in any way? — Yes | Do you have heavy sweating at night For no reason when it's not hot? | Do you have HIV infection or think you Might have it? |
| Do you have a fever that won't go away? — Yes | Have you lost more than 10 pounds of weight during the last 6 months? | Any symptoms which might indicated sex-related disease? |
| Are you currelty takey any prescribed Medications? (Liste below) — Yes | Have you ever had a heart attack or any other heart trouble? | Have you ever intentionally hurt yourself or tried to take your own life? |
| Have you ever had any kind of cancer? — N | Do you have high blood pressure? | Would you ever try to take your own life? |
| Do you have diabetes? — N | Do you have chest pain with exercise or other chest pain? | Do you feel like you would like to die? |
| Do you have seizures or blackouts? — Yes | Have you had bleeding from your stomach, bowels, or kidneys? | Do you see people or things other can't see or hear voices others can't hear? |
| Have you ever had a stroke? — NO | Do you have shortness of breath or trouble breathing? | Females: Are you pregnant or could you be pregnant? |
| Do you have any eye problems? (List below) — Yes | Do you have asthma? | On how many days of the past month have you consumed alcohol? |
| Do you have a cough that won't clear Up? | Do you hae kidney disease or failure or had kidney dialysis? | On how many days of the past month have you used drugs? |

Comments: Refuse to Answer Questions (Hostile)

Medications: _____

Allergies: _____

Reason for any recent physician visits: _____

List surgeries: _____

Describe any prior hospitalizations: _____

Drugs you have used: _____

Recommended housing or activity restrictions: _____

Medical management plans: _____

Health insurance: _____

Booking Officer: _____    Inmate _____    Medical Staff: _____

# JOSE A. CAÑEDO M.D.

## WEST GEORGIA NEUROLOGY AND NEURODIAGNOSTICS, P.C.

### 2300 Manchester Expressway
St. Francis Medical Park
Building H, Suite 103
Columbus, GA 31904

Phone (706) 571-0121                                      Fax (706) 571-0124

### THE FOLLOWING FAX TRANSMISSION IS PERSONAL AND CONFIDENTIAL.

The information contained in this facsimile message is legally privileged and confidential information and is intended only for the use of the individual or entity named below.  If the reader of this message is not the intended recipient, or a duly authorized agent, you are hereby notified that any distribution or copy of this facsimile is strictly prohibited.  If you have received this facsimile in error, please immediately notify us by telephone and return the original message and any copies of it to us at the address provided above via the Unites States Postal Service.  We will reimburse you for cost incurred for postage.  Thank you.

THE RECIPIENT OF THE FOLLOWING DOCUMENT IS REQUIRED TO DELIVER THIS TRANSMISSION UNMOLESTED TO THE PERSON DESIGNATED BELOW:

Please deliver upon receipt to : RUSSELL COUNTY JAIL

Re: WILLIAM ELLIS,

Attn: WILLIAM WAR MD

This page is the first of 7 pages. If any pages did not transmit, please contact TAILOR at the phone number provided in our letterhead. Thank you.

Fax number 334 298-8621
334 297-5130    Date 10, 12, 7    Time 2:31

Jose A. Canedo, MD
West Georgia Neurology
St. Francis Medical Park, Building H, Suite 103
Columbus GA 31904
Telephone: (706) 571-0121
Facsimile: (706) 571-0124

General Neurology
Fellow: Electrophysiology and Neuromuscular Disease

Patient: Ellis, William
Referral Physician: Russell County Jail, Attn: Dr. William Warr
Date: 7/24/07

Chief Complaint: History of back pain.

Documents to Review:
1. Previous cervical spine x-rays that showed normal vertebral body height, disk spaces, and alignment, performed on 9/3/2002.
2. Lumbar spine x-rays showed no evidence of any obvious lumbar spine fracture or dislocation, described at S1 joint, normal, without signs of fracture.
3. MRI of lumbosacral spine, mild bulging disk at L5-S1, with no neural element compression. At L5-S1, there is mild diffuse bulging disk centrally with no narrowing of the central canal and the canal appears to be normal, 11/2/2000.
4. MRI of lumbosacral spine, no change from previous evaluation, L5-S1 bulging disk, mild, with facet arthropathy bilaterally, L4-L5, with loss of disk height and hydration with bulging disk and signs of spondylosis indenting on the anterior thecal sac with posterolateral disk bulge in combination with facet arthropathy that narrows the neuroforamen, mild.

History of Present Illness: The patient is a 36-year-old, white, right-handed male, inmate at the Russell County Jail. He states he has suffered multiple injuries to his back. He has undergone extensive workup. In 2000, while working as a painter, he fell off a ladder and was told that he suffered L3-L4 bulging disk injury. He continued to work and have no treatment. Later, in 2002, he became a caretaker for his father, who was suffering or battling with cancer. The multiple lifting re-injured him and ever since his back pain has worsened.

In 2005, while standing next to a light pole, he was electrocuted and allegedly the entrance site was both hands and the exit, his left foot. I do not have any emergency room notes to confirm. The patient was seen by Dr. Ditaranto at MedCare. MRI of the lumbosacral area was requested and the results are mentioned in the above section.

His back pain is localized to the lumbosacral area. It radiates in the posterior aspect of his lower extremities, worse on the left than on the right, with numbness and paresthesias of his lower extremities distally. He denies any history of bowel or urinary difficulty.

(continued)

Page 2
Ellis, William
7/24/07

Past Medical History: Seizures. According to the patient, he has suffered seizures ever since closed head injury resultant from a motor vehicle accident in the late 80s. He has history of spontaneous pneumothorax twice. He was told he had blebs and underwent open thoracotomy. I do not have any notes to make any comment.

Allergies: Penicillin.

Medications: Phenobarbital, tramadol, and naproxen.

Family History: Father with history of hypertension, heart disease, cancer, arthritis, epilepsy, and mental history. Mother with history of heart disease, hypertension, diabetes, cancer, arthritis, and mental illness. Paternal grandparents with history of heart disease, hypertension, diabetes, cancer, epilepsy, and mental illness. Maternal grandparents with heart disease, hypertension, diabetes, cancer, arthritis, epilepsy, and mental illness.

Social History: The patient is married but he did not fill out the rest of the information card.

PHYSICAL EXAMINATION:
HEENT: Normocephalic. There is normal external auditory canal and tympanic membrane. Oral mucosa is well hydrated. Neck is supple. Thyroid is central. Tongue is in the midline.
Heart: Regular rhythm. S1, S2 present.
Lungs: Clear bilaterally.
Abdomen: Soft. Normal bowel sounds.
Extremities: Symmetrical; arterial pulses present.

Neurologic/Mental Status: Patient is alert, oriented in person, and place and time. Normal affect and mood. The patient is able to read, write, and calculate. Good attention span. Good memory for immediate, intermediate, and long-term recall. Normal behavior.

Cranial Nerves: Sharp discs. Venous pulse present. Pupils equal and reactive to light, accommodation, and consensual reflexes, without signs of facial asymmetry. Gag reflex is present and symmetrical. Tongue protrudes in the midline. Neck is supple without restriction of movements. No cervical bruits or lymphadenopathy. Posterior pharynx is hyperemic, with some exudates.

Motor: Bulk and tone symmetrical in all extremities, without fasciculations. Strength is 5/5 and symmetrical. No abnormal movements. The patient complains of some pain of his lumbosacral area when testing hip flexors and mild on straight leg raising on sitting position.

(continued)

Page 3
Ellis, William
7/24/07

Sensory: The patient states he is not able to perceive any sensation to pinprick or light touch to the anterior aspect of lower extremities bilaterally in the peroneal nerve distribution, but he is able to perceive sensation in the posterior aspect distribution of the tibialis nerve. His calves were measures 25 cm below the knee and the left measures 14-3/4 inches and the right, 15 inches. No fasciculations were seen.

Coordination: Limited. The patient was chained in the lower and upper extremities.

Reflexes: 2+ in all extremities. No abnormal reflexes noted.

Gait: The patient ambulates with no difficulty. He was able to get off the table, turn, and walk.

Impression: Chronic back pain, lumbosacral in localization, with pain in radicular distribution, involving L5-S1 nerve root distribution, worse left than right.

Recommendations: We discussed the need for pain management. He states that previous doctors have described his condition as very severe. The patient became very upset to the point of arguing. His face was very red and his comments included quality of life: How long do I expect him to live like this? How long is it going to take for his back to get to the end? At the same time, he answered himself with 1 or 2 years. He describes possible modifications of his living conditions, describing a concrete iron house and the hard floors injuring his back. He was informed that I did review the copy of MRI report but not the films. The findings are mild to moderate. I have made a suggestion of conservative exercises, physical therapy/stretching exercises, and medication. In case of no response to conservative management, a nerve block will be indicated. At the end, I had to stop our conversation and explain that I was going to leave the decision of any further treatment to his physician, that I was asked to evaluate his condition and give my impression as neurologist, but I am not his treating physician. The patient was very upset. He walked out of the room in the company of two police officers upset because I could not answer his questions.

Jose A. Canedo, MD/vsm

cc: Russell County Jail, Attn: Dr. William Warr

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

*Case # 3:07-CV-920*

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

| Submitted By: | Received By: |
|---|---|
| Inmate's Name (last name first)<br>William Lanier Ellis Sr.<br>Housing Assignment | CO's Name & ID Number<br>Brown, C. 38<br>Shift Assignment<br>D-Day |

### PART "A" INMATE REQUEST

Lt. Holland

Im glad you were in medical, now you see what im dealing with. I have exausted all efforts to go along with Dr. Warr. Im suffering and there is no end to it, its day and night, night and day it never ends. Im trying to meet Dr. Warr but

Grievant (Inmate) Signature *William Ellis*

### PART "B" - RESPONSE

10-22-07 - Thanks for all the enfo, I will forward a copy of this letter to medical to add to their file cords.

J.F. Holland
10/20/07

102207 Rec'd copy for medical chart.

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

### PART "C" - RECEIPT

Return To _____ Date _____ Time _____

Submitting Inmate _____ Receiving Shift Supervisor _____

### PART "D" - RETURN RECEIPT

Returned To _____ Date _____ Time _____

Witness _____ Submitting Inmate _____

### APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal.

Appeal Received By: _____ Date _____ Time _____

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

| Submitted By: | Received By: |
|---|---|
| Inmate's Name (last name first)<br>William E Ellis | CO's Name & ID Number |
| Housing Assignment<br>G-max | Shift Assignment |

### PART "A" INMATE REQUEST

This grievance is to fall ow with the 2 Recently submitted, 10/9 an 10/15 both refered back to medical and both went un answered by medical. If this grievance procedure is now a useless appendage please so advise. So i Can advise the Court. (Civil Case # 3:07-CV-920-MHT)

Grievant (Inmate) Signature _William L Ellis_

### PART "B" - RESPONSE

10-22-07 - Please read in your inmate hand-book, that a grievance form should be submitted when you are subjected to Certain Conductions. It appears that you do not even try to get an answer through inmate request slip.

*Copy referred to Nurse Riggon 10/22/07

H. Hurley 10/22/07

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

### PART "C" - RECEIPT

| Return To | Date | Time |
|---|---|---|
| Submitting Inmate | Receiving Shift Supervisor | |

### PART "D" - RETURN RECEIPT

| Returned To | Date | Time |
|---|---|---|
| Witness | Submitting Inmate | |

### APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal

| Appeal Received By | Date | Time |
|---|---|---|
| Submitted By | Copy Received By | |



SHERIFF OF LEE COUNTY

**JAY JONES**

P.O. BOX 688
OPELIKA, AL 36803-0688

E-mail:
lcso@mindspring.com

Phone (334) 749-5651
Fax (334) 749-4835



## Lee County Detention Center

### Fax Cover Sheet

*Ellis, William*

**Date:** 03/13/07

**Time:** 1330

**Attention:** Nurse Tina, , CCHP

**RE:** Ellis, William

**Number of Pages:** 1

**From: Medical Department**
        **Nursing Staff**
**Phone: (334) 737-3590 or 3591**
**Fax: (334) 737-3574**

*Stewart 4th CCHP*
*Smile*

334  297-5130

# NOTES

NAME _Ellis William_  SS# _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_

DOB: _5/9/7_  AGE _36_  SEX _m_  RACE _w_

DRUG ALLERGIES: _PCN  Compazine_  others:

NATURE OF PROBLEM OR REQUEST: _f/u c pro. to_
_& Back pain_

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE

HEALTH CARE DOCUMENTATION                                    172

SUBJECTIVE

OBJECTIVE: BP ___ P ___ R ___ T ___ O2 ___

ASSESSMENT

---

**2/6/07    Lee County Detention Center    Ellis, William    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**

**Assessment:** 36 y/o white male is here because he has some of his personal property medical records to be reviewed. He shows me a note from 11/6/2000 from Dr. George Parker reporting an MRI that showed no nerve impingement on either side but some bulging of the disc between L4-5 and L5-S1. I read a bunch of records from his personal effects that included some Florida and Georgia jail and legal papers. It did not include a copy of his 8/05 MRI that he had in Columbus. We'll see if we can get that copy.

In the mean time he says that the steroid 5-day burst helped his rash.

**Plan:** We will see the Mental Health officer and Mental Health have anything to offer in regards to his chronic pain and adjustment to it and possible component of depression. We will get records. Recheck as needed following that.

PLAN

REFER TO:    PA/PHYSICIAN    MENTAL HEALTH    DENTAL

SIGNATURE    TITLE MD    DATE 2/6/07 TIME 0947

JOHN H MCFARLAND MD
AM8104894
AL 11404

# NOTES

NAME _Ellis William_ SS# _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_

DOB: _5/9/70_  AGE: _36_  SEX: _m_  RACE _W_

DRUG ALLERGIES: _PCN, Avod (NSA) TETNUS:_ _____

NATURE OF PROBLEM OR REQUEST: _Still C/o + back_
_Out of I have nu √ feet_

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

## HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP _____ P _____ R _____ T _____ O2 _____

ASSESSMENT:

02/01/07    **Lee County Detention Center**    **Ellis, William**    **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**

**Assessment:** This 36 y/o white male is here because he has more of his chronic back pain with pain going down in his left posterior lateral leg. He said that the best thing that worked for his last was Methadone. He shows me a rash that has broken out. He has a folliculitis of his chest and a little lesion on his right little finger. He has a limited range of motion of his back. He can bend over and reach his arms down only as far as his knees. He cannot touch the floor. Straight leg raise is negative with good and bilateral equal knee and ankle reflexes.

**Impression:** Chronic back pain, Folliculitis.

**Plan:** We'll put him on Prednisone 20 mg bid for 5 days that may help his back as well as the folliculitis. We'll recheck him in one week if needed.

PLAN: _Prednisone 2030 x 5d._
_rev 1 wk prn_

REFER TO: _PA_ PHYSICIAN ____ MENTAL HEALTH ____ DENTAL ____

SIGNATURE _____  TITLE _MD_  DATE _2/1/07_  TIME _0958_

JOHN H MCFARLAND MD
AMB1048 94
AL 11404

# NOTES

NAME _Ellis William_ SS# _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_

DOB: _5|9|70_ AGE: _36_ SEX: _m_ RACE _W_

DRUG ALLERGIES: _PCN° Avoid NSAIDS_ TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _Re √ ankle p̄ x-ray_

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

## HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP _____ P _____ R _____ T _____ O2 _____

ASSESSMENT:

1/16/07    **Lee County Detention Center**    **Ellis, William**    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

**Assessment:** This 36 y/o white male is here today for a follow up of a left ankle sprain.
**Exam:** He is still tender in the anterior aspect of the ankle at the interoscious membrane. He also says his back is hurting.
**Impression:** Left ankle sprain, healing. Backache.
**Plan:** We'll give him Flexeril 10 mg po bid #20 and we'll also see if the Mental Health Officer can help him with his anger management and pain issues. Recheck as needed.

PLAN:

_flexeril 10 BID x 2_

REFER TO: _____ PA/PHYSICIAN _____ (MENTAL HEALTH) _____ DENTAL _____

SIGNATURE _____ TITLE _MD_ DATE _1/16/-7_ TIME _0831_

JOHN H MCFARLAND MD
AMB 104894
AL 11404

# NOTES

NAME _Ellis William_     SS# _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_

DOB: _5/9/70_    AGE: _36_    SEX: _m_    RACE _W_

DRUG ALLERGIES: _PCN · Axxx licxx_    TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _✓ Lt. Ankle_

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

## HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP _____ P _____ R _____ T _____ O2 _____

ASSESSMENT:

---

**01/09/07    Lee County Detention Center**            **Ellis, William        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**

**Assessment:** 36 y/o white male. Injured his left foot Thursday. He stepped through a pallet that he was standing on.

**Exam:** He a fairly comfortable gait he just seems to guard the left ankle. He is tender in the anterior aspect of the ankle. He is not tender at the base of the 5th metatarsal at all. The skin is intact. Neurovascular is intact.

There is no tenderness in either maleali. He hyper extends his ankle and points to a bony prominence that is a "knot" that he says is it isn't there on the other side although it is a normal bony prominence.

**Impression:** left ankle sprain, possible interosseous ligament sprain.

**Plan:** We'll keep it in an ace wrap and limited weight bearing. We'll make an X-ray of this. Recheck after the X-ray. Tylenol 500 mg 2 bid #20.

PLAN: _Tylenol 500 bid - ? ...
X-ray C Ankle Today/Southern X-ray_

REFER TO: _____ PA/PHYSICIAN _____ MENTAL HEALTH _____ DENTAL _____

SIGNATURE _____ TITLE _M_ DATE _1-7-0_ TIME _0840_

John H McFarland MD
AM8104894
AL 1404    _1/9/07 xray completed ..._

MAR-13-2007 12:58 FROM:LEE CO SHERIFF

# NOTES

NAME _Ellis William_  SS# _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_

DOB: _5/9/70_   AGE: _36_  SEX: _M_  RACE _W_

DRUG ALLERGIES: _∅_ (PCN)   TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _Rash over Body_

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

## HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP _____ P _____ R _____ T _____ O2 _____

ASSESSMENT:

**12/13/06    Lee County Detention Center    Ellis Williams    #260239248**
This 36 YOWM has a rash that is itching. He is putting anything that he can think of on it; nothing helps.
**Physical Exam:** He has a little folliculitis rash on his upper chest and back. He doesn't have anything on his wrists or hands. There is nothing around his nipples. It doesn't look like scabies.
**Impression:** Folliculitis with pruritus.
**Plan:** Will put him on Doxycycline 100 mg b.i.d. for ten days and will give him a short burst of Prednisone for the itching 20 mg b.i.d. for five days. Recheck in two weeks if needed. He can have some antifungal cream for the rash on his toes.

PLAN: _[handwritten notes]_

REFER TO: _____ RA/PHYSICIAN _____ MENTAL HEALTH _____ DENTAL

SIGNATURE _____ TITLE _MD_ DATE _12-13_ TIME _10:11_

JOHN H MCFARLAND MD
AMB 104894
AU 11404

# NOTES

NAME *Ellis William*    SS# 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

DOB: 5/9/70    AGE: 36    SEX: M    RACE W

DRUG ALLERGIES: _____    TETNUS: _____

NATURE OF PROBLEM OR REQUEST: *Long H2O ↑ Phenobarbital*

*use*

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

---

### HEALTH CARE DOCUMENTATION

*1702*
*finger stick*

SUBJECTIVE:

OBJECTIVE: BP _____ P _____ R _____ T _____ O2 _____

ASSESSMENT:

11/21/06    **Lee County Detention Center**    **William Ellis**    **#260239248**
This 36 YOWM has a number of pains and problems. He was in the Russell County Jail for 45 days. He was on Phenobarbital 30 mg t.i.d. there. At home he took 60 mg t.i.d. for apparent seizure disorder from an injury in 1991. He also has chronic back pains. He hurts in his chest from where he had a pneumothorax.
**Physical Exam:** On exam today, he has a normal comfortable gait. HEENT: PERRL; TM's and ear canals are clear. Mouth and throat are clear. Only fair hygiene. HEART: Regular. LUNGS: Clear with good breath sounds bilaterally.
**Impression:** History of seizure disorder and pain issues.
**Plan:** Phenobarbital 60 mg b.i.d. We will see about getting records from his doctors.

PLAN:

*Phenobarbital (= 80)*
*x 6 mths*

REFER TO: PA/PHYSICIAN ___ MENTAL HEALTH ___ DENTAL ___

SIGNATURE _____    TITLE *MD*    DATE 11/21/06    TIME 0831

JOHN H McFARLAND MD
AMB104894
AL 11404    JOHN H McFARLAND MD

# Russell County Jail
# Record of Medical Examination

*To be completed by R. C. Jail (Please print clearly)*

1. Inmate's name: _Ellis, William_ _____ S.S. # _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_
2. Medical clearance form attached? _____
3. If new consumer has intake been done? ____✓____ Yes _____ No
4. Intake packet consists of:
   Intake Evaluation, Financial Form, Jail/Juvenile Detention Release of Information
   Family Release of Information, HIPPA, Consumer Rights Packet, General Release
   Authorization and medical clearance form.
5. Does consumer have Medicaid? _____ Please provide medicaid number _____
6. Recent hospitalization? _____ Where: _____
   Date(s) hospitalized _____
7. Consumer has previously been on medication through:
   ____ EAMH    Physician: (name) _____
8. Approximate dates of medication: _____
   Medications: (include dosage) _____
9. Is the Consumer exhibiting symptoms which medication might help?: _____
   _____    _____
10. Other mitigating circumstances: _____ _____

## Part 2 (Mental Health complete)

1. Is additional treatment needed? _____
2. Next appointment scheduled _____
3. Medication prescribed _____
4. Other special instructions (restrictions of diet, activities, snack with medication, other) _____
5. Intake packet, return appointment given to: _____
   Jail personnel please sign
6. **Please provide consumer with all medication(s) provided by Mental Health when released from your facility and advise when a consumer have been released so that we can follow-up.**

_____
Health Care Provider

_____    _____    _____
Date                Time                Signature

Rx:
Phenabarb 64.8mg bid
Tramadol 50mg qAM i 100mg qHS
Parafu 500mg bid
Lopressor 100mg bid
Remeron 30mg  1 tab HS

Log for
Nurse Riley
Dec 12 2007 10:38a

| Last Transaction | | | | | | |
|---|---|---|---|---|---|---|
| Date | Time | Type | Identification | Duration | Pages | Result |
| Dec 12 | 10:37a | Fax Sent | 2972314 | 1:07 | 1 | OK |

# COLUMBUS REGIONAL

STADIUM PHARMACY
1810 STADIUM DR., STE.100
PHENIX CITY, AL 36867
334-291-4255

*Pharmacy* THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

RX # 6143925

**ELLIS, WILLIAM**
RUSSELL COUNTY JAIL
PHENIX CITY, AL
334-298-8621

DR.J. LIN
11/21/07
TOTAL        13.88
ACETAMINOPHEN 32

ACETAMINOPHEN 325 MG TAB
  100 TAB        J
ORG DT- 11/21/07
24385-0403-78    HIPAA ACK:  N    05/09/70

STADIUM PHARMACY
1810 STADIUM DR., STE.100
PHENIX CITY, AL 36867
    334-291-4255

```
**********************************
  THANK YOU FOR SHOPPING WITH US
**********************************
```

RX# 6143925          13.88
SUBTOTAL             13.8
TOTAL DUE            13
NET CHARGE            1

11/21/07   16:06   SB    00'

    CHARGE

ELLIS, WILLIAM
***********************
   FREE DELIVERY--ASI
***********************

· I have received and understand the instructions in this handout.

_____

**Patient/Guardian's Signature**
**Patient's Name:** WILLIAM ELLIS

_____

**Caregiver's Signature**

**Special Instructions:**
**TAKE MEDICINE AS PRESCRIBED**
**RETURN TO ER IF SYMPTOMS GET WORSE OR DO NOT GET ANY BETTER**
**ICE AS NEEDED**
**FOLLOW UP WITH DR. IN 1 WEEK**

### Contusion

**WHAT YOU SHOULD KNOW:**

A contusion (cun-too-shun) is also called a bruise. A contusion is caused by an injury that does not break the skin. Bleeding under the skin causes it to look black and blue. You may also have pain or swelling. Many things cause bruises. But some common causes are by bumping into things, falling, or being kicked or hit. As the bruise heals, the skin changes colors from purple to green and then yellow. It may take 2 or 3 weeks for the bruising to go away.

**INSTRUCTIONS:**

- Your medicines are: _____ .

  o Keep a written list of what medicines you take and when and why you take them. Bring the list of your medicines or the pill bottles when you see your caregivers. Learn why you take each medicine. Ask your caregiver for information about your medicines. Do not take any medicines without first talking to caregivers.

  o Always take your medicine as directed by caregivers. Call your caregiver if you think your medicines are not helping or if you feel you are having side effects. Do not quit taking it until you discuss it with your caregiver. If you are taking antibiotics (an-ti-bi-ah-tiks), take them until they are all gone even if you feel better.

  o **Over-the-counter pain medicine:** You may use over-the-counter (OTC) pain medicines, such as ibuprofen or acetaminophen, for pain or swelling. These medicines may be bought without a caregiver's order. These medicines are safe for most people to use. However, they can cause serious problems when they are not used correctly. People with certain medical conditions, or using certain other medicines are at a higher risk for problems. Using too much, or using these medicines for longer than the label says can also cause problems. Follow direction'

- on the label carefully. If you have questions, talk to your caregiver.

  o If you are taking medicine that makes you drowsy, do not drive or use heavy equipment.

- You may continue your normal daily activities.

- Rest the injured area for _____ days.

- Ice causes blood vessels to constrict (get small) which helps lessen inflammation (swelling, pain, and redness). Ice is best started after injury and for the next 24 to 48 hours afterwards. Put crushed ice in a plastic bag and cover it with a towel. Place this on your injury for 15 to 20 minutes every hour as long as you need it. Do not sleep on the ice pack because you can get frostbite.

  o After _____ hours you can use heat to lessen pain or swelling. Heat brings blood to the injured area and helps it heal faster. Use a heating pad (turned on low), a whirlpool bath, or warm, wet towels for 15 to 20 minutes every hour. Do this for 15 to 20 minutes out of every hour as long as you need it. Do not sleep on the heating pad. This can cause a bad burn. Do this for 48 hours.

- For 48 hours keep your injury raised above the level of your heart whenever possible to lessen the pain and swelling.

- Wear your splint for _____ days or until you see a caregiver for a follow-up visit. If the fingers or toes near the injury get numb or tingly, you may need to loosen the splint. If you do not know how, talk to your caregiver.

- If you have been given a tetanus shot, your arm may get swollen, red, and warm to touch at the shot site. This is a normal reaction to the medicine in the shot.

**CALL _____ IF:**

- Your pain becomes worse.

- You develop a temperature over _____ F ( _____ C).

- The swelling increases in the area of the wound.

**SEEK CARE IMMEDIATELY IF:**

- Redness or lines of redness develop in the area of the bruise.

⊞ © 1974-2007  Thomson MICROMEDEX. All rights reserved.

**CONTUSION - AfterCare(R) Instructions(ER/ED),  English
Printed on Tuesday, November 20, 2007 10:07:52 PM**

CH0R80
User: AKILCREASE
Hospital: 3

SUMMIT HOSPITAL
Clinical History Profile Report

Case 3:07-cv-01095-MEF-SRW    Document 18-7    Filed 03/18/2008    Page 40 of 75

Date:    11/20/07
Time:    22:05:29

Patient Name:    ELLIS WILLIAM L
Patient Number: 30622
Chart Number:    17640

Room/Bed:    /
Date of Birth:    5/09/1970
Age:    37 yr. 6 mo. 11 days

HSV Code: EMS

## HOME MEDICATIONS:

| Medication | Dose | Route | Frequency | Ordered Y/N/U |
|---|---|---|---|---|
| TYLENOL | 650MG | PO | | Y |
| PRESCRIBED BY ER DR 11 20 07 | | | | |
| PHENOBARBITAL | 64.8 | PO | BID | Y |
| HOME MEDICATION | | | | |
| TRAMODOL | 50MG | PO | Q AM | Y |
| HOME MEDICATION | | | | |
| REMERON | 30MG | PO | DAILY | Y |
| HOME MEDICATION | | | | |
| THORAZINE | 50MG | PO | DAILY | Y |
| HOME MEDICATION | | | | |

*[handwritten note]*

** End of Report **

ELLIS, WILLIAM   (05/09/70)
04/19/2002
CC:   Seizure disorder.
HPI:   Patient comes in for follow up of his seizure disorder.
He was incarcerated in Panama City, FL., for approximately five
months, accused of burglary.   The charges were eventually
dropped.   He now has decided to return to Columbus to live,
which is his home, although he has a couple of months worth of
work that he needs to finish up in Florida.

PMH:   Significant for anxiety, seizure disorder, and recurrent
low back pain.

CURRENT MEDS:   Dilantin 100 mg t.i.d.   Lorcet 10/650 q.8h., prn.
Xanax 1 mg t.i.d.

SOCIAL HX:   As noted above.

ROS:   GENERAL--he denies any fever, chills or night sweats.
PULMONARY--no shortness of breath.   CARDIO--no chest pain.
NEURO--positive for seizures.

O: Wt 181 lbs.  Ht 6'1".  BP 140/80.  Generally well developed,
well nourished white male in NAD.  HEENT exam--normocephalic,
atraumatic.   Sclerae anicteric without injection.   PERRLA.
EOMI.   No nystagmus.   TMs, nose and throat were clear.   No
gingival hyperplasia was noted.  Neck was supple without masses,
adenopathy or thyromegaly.  Carotids 2+/4+ and symmetric without
bruits.  Lung fields were clear without wheezes, rales, rhonchi
or rubs.  Heart RRR, no murmur, gallop, rub or ectopy noted.

A:   1.   Seizure disorder.
     2.   Anxiety.
     3.   Recurrent back pain.
P:   1.   He has already been prescribed his Dilantin.
     2.   He is given #90 of the Lorcet and Xanax with no
          refill.
     3.   Dilantin level is checked.
     4.   Follow up will be based upon results of these studies.
GREGORY A. PARKER, M.D./mwb



| For Doctor | GAP | Date 5/20/02 | Time 4:10 AM |
| Name | William Ellis DoB 5/9/70 | | |
| Telephone | 332-2219 | Pharmacy | |
| Medication/Prescription | | | |

Message

Rx -Dilantin 100mg
- Xanax 1mg # 90
- Lor. tab 10 #90
Wal-mart - P.C.

PREVACID
LANSOPRAZOLE

| Please See Accompanying | Returned | Will call | Please | Refill | Urgent |

Data & Control Equipment FAXBOX/PCL          ST. FRANCIS HOSPITAL -> 706 322 7962        06 NOV 00 17:57

ST. FRANCIS HOSPITAL
COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706)596-4115

| | | |
|---|---|---|
| **PATIENT**  ELLIS, WILLIAM LANIER | **RAD#** 135059  **DOB** | 05/09/1970 |
| **ADM#**  505158212 | **PT CLASS** O | **BED** |
| **PT AGE**  30Y | **SEX** M | **PT RACE**  W |
| **MR#**  2638955 | **PT TYPE** C | |

**ORDERING DR.**  WILLIAMS, LAWRENCE H     **DATE**  11/01/2000
**ADMITTING DR.**  WILLIAMS, LAWRENCE H
**PROCEDURE**        303 MRI-LUMBAR W/O CONTRAST 72148
**ORDER#**        1
**HISTORY/REASON**     LUMBAR RADICULOPATHY
**COMMENTS**
**ADMITTING DIAGNOSIS** LUMBAR RADICULOPATHY

303 MRI-LUMBAR W/O CONTRAST 72148

**FINDINGS:**   MRI OF THE LUMBAR SPINE    - Scan is performed at multiple levels  in sagittal and axial projection using T1 weighted and T2 weighted imaging sequences.

There is degenerative water loss and mild narrowing at the L4-5 disc space with mild central bulge of the disc.    Central canal, lateral recesses and nerve root foramen are unremarkable at this level.

At L5-S1, there is a mild diffuse bulge of the disc centrally with no significant narrowing of the central canal lateral recesses or nerve root foramen.  No other intradural or extradural defects are noted.    The conus appears normal.   Bone marrow signal from the vertebral bodies is normal.

**:IMPRESSION**    - Mild bulging of the disc at L5-S1 as described with no neural element compression identified.

**Interpreted by-** JOHN M ABERNATHY,M.D.
**ELECTRONICALLY SIGNED BY-**
JOHN M ABERNATHY,M.D.

**SIGNED D/T-** 11/02/2000 03:04PM
**TRANSCRIBED D/T-** 11/02/2000 09:19AM **BY-** jbm

Page 1 of                              ELLIS,WILLIAM LANIER
                                       2638955

ELLIS, WILLIAM
DOB: 5/9/70
10/23/2000

PATIENT OF DR. PARKER

S:  30-year-old presents with onset of lower back pain radiating
    to his left hip yesterday. He is a painter but had been doing
    some work with sheetrock yesterday. Did not feel any acute
    pain but after he got home a short while later he began
    noticing increasing pain in his lower back that was radiating
    to the left hip and gradually got worse. Currently he is on
    Dilantin and Xanax but says Dilantin makes him irritable and
    he is going to talk to Dr. Parker about getting that switched
    to Depakote. He has not had any recent seizures. He has been
    limping some, favoring his left leg since this started but
    denies any loss of bowel or bladder control or loss of feeling
    in his feet.

O:  WT: 166. VITALS: 128/76, 72, 20, 98.1, He is tender over the
    lumbar spine though no tenderness over the kidneys. He has
    positive straight-leg raise on the left at about 20° with
    radiation to the left hip. Right leg raising reproduces the
    back pain only. He appears to have symmetrical movement in
    both lower extremities. Reflexes at the knees are 2+, at the
    ankles 0-1+ bilaterally.

A:  Probable radiculopathy in the lumbar spine area.

P:  I have scheduled him for an MRI scan of his spine. Have
    advised him to take a few days off work, to avoid bending,
    lifting, straining or prolonged sitting. Prescription for
    Lorcet 7.5 mg #30 1 po q4h prn severe pain, Skelaxin 400 mg
    #60 2 po q6h prn for muscle spasm. Return in 1-2 weeks to see
    Dr. Parker.

LAWRENCE H. WILLIAMS, M.D./gb

---

**PHONE MESSAGE**

FOR GAP 5-9-70    URGENT ☐ Yes ☐ No

Patient: William Ellis ☐ New ☐ Est.
Caller: Same
Phone: 509-0680

☐ Call back  ☐ Rx Refill
☐ Illness    ☐ Test Results
☐ Injury     ☐ Insurance
☐ Other      ☐ Billing

Follow Up: No to EARLY

Pharmacy Phone #:
Medication:
Dosage:
Refill: ☐ Yes ☐ No

Allergies:
Age:

MESSAGE: Needs Rx Loracet @ 10 Winn Dixie Milgen let Dr Williams know he went to had MRI done

Date 11-2-00  Time 4:42  By SR

ELLIS, WILLIAM  (05/09/70)
10/18/00
CC:  Prostate trouble.  Throat pain.
HPI:  He is complaining of a three month hx of left neck
discomfort.  He thinks he sees a hole in one of his tonsils and
he is worried about that.  He also complains of pain in the
region of the perineum and some burning when he voids.

CURRENT MEDICATIONS:  Xanax.  Dilantin.

ALLERGIES:  NKDA.

O:  Wt 168 lbs.  BP 116/78.  His pharynx is not particularly
inflamed.  There may be some prominent follicles in the tonsils,
but nothing that looks acutely infected.  There is no cervical
adenopathy in the submandibular region.  DRE reveals heme
negative stool.  The prostate is not exceptionally tender.  No
definite nodules are noted.

A:  1.    Possible mild prostatitis.
P:  1.    Septra-DS 1 b.i.d., #14.
    2.    He may follow up with Dr. Parker for further
          treatment.
ROBERT H. BUSH, M.D./mwb

PT. NAME/: William Ellis            DATE: 10/23/00
REQUESTING PHYSICIAN: Dr. Williams
          APPOINTMENT OR PROCEDURE SCHEDULED FOR:

W/ WHO/WHERE:  #1: SEH        #2: _____
      WHAT:        MRI & spine
      WHY:         RT radiculopathy
      DATE:        Nov 1 2000
      TIME:        4:00 pm
INIT: _____

FOR  Lw1                                    URGENT  ☐ Yes  ☐ No

Patient  William Ellis      5/9/70           Follow Up _____
         ☐ New  ☐ Est.   ☐ Call back  ☐ Rx Refill
Caller _____        ☐ Illness    ☐ Test Results
Phone 569-0680            ☐ Injury     ☐ Insurance     Pharmacy
                          ☐ Other      ☐ Billing       Phone # _____
Allergies _____  Age _____                    Pharmacy
                                                 Phone # _____
M  Refill- Pain meds Lortab                 Medication _____
E                                           Dosage _____
S  Winn dixie/ Milgen
S                                           Refill ☐ Yes
A  is in pain Now, please hurry                    ☐ No
G
E  Date 10/30  Time 1051  By JR       Date 10/30/00  By _____

PHONE MESSAGE

ELLIS, WILLIAM   (05/09/70)
05/12/2000
CC:  Neck pain.  Anxiety.
HPI:  Patient was attacked and beaten up and has since been
diagnosed with neck pain secondary to a herniated disc.  Patient
complains of feeling very nervous and anxious with difficulty
sleeping.  He has had a seizure recently.

**CURRENT MEDS:**  Xanax 0.5 mg t.i.d.  Dilantin 100 mg 3 QHS.
Imitrex and Lorcet as directed and prn.

**ALLERGIES:**  NKDA.  He has been tried on Serzone and Celexa
without improvement in his symptoms in the past with some
intolerance.

O:  Wt 159 lbs.  BP 130/84.  Generally well developed, well
nourished white male who appears to be somewhat anxious and
nervous.  Lung fields are clear.  Heart RRR, no murmur, gallop,
rub or ectopy.  Reflexes 2+/4+ and symmetric.  HEENT--
normocephalic, atraumatic.  Sclerae anicteric without injection.
TMs, nose, and throat clear.

A:    1.    Seizure disorder.
      2.    Anxiety.
P:    1.    Continue above meds.
      2.    Refill given on Xanax 0.5 mg 1 t.i.d., #30 with 1
            refill.
      3.    He is started on Remeron 30 mg 1/2 tablet QD, #14
            samples given.
      4.    Follow up as directed.
GREGORY A. PARKER, M.D./mwb

---

FOR GAP.

URGENT ☐ Yes  ☐ No

Patient William Elles   5.9.70
☐ New   ☐ Est.
Caller  Same
Phone  509-0680
☐ Call back   ☐ Rx Refill
☐ Illness   ☐ Test Results
☐ Injury   ☐ Insurance
☐ Other   ☐ Billing
Allergies _____   Age _____

MESSAGE  Refill imitrex, lorcet
plus Dilantin
Winn Dixie M'gery
before lunch   (561-4177)

Follow Up _____
Pharmacy _____
Phone # _____
Medication _____
Dosage _____
Refill ☐ Yes  ☐ No
Date _____  By _____

Date 5/36/00  Time 9:45  By __

PHONE MESSAGE

Data & Control Equipment FAXBOX/PCL

ST. FRANCIS HOSPITAL                ST. FRANCIS HOSP --) 706 322 7952        28 APR 00 19:37

COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706)596-4115

PATIENT   ELLIS, WILLIAM LANIER
ADM#      704052711                      RAD# 135059    DOB  05/09/1970
PT AGE    29Y                            PT CLASS E             BED
MR#    2638955                           SEX M
                                         PT TYPE E              PT RACE  W

ORDERING DR.   PARKER, CINDY
ADMITTING DR.  PARKER, GREGORY           DATE  04/28/2000
PROCEDURE            2 CT HEAD WITHOUT CONTRAST
ORDER#              9
HISTORY/REASON      PASSEDOUT/HA
COMMENTS            ER
ADMITTING DIAGNOSIS H/A

2 CT HEAD WITHOUT CONTRAST


FINDINGS:   CT OF THE HEAD WITHOUT CONTRAST - The ventricles have a normal appearance with no midline shift seen.  No acute hemorrhage, mass or infarction is seen.  Mild mucosal reaction involving the ethmoid and left maxillary sinus noted.

:IMPRESSION - Mild sinusitis.  No other significant finding is seen.


Interpreted by- ROBERT GARNETT,M.D.
ELECTRONICALLY SIGNED BY-
ROBERT GARNETT,M.D.

SIGNED D/T- 04/28/2000 02:41PM
TRANSCRIBED D/T- 04/28/2000 01:27PM BY- las


1 of

ELLIS,WILLIAM LANIER
2638955



ELLIS, WILLIAM   (05/09/70)
10/15/99
CC:  Anxious.  Depressed.
HPI:  Patient complains of feeling anxious and depressed.  He is
currently going through a divorce and has lost his home, car and
job.  He is not sleeping well.  He is not eating well and has
lost about twenty pounds.  He is nervous.  He has been seeing
Dr. Jonathan Liss for his seizure disorder and is currently on
Dilantin 100 mg q.i.d.  He reportedly was on Xanax 1 mg b.i.d.,
as well as he has been diagnosed with panic attacks and chronic
anxiety.

PAST MEDICAL HISTORY:  Significant for migraines.

CURRENT MEDICATIONS:  As above.

ALLERGIES:  NKDA.

SOCIAL HISTORY:  He does not smoke.

O:  Ht 6'1".  Wt 146 lbs.  BP 130/80.  Generally well developed,
well nourished thin white male in NAD.  TMs, nose and throat are
clear.  Lung fields are clear.  Heart RRR, no murmur, gallop,
rub or ectopy noted.  Neck is supple without masses, adenopathy
or thyromegaly.  Carotids 2+/4+ and symmetric.  Extremities
reveal no edema.  Patient is nervous and anxious.  He denies any
suicidal thoughts or ideations at this time.

A:    1.    Seizure disorder.
      2.    Panic attacks with chronic anxiety.
      3.    Nervousness and anxiousness.
P:    1.    Trial of Serzone 50 mg b.i.d., for one week then 100
            mg b.i.d., for one week then 150 mg.
      2.    He is given Ativan 0.5 mg 1 po b.i.d., #30 with no
            refill.
      3.    Continue Dilantin.
      4.    He is requesting Tylenol #3 for pain and this is
            refused.
      5.    Follow up in 2 weeks.
GREGORY A. PARKER, M.D./mwh

ELLIS, WILLIAM   (05/09/70)
10/29/99
CC:  Follow up of anxiety.
HPI:  Patient reports that he could not tolerate the Serzone.
He states that Xanax has helped him better in the past to
control his anxiety.

O:  Wt 143 lbs.  Generally well developed, well nourished thin
white male in NAD.

A:    1.    Anxiety.
      2.    Seizure disorder.
P:    1.    Trial of Celexa 20 mg QD.
      2.    Xanax 0.5 mg 1 po t.i.d.  #45 with no refill

LABORATORY CORPORATION OF AMERICA

LabCorp
Laboratory Corporation of America

| SPECIMEN 173-050-8167-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | PAGE | 1 |

ADDITIONAL INFORMATION

SS#260239248
PARKER  G                                        DOB:  5/09/1970

| PATIENT NAME ELLIS,WILLIAM L | SEX M | AGE(YR./MOS.) 31/ 1 |

PT. ADD.: 5730 HODGES DR
          COLUMBUS          GA          31909-0000

| DATE OF SPECIMEN 6/22/2001 | TIME 16:56 | DATE RECEIVED 6/22/2001 | DATE REPORTED 6/23/2001 | TIME 7:16 | 6561 |

CLINICAL   INFORMATION
         CD- 95093075863

| PHYSICIAN   ID. PARKER | PATIENT ID. 23358 |

ACCOUNT:FAMILY AND INTERNAL MEDICINE
        HORIZON PHYSICIAN NETWORK
        3934 WOODRUFF ROAD
        COLUMBUS          GA 31904-0000
        ACCOUNT  NUMBER = 10093933

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| ▶ Phenytoin (Dilantin), Serum | .7L mcg/mL | | 10.0 - 20.0 | MB |
| | Neonatal: | mcg/mL | | |
| | Therapeutic 6.0 - 14.0 | | | |
| | Detection Limit= 0.6 mcg/mL | | | |

LAB: MB LABCORP BIRMINGHAM                 DIRECTOR: JAMES    DAVIS III    A MD
1801 FIRST AVENUE SOUTH, BIRMINGHAM,   AL 35233-0000

LAST PAGE OF REPORT

Dilantin 100 ɔ TID

OK HP 6/27/01

Notified RT
S. Bass
6/27/01

Results are Flagged in Accordance with Age Dependent Reference Ranges

WAL★MART
VISION CENTER

2801-B AIRPORT THRUWAY
COLUMBUS, GA 31909
(706) 322-8046

ELLIS, WILLIAM
5730 HODGERS DR
COLUMBUS, GA 31909
H(706) 563-8975
W

Order # :    1065856
Ord Date: 08/24/2005
Assoc: SARA R.

R 78153502639        25.00
    STRONG POLY +050-025
L 78153502638        25.00
    STRONG POLY +050-000
  82850901432        38.00
    FM4032


PRE-TAX TOTAL:       88.00



  TRAY # 01433

Always.℠


THE LOW PRICE




WAL★MART VISION CENTER

  ELLIS, WILLIAM
  Wal*Mart Vision Center
  COLUMBUS      (706) 322-8046
  Assoc: SARA R.
  TRAY # 01433
  ONE HOUR
  THANKS FOR CHOOSING
  WAL*MART VISION CENTERS



KMART PHARMACY #7388          7388          RECEIPT
2500 AIRPORT THRUWAY          (706)322-5154
COLUMBUS, GA 31904

**Rx: 4483762**  Pharmacist: BKH

ELLIS, WILLIAM L.                    (706) 563-8175
5730 HODGES RD
COLUMBUS, GA 31904
CARISOPRODOL 350MG TAB MUTU    NDC:53489-0110-01
Generic For: SOMA 350MG          TAB

MECCA, ANDREW MD          Subtotal:          $18.99

09/29/05    Qty:    30.00    **CASH:**    **$18.99**

---

KMART PHARMACY #7388          7388          RECEIPT
2500 AIRPORT THRUWAY          (706)322-5154
COLUMBUS, GA 31904

**Rx: 4483760**  Pharmacist: BKH

ELLIS, WILLIAM L.                    (706) 563-8175
5730 HODGES RD
COLUMBUS, GA 31904
ALPRAZOLAM 2MG    TAB GREE    NDC:59762-3722-01
Generic For: XANAX 2MG          TAB

MECCA, ANDREW MD          Subtotal:          $17.99

09/29/05    Qty:    30.00    **CASH:**    **$17.99**

---

KMART PHARMACY #7388          7388          RECEIPT
2500 AIRPORT THRUWAY          (706)322-5154
COLUMBUS, GA 31904

**Rx: 4483761**  Pharmacist: BKH

ELLIS, WILLIAM L.                    (706) 563-8175
5730 HODGES RD
COLUMBUS, GA 31904
APAP/CODEINE 300-60 TAB RANB    NDC:63304-0561-01
Generic For: TYLENOL/COD #4    TAB

MECCA, ANDREW MD          Subtotal:          $32.99

09/29/05    Qty:    60    **CASH:**    **$32.99**

---

# EL  WAITING
09-23-2005

**PROMISED: 06:52p**
09-23-2005
# Scripts: 03
CUSTOMER RECEIPT

**CVS/pharmacy®** #4674 Ph:706.653.2923

7042 MOON ROAD          **COUNSEL**
COLUMBUS, GA          New Dosage
31901-0000



07 0491474 00 0001260

ELLIS,WILLIAM                    Date:09-23-2005    DAW:0
5730 HODGES DR LOT 6, COLUMBUS, GA 31904-0000
Ph:334.855-9342          DOB:05-09-1970    Rx: C 491474 00
ALPRAZOLAM 1 MG TABLET MYL
MYL                                      PRICE:    $12.69
TAKE 1 TABLET BY MOUTH 3 TIMES A DAY TAKE 2
TABLETS BY MOUTH AT BEDTIME
NDC:00378-4005-05 Days Supply:  10  Refills: 0 Qty:50    TA    PAY:    $12.69
Prscbr: MECCA,ANDREW T                              Caps:Y
TP:     1                                           Couns:N

Thank you for using a cost-saving generic

---

# EL  WAITING
09-23-2005

**PROMISED: 06:46p**
09-23-2005
# Scripts: 01
CUSTOMER RECEIPT

**CVS/pharmacy®** #4674 Ph:706.653.2923

7042 MOON ROAD          **COUNSEL**
COLUMBUS, GA          New Dosage
31901-0000

07 0491472 00 0002339

ELLIS,WILLIAM                    Date:09-23-2005    DAW:0
5730 HODGES DR LOT 6, COLUMBUS, GA 31904-0000
Ph:334.855-9342          DOB:05-09-1970    Rx: C 491472 00
ACETAMINOPHEN/COD #4 TABLETTEV
TEVA,USA                                  PRICE:    $23.39
TAKE 1 TABLET BY MOUTH EVERY 4 TO 6 HOURS AS
NEEDED FOR PAIN
NDC:00093-0350-01 Days Supply:  8  Refills: 0 Qty:40    TA    PAY:    $23.39
Prscbr: MECCA,ANDREW T                              Caps:Y
TP:     1                                           Couns:N

Thank you for using a cost-saving generic

---

# EL  WAITING
09-23-2005

**PROMISED: 06:51p**
09-23-2005
# Scripts: 03
CUSTOMER RECEIPT

**CVS/pharmacy®** #4674 Ph:706.653.2923

7042 MOON ROAD          **COUNSEL**
COLUMBUS, GA          New Drug/Strength
31901-0000



07 0491473 00 0001089

ELLIS,WILLIAM                    Date:09-23-2005    DAW:0
5730 HODGES DR LOT 6, COLUMBUS, GA 31904-0000
Ph:334.855-9342          DOB:05-09-1970    Rx: C 491473 00
HYDRO-DP SYRUP CYP
CYPRESS PHARM.                            PRICE:    $10.89
TAKE 1 TEASPOONFUL BY MOUTH EVERY 4 TO 6 HOURS
NDC:60258-0709-16 Days Supply:  4  Refills: 0 Qty:120    ML    PAY:    $10.89
Prscbr: MECCA,ANDREW T                              Caps:Y
TP:     1                                           Couns:N

Thank you for using a cost-saving generic

# CVS PHARMACY



GET YOUR CVS EXTRACARE CARD



# MEDICAL CHARGE FORM

**INMATE NAME** _Ellis, William_

**DATE OF BIRTH** _____ **RACE/SEX** _W/M_

**SOCIALSECURITY #** _____ **CELL** _____

### ***SERVICES & FEES***

- SICK CALL                                    $ 5.00
- DOCTORS VISIT                                 $ 5.00
- DENTIST VISIT                                 $ 5.00
- PRESCRIPTION                                  $ 5.00
- FOLLOW-UP VISIT                               N/C
- OVER-THE COUNTER MEDICATION                   $ _____

TOTAL AMOUNT MEDICAL SERVICES RENDERED    $ 1000

---

## MEDICAL VERIFICATION SECTION

Authorized Nursing Staff Signature & Date  _4/16/07_

Inmate Signature & Date _____

Inmate Account Payable Clerk Signature & Date

---

PLEASE CHECK IF INMATE IS INDIGENT TO PAY THE ABOVE CHARGES

PLEASE CHECK IF INMATE IS ABLE TO PAY THE ABOVE CHARGES

# EL WAITING
09-26-2005

**PROMISED: 08:49p**
09-26-2005
# Scripts: 01



**CVS/pharmacy** #7666  Ph:706.561-5001          CUSTOMER RECEIPT

5181 WARM SPRING ROAD
COLUMBUS, GA
31909-0000

**COUNSEL**
New Drug/Strength

**ELLIS,WILLIAM**
5730 HODGES DR LOT 6, COLUMBUS, GA 31904-0000
Ph:334.855-9342          DOB:05-08-1970
HYDRO-DP SYRUP CYP
CYPRESS PHARM

Date:09-26-2005    DAW:0
**Rx: C 358398 00**

TAKE 1 TEASPOON EVERY 4-6 HOURS AS NEEDED

PRICE:    $10.89

NDC:80258-0709-16  Days Supply:  5  Refills:  0  **Qty:120**  ML
Prscbr: MECCA,ANDREW
TP:   1

PAY:    $10.89
Caps:Y
Couns:N

**Thank you for using a cost-saving generic**

---

# EL WAITING
09-15-2005

**PROMISED: 06:58p**
09-15-2005
# Scripts: 03

**CVS/pharmacy** #4674  Ph:706.653-2923          CUSTOMER RECEIPT

7042 MOON ROAD
COLUMBUS, GA
31901-0000

**COUNSEL**
New Customer

**ELLIS,WILLIAM**
5730 HODGES DR LOT 6, COLUMBUS, GA 31904-0000
Ph:334.855-9342          DOB:05-08-1970
ALPRAZOLAM 1 MG TABLET MYL
MYLAN

Date:09-15-2005    DAW:0
**Rx: C 490365 00**

TAKE 1 TABLET BY MOUTH TWICE A DAY

PRICE:    $10.19

NDC:00378-4005-05  Days Supply:  20  Refills:  0  **Qty:40**   TA
Prscbr: DITARANTO,ANTHONY V
TP:   1

PAY:    $10.19
Caps:Y
Couns:N

**Thank you for using a cost-saving generic**

---

# EL WAITING
09-15-2005

**PROMISED: 07:00p**
09-15-2005
# Scripts: 03



**CVS/pharmacy** #4674  Ph:706.653-2923          CUSTOMER RECEIPT

7042 MOON ROAD
COLUMBUS, GA
31901-0000

**COUNSEL**
New Drug/Strength

**ELLIS,WILLIAM**
5730 HODGES DR LOT 6, COLUMBUS, GA 31904-0000
Ph:334.855-9342          DOB:05-08-1970
CARISOPRODOL 350 MG TABLET WAT
WATSON LABS

Date:09-15-2005    DAW:0
**Rx: C 490367 00**

TAKE 1 TABLET BY MOUTH 4 TIMES A DAY

PRICE:    $23.99

NDC:00591-5513-01  Days Supply:  10  Refills:  0  **Qty:40**   TA
Prscbr: DITARANTO,ANTHONY V
TP:   1

PAY:    $23.99
Caps:Y
Couns:N

**Thank you for using a cost-saving generic**

---

# EL WAITING
08-01-2005

**PROMISED: 09:07p**
08-01-2005
# Scripts: 01

**CVS/pharmacy** #7666  Ph:706.561-5001          CUSTOMER RECEIPT

5181 WARM SPRING ROAD
COLUMBUS, GA
31909-0000

**COUNSEL**
New Drug/Strength

**ELLIS,WILLIAM**
5730 HODGES DR LOT 1, COLUMBUS, GA 31904-0000
Ph:334.855-9342          DOB:05-08-1970
HYDROCODONE/APAP 10|650 TABMCK
MCKESSON SPEC

Date:08-01-2005    DAW:0
**Rx: C 352425 00**

TAKE 1 TO 2 TABLETS BY MOUTH EVERY 4 TO 6 HOURS

PRICE:    $9.99

NDC:00406-0361-01  Days Supply:  2  Refills:  0  **Qty:12**   TA
Prscbr: CORBIN,JOHN R
TP:   1

PAY:    $9.99
Caps:Y
Couns:N

**Thank you for using a cost-saving generic**

---

# EL WAITING
08-01-2005

**PROMISED: 09:08p**
08-01-2005
# Scripts: 01

**CVS/pharmacy** #7666  Ph:706.561-5001          CUSTOMER RECEIPT

5181 WARM SPRING ROAD
COLUMBUS, GA
31909-0000

**COUNSEL**
New Drug/Strength

**ELLIS,WILLIAM**
5730 HODGES DR LOT 1, COLUMBUS, GA 31904-0000
Ph:334.855-9342          DOB:05-08-1970
CARISOPRODOL 350 MG TABLET WAT
WATSON LABS

Date:08-01-2005    DAW:0
**Rx: C 352426 00**

TAKE 1 TABLET 4 TIMES DAILY

PRICE:    $12.59

NDC:00591-5513-01  Days Supply:  5  Refills:  0  **Qty:20**   TA
Prscbr: CORBIN,JOHN R
TP:   1

PAY:    $12.59
Caps:Y
Couns:N

**Thank you for using a cost-saving generic**

# Russell County Sheriff's Department



## Ellis, William Lanier

W/M    Hgt: 6'01    Wgt: 168

DOB: 05/09/70  Age: 36

SSN: 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

Name ID: 49172

# WAL★MART
ALWAYS LOW PRICES
*Always*



SS
ABERCROMBIE
322 - 8801
ST# 1311     OP# 00005464 TE# 25 TR# 04159
RX# 4527620          D38 QTY 1          59 N
ELLIS WILLIAM
SUBTOTAL          49.72
TOTAL             30.72
CASH   TEND        30.72
CHANGE DUE          0.00

## # ITEMS SOLD 1

TC#    325 6368 0605 0974

Take care of your college student with
our affordable S4...

---

# WAL★MART
ALWAYS LOW PRICES
*Always*

WE SELL FOR LESS
MANAGER BILLY ABERCROMBIE
( 706 ) 322 - 8801
ST# 1311 OP# 00005269 TE# 40 TR# 09832
RX# 4527892       D38 QTY 1       10.88 N
ELLIS WILLIAM
SUBTOTAL          10.88
TOTAL             10.88
CASH   TEND        11.00
CHANGE DUE          0.12

## # ITEMS SOLD 1

TC# 8678 9623 2547 2373 9796

Hurricane Katrina Donations are
now accepted at any register.
09/10/05        10:14:53

---

# WAL★MART
ALWAYS LOW PRICES
*Always*



WE SELL FOR LESS
MANAGER BILLY ABERCROMBIE
( 706 ) 322 - 8801
ST# 1311 OP# 0000 409 TE# 25 TR# 03237
RX# 4527482       D38 QTY 1       8 54 N
ELLIS WILLIAM
SUBTOTAL           8 54
TOTAL              8 54
CASH   TEND        9 00
CHANGE DUE          46

## # ITEMS SOLD 1

TC# 4515          3 8738 8329

Hur ane Katrina ions are
n accepted at any ter.

---

# EL   WAITING
08-17-2005

**PROMISED: 03:58p**
08-17-2005
# Scripts: 01

**CVS/pharmacy** #7666  Ph:706.561.5001         CUSTOMER RECEIPT
5181 WARM SPRING ROAD                    **COUNSEL**
COLUMBUS, GA                             New Dosage
31909-0000

07 0354025 00 0001859

**ELLIS,WILLIAM**
5730 HODGES DR LOT 1, COLUMBUS, GA 31904-0000      Date:08-17-2005    DAW:0
Ph:334.855.9342          DOB:05-09-1970           Rx: C 354025 00
CARISOPRODOL 350 MG TABLET WAT
WATSON LABS
TAKE 1 TABLET 3 TIMES A DAY                        PRICE:     $18.59

NDC:00591-5513-01 Days Supply: 10  Refills: 0  **Qty:30**   TA
Prscbr: DITARANTO,ANTHONY*V V                     **PAY:     $18.59**
TP:    1                                          Capa:Y
                                                  Couns:N
**Thank you for using a cost-saving generic**



*Walgreens*
The Pharmacy America Trusts

811        10    0996    06373  035

811        10    0999    06373  035

FSANF PGT 9050-0935 0508-2020

1 RX 0408735        1        14.99
         TOTAL              14.99

                    CASH    15.00

    CHARGE                    .01

5707 Veterans Parkway Columbus, GA
STORE      (706)322-3659
PHARMACY  (706)322-6253

* FLEXIBLE SPENDING ACCOUNT ITEM (FSA)

            THANK YOU
    FOR FASTER SERVICE, CALL IN YOUR
    PRESCRIPTION ORDER OR PLACE IT ON
    WALMART.COM 24 HOURS IN ADVANCE

    AUGUST 20, 2005              8:56 PM

---

| Obtain Medical Advice Before Taking Nonprescription Drugs. Some May Affect The Action Of This Medication. | Do Not Eat Grapefruit Or Drink Grapefruit Juice At Any Time While Taking This Medicine |
| --- | --- |
| | Herbal/Dietary Supplement Products May Interact With This Medication. Discuss Any Such Product With Your Doctor Or Pharmacist Before Taking. |

5707 VETERANS PKWY COLUMBUS, GA 31904

**WILLIAM ELLIS**                     PH (706)322-6253
5730 HODGES DR LOT 6            PATIENT PH (706)563-8175
COLUMBUS, GA 31909
NO 0408735-06373 DATE 08/20/05        NDC 00228-2029-96
ALPRAZOLAM 0.5MG TABLETS              MFG PUREPAC
QTY 40    NO REFILLS - DR. AUTHORIZATION REQUIRED
REFILL      Actual Savings $46.20          $14.99
WEL/ / /WEL                       A. DITARANTO, MD

                              *Walgreens* Customer Receipt

**EL   WAITING**          PROMISED: 01:35p
08-23-2005                         08-23-2005
                                   # Scripts: 01

**CVS/pharmacy** #7666  Ph:706-561-5001    CUSTOMER RECEIPT
5181 WARM SPRING ROAD
COLUMBUS, GA                 **COUNSEL**
31909-0000                   New Drug/Strength
                                       07 0354558 00 0001509
**ELLIS,WILLIAM**
5730 HODGES DR LOT 1, COLUMBUS, GA 31904-0000  Date:08-23-2005     DAW:0
Ph:334.855-9342           DOB:05-09-1970
ALPRAZOLAM 1 MG TABLET GRE    Rx: C 354558 00
GREENSTONE LTD.
TAKE 1 TABLET BY MOUTH UP TO 3 TIMES A DAY AS   PRICE:    $15.09
DIRECTED
NDC:59762-3721-03 Days Supply: 20 Refills: 0 Qty:60  TA
Prscbr: DITARANTO,ANTHONY *V V
TP:   1                                    PAY:    $15.09
                                           Copay:Y
                                           Couns:N
Thank you for using a cost-saving generic

---

| Take This Medicine With A Snack Or Small Meal If Stomach Upset Occurs | Do Not Drink Alcoholic Beverages While Taking This Medicine. |
| --- | --- |
| | This medicine contains Acetaminophen. Taking more Acetaminophen than recommended may cause serious liver problems. |

5707 VETERANS PKWY COLUMBUS, GA 31904

**WILLIAM ELLIS**                      PH (706)322-6253
5730 HODGES DR LOT 6            PATIENT PH (706)563-8175
COLUMBUS, GA 31909
NO 0410405-06373 DATE 08/14/05        NDC 00406-0359-01
HYDROCODONE/APAP 7.5MG/650MG TABS     MFG MALLINCKRODT
QTY 28    NO REFILLS - DR. AUTHORIZATION REQUIRED
NEW       Actual Savings $22.40           $17.19
BBJ/ / /SLM                       DR A. MECCA

                              *Walgreens* Customer Receipt

# CVS PHARMACY
5181 WARM SPRING RD, COLUMBUS, GA
PHARMACY: 561-5001   STORE: 561-5002

REG#03 TRAN#0623 CSHR#1494/4 218420xx

```
1 RX ITEM 0035242500          4.79
1 RX ITEM 0035242600         17.50
1 CVS BATH TS 1 4PK           2.28

3 ITEMS
      SUBTOTAL               25.57
      GA 7.0% TAX              .29
      TOTAL                  25.57
      CHECK                  25.57
      **********9070          NS
      CHANGE                  .00
```



5766 6521 3062 9047

# GET YOUR CVS EXTRACARE CARD

THANK YOU.  SHOP ANYTIME AT CVS.COM!
   AUGUST  1, 2005          9:00 PM

RETURNS ....



Case 3:07-cv-01095-MAF-SRW    Document 18-7    Serial No. 593/1    704 328 0870    Page 25 of 76

ST. FRANCIS HOSPITAL
COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706)596-4115

| | |
|---|---|
| **PATIENT**   ELLIS, WILLIAM LANIER | **RAD#** 135059   DOB  05/09/1970 |
| **ADM#**   705000818 | **PT CLASS** E              BED |
| **PT AGE**   32Y | **SEX** M                  **PT RACE**  W |
| **MR#**   2638955 | **PT TYPE** E |

**ORDERING DR.**   CORBIN, JOHN              **DATE**   09/24/2002
**ADMITTING DR.** PARKER, GREGORY
**PROCEDURE**          34 CHEST 2V FRONTAL AND LATERAL
**ORDER#**              1
**HISTORY/REASON**   FELL, INJURY
**COMMENTS**          DONE IN ER
**ADMITTING DIAGNOSIS** FALL

34 CHEST 2V FRONTAL AND LATERAL

**FINDINGS:**   CHEST - REASON FOR EXAMINATION: Trauma to thorax following a fall.

There are sutures in both apical areas from old remote surgery of no clinical significance. At this time, both lung fields are fully expanded and clear.  The heart and vascular structures are normal.

**:IMPRESSION:**  No acute or significant cardiac or pulmonary abnormality is seen.

**Interpreted by-** G E LIPSCOMB,M.D.
**ELECTRONICALLY SIGNED BY-**
G E LIPSCOMB,M.D.

**SIGNED D/T-** 09/25/2002 02:50PM
**TRANSCRIBED D/T-** 09/25/2002 10:07AM **BY-** lp

Page 1 of                        ELLIS,WILLIAM LANIER
                                 2638955

Case 3:07-cv-01095-MEF-SRW    Document 18-7    Serial No 3/67    Page 6    05 SEP 2002 09:16

ST. FRANCIS HOSPITAL
COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706)596-4115

| | | | |
|---|---|---|---|
| PATIENT | ELLIS, WILLIAM LANIER | RAD# 135059    DOB    05/09/1970 | |
| ADM# | 704972074 | PT CLASS E | BED |
| PT AGE | 32Y | SEX M | PT RACE    W |
| MR# | 2638955 | PT TYPE E | |

ORDERING DR.    CORBIN, JOHN                DATE    09/01/2002
ADMITTING DR. PARKER, GREGORY
PROCEDURE          54 SPINE CERVICAL 2 OR 3 VIEWS
ORDER#            5
HISTORY/REASON    FALL
COMMENTS          DONE IN ER
ADMITTING DIAGNOSIS FALL

54 SPINE CERVICAL 2 OR 3 VIEWS

**FINDINGS:**    CERVICAL SPINE - THREE VIEWS - CLINICAL HISTORY: Patient fell
20 feet, neck and chest pain and trauma.

Vertebral body height, disc spaces and alignment appear normal.  The pre-
dense space appears normal and the posterior elements appear intact.  No
acute fracture or dislocation is seen.  No radiopaque foreign body is seen.

:IMPRESSION: No evidence for an acute cervical spine fracture or
dislocation is seen.

**Interpreted by- CARY NEWMAN,M.D.**
**ELECTRONICALLY SIGNED BY-**
**CARY NEWMAN,M.D.**

**SIGNED D/T-** 09/03/2002 08:34AM
**TRANSCRIBED D/T-** 09/03/2002 07:39AM **BY-** lp

ELLIS,WILLIAM LANIER
                                          2638955



ST. FRANCIS HOSPITAL
COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706)596-4115

| | | |
|---|---|---|
| PATIENT   ELLIS, WILLIAM LANIER | RAD# 135059   DOB | 05/09/1970 |
| ADM#   704972074 | PT CLASS E | BED |
| PT AGE   32Y | SEX M | PT RACE   W |
| MR#   2638955 | PT TYPE E | |

ORDERING DR.   CORBIN, JOHN          DATE   09/01/2002
ADMITTING DR. PARKER, GREGORY
PROCEDURE        34 CHEST 2V FRONTAL AND LATERAL
ORDER#           5
HISTORY/REASON   FALL
COMMENTS         DONE IN ER
ADMITTING DIAGNOSIS FALL

34 CHEST 2V FRONTAL AND LATERAL

FINDINGS:   TWO VIEWS OF THE CHEST, 9-1-02   -   Clinical history: Patient
fell 20 feet with chest, back and foot pain.

Postoperative changes from biapical lung resections are noted.    Sternal
wires are noted anteriorly.   The lung fields appear clear without
evidence of effusion, infiltrate or pneumothorax.  No evidence for an
obvious bony fracture or dislocation is seen.

:IMPRESSION   - Postoperative changes as noted above but no evidence for
acute traumatic injury is seen.

Interpreted by- CARY NEWMAN,M.D.
ELECTRONICALLY SIGNED BY-
CARY NEWMAN,M.D.

SIGNED D/T- 09/03/2002 08:36AM
TRANSCRIBED D/T- 09/03/2002 07:39AM BY- jbm

Page 1 of                    ELLIS,WILLIAM LANIER
                             2638955



ST. FRANCIS HOSPITAL
COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706)596-4115

---

| | | |
|---|---|---|
| **PATIENT** ELLIS, WILLIAM LANIER | **RAD#** 135059 **DOB** | 05/09/1970 |
| **ADM#** 704972074 | **PT CLASS** E | **BED** |
| **PT AGE** 32Y | **SEX** M | **PT RACE** W |
| **MR#** 2638955 | **PT TYPE** E | |

---

**ORDERING DR.** CORBIN, JOHN      **DATE** 09/01/2002
**ADMITTING DR.** PARKER, GREGORY
**PROCEDURE**      526 TOE(S) MIN 2 V RT
**ORDER#**      5
**HISTORY/REASON**      FALL
**COMMENTS**      DONE IN ER
**ADMITTING DIAGNOSIS** FALL

---

526 TOE(S) MIN 2 V RT

**FINDINGS:** RIGHT TOES - CLINICAL HISTORY: Patient fell 20 feet with multiple areas of pain and injury.

Three views of the right toes were obtained. No obvious radiopaque foreign body seen. No evidence for an acute fracture or dislocation is seen.

:IMPRESSION: No evidence for a right toe fracture or dislocation is seen.

**Interpreted by-** CARY NEWMAN,M.D.
**ELECTRONICALLY SIGNED BY-**
CARY NEWMAN,M.D.

**SIGNED D/T-** 09/03/2002 08:36AM
**TRANSCRIBED D/T-** 09/03/2002 07:41AM **BY-** lp

ELLIS,WILLIAM LANIER
2638955

Last page, 1 pages in total

Case 3:07-cv-01005-MEF-SRW    Document 6    Filed 03/18/2008    Page 64 of 75

Serial No. 55.?    706 327 0870    03 SEP 2002 09:33

ST. FRANCIS HOSPITAL
COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706) 596-4115

| | | |
|---|---|---|
| PATIENT  ELLIS, WILLIAM LANIER | RAD# 135059    DOB  05/09/1970 | |
| ADM#    704972074 | PT CLASS E | BED |
| PT AGE  32Y | SEX M | PT RACE  W |
| MR#  2638955 | PT TYPE E | |

ORDERING DR.  HUGHES, RONSON          DATE  09/01/2002
ADMITTING DR. PARKER, GREGORY
PROCEDURE        59 SPINE LUMBOSACRAL 2 OR 3 VIEWS
ORDER#           11
HISTORY/REASON   FELL
COMMENTS         ER
ADMITTING DIAGNOSIS FALL

59 SPINE LUMBOSACRAL 2 OR 3 VIEWS


FINDINGS:   LUMBAR SPINE, THREE VIEWS    -   Clinical history:  Patient
fell 20 feet with back and foot pain.

There are five lumbar-type vertebral bodies identified.  Vertebral body
heights and disc spaces and alignment appear normal.   SI joints appear
normal and no acute fracture or dislocation is seen.   There is mild
straightening of the normal lordotic curve.

:IMPRESSION   - No evidence for an obvious lumbar spine fracture or
dislocation is seen.


Interpreted by- CARY NEWMAN,M.D.
ELECTRONICALLY SIGNED BY-
CARY NEWMAN,M.D.

SIGNED D/T- 09/03/2002 08:39AM
TRANSCRIBED D/T- 09/03/2002 07:46AM BY- jbm


Page 1 of                    ELLIS,WILLIAM LANIER
                             2638955


last page, 1 pages in total

Case 3:07-cv-01095-MEF-SRW     Document 28-4     Filed 03/18/2008     Page 65 of 75

ST. FRANCIS HOSPITAL
COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706)596-4115

| | | |
|---|---|---|
| PATIENT ELLIS, WILLIAM LANIER | RAD# 135059   DOB   05/09/1970 | |
| ADM#      704972074 | PT CLASS E | BED |
| PT AGE   32Y | SEX M | PT RACE   W |
| MR#   2638955 | PT TYPE E | |

DATE   09/01/2002

ORDERING DR.   HUGHES, RONSON
ADMITTING DR. PARKER, GREGORY
PROCEDURE          498 CALCANEUS 2 V BIL
ORDER#             11
HISTORY/REASON     FELL
COMMENTS           ER
ADMITTING DIAGNOSIS FALL

498 CALCANEUS 2 V BIL

**FINDINGS:**   BILATERAL CALCANEUS VIEWS   - Clinical history:     Heel pain
following fall from 20 feet.

Right calcaneus:  Bony mineralization appears normal.    No acute fracture
or dislcoation is seen.

Left calcaneus:   Bony mineralization appear normal.    There is no evidence
for acute fracture, dislocation or radiopaque foreign body seen.

:IMPRESSION    - No evidence for calcaneal fractures or dislocations are
seen.

Interpreted by- CARY NEWMAN,M.D.
ELECTRONICALLY SIGNED BY-
CARY NEWMAN,M.D.

SIGNED D/T- 09/03/2002 08:40AM
TRANSCRIBED D/T- 09/03/2002 07:48AM BY- jbm

Page 1 of                     ELLIS,WILLIAM LANIER
                              2638955

Serial No. 53:37  706 327 0170  03 SEP 2002 14:58

COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706)596-4115

| PATIENT ELLIS, WILLIAM LANIER | RAD# 135059 DOB 05/09/1970 |
| ADM# 704972074 | PT CLASS E | BED |
| PT AGE 32Y | SEX M | PT RACE W |
| MR# 2638955 | PT TYPE E | |

ORDERING DR. CORBIN, JOHN          DATE 09/01/2002
ADMITTING DR. PARKER, GREGORY
PROCEDURE          419 ELBOW MIN 3 VIEWS RIGHT
ORDER#          6
HISTORY/REASON     FALL
COMMENTS          DONE IN ER
ADMITTING DIAGNOSIS FALL

419 ELBOW MIN 3 VIEWS RIGHT

FINDINGS:  RIGHT ELBOW - CLINICAL HISTORY:  Patient fell 20 feet with multiple areas of pain including the right elbow.

Two views of the right elbow were obtained.  Bony mineralization appears normal.  No evidence for an acute fracture or dislocation or radiopaque foreign body is seen.

:IMPRESSION: No evidence for an acute bony injury is seen.

Interpreted by- CARY NEWMAN,M.D.
ELECTRONICALLY SIGNED BY-
CARY NEWMAN,M.D.

SIGNED D/T- 09/03/2002 08:38AM
TRANSCRIBED D/T- 09/03/2002 07:44AM BY- lp

Page 1 of                 ELLIS,WILLIAM LANIER
                          2638955

last page, 2 pages in total

ELLIS, WILLIAM L.   (B-5 70)
00/13/01

S:   Pt of Dr. Parker who has seizures and has had a [illegible] [illegible]
in his back.  He has been having to take care of his father who
is dying of leukemia and falls in the floor periodically.  He has
to bend over and pick him up.  He was back [illegible] his knees and
ankle swell some.  He is out of his [illegible] and also ran out of
his Xanax a few days ago.  He is really stressed out.

O:   VS are as listed.  Lungs clear. [illegible] regular. He is [illegible]
tender over his lumbar spine.  [illegible] in [illegible] [illegible]
bilaterally.  He doesn't really seem to have any [illegible] [illegible]
effusion in his knees.  Ankles do have [illegible] of [illegible] [illegible]
edematous but don't seem to have any [illegible] in and [illegible]
good ROM.

A:   1.   I think he may have a [illegible] radic [illegible] in his
          spine.  He doesn't have any lots of strength in his
          lower extremities.  [illegible] [illegible] controlled [illegible] [illegible]
          the most part [illegible], although [illegible] [illegible] [illegible] [illegible]
          of incontinence that [illegible] [illegible] [illegible] [illegible]
          need surgery at this point but [illegible] [illegible] couldn't
          have insurance due to be uninsurable.

P:   1.   Refill Xanax 1 mg #60 [illegible] no refills. [illegible] [illegible]
          Flexeril 10 mg #40, no refills [illegible] [illegible].
     2.   Discussed proper lifting techniques [illegible] [illegible]
          encouraged to get a [illegible] [illegible] for his father to help
          him up, but we don't be putting [illegible] [illegible]
          falling in the floor.
     3.   Return as needed.

LAWRENCE H. WILLIAMS, M.D./mk

---

#5                 Duplicate Copy Physician Messages      #5
For Doctor  GAP          Date  8/23     Time  2:30  AM/PM
Patient  William Ellis     Pharmacy Phone No.
Caller's Phone No.  (706) 50[illegible]-0680   Allergies  006: 5/9/70
Needs updated disability letter
for SS & Medicaid - Hx of Sz
Unable to wk- just use the
Same letter & Current date -
Wants nurse to call before 3:00 today
[ ] Returned Your Call   [✓] Please Call   [ ] Will Call Again   [ ] Refill   [ ] [illegible]
Copies of

---

Pt continue to reiterate he wants
his records copied. He went or
to state "he was at his wits
end c his fathers illness and
his mothers as well. Pt stated
he could snap at any time and
do what it was needed to get
his PC & [illegible]. Pt was rattling
about meds, money, his chest
being cracked open c wires in
it, & a metal plate. He stated
his pain meds were dispensed
wrong. He stated his dad was
bleeding before his eyes. He went
on to say he was better off some
[illegible]

ELLIS, WILLIAM  (05/09/70)
06/22/2001
CC:  Seizures.
HPI:  Patient is having seizures.  He is having difficulty getting into the ICP program, which is where he needs to be.  He cannot afford to go see a neurologist on his own.  He saw Dr. Williams here in our office about a month or so ago and Dr. Williams placed him on Depakote, but the patient never got the Rx filled and went back to taking his Dilantin.  He is not driving.  He works as a painter, but does not climb up on anything, he just works at ground level.  He reports that his BP has been up some as well.  He has been under a lot of stress lately as his father is very ill.

PMH:  Significant for anxiety, seizure disorder.

CURRENT MEDS:  Dilantin 100 mg t.i.d.

O:  Wt 185 lbs.  BP 140/74.  Generally well developed, well nourished white male in NAD.  Lung fields are clear.  Heart RRR.

A:  1.    Recurrent seizures.
P:  1.    I have instructed him to continue with his Dilantin 100 mg t.i.d., and not to double up on the dose, as he readily admits that he does at times.
    2.    A Dilantin level is checked today.  The visit and the lab work is at no charge to the patient.
    3.    I have strongly encouraged him to pursue getting into the ICP program.  I told him that if he continues to have seizures it would be best for him to go to the Medical Center ER to be evaluated further on an acute basis.

GREGORY A. PARKER, M.D./mwb

ELLIS, WILLIAM L. (5/9/70)

04/02/2001   (Pt of Dr. Parker)

S:   He has a bad toothache and cannot see his dentist until next week. He also states cannot afford his seizure medication which is Depakote. Says that he does fine on generic Valpoic Acid which he can afford. Also, has had problems with depression and has had severe side effects with most of the SSIs as well as with Remeron. He states he use to take Elavil some time back. He is aware that most antidepressants will increase the seizure threshold.

O:   Wt 178 lbs.   BP 120/110.   T 98.1,   P 116, R 20.   Lungs clear, bilaterally.   Is very tender over the right lower 3rd molar.   I do not see any exudate.   He is in a good bit of pain and also fairly dysphoric.

A:   1.   Seizures.
     2.   Toothache.

P:   1.   Zithromax Samples given.
     2.   Generic Valpoic Acid 250 mg p.o. b.i.d., #60, R1.
     3.   Amitriptyline 25 mg 1 QHS for 2 weeks, then increase to 2 tabs QHS, #60, R1.
     4.   He is eligible for ICP Clinic as of 5/1/2001 and will start being followed there.

ADDENDUM:   Recheck his BP and it was actually 122/90.   He also requested some pain medication for the tooth and I gave him #12 of Lovtab 1 Q6H prn.

LAWRENCE H. WILLIAMS, M.D./mda

---

☎   FOR   GAP.        5/9/70                    URGENT   ☐ Yes   ☐ No

| Patient William L. Ellis | | Follow Up | |
| ☐ New   ☐ Est. | ☐ Call back   ☐ Rx Refill | NO on | PHONE MESSAGE |
| Caller Same | ☐ Illness   ☐ Test Results | pr | |
| Phone 569-0680 | ☐ Injury   ☐ Insurance | | |
| Allergies_____ Age___ | ☐ Other   ☐ Billing | Pharmacy Phone #_____ | |

M
E   Seen Dr L. Monday gave 12
S   loracett aliaessof tooth
S   Needs More pain meds
A   till 4-11-01. + 7 antibiotics
G   aredone   Date 4/4/01  Time 2:25  By Sara
E   DR Lewis Dentist

Medication_____
Dosage_____
Refill ☐ Yes_____
      ☐ No
Date_____  By_____

MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Pb 60mg
me 3xday

0800
1400
2000

REORDER FROM INTEGRAL SOLUTIONS GROUP 800-235-0767    SPECIAL A-55

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B |
| L |
| S |
| BT |
|   | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| B |
| L |
| S |
| BT | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| B |
| L |
| S |
| BT |

CHARTING FOR  March 2007  THROUGH

Physician  Dr Warr

Alt. Physician

Allergies

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No.

Diagnosis

Medicaid Number          Medicare Number

Approved By Doctor:

By:

D.O.B.  05-09-70  Sex M  Room

Title:

Patient Code

Date:

Admission Date

RESIDENT  Ellis Williams

196186

Form Approved
OMB No 0960-0623

**WHOSE** *Records to be Disclosed*

NAME *(First Middle Last)*
**William Lanier Ellis**

| SSN   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 | Birthday (mm/dd/yy)  **05/09/1970** |
|---|---|

SSA USE ONLY   NUMBER HOLDER (If other than above)
NAME
SSN

# AUTHORIZATION TO DISCLOSE INFORMATION TO
# SOCIAL SECURITY ADMINISTRATION (SSA)

## ** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):
**OF WHAT**   *All my medical records*; also education records and other information related to my
ability to perform tasks. This includes specific permission to release:

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s)
   *including*, and not limited to:
   -- Psychological, psychiatric, or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   -- Drug abuse, alcoholism, or other substance abuse
   -- Sickle cell anemia
   -- Records which may indicate the presence of a communicable or venereal disease which may include, but are not limited to,
      diseases such as hepatitis, syphilis, gonorrhea and the human immunodeficiency virus, also known as Acquired
      Immune Deficiency Syndrome (AIDS); and tests for HIV.
   -- Gene-related impairments (including genetic test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech
   evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**

- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers
- Others who may know about my condition (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS (as needed) Additional information to identify
the subject (e.g. other names used), the specific source, or the material to be disclosed:

**TO WHOM**   The Social Security Administration and to the State agency authorized to process my case (usually called 'disability
determination services'), including contract copy services, and doctors or other professionals consulted during the process.
[Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE**   Determining my eligibility for benefits, including looking at the combined effect of any impairments
that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.
☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN**   This authorization is good for 12 months from the date signed (below my signature).
- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

***PLEASE SIGN USING BLUE OR BLACK INK ONLY.

**INDIVIDUAL** authorizing disclosure

IF not signed by subject of disclosure, specify basis for authority to sign
☐ Parent of minor   ☐ Guardian   ☐ Other personal representative (explain)

SIGN ▶

(Parent/guardian/personal representative sign
here if two signatures required by State law) ▶

| Date Signed | Street Address  **5730 HODGES DR LOT 6** | State  **GA** | ZIP  **31909** |
|---|---|---|---|
| Phone Number (with area code)  **706-563-8175** | City  **COLUMBUS** | | |

**WITNESS**   *I know the person signing this form or am satisfied of this person's identity:*

SIGN ▶

Phone Number (or Address)

If needed, second witness sign here (e.g., if signed with "X" above)
SIGN ▶
Phone Number (or Address)

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other
information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR
1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

MedCare

153260

5612 WHITESVILLE ROAD
COLUMBUS, GA 31904
04-3731976 (706) 322-2223 / FAX (706) 322-2008

| NO TX NECESSARY | | | |
|---|---|---|---|
| EXAM | | Hx | |

35 y/o w/ ? ws hit by
a live guide wire at house.
Hes t/ big ben problem was

*(handwritten, largely illegible)*

| Soc Hx | Occupation: | | Exercise: |
|---|---|---|---|
| Smoker: | ☐ No  ☐ Yes  Years: | Amt. | |
| Alcohol: | ☐ None  ☐ Yes  Amt. | | |

**PMH** Med: Epilepsy, migraines
Surg: Pneumothorax

**Fam Hx** Mother: ___ Father: ___

Other: ___

**ROS** ☐ Reviewed ROS Form   ☐ Call Back   ☐ Done

T ___ BP 180/98 P 133/90 P 93 R 18 LMP ___

*(handwritten paragraph, largely illegible)*
for epilepsy. Pain is ___
In acute distress. Heart rate ___

☐ Office Lab   ☐ UA-DIP   ☐ UA-MICRO   ☐ STREP   ☐ MONO   ☐ TSBS
☐ Lab Out

☐ EKG   ☐ PO2   ☐ NEB   ☐ VENIPUNCTURE

| | |
|---|---|
| V Code | 99203 |
| Procedure Code | |
| Procedure Code | |
| Procedure Code | |
| Dx | 354.90 |
| 1 | 24.4 neuritis |
| 2 | 959.1 injury |
| 3 | 722.10 |
| # OF CHARGES | 1 |
| TOTAL | 75 |
| AMOUNT PAID | 75 |

| Activity | WORK ☐ YES ☐ NO |
|---|---|
| RETURN TO WORK ON: | |
| RESTRICTIONS: | |
| REFERRED TO: | |
| Follow Up | ☐ MEDCARE ☐ YOUR PHYSICIAN ☐ DISCHARGED |
| ☐ DATE: | |
| ☐ TIME: | |

Method Of Payment: ☒ Cash ☐ Credit Card ☐ Check ☐ Hold

In: ___
Out: ___
Nurse: CW
Staff: ___
Physician: ___

| DATE 08/08/05 | TX STARTED 3:34 | PATIENT LAST NAME ELLIS | FIRST WILLIAM | M.I. | AGE 35 | DATE OF BIRTH 05/09/70 | SEX M |
|---|---|---|---|---|---|---|---|
| TIME IN 3:00 | | HOME ADDRESS, CITY 5730 HODGES DR #6 | STATE COLUMBUS GA | ZIP 31909 | HOME PHONE (706) 563-8175 | BUSINESS PHONE | |
| TX FINISHED | TIME OUT 4:23 | ADDRESS | RELATIONSHIP S | | SOCIAL SECURITY NUMBER 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 | | |
| | | PERSON RESPONSIBLE FOR BILL WILLIAM ELLIS | PLACE OF EMPLOYMENT OF RESPONSIBLE PARTY | | | | |
| INSURANCE CASH | | PRIVATE PHYSICIAN NONE | | | ALLERGIES PCN, ASPIRIN  ANTI INFLAMMATORIES | | |

☑ I HEREBY AUTHORIZE THE PERFORMANCE OF ANY MEDICAL OR SURGICAL PROCEDURES UNDER LOCAL OR GENERAL ANESTHESIA WHICH MAY BE ADVISED OR DEEMED NECESSARY BY MEDCARE
☑ I HEREBY AUTHORIZE PAYMENT DIRECTLY TO MEDCARE ANY BENEFITS DUE ME FOR THEIR SERVICES RENDERED. I RECOGNIZE AND ACCEPT PERSONAL RESPONSIBILITY FOR ANY BALANCE REMAINING AFTER PAYMENT OF SUCH BENEFITS

| BALANCE .00 | VOUCHER 157912 | ACCOUNT NO. 52993.0 |
|---|---|---|

DATE OF INJURY NONE

LAST TETANUS UNK

CHIEF COMPLAINT

HISTORY OF PRESENT ILLNESS   NEEDS PCP   HAD ELECTRIC SHOCK - HAS
35 y/o w   ___   NEEDS FU - ___
BACK PAIN - NERVE DAMAGE LX LEG

MEDS PHENOBARBITOL

The above information is correct to the best of my knowledge and I understand and approve authorizations.
I UNDERSTAND THAT I MIGHT BE TREATED BY A PHYSICIAN'S ASSISTANT
Signature X ___

Relationship to Patient if not parent ( ___ )

Guarantor: William Ellis    rj  3:51PM  08/04/2005  109785

iam Ellis

Hodges Dr #6    Home Phone: (706)563-8175    Primary Ins.
UMBUS, GA 31909    Work Phone: (000)000-0000    $ 0.00
                    SSN:                          %
3: 05/09/1970       SSN: 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    Ink gp

                    DIAG.: 372.0    Dr Hagen

Balance: 0    Ins. Balance: 0    Nomiday    TOS (SELF)

Visit: 1

PULSE: ___ RESP: ___ TEMP: 97.8 WT: ___    Allergies: PCN, Advil, anti-inflammatory

DOI

Complaint: C tumos nitus

**ent Meds:** ___

I hereby authorize medical treatment by the medical staff of Acute Care Express (A.C.E.) concerning this illness/accident, and I hereby irrevocably assign to A.C.E. all payments for medical services rendered. I understand that I am financially responsible for all charges whether or not covered by insurance. A copy of this authorization will be considered as valid as the original. I authorize the release of any medical information about me to any physician, or third party payors responsible for payment.

TRIAGE BY: ___

Signature of subscriber or beneficiary

ICIAN: MCM DRG GAH GEO JBJ JS MHESS EB JEC JK KS Ebho CH

| ***X-RAY*** | |
|---|---|
| 74000 ABD 1 View | 73060 Humerus |
| 74020 ABD 2 View | 73564 Knee 4V |
| 74022 ABD Acute | 73110 L-Spine4V |
| 73610 Ankle | 70110 Mandible |
| 73650 Calcaneus | 74160 Nasal |
| 72052 C-Spine 5V | 70200 Orbits |
| 71010 Chest PA | 72190 Pelvis 3V |
| 71020 Chest PA/LAT | 71111 Ribs 4V w\ CXR |
| 73000 Clavicle | 72220 Sac/Cox |
| 73080 Elbow | 73030 Shoulder |
| 70150 Facial | 70260 Skull 4V |
| 73550 Femur | 70220 Sinus |
| 73140 Finger(s) | 71120 Sternum |
| 73630 Foot | 72074 T-spine 4V |
| 73090 Forearm | 73590 Tib/Fib |
| 73130 Hand | 73660 Toe(s) |
| 73510 Hip 2-3V | 73110 Wrist |
| 73510 Hip Frog | Comparison - mod 50 |

**REPAIR SIMPLE**
Scalp-Trunk-extrm
*12001 <2.5
*12002 2.6-7.5
*12004 7.5-12.5
Face-Nose-Ear
*12011 <2.5
*12013 2.6-5.0
12014 5-7.5
**REPAIR COMPLEX**
13100 Trunk
13120 Scalp-extr
13131 Face-mouth

**REPAIR INTER**
Scalp-Trunk
*12031 <2.5
*12032 2.6-7.5
12034 7.5-12.5
Neck-Hand-Feet
*12041 <2.5
12042 2.6-7.5
12044 7.6-12.5
Face-Eye-Lip
*12051 <2.5
12052 2.6-5.0
12053 5.1-7.5
12054 7.5-12.5

**RESPIRATORY**
94640 Nebu Tx
94640/76 Repeat
94060 Peak Flow
94761 Pulse Ox
94761 POx Mutiple
94010 Spirometry
94664 DEM/TEACH/INHALER
**URINE**
51701 Cath Female
51701 Cath Male
**APPLICATION**
29105 L Arm
29125 S Arm
29505 L Leg
29515 S Leg

J7613 Albuter.Inh(05)
A7003 ADM SET/NEB
93000 EKG
a4615 O2 Treat
46600 Anoscopy
92552 Audiometery
**EPISTAXSIS**
+30901 Simple
+30903 Complex
***SPLINTING***
**SUPPLIES**
XXXXX Plaster
XXXXX Fiberglass
A6448 Ace/roll x___
29700 Revise/Remove

G0168 MC-Dermabond

**INSIDE**
85027 CBC p/diff    86308 Quick Mono
82055 ETOH:saliva    81025 HCG,Urine
82075 ETOH:Blow    87880 Strep Screen
82948 GLU,finger    81002 UA
86318 H-Pylori    87210 Wet Prep
82270 Hemoccult    36415 Venipuncture
36415 MC Venipuc    36416 VEN/FINGER
**OUTSIDE**
82661 DS LC COC MRO    80050 Exec 1
82671 DS LC DOT    80076 Liver Panel
82670 Collection    80074 Hep Panel
82680 Hair Analysis    80061 Lipid Panel
82662 QUICK 5    80053 Chem 18
82663 QUICK 8    86308 Monospot
87110/87590 GC/Chl    84443 T.S.H.
xxxxx Arthritis    87088 Urine Culture
85025 CBC c/diff    88164 Pap Smear
99000 Spec Handle 1.___

Supp Superbill +10120 FB SubQ
10121 FB Complx
+20520 FB Muscle
23330 Shoulder

**FB REMOVAL**
**BURNS**
+16020 Small
+16025 Med <9%
16030 Lrg >9%

+30300 FB Nose
69200 FB Ear
+65220 Cornea
+65222 Cornea+SL
69210 Cerumen
24200 Arm
28190 Foot
**I+D PROCEDURE**
+10060 I+D Simple
10061 I+D Complex
+46050 Perianal
46320 Thromb Hemmorhoid
+10140 Subungal/I+D Hematoma
23930 Arm/Elbow  +69005 Pinna
+56420 Bartholin's Gland
25028 Forearm    23030 Shoulder
+28002 Foot    +56405 Vulva
21501 Neck
23931 Olecranon Bursa

**NAIL REPAIR**
+11730 Avulsion
11750 Ingrown Toe
11760 Repair Bed

***ORTHO SUPPLIES***
DME ___
STICKER ___

**DEBRIDEMENT**
11041 Skin
11042 Skin + SQ
+10080 Pilonidal

***MEDICATIONS***
J0150 Adenosine    J1815 Insulin
J0690 Ancef    J3490 D 50
J1200 Benadryl    J2000 Lidocaine
J0540 BicilCR/1.2    J2270 Morphine
J0550 BicilCR/2.4    J2310 Narcan
86628 Candin    J2550 Pnenergan
J0704 Celestone    J0696 Rocephin
J0780 Compazine    J0698 CLAFORAN
J1100 Decadron    J2930 SoluMed
J2175 Demerol    J1885 Toradol
J0170 Epi 1/1000    J3360 Valium
J3030 Imitrex    J3410 Vistaril
J2765 Reglan    J2780 Zantac
**IMMUNIZATIONS**
90632 HEP A1    90633 HEP A2    90746 HEP B
90658 Flu    90071 Yellow Fever
G0008 MC flu    86580 PPD
90718 DipTet    90471 Imm Adm+
J1670 TD MCare    90703 TD-Acc

**SUPPLIES**
A6216 Dressing Small    A6412 Eye Patch
A6217 Dressing Large A4351 Quick Cath
A4550 Surgical Tray A4615 Nasal Cannula

***INJECTION & VENIPUNCTURE***
A4305 IV Supplies J7051 str/sln/wa
G0345 MC IV 1 HR    G0346 MC IV ADD HR
or REVISIT:
90780 IV 1 hour    A4306 Venous Ca
90781 IV add Hr    90782 IM Med X___
J7030 NS/1000X___    90784 IV MED X___
use: WK SCH    J7042 D5NS500X___    90788 Adm Anitbiotic
G0351 IM MED MCARE

Filled By: ___    CHECKED OUT: ___
PHARM : $ ___
TOTAL CHGE: $ ___
TOTAL PMT: $ ___

HS HUGH ACE R.A. St.F THO
***PRESCRIPTION PO MEDS***    None

SAMPLES:    Signed: ___

PUBLIX    WALMart    KMart    EKERD    NCol
PMT MTHD: $ CHK#___    Visa/MC/Amex/Disc WC BILL

Intake Screen

Approx. date of any prior record here: _____

Name: William Ellis    DOB: 5/9/70    Date: 3-9-07

Apparent mental status of the patient (check one):
☐ Normal   ☐ Confused   ☐ Agitated   ☐ Intoxicated   ☐ Drugged   ☐ Strange

Any evidence of injury, active health problems or deformity: _____

## Patient Health History (Y or N response)

| Question | Response | Question | Response | Question | Response |
|---|---|---|---|---|---|
| Are you currently sick in any way? | U | Do you have heavy sweating at night For no reason when it's not hot? | ✓ | Do you have HIV infection or think you Might have it? | N |
| Do you have a fever that won't go away? | N | Have you lost more than 10 pounds of weight during the last 6 months? | ✓ | Any symptoms which might indicated sex-related disease? | N |
| Are you curretly takey any prescribed Medications? (List below) | ✓ | Have you ever had a heart attack or any other heart trouble? | | Have you ever intentionally hurt yourself or tried to take your own life? | N |
| Have you ever had any kind of cancer? | N | Do you have high blood pressure? | | Would you ever try to take your own life? | N |
| Do you have diabetes? | N | Do you have chest pain with exercise or other chest pain? | N | Do you feel like you would like to die? | N |
| Do you have seizures or blackouts? epilepic seizures | ✓ | Have you had bleeding from your stomach, bowels, or kidneys? | N | Do you see people or things other can't see or hear voices others can't hear? | N |
| Have you ever had a stroke? | | Do you have shortness of breath or trouble breathing? | N | Females: Are you pregnant or could you be pregnant? | N |
| Do you have any eye problems? (List below) | ✓ | Do you have asthma? | N | On how many days of the past month have you consumed alcohol? | N |
| Do you have a cough that won't clear Up? | ✓ | Do you hae kidney disease or failure or had kidney dialysis? | N | On how many days of the past month have you used drugs? | ✓ |

Comments: 4 Rupture Disc

Medications: Zantez 1mg 2n g def phernobartol, tilins/ 3 X twice day

Allergies: Penicillin

Reason for any recent physician visits: 1st wednesday for his back and anxiety

List surgeries: Collapse 2 twice

Describe any prior hospitalizations: _____

Drugs you have used: nu

Recommended housing or activity restrictions: nu

Medical management plans: nu

Health insurance: nu

Booking Officer: CG Cussell    Inmate: x Centered    Medical Staff: M° Jeris RN
                                                                              MKT clin

Ph' 60mg x 45 tabs Bright Jerin

PLG-041



**AUBURN CHIROPRACTIC ASSOCIATES**
DR. TRACY L. HARTFORD
1735 East University Drive, Suite 103
Auburn, Alabama 36830

Telephone: (334) 826-2225
Fax: (334) 826-2254

*December 3, 2007*

| Post-It® Fax Note | 7671 | Date | # of pages ▶ |
|---|---|---|---|
| To Dr Warr / Riley | | From Sissy | |
| Co./Dept. | | Co. | |
| Phone # | | Phone # 334 8262225 | |
| Fax # | | Fax # 334 826-2254 | |

*RE: Mr. William Ellis*

*To Whom It May Concern:*

*We are presently treating Mr. William Ellis for lower back pain with associated right leg pain. The treatment regimen that we have recommended is three times per week for two weeks with re-evaluation following the last treatment. We have scheduled his next treatment for December 5, 2007 at 8:00 a.m.*

*Please call if you have any questions.*

*Sincerely,*

*Dr. Tracy L. Hartford*

# Exhibit I – Part 4

## Medical File of William Lanier Ellis, Sr.

=== COVER PAGE ===

TO: _____

FROM:    ACA _____

      FAX: 3348262254

      TEL: 3348262225

COMMENT:

# MEDICAL CHARGE FORM

**INMATE NAME** *Ellis, William*

**DATE OF BIRTH** _____ **RACE/SEX** W/M

**SOCIALSECURITY #** _____ **CELL** G

## ***SERVICES & FEES***

- SICK CALL                                   $ 5.00
- DOCTORS VISIT                               $ 5.00
- DENTIST VISIT                               $ 5.00
- PRESCRIPTION                                $ 5.00 x 2
- FOLLOW-UP VISIT                             N/C
- OVER-THE COUNTER MEDICATION                 $ _____

TOTAL AMOUNT MEDICAL SERVICES RENDERED        $ 15⁰⁰

---

## MEDICAL VERIFICATION SECTION

Authorized Nursing Staff Signature & Date _ORP 9/06/07_

Inmate Signature & Date _____

Inmate Account Payable Clerk Signature & Date

---

PLEASE CHECK IF INMATE IS INDIGENT TO PAY THE ABOVE CHARGES

PLEASE CHECK IF INMATE IS ABLE TO PAY THE ABOVE CHARGES

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ...OXEN 500MG TABLET ... ONE TABLET BY MOUTH AT BEDTIME | 0900 03/13/07 03/12/08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHENOBARBITAL 64.8MG TABL TAKE 1 TABLET BY MOUTH TWICE DAILY. | 0800 03/13/07 03/12/08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Namadel 50mg 1 tab/twice daily* | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|  | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|  | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

STARTING FOR 07/01/07   THROUGH 07/31/07   PAGE 1 OF 1

Physician: WARR, STURGEON
Alt. Physician: WARR, STURGEON
Allergies:

Telephone No. 334-298-8621
Alt. Telephone 334-298-6621
Rehabilitative Potential

Medical Record No. 580540

Diagnosis:

Medicaid Number | Medicare Number

Approved By Doctor:
By:                                   Title:            Date:

RESIDENT: ELLIS, WILLIAM    D.O.B. 05/09/1970   Sex M   Room RJ40   Patient Code ELWILL   Admission Date 10/10/06



MEDICATIONS

NAPROXEN 500MG TABLET
...ONE TABLET BY MOUTH
AT BEDTIME

PHENOBARBITAL 64.8MG TABL
TAKE 1 TABLET BY MOUTH
TWICE DAILY.

Tramadol 50mg
1 tab twice
daily

Naproxen 500mg
1 tab twice daily

HOUR columns: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31
03/13/07  03/12/08

2000
0800
2000
0800
2000

CHARTING FOR 06/01/07  THROUGH  06/30/07  PAGE 1 OF 1

Physician: WARR, STURGEON       Telephone No. 334-298-8621      Medical Record No.
Alt. Physician: WARR, STURGEON   Alt. Telephone 334-298-8621     580540

Allergies:

Rehabilitative Potential

Diagnosis:

Medicaid Number    Medicare Number    Approved By Doctor:
                                      By:            Title:          Date:

RESIDENT   ELLIS, WILLIAM    D.O.B. 05/09/1970   Sex M   Room # RJ40   Patient Code ELWILL   Admission Date 10/10/06

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

| Submitted By: | Received By: |
|---|---|
| Inmate's Name (last name first) William L Ellis Jr. | CO's Name & ID Number Chatquisell 32 |
| Housing Assignment | Shift Assignment |

## PART "A" INMATE REQUEST

On 3-9-07 i was admitted to the institution, when i came from Muscogee County Jail, upon arriving the medical staff were well aware of my injuries to my back. Coming from another facility i was on something for pain and something for

Grievant (Inmate) Signature

## PART "B" - RESPONSE

6/26/07 Recieved Grievance Form. Refered to Nurse Pelfrey for Dr. Wakk's review. H. Naccard #

6/26/07 Will schedule to be seen by Dr. Wakk on next sick call. Given new mattress for added comfort and aid in pain. Also moved to a cell with bunk per request of inmate. According to medical records from Lee County, wasn't taking any type of medications for back. Waiting on the report from Med-Caid

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

## PART "C" - RECEIPT

Return To _____ Date _____ Time _____

Submitting Inmate _____ Receiving Shift Supervisor _____

## PART "D" - RETURN RECEIPT

Returned To _____ Date _____ Time _____

Witness _____ Submitting Inmate _____

## APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal.

Appeal Received By _____ Date _____ Time _____

Submitted By _____ Copy Received By _____

for my Seizures, also something for my anxiety. The Seizures i have had for 20 years also the Chronic anxiety. Which all of this is documented in my medical records.

Mrs Riley and Dr. wan automaically Cut my Seizure medication from 3 times a a day down to two along with the dose

Since i arrived i have Complained Constantly about my Back, which i have Suffered 3 injuries and there are medical records to back this up.

Finally on June 11th i seen the Dr. and he put me on Something for mild pain, i suffer from Chronic pain. On monday the 18th i Submitted a request to see the Dr. for the following week along with one on the 20, 24th still i havent seen the Dr.

She is Being biast against me because i have to take medication but at this point i have 2 options treat the pain or fix the problem

Im getting worse every day. Spinal Cord and nerve injury Can not be fixed Dr. wan Knows this. The biggest factor is there are records to back this up

8-12-07
,2050

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

*Staff Copy.*

| Submitted By: | | Received By: |
|---|---|---|
| Inmate's Name (last name first) *William Ellis* | CO's Name & ID Number | *F. Brown C/642* |
| Housing Assignment *C max* | Shift Assignment | *C-DAY* |

## PART "A" INMATE REQUEST

Thursday June 28TH I had a follow up with Dr. Warr about my back. At this follow up all of my medical is discussed. Dr. Warr and myself speak about the Depression and anxiety in Dealing with

Grievant (Inmate) Signature *William I Ellis Sr*

## PART "B" - RESPONSE

9/14/07 - I Checked With Nurse Pilfrey and also forward this grievance. Form to get to allow Dr. Warr to Read and over View for follow - Ff. Nailen -

081607 Seen by Dr. Warr

Copy forward 9/14/07 - To Nurse Riley-Pilfrey & Dr. Warr

| Date of Response | Divisional Grievance Officer | ID Number |
|---|---|---|

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

## PART "C" - RECEIPT

| Return To | Date | Time |
|---|---|---|
| Submitting Inmate | Receiving Shift Supervisor | |

## PART "D" - RETURN RECEIPT

| Returned To | Date | Time |
|---|---|---|
| Witness | Submitting Inmate | |

## APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal.

| Appeal Received By | Date | Time |
|---|---|---|
| Submitted By | Copy Received By | |

but nothing is done. I have submitted 4 medical request to Mrs Pelfrey. Along with 2 verbal request about this.

Everything through medical is a constant struggle to get anything done. Dr Warr approved me to have some muscle rub for my back and legs. This was approved on 6-28-07 and i have got 3 trial size packs for my Back.

These walls are closing in on me i have been here since March 9th. I still dont know anything. No indictment, no paperwork. Last monday my mom had Congestive heart failure. I'm asking and have been for help. I'm having crying spells cold sweats. I've suffered from Chronic Anxiety for years. Then when some body goes off. staff ask "why". Lee County had me in mental health Muscogee County. I served in a mental health Prison.

I'm trying all i Can to Keep the bad side of me down. It harder every day. Nurse Stewart in Lee County spent enough time with me to learn the other side. She went to Dr McFarlene and i was put in mental health

Mrs Palmer if you havent learned anything about me, 1 thing you Know is everything in my medical i have told you is true.

I need some help, there is a lot about me and my past that you dont Know.

Everyone has their own Demons to fight. Mine start at the age of 4. And through out my adult life has Continued on.

I Cant escape my past its always there. Always in my memory. The beatings being molested, My father Dying in my arms.

As time goes on it gets worse its a movie that never ends. Throw in my back and my Case, I have too much on me.

Mr Ellis

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

TIRONE HCL 10MG
GENERIC FOR BUSPAR 10MG T
TAKE 1 TABLET BY MOUTH AT BEDTIME
08/17/07  08/16/08  2000

EFFEXOR XR 75MG CAPSULE S
TAKE (1) CAPSULE BY MOUTH DAILY.
09/18/07  09/07/08  0800

NAPROXEN 500 MG TABLET
TAKE 1 TABLET BY MOUTH TWICE DAILY.
07/10/07  07/09/08  0800  2000

PHENOBARBITAL 64.8MG TABL
TAKE 1 TABLET BY MOUTH TWICE DAILY.
03/13/07  03/12/08  0800  2000

TRAMADOL HCL 50 MG TABLET
TAKE 1 TABLET BY MOUTH TWICE DAILY.
07/03/07  07/02/08  0800  2000

Cold combo
1 pack twice daily   0800   2000

| | 1 | 2 | 3 | 4 | 5 | | | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | | |
| L | | | | | | | | | | | | |
| S | | | | | | | | | | | | |
| BT | SCW | SCW | FB | FB | SCW | | SCW | SCW | FB | FB | SCW | |
| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | |
| B | | | | | | | | | | | | |
| L | | | | JA | | | | | | | | |
| S | | | | | | | | | | | | |
| BT | SCW | FB | FB | FB | SCW | SCW | FB | FB | SCW | CCW | | |
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
| B | WM | | | | | | | | | | | |
| L | | | | | | | | | | | | |
| S | | | | | | | | | | | | |
| BT | SCW | FB | FB | | | FB | FB | FB | SCW | SCW | FB | |

CHARTING FOR
10/01/07   THROUGH   10/31/07   PAGE   1 OF 1

| Physician | WARR, STURGEON | Telephone No. | 334-298-8621 | Medical Record No. |
|---|---|---|---|---|
| Alt. Physician | WARR, STURGEON | Alt. Telephone | 334-298-8621 | 580540 |
| Allergies | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |
| RESIDENT | ELLIS, WILLIAM | D.O.B. 05/09/1970  Sex M  Room # RJ40  Patient Code ELWILL | | Admission Date 10/10/06 |

# MEDICATION ADMINISTRATION RECORD

RUSSELL COUNTY JAIL
ELLIS, WILLIAM
SUPPORT PAGE 1 09/07

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ___ 500MG TABLET 1 TABLET BY MOUTH TWICE DAILY. | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHENOBARBITAL 64.8MG TABL TAKE 1 TABLET BY MOUTH TWICE DAILY. | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRAMADOL HCL 50 MG TABLET TAKE 1 TABLET BY MOUTH TWICE DAILY. | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | FB | FB | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|  | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | FB | FB | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|  | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

08/01/07          THROUGH          08/31/07          PAGE 1 OF 1

| CHARTING FOR | WARR, STURGEON | | |
|---|---|---|---|
| Physician | WARR, STURGEON | Telephone No. | 334-298-8621 |
| Alt. Physician | | Alt. Telephone | 334-298-8621 |
| Allergies | | Rehabilitative Potential | |

Medical Record No. 580540

| Diagnosis | | | | |
|---|---|---|---|---|
| Medicaid Number | Medicare Number | Approved By Doctor: By: | Title: | Date: |
| RESIDENT   ELLIS, WILLIAM | D.O.B. 05/09/1970  Sex M | Room RJ40 | Patient Code ELWILL | Admission Date 10/10/06 |

RUSSELL COUNTY JAIL
ELLIS, WILLIAM

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5NOBARBITAL 32.4MG TABL KE ONE TABLET BY MOUTH AT BEDTIME | 10/11/06  04/09/07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHENOBARBITAL 64.8MG TABL TAKE ONE TABLET BY MOUTH ONCE DAILY | 10/11/06  04/09/07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRAMADOL HCL 50 MG TABLET TAKE (1) TABLET BY MOUTH TWICE DAILY. | 11/04/06  11/04/07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

| | | |
|---|---|---|
| CHARTING FOR 12/01/06 | THROUGH 12/31/06 | PAGE 1 OF 1 |
| Physician WARR, STURGEON | Telephone No. 334-298-8621 | Medical Record No. 580540 |
| Alt. Physician | Alt. Telephone | |
| Allergies | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: By: | | |
|---|---|---|---|---|
| | | | Title: | Date: |
| RESIDENT ELLIS, WILLIAM | D.O.B. 05/09/1970 | Sex M | Room RJ40 | Patient Code ELWILL | Admission Date 10/10/0 |



STATE OF ALABAMA                    )        IN THE DISTRICT COURT OF

VS.                                 )        RUSSELL COUNTY, ALABAMA

_____             )
                                    )        CASE NUMBER    DC-_____
**DEFENDANT**

## ORDER

_____  (1.)  **DEFENDANT ADVISED OF RIGHT TO AN ATTORNEY**

_____   2.   **ENTERED PLEA OF NOT GUILTY**

_____   3.   **REQUESTED PRELIMINARY HEARING**

_____   4.   **RETAINED THE HONORABLE** _____ **AS COUNSEL**

It is hereby ORDERED, ADJUDGED AND DECREED:

_____   1.   **THAT THIS CAUSE IS WAIVED TO THE NEXT TERM OF THE GRAND JURY**

_____   2.   **AFTER HEARING, THIS CAUSE IS BOUND TO THE NEXT TERM OF THE GRAND JURY**

        3.   **BOND IS SET AT** _____

_____   4.   **THAT THIS CAUSE IS DISMISSED UPON DEFENDANT EXECUTING WAIVER OF EXTRADITION**

_____   5.   **THAT THE HONORABLE** _____ **IS APPOINTED COUNSEL TO REPRESENT THE DEFENDANT**

_____   6.   **THAT THIS CASE IS CONTINUED TO THE** _____**DAY OF**_____
             **20** ___ **AT**

_____   7.   _____

             _____

             _____

**DONE, This the** _____ **day of** _____, _____.

                                    _____
                                    **JUDGE**

Dr. Warr,                                                    (Tuesday, Sept 25th

    I want to thank you for trying to get me straighten'd out with my medical.

    Im trying every way possible to help you, help me. I dont look at this as a "jail situation this is my home. Until im indicted and go to trial it will be my home and your my physician and im your patient.

    My health and well being is in your hands and you've not been unfair to me. All institution Dr.s I have dealt with have been the same. I fully understand you have to weed out those that have nothing wrong with them.

    I however cant be included in with those inmates.

    My mom calling Mr. Boswell had nothing to do with you or the doctor, patient relationship. She knows me well enough to know if i cant get a grip on the pain and mental issues its only a matter of time before it all caves in on me.

    Im not asking for special treatment, only the treatment that works for me. March 25 1990 sent me on a never ending journey of doctors, medications, sleep lab's and so, on. I walked away from a Car that flipped 11 times but not with out a heavy price to pay.

    Nearly 8 years was spent trying to get the seizures under control. As of 1993 I was put on

medical suspension for my license (Drivers License) to this day that still stands. I've been before the state board of medical examiners. Due to th fact that i couldnt make it 12 months with out having a seizure. That was in 1998.

Since i cant come to medical and sit and take the time to let you know who i am as a person not an inmate this is the best way i can think of.

Thursday the 20th, i had my first seizure. Mr. Goodman came in and checked on me. I had it later on in the night. The Effexer was gearing my mind up even more. As of friday the 21st i havent taken any more. I told Mrs Riley it was having bad side effects.

Dr. Patel tried me on Effexer in Muscogee County and i ended up having quite a few seizures before he took me off. That was in 2002.

My point Dr. Warr is im no better off than i was in march. You went through the trouble to send me to a neurologist about my back. The Diagnoses was the same. My chronic pain and the injury were right on and he recomended the same thing that is in my records. Pain management. So 1 doctor was a spesialist one wasnt but the other is an exelent Back doctor.

The pain managment was left up to you nothing has changed. You told me in oct 2006 that i knew to much about medicene, that i cant help

its my body and i try to take Care of it. I try to understand what and who is taking Care of me.

Every facality i've ever been in deems they don't give Marcottes and i truly understand why.

I'm all fairness in my Case and with your medical opinion you Know its justifiable. there are many different ways to medicate me. The pain will never go away but it Can be kept at a humane level. Tramadol is not for Chronic pain. If anyone Cared to look im not supposed to be on Anti inflamatorys its in my records.

Imagine every minute of every day all day, day after day week after week month after month it never stops never eases off. When I sleep its from exaustion plain and simple. When i sit i sit on metal slouched over When i walk its on Concrete floors with these shower slides all of the shock from the floor goes strait in to my legs and back.

Ya of all people staying on your feet all the time Know what poor support does to your legs and back. On Concrete floors. Not a lot that Can be done about that but the pain Can be taken as a real Serious issue than Can be dealt with.

No one Can tell me about pain or what it is to live with. I've had Spinal blocks, menangytial Spinal draws, Even Cranial injections for miagraine, Both ankles broken at the same time, my right arm, etc, etc. I Know about pain.

Throw all that in with the Chronic Anxiety Depression and Panic attacks you end up with a Person Climbing the walls. My Mom was a patient of yours and she told me you were always good to her. Most of the anxiety and Depression medications ive taken either have effects on my Seizures or they dont work. the ones i Can remember over the years. Wellbutrin, Celexa, Paxil, Prozac, lithium Efiterzdaft lexapro no success with those What has helped me remron, Xanax, Zyprexa Clonapen Geodon Tiazadine The best Combination was the Xanax and remron. Over the years Dr. Ware i figured out through trial and error. if i was Kept Calm with the anxiety under Control that i Could Cut my Seizure meds almost in half. Me and Dr. Parker go back to the 90's and he finally started seeing the pattern of anxiety, Depression sleep Deprivation led me to one spot a grand mal. Some times a petite mal followed with reoccuring my Clonic jerks.

Even through the outpatient Clinic in Columbus Dr. Vivas Put me on tegratol and xanax for some reason i Couldnt take the phena barb or tegratol in the mid 90's i was on Depa kote but i was taking 3000 mg. a day. I guess Chemical Changes in my body and what not but now Depakote Does to me what phena barb used to do. My own mom wouldnt even let me visit her when i was on it.

I Know that Xanax got a bad name from abusers. and Kids overdosing on it.

I've never abused my medication or had any drug Charges for that matter. It is one of the medications that help me tremendously. I was on 6 mg. a day at home. Dr. smith put me on 3 mg a day in muscogee County. I got my phenabarb Xanax and tylenol 3. He knew it was enough to keep the situation fair. He didn't have to Continuosly see me over and over for the same thing.

Dr. Ware i Know th power that you wield and telling me you wont treat me With my regular medication because this is "jail" means your judging me before i ever stand trial. My medical has nothing to do with that. Your the only person here With a license to practice medicine. Not Boswell Holland, Bussey.

The Hyppocratic oath Demanded of a physicean. When he takes th title as a Dr. of his profession. "I will prescribe regimen for the good of my patients, according to my Judgment and ability and never do harm to anyone to please me nor will i prescribe a deadly drug nor give advice which may Cause his death. Nor Will i give a pessary to procure abortion But i will preserve th purity of my life and my art.

As many Doctors and institutions that i have dealt with County and state. I never heard any of them say i wont give your normal or regularly prescribed medications because of it being a Detition facility. The weight of responceability then falls in your hands. After 17 years Dr Warr im no different than any other patient i Know what works for me. As with any other Doctor and patient its up to us to get my problems under Control. Ive done my part. What looks good on paper doesnt mean it works. Im the oath it States ability that means by what ever means possible. If you get me back on my medication with in a month youl see my weight go up my mood will change for the better. It wont solve all the mental issues but it makes life bearable. I Cant even work on my Case i dont have the energy and patients i stay shut off in my room. Im trying to get along with Mrs Riley but it never ends. Now Ive been accused of selling my medication. I Know who and where it Came from and its sad she went on the word of another inmate

I let it go. I havent done anything its just another stone threw at me. I've gotten used to opions and accusations.

Corrections is a Billion dollar business the sad Part is a lot of lives get destroyed in Government greed.

No matter how this ends it has put another wall around me and makes me even more paranoid than i already Was. I trust 2 People in this facility thats you and Mr. Goodman. I dont have any personal issues with Mrs Riley but i get paranoid and defensewe around her.

I guess its a lot of things one day you may get a "good morning" the next you may be cussed out or accused of something. Most of all she acts like what ever Comes through medical, Comes out of her Check book.

The feder of Government funds that office annualy.

I Got the Alabama health code guide lines for Corrections. The Patients Bill of Rights does apply and the medical treatment is diseretionary to the Doctor.

Alabame ranks in the top 10% for neglect, Malpractice and Mental Health issues. It has one of the highest 1983 formal Grievance Dockets in the nation over half of those are medical issue's.

Dr Warr the fact that i have so many medical issues Comes from a life that was not the happy little fairly tale life every Child should live

that put in my mind things that will never go away. I re live them Day after Day.

I was born in 1970, premature but a fighter. My memory goes back to as early as 1973 drownding in a pool, My mom couldnt swim and i watched the light fade and the terror in my moms eyes.

1974, I was being druged with airplane glue and molested, by a aunt. If i didnt i was beat. This continued on until 1976.

My father, i had never met, I watched in horror as my step dad beat my mom. I seen her get knocked out with a leg off a table. If me and my brothers got in the way we got it to.

By 1980. all that stopped, my mom seen what it was doing to us. But the damage was done to my young mind.

By 1982 I was teking care of my mom, from a back injury Dr. Hazouri put that on me but id do it again for my mom.

By 1987 I wanted out so i got married. By may of 88 I had 2 collapsed lungs and a majory surgery on both lungs.

Sept 88 my son was born, oct of 88 he was in emory. He had no valve in his Esophogus and couldnt eat.

So now I'm feeding my son through a stomach tube, in 18 years old. When the Dressing had to be Changed every other day my wife Changed it. I held him and listend to him scream as Chunks of flesh were pulled away.

By 1989 I was a Basket Case, Back to Emory to get the stomach tube out, There was a little girl there her face had been peeled off for Surgery, My Mind Couldn't absorb the black eyes. It took me back to my beatings It was my breaking point. Later the next day after I got home I tried to take my own life.

Later realizing that the only one who would pay was my son. and I vowed to never hurt myself again. To this day that is my promise to my Children. I have 7 Sons. and 1 daughter.

By 1990 I was in the Car accident that still has me paying today.

I married my best friend, In 1993 she died with a miscarrige in Birmingham. But other Complication i was on the phone with her when she told me she would be dead with in 24 Hours and she was.

Now i have to pull it together to tell our 2 Children. When i seen her in the Casket i dropped on the spot. Standing Graveside trying to tell my son his mother was gone forever was another mental blow that i never recovered from. Keep in mind im on 23

By 1995 the Mental issues, Seizures and health problems was Killing my marrige.

B 1995 i ended a 10 year marrige she Could no longer understand me.

In 2000 My father was DX with a rare form of Luekemia and i was Chosen to be the care giver. Dr. Parker was taking Care of me and my dad I watched a Healthy man shrivel up and bleed to death he died in my arms. In OCt 2001

By nov. 2001 I was in Jail nervous Breakdown and then, i snapped.

2002 I was in Prison, a mental health Prison and in Very intense thearpy.

2003 I got out and tried to rebuild my life with out help.

I finally started a family and tried to help someone.

NOW in Charged with att. murder. I'm not prone to violence it have seen enough.

I hope that this helps you some Dr. wars in understanding me. and what i go threw on a daily basis Jail doesn't bother me. But what i Carry mentally and physically will never go away here or on the street.

I hope to see you soon. I'm off the E fifer.

William

User: root
Host: eastbama
Class: eastbama
Job:

You received services at:
Russell County Center
3170 Martin Luther King Pkwy South
Phenix City, AL 36869
(334) 298-2405

William Ellis
IDP Medications
picked up for RC Jail

If you received medication from the East Alabama Mental Health Center Pharmacy, would you like to speak to a Pharmacist
about your medication?  Please circle either yes or no.
YES  I would like to speak to a Pharmacist.
NO  I would not like to speak to a Pharmacist.

I received the services specified above:

X _Nora Sanrith Webster #5727_                    _Sandra Han_
Consumer or Guardian Signature                    Staff Signature

| YOUR NEXT APPOINTMENT | Please remember to bring: |
|---|---|
| Date: _____ | ____ Your Insurance Card |
| Time: _____ | ____ Your Medication Bottles |
| With: _____ | ____ Verification of Your Income |

AFTER HOURS EMERGENCY PHONE NUMBER: (334) 742-2877 OR 1-800-815-0630

RUSSELL COUNTY JAIL
ELLIS, WILLIAM
REPORT

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OXEN 500 MG TABLET 1 TABLET BY MOUTH TWICE DAILY. | 0800 07/10/07 07/09/08 | | | | | | | | | | | | | | DCd | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHENOBARBITAL 64.8MG TABL TAKE 1 TABLET BY MOUTH TWICE DAILY. | 0800 03/15/07 03/12/08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRAMADOL HCL 50 MG TABLET TAKE 1 TABLET BY MOUTH TWICE DAILY. | 0800 07/03/07 07/02/08 | | | | | | | | | | | DCd | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mirtazapine 30mg 1 tablet @ bedtime | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chlorpromazine 5mg 1 tablet @ bedtime | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tramadol 100mg 1 tab @ bedtime | 2000 | | | | | | | | | | | | | | | | | | | | | DCd | | | | | | | | | | |
| Tramadol 50mg tab in am | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | TM | | TM | | | | SB | |
| L | | M(d) | | | | | | | | |
| S | | | | | | | | | | |
| BT | FB | SM | SM | SM | DC | FB | SM | RSM | FB | FB |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | TM | TM | | | | TM | TM | W | S |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | FB | SM | SM | FB | FB | | SM | SM | | FB |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | M | | JA | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | SM | |
| BT | SM | | | | | SM | SM | FB | FB | SM | |

CHARTING FOR 11/01/07    THROUGH 11/30/07    PAGE 1 OF 1

Physician    WARR, STURGEON
Alt. Physician    WARR, STURGEON

Telephone No.    334-298-8621
Alt. Telephone    334-298-8621

Medical Record No.    580540

Rehabilitative Potential

Allergies

Diagnosis

Medicaid Number    Medicare Number

Approved By Doctor:
By:
Title:
Date:

D.O.B. 05/09/1970    Sex M    Room RJ40    Patient Code ELWILL    Admission Date 10/10/06

RESIDENT    ELLIS, WILLIAM

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Diphen Hydramine 50mg
3 days only

Cold Pack Oise

Acetaminophen 325mg
2 table 2x day

Hamadal 50mg
1 tab twice daily

Lopressor 100mg.
1 tab twice daily

Rovaxin
1 tab twice daily

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | M | M | int | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | 50M | 50M | | | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | JA | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | 50M | NOS | FO | FO | FO | 50M | 50M | FO | FO | | |

CHARTING FOR _____ THROUGH _____

Physician _____   Telephone No. _____   Medical Record No. _____
Alt. Physician _____   Alt. Telephone _____
Allergies _____   Rehabilitative Potential _____

Diagnosis _____
Medicaid Number _____ Medicare Number _____

Approved By Doctor:
By: _____   Title: _____   Date: _____
D.O.B. ____  Sex ___ Room # ___ Patient Code ___  Admission Date ___

RESIDENT  Ellis William

# Lee County Detention Center

## Fax Cover Sheet

**Date:** 6/27/07

**Time:** 16:00

**Attention:** Nurse Tina

**RE:** Ellis William

**Number of Pages:** 20

**From: Medical Department**
**Nursing Staff**
**Phone: (334) 737-3590 or 3591**
**Fax: (334) 737-3574**

_Stewart_

Fax #(334) 297. 5130

Review of Records
* MRI done 11/01/2000 L5-S, c̄
  mild bulging disk @
  neural element compression
  identified
Last visit Dr Parker 04/19/02

COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706)596-4115

PATIENT   ELLIS, WILLIAM LANIER          RAD# 135059    DOB  05/09/1970
ADM#      505158212                      PT CLASS O                  BED
PT AGE    30Y                            SEX M                       PT RACE   W
MR#    2638955                           PT TYPE C

ORDERING DR.   WILLIAMS, LAWRENCE H       DATE  11/01/2000
ADMITTING DR.  WILLIAMS, LAWRENCE H
PROCEDURE         303 MRI-LUMBAR W/O CONTRAST 72148
ORDER#            1
HISTORY/REASON    LUMBAR RADICULOPATHY
COMMENTS
ADMITTING DIAGNOSIS LUMBAR RADICULOPATHY

303 MRI-LUMBAR W/O CONTRAST 72148


FINDINGS:   MRI OF THE LUMBAR SPINE     - Scan is performed at multiple
levels  in sagittal and axial projection using T1 weighted and T2 weighted
imaging sequences.

There is degenerative water loss and mild narrowing at the L4-5 disc space
with mild central bulge of the disc.    Central canal, lateral recesses and
nerve root foramen are unremarkable at this level.

At L5-S1, there is a mild diffuse bulge of the disc centrally with no
significant narrowing of the central canal lateral recesses or nerve root
foramen.  No other intradural or extradural defects are noted.    The conus
appears normal.    Bone marrow signal from the vertebral bodies is normal.

:IMPRESSION     Mild bulging of the disc at L5-S1 as described with no
neural element compression identified.

Interpreted by- JOHN M ABERNATHY,M.D.
ELECTRONICALLY SIGNED BY-
JOHN M ABERNATHY,M.D.

SIGNED D/T- 11/02/2000 03:04PM
TRANSCRIBED D/T- 11/02/2000 09:19AM BY- jbm


Page 1 of                        ELLIS,WILLIAM LANIER
                                 2638955


Last page , 2 pages in total



## LABORATORY CORPORATION OF AMERICA

| . SPECIMEN 173-050-8167-0 | TYPE 8 | PRIMARY LAB MB | REPORT STATUS COMPLETE | PAGE | 1 |
|---|---|---|---|---|---|

ADDITIONAL      INFORMATION

SS#260239248
PARKER   G                                    DOB:  5/09/1970

| PATIENT NAME |  | SEX | AGE(YR./MOS.) |
|---|---|---|---|
| ELLIS,WILLIAM L |  | M | 31/ 1 |

PT. ADD.: 5730 HODGES DR
          COLUMBUS                      GA          31909-0000

| DATE OF SPECIMEN 6/22/2001 | TIME 16:56 | DATE RECEIVED 6/22/2001 | DATE REPORTED 6/23/2001 | TIME 7:16 | 6561 |
|---|---|---|---|---|---|

CLINICAL   INFORMATION
           CD- 95093075863

| PHYSICIAN ID. PARKER |  | PATIENT ID. 23358 |
|---|---|---|

ACCOUNT:FAMILY AND INTERNAL MEDICINE
        HORIZON PHYSICIAN NETWORK
        3934 WOODRUFF ROAD
        COLUMBUS        GA 31904-0000
        ACCOUNT NUMBER = 10093933

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| ▸ Phenytoin (Dilantin)  Serum | .7L  mcg/mL | 10.0 - 20.0 | MB |
|  | Neonatal:      mcg/mL |  |  |
|  | Therapeutic  6.0 -  14.0 |  |  |
|  | Detection Limit= 0.6 mcg/mL |  |  |

LAB: MB LABCORP BIRMINGHAM          DIRECTOR: JAMES    DAVIS III    A MD
1801 FIRST AVENUE SOUTH, BIRMINGHAM,   AL 35233-0000

LAST PAGE OF REPORT

*Dilantin 130 ↗ TID*

*OK HP 6/27/01*

*Notified RT
S. Barr RT
6/27/01*

Results are Flagged in Accordance with Age Dependent Reference Ranges

ELLIS, WILLIAM  (05/09/70)
10/15/99
CC: Anxious. Depressed.
HPI: Patient complains of feeling anxious and depressed. He is
currently going through a divorce and has lost his home, car and
job. He is not sleeping well. He is not eating well and has
lost about twenty pounds. He is nervous. He has been seeing
Dr. Jonathan Liss for his seizure disorder and is currently on
Dilantin 100 mg q.i.d. He reportedly was on Xanax 1 mg b.i.d.,
as well as he has been diagnosed with panic attacks and chronic
anxiety.

PAST MEDICAL HISTORY: Significant for migraines.

CURRENT MEDICATIONS: As above.

ALLERGIES: NKDA.

SOCIAL HISTORY: He does not smoke.

O: Ht 6'1". Wt 146 lbs. BP 130/80. Generally well developed,
well nourished thin white male in NAD. TMs, nose and throat are
clear. Lung fields are clear. Heart RRR, no murmur, gallop,
rub or ectopy noted. Neck is supple without masses, adenopathy
or thyromegaly. Carotids 2+/4+ and symmetric. Extremities
reveal no edema. Patient is nervous and anxious. He denies any
suicidal thoughts or ideations at this time.

A:  1.   Seizure disorder.
    2.   Panic attacks with chronic anxiety.
    3.   Nervousness and anxiousness.
P:  1.   Trial of Serzone 50 mg b.i.d., for one week then 100
         mg b.i.d., for one week then 150 mg.
    2.   He is given Ativan 0.5 mg 1 po b.i.d., #30 with no
         refill.
    3.   Continue Dilantin.
    4.   He is requesting Tylenol #3 for pain and this is
         refused.
    5.   Follow up in 2 weeks.
GREGORY A. PARKER M.D./mwh


ELLIS, WILLIAM  (05/09/70)
10/29/99
CC: Follow up of anxiety.
HPI: Patient reports that he could not tolerate the Serzone.
He states that Xanax has helped him better in the past to
control his anxiety.

O: Wt 143 lbs. Generally well developed, well nourished thin
white male in NAD.

A:  1.   Anxiety.
    2.   Seizure disorder.
P:  1.   Trial of Celexa 20 mg QD.
    2.   Xanax 0.5 mg 1 po t.i.d., #45 with no refill.

ST. FRANCIS HOSPITAL
COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706)596-4115

| PATIENT  ELLIS, WILLIAM LANIER | RAD# 135059   DOB   05/09/1970 |
|---|---|
| ADM#     704052711 | PT CLASS E                BED |
| PT AGE    29Y | SEX M                     PT RACE   W |
| MR#    2638955 | PT TYPE E |

ORDERING DR.   PARKER, CINDY
ADMITTING DR.  PARKER, GREGORY          DATE   04/28/2000
PROCEDURE          2 CT HEAD WITHOUT CONTRAST
ORDER#             9
HISTORY/REASON    PASSED OUT/HA
COMMENTS           ER
ADMITTING DIAGNOSIS H/A

2 CT HEAD WITHOUT CONTRAST

FINDINGS:   CT OF THE HEAD WITHOUT CONTRAST - The ventricles have a normal
appearance with no midline shift seen.  No acute hemorrhage, mass or
infarction is seen.  Mild mucosal reaction involving the ethmoid and left
maxillary sinus noted.

:IMPRESSION   Mild sinusitis.   No other significant finding is seen.

Interpreted by- ROBERT GARNETT,M.D.
ELECTRONICALLY SIGNED BY
ROBERT GARNETT,M.D.

SIGNED D/T- 04/28/2000 02:41PM
TRANSCRIBED D/T- 04/28/2000 01:27PM BY- las

> 1 of

ELLIS,WILLIAM LANIER
2638955

ELLIS, WILLIAM (05/09/70)
05/12/2000
CC: Neck pain. Anxiety.
HPI: Patient was attacked and beaten up and has since been
diagnosed with neck pain secondary to a herniated disc. Patient
complains of feeling very nervous and anxious with difficulty
sleeping. He has had a seizure recently.

CURRENT MEDS: Xanax 0.5 mg t.i.d. Dilantin 100 mg 3 QHS.
Imitrex and Lorcet as directed and prn.

ALLERGIES: NKDA. He has been tried on Serzone and Celexa
without improvement in his symptoms in the past with some
intolerance.

O: Wt 159 lbs. BP 130/84. Generally well developed, well
nourished white male who appears to be somewhat anxious and
nervous. Lung fields are clear. Heart RRR, no murmur, gallop,
rub or ectopy. Reflexes 2+/4+ and symmetric. HEENT--
normocephalic, atraumatic. Sclerae anicteric without injection.
TMs, nose, and throat clear.

A:    1.    Seizure disorder.
      2.    Anxiety.
P:    1.    Continue above meds.
      2.    Refill given on Xanax 0.5 mg 1 t.i.d., #30 with 1
            refill.
      3.    He is started on Remeron 30 mg 1/2 tablet QD, #14
            samples given.
      4.    Follow up as directed.
GREGORY A. PARKER, M.D./mwb

FOR GAP

URGENT  ☐ Yes  ☐ No

Patient William Ellis 5-9-70    ☐ New  ☐ Est.

Follow Up

☐ Call back    ☐ Rx Refill
☐ Illness      ☐ Test Results
☐ Injury       ☐ Insurance
☐ Other        ☐ Billing

Caller Same
Phone 509-0680

Allergies          Age

Pharmacy
Phone #

MESSAGE
Refill immatrex, lorcet
plus Dilantin
Wimon Dixie Midge
561-0177
before lunch

Medication

Dosage

Refill ☐ Yes
       ☐ No

Date 6/3/00  Time 9:45  By SE

Date ___ By ___

PHONE MESSAGE

ELLIS, WILLIAM   (05/09/70)
10/18/00
CC:  Prostate trouble.  Throat pain.
HPI:   He is complaining of a three month hx of left neck
discomfort.  He thinks he sees a hole in one of his tonsils and
he is worried about that.  He also complains of pain in the
region of the peripeum and some burning when he voids.

CURRENT MEDICATIONS:  Xanax.  Dilantin.

ALLERGIES: NKDA

O:  Wt 168 lbs.  BP 116/78.  His pharynx is not particularly
inflamed.  There may be some prominent follicles in the tonsils,
but nothing that looks acutely infected.  There is no cervical
adenopathy in the submandibular region.   DRE reveals heme
negative stool.  The prostate is not exceptionally tender.  No
definite nodules are noted.

A:   1.   Possible mild prostatitis.
P:   1.   Septra DS 1 b.i.d., #14.
     2.   He may follow up with Dr. Parker for further
          treatment.
ROBERT H. BUSH, M.D./mwb       RwB

PT. NAME/: William Ellis                DATE: 10/23/00
REQUESTING PHYSICIAN: Dr. Williams
          APPOINTMENT OR PROCEDURE SCHEDULED FOR:

W/ WHO/WHERE:  #1: SEH              #2: _____
       WHAT:      ENT L-Sarc
        WHY:      BR prciciologin
       DATE:      nov 1 2000
       TIME:      4:00 PM
INIT:  DB

---

📠  FOR  Lw1                          URGENT  ☐ Yes  ☐ No

Patient  William Ellis      5/9/70     Follow Up _____
              ☐ New  ☐ Est.  ☐ Call back  ☒ Rx Refill
Caller _____        ☐ Illness    ☐ Test Results
Phone 56 9 - 06 80    ☐ Injury     ☐ Insurance
                       ☐ Other      ☐ Billing      Pharmacy
Allergies _____  Age ___                        Phone # _____

M  Refill pain meds (Lortar)              Medication _____
E                                    #7b
S                                    #15   Dosage _____
S  Winndixiel Milger
A                                          Refill ☐ Yes
G  is in pain now, please hurry            ☐ No
E    Date 10/30  Time 1053  By GR   Date 103000  By _____

**PHONE MESSAGE**

ELLIS, WILLIAM
DOB: 5/9/70
10/23/2000

PATIENT OF DR. PARKER

S:   30-year-old presents with onset of lower back pain radiating
to his left hip yesterday. He is a painter but had been doing
some work with sheetrock yesterday. Did not feel any acute
pain but after he got home a short while later he began
noticing increasing pain in his lower back that was radiating
to the left hip and gradually got worse. Currently he is on
Dilantin and Xanax but says Dilantin makes him irritable and
he is going to talk to Dr. Parker about getting that switched
to Depakote. He has not had any recent seizures. He has been
limping some, favoring his left leg since this started but
denies any loss of bowel or bladder control or loss of feeling
in his feet.

O:   WT: 166. VITALS: 128/76, 72, 20, 98.1, He is tender over the
lumbar spine though no tenderness over the kidneys. He has
positive straight-leg raise on the left at about 20° with
radiation to the left hip. Right leg raising reproduces the
back pain only. He appears to have symmetrical movement in
both lower extremities. Reflexes at the knees are 2+, at the
ankles 0-1+ bilaterally.

A:   Probable radiculopathy in the lumbar spine area.

P:   I have scheduled him for an MRI scan of his spine. Have
advised him to take a few days off work, to avoid bending,
lifting, straining or prolonged sitting. Prescription for
Lorcet 7.5 mg #30 1 po q4h prn severe pain, Skelaxin 400 mg
#60 2 po q6h prn for muscle spasm. Return in 1-2 weeks to see
Dr. Parker.

LAWRENCE H. WILLIAMS, M.D./gb

FOR CAD    5-9-70    URGENT ☐ Yes ☐ No

Patient William Ellis  ☐ New ☐ Est.
Caller Same
Phone 509-0080
☐ Call back ☐ Rx Refill
☐ Illness ☐ Test Results
☐ Injury ☐ Insurance
☐ Other ☐ Billing
Age
Allergies
MESSAGE Needs Rx Loracet 10
Winn Dixie Milgen
let Dr Williams know he went
had MRI done
Date 11-2-00 Time 4:42 By SR

Follow Up
No to D
EARLY
Pharmacy Phone #
Medication
Dosage
Refill ☐ Yes ☐ No
Date        By

PHONE MESSAGE

ELLIS, WILLIAM (05/09/70)
02/19/2001
CC:  Seizures.
HPI:  Patient reports that he has not been able to afford his
medication as he has been out of work. He has been having sinus
congestion, nasal drainage and cough productive of discolored
mucous. He has also been feeling tired, fatigued, no energy,
feeling down. His father is currently hospitalized and this has
him under some stress as well as some other personal issues.

PMH:  Positive for seizures.

CURRENT MEDS:  None as he cannot afford them.

ALLERGIES:  NKDA.

ROS:  He complains of low back pain from a recent fall.
PSYCHIATRIC--patient reports that he is not having any thoughts
of wanting to harm himself or anyone else.

O:  Wt 166 lbs.  BP 140/80.  Generally well developed, well
nourished white male who walks with a limp, favoring his back.
He has decreased mobility in his back.  HEENT exam--
normocephalic, atraumatic. Sclerae anicteric without injection.
TMs dull. Nose congested. Throat reveals some erythema, but no
exudate.  Neck is supple without masses, adenopathy or
thyromegaly.  Lung fields reveal scattered rhonchi, but no
wheezes or rales. Heart RRR, no murmur, gallop, rub or ectopy.
Extremities revealed no edema.

A:    1.    Seizures, not taking his medication because he can't
            afford it.
      2.    Sinusitis.
      3.    Probable depression.
P:    1.    I have started him on Ceclor-CD 500 mg 1 po b.i.d.
      2.    He is given #20 samples of Vicoprofen 1 po q.6h., prn
            for pain.
      3.    He is given samples of Celexa 20 mg 1 po q.d.
      4.    He is encouraged to follow up at the Health Department
            at the ICP program as he currently is not working, has
            no insurance and cannot afford his meds. He seems to
            be a perfect candidate for this, as he does live here
            in the Columbus area.
      5.    Follow up here prn.
GREGORY A. PARKER, M.D./mwb

ELLIS, WILLIAM L   (05/09/70)
11/06/2000
CC:  Back pain.
HPI:  Patient complains of back pain with some radiation into
the left buttock area and down the left leg.  He states that he
has been having cramps and spasms in his leg.  He was given
Hydrocodone by Dr. Williams and also Skelaxin which he states he
could not afford to purchase.  He had an MRI done at St. Francis
Hospital.  He states that this injury occurred while on the job.
He was standing on a ladder that fell through an air-
conditioning vent and then subsequently he states that he fell
through a window as well.  Since the injury he has actually
fallen down one more time at work because his leg gave out on
him.

O:  Wt 168 lbs.  BP 138/86.  Generally well developed, well
nourished white male in mild distress secondary to the back
pain.  Flexibility of the back is limited.  He has pain on
straight leg raising.  Reflexes in the lower extremities are
intact.  MRI report shows that there is some bulging of the disc
between L4 and L5 and L5/S1, although there is no nerve root
impingement on either side or at either level and no impingement
of the spinal cord itself.

A:   1.   Back pain.
P:   1.   Continue pain meds.
     2.   He is given a week off from work.
     3.   He is given Skelaxin 2 tablets t.i.d., to q.i.d., prn
          for muscle spasms.
     4.   Follow up depends on how he responds to the
          medication.
GREGORY A. PARKER, M.D./mwb

---

☎ FOR *GAP*

| Patient *William Ellis* 5/19/70 | ☐ New ☐ Est. | ☐ Call back  ☐ Rx Refill | URGENT ☐ Yes ☐ No |
| --- | --- | --- | --- |

Follow Up *RT 5 pm*

Caller _____
Phone *888 5565*

☐ Illness  ☐ Test Results
☐ Injury   ☐ Insurance
☐ Other    ☐ Billing

Allergies _____ Age _____

Pharmacy Phone # _____

M
E
S
S
A
G
E

*Refill - Xanax .5y 90*
*Winndixie 1 milgm*

Medication _____
Dosage _____
Refill ☐ Yes
      ☐ No

Date *11/10*  Time *1124*  By *GP*

Date _____ By _____

**PHONE MESSAGE**

*5 6 - 4/17*

ELLIS, WILLIAM L. (5/9/70)
04/02/2001 (Pt of Dr. Parker)
S:   He has a bad toothache and cannot see his dentist until next week.  He also states cannot afford his seizure medication which is Depakote.  Says that he does fine on generic Valpoic Acid which he can afford.  Also, has had problems with depression and has had severe side effects with most of the SSIs as well as with Remeron.  He states he use to take Elavil some time back.   He is aware that most antidepressants will increase the seizure threshold.

O:   Wt 178 lbs.   BP 120/110.   T 98.1.   P 116, R 20.   Lungs clear, bilaterally.   Is very tender over the right lower 3rd molar.   I do not see any exudate.  He is in a good bit of pain and also fairly dysphoric.

A:   1.   Seizures.
     2.   Toothache.
P:   1.   Zithromax Samples given.
     2.   Generic Valpoic Acid 250 mg p.o. b.i.d., #60, R1.
     3.   Amitriptyline 25 mg I QHS for 2 weeks, then increase to 2 tabs QHS, #60, R1.
     4.   He is eligible for ICP Clinic as of 5/1/2001 and will start being followed there.
ADDENDUM:   Recheck his BP and it was actually 122/90.  He also requested some pain medication for the tooth and I gave him #12 of Lorcet 1 Q6H prn.
LAWRENCE H. WILLIAMS, M.D. /mda

---

FOR  GAR    5/9/70

URGENT ☐ Yes ☐ No

Patient William d.Ellis
                              ☐ New  ☐ Est.   ☐ Callback  ☐ Rx Refill
Caller  Same                                  ☐ Illness   ☐ Test Results
Phone  569-0680                               ☐ Injury    ☐ Insurance
Allergies                        Age          ☐ Other     ☐ Billing

Follow Up   No

Pharmacy Phone #
Medication
Dosage
Refill ☐ Yes
       ☐ No

MESSAGE
Seen dwl. Monday Gave 12
loracett diagnosed tooth.
Needs more pain meds
till 4-11-01 + mantibiotics
aredone
DR Lew's Dentist

Date 4/4/01  Time 2:25  By SGRC

Date ____ By ____

PHONE MESSAGE

ELLIS, WILLIAM (05/09/70)
06/22/2001
CC:  Seizures.
HPI:  Patient is having seizures.  He is having difficulty
getting into the ICP program, which is where he needs to be.  He
cannot afford to go see a neurologist on his own.  He saw Dr.
Williams here in our office about a month or so ago and Dr.
Williams placed him on Depakote, but the patient never got the
Rx filled and went back to taking his Dilantin.  He is not
driving.  He works as a painter, but does not climb up on
anything, he just works at ground level.  He reports that his BP
has been up some as well.  He has been under a lot of stress
lately as his father is very ill.

PMH:  Significant for anxiety, seizure disorder.

CURRENT MEDS:  Dilantin 100 mg t.i.d.

O:  Wt 185 lbs.  BP 140/74.  Generally well developed, well
nourished white male in NAD.  Lung fields are clear.  Heart RRR.

A:  1.    Recurrent seizures.
P:  1.    I have instructed him to continue with his Dilantin
          100 mg t.i.d., and not to double up on the dose, as he
          readily admits that he does at times.
    2.    A Dilantin level is checked today.  The visit and the
          lab work is at no charge to the patient.
    3.    I have strongly encouraged him to pursue getting into
          the ICP program.  I told him that if he continues to
          have seizures it would be best for him to go to the
          Medical Center ER to be evaluated further on an acute
          basis.

GREGORY A. PARKER, M.D./mwb

_____

```
☎  FOR _____CIAP_____                              URGENT  ☐ Yes  ☐ No

Patient __William Ellis 5/9/70_____             Follow Up ____
          ☐ New   ☐ Est.  |☐ Call back  |☐ Rx Refill
Caller _____       ☐ Illness    ☐ Test Results
Phone __5490080_____        ☐ Injury     ☐ Insurance
Allergies _____ Age__   ☐ Other      ☐ Billing
                                                    Pharmacy
M                                                   Phone # _____
E  Refill - Vicodin #__                             Medication _____
S  eleryl 30 day supple X1                                    Refill ☐ Yes #45
S  Cust Unkrms Spring Rd                                           ☐ No   #6
A
G  Date 4/07  Time 1145  By ___                     Date ____ By ____
E
```

PHONE MESSAGE

ELLIS, WILLIAM  (05/09/70)
04/19/2002
CC:  Seizure disorder.
HPI:  Patient comes in for follow up of his seizure disorder.
He was incarcerated in Panama City, FL., for approximately five
months, accused of burglary.  The charges were eventually
dropped.  He now has decided to return to Columbus to live,
which is his home, although he has a couple of months worth of
work that he needs to finish up in Florida.

PMH:  Significant for anxiety, seizure disorder, and recurrent
low back pain.

CURRENT MEDS:  Dilantin 100 mg t.i.d.  Lorcet 10/650 q.8h., prn.
Xanax 1 mg t.i.d.

SOCIAL HX:  As noted above.

ROS:  GENERAL--he denies any fever, chills or night sweats.
PULMONARY--no shortness of breath.  CARDIO--no chest pain.
NEURO--positive for seizures.

O:  Wt 181 lbs.  Ht 6'1".  BP 140/80.  Generally well developed,
well nourished white male in NAD.  HEENT exam--normocephalic,
atraumatic.  Sclerae anicteric without injection.  PERRLA.
EOMI.  No nystagmus.  TMs, nose and throat were clear.  No
gingival hyperplasia was noted.  Neck was supple without masses,
adenopathy or thromegaly.  Carotids 2+/4+ and symmetric without
bruits.  Lung fields were clear without wheezes, rales, rhonchi
or rubs.  Heart RRR, no murmur, gallop, rub or ectopy noted.

A:    1.    Seizure disorder.
      2.    Anxiety.
      3.    Recurrent back pain.
P:    1.    He has already been prescribed his Dilantin.
      2.    He is given #90 of the Lorcet and Xanax with no
            refill.
      3.    Dilantin level is checked.
      4.    Follow up will be based upon results of these studies.
GREGORY A. PARKER, M.D./mwb



For Doctor **G4P**    Date **9/19/02**    Time **9:28** AM/PM

Name **William Ellis**    DoB **5/9/70**

Telephone **566-4774**    Pharmacy

Medication/Prescription

Message

Rx- **Xanax 1mg #90**
-**Dilantin 100mg #100**

**K-mart - Milgen Rd.**

☐ Returned your call    ☐ Will call again    ☐ Please call    ☑ Refill    ☐ Urgent

Please See Accompanying Prescribing Information.

PREVACID
LANSOPRAZOLE

COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706)596-4115

| PATIENT | ELLIS, WILLIAM LANIER | | RAD# 135059 | DOB 05/09/1970 |
|---|---|---|---|---|
| ADM# | 704052711 | | PT CLASS E | BED |
| PT AGE | 29Y | | SEX M | PT RACE W |
| MR# | 2638955 | | PT TYPE E | |

| ORDERING DR. | PARKER, CINDY | DATE  04/23/2000 |
|---|---|---|
| ADMITTING DR. | PARKER, GREGORY | |
| PROCEDURE | 63 PELVIS-AP | 72170 |
| ORDER# | 3 | |
| HISTORY/REASON | HEAD PAIN | |
| COMMENTS | ER | |
| ADMITTING DIAGNOSIS HEAD PAIN | | |

63 PELVIS-AP                    72170

FINDINGS:   PELVIS - An AP view of the pelvis shows the bony structures
intact and normally aligned with no bone or joint abnormality evident.

:
Interpreted by- G E LIPSCOMB,M.D.
ELECTRONICALLY SIGNED BY-
G E LIPSCOMB,M.D.

SIGNED D/T- 04/24/2000 01:08PM
TRANSCRIBED D/T- 04/24/2000 08:18AM BY- jcf

Page 1 of                    ELLIS,WILLIAM LANIER
                             2638955

Last page, 2 pages in total

COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706)596-4115

| PATIENT | ELLIS, WILLIAM LANIER | RAD# 135059 | DOB 05/09/1970 |
| ADM# | 704052711 | PT CLASS E | BED |
| PT AGE | 29Y | SEX M | PT RACE W |
| MR# | 2638955 | PT TYPE E | |

ORDERING DR.    PARKER, CINDY                    DATE  04/23/2000
ADMITTING DR. PARKER, GREGORY
PROCEDURE         54 SPINE-CERVICAL (AP/LAT)      72040
ORDER#            2
HISTORY/REASON    HEAD PN
COMMENTS          ER
ADMITTING DIAGNOSIS HEAD PAIN

54 SPINE-CERVICAL (AP/LAT)    72040

FINDINGS:    CERVICAL SPINE - AP and lateral views show vertebral bodies
normal in height and alignment with the disc spaces well preserved. No
fracture or other abnormality is demonstrated.

:
Interpreted by- G E LIPSCOMB,M.D.
ELECTRONICALLY SIGNED BY-
G E LIPSCOMB,M.D.

SIGNED D/T- 04/24/2000 01:08PM
TRANSCRIBED D/T- 04/24/2000 08:17AM BY- jcf

Page 1 of              ELLIS,WILLIAM LANIER
                       2638955

JUN-27-2007 16:08 FROM:LEE CO SHERIFF

Case 3 Control Bo   Cout FORRECORD   MEI SRW    Docume   Filed 03/18/2008   Page 45 of 90

ST. FRANCIS HOSPITAL
COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706)596-4115

PATIENT   ELLIS, WILLIAM LANIER          RAD# 135059   DOB  05/09/1970
ADM#      704052711                       PT CLASS E              BED
PT AGE    29Y                             SEX M                   PT RACE   W
MR#       2638955                         PT TYPE E

                                          DATE  04/23/2000
ORDERING DR.  PARKER, CINDY
ADMITTING DR. PARKER, GREGORY
PROCEDURE        34 CHEST PA/LATERAL            71020
ORDER#           1
HISTORY/REASON   HEAD PN
COMMENTS         ER
ADMITTING DIAGNOSIS HEAD PAIN

34 CHEST PA/LATERAL            71020

FINDINGS:    CHEST, PA AND LATERAL VIEWS - Study at 7:15 PM shows old suture
material in the sternum as well as in the apices of both lungs, but no
acute findings are demonstrated.  Specifically, the parenchyma of the lungs
is well expanded and clear with the heart and vascular structures normal.

:IMPRESSION  - No acute or other significant abnormality is demonstrated.

Interpreted by- G E LIPSCOMB,M.D.
ELECTRONICALLY SIGNED BY-
G E LIPSCOMB,M.D.

SIGNED D/T- 04/24/2000 01:08PM
TRANSCRIBED D/T- 04/24/2000 08:16AM BY- jcf

Page 1 of

ELLIS,WILLIAM LANIER
2638955

last page, 2 pages in total

JUN-27-2007 16:07 FROM:LEE CO SHERIFF

ST. FRANCIS HOSPITAL
COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706)596-4115

PATIENT   ELLIS, WILLIAM LANIER
ADM#      704052711
PT AGE    29Y
MR#       2638955

RAD# 135059   DOB  05/09/1970
PT CLASS E                BED
SEX M              PT RACE  W
PT TYPE E

DATE   04/23/2000

ORDERING DR.  PARKER, CINDY
ADMITTING DR. PARKER, GREGORY
PROCEDURE     25 SKULL LESS THAN 4 VIEWS 70250
ORDER#        1
HISTORY/REASON    HEAD PN
COMMENTS          ER
ADMITTING DIAGNOSIS HEAD  PAIN

25 SKULL LESS THAN 4 VIEWS 70250

FINDINGS:   TRAUMATIC SKULL SERIES -  The study shows the calvarium intact
with a normal appearing sella.  I see no fracture or other abnormality.

Interpreted by- G E LIPSCOMB,M.D.
ELECTRONICALLY SIGNED BY-
G E LIPSCOMB,M.D.

SIGNED D/T- 04/24/2000 01:08PM
TRANSCRIBED D/T- 04/24/2000 08:15AM BY- jcf

Page 1 of

ELLIS,WILLIAM LANIER
2638955

Case 3:07-cv-01098-MEF-SRW   Document 1-6   Filed 05/16/2008   Page 47 of 90

ST. FRANCIS HOSPITAL
COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706)596-4115

| PATIENT | ELLIS, WILLIAM LANIER | RAD# 135059 | DOB 05/09/1970 |
|---|---|---|---|
| ADM# | 704972074 | PT CLASS E | BED |
| PT AGE | 32Y | SEX M | PT RACE W |
| MR# | 2638955 | PT TYPE E | |

ORDERING DR.   CORBIN, JOHN          DATE  09/01/2002
ADMITTING DR. PARKER, GREGORY
PROCEDURE        419 ELBOW MIN 3 VIEWS RIGHT
ORDER#           6
HISTORY/REASON   FALL
COMMENTS         DONE IN ER
ADMITTING DIAGNOSIS FALL

419 ELBOW MIN 3 VIEWS RIGHT

FINDINGS:   RIGHT ELBOW - CLINICAL HISTORY:  Patient fell 20 feet with
multiple areas of pain including the right elbow.

Two views of the right elbow were obtained.  Bony mineralization appears
normal.  No evidence for an acute fracture or dislocation or radiopaque
foreign body is seen.

:IMPRESSION: No evidence for an acute bony injury is seen.

Interpreted by- CARY NEWMAN,M.D.
ELECTRONICALLY SIGNED BY-
CARY NEWMAN,M.D.

SIGNED D/T- 09/03/2002 08:38AM
TRANSCRIBED D/T- 09/03/2002 07:44AM BY- lp

Page 1 of                    ELLIS,WILLIAM LANIER
                             2638955

# ST. FRANCIS HOSPITAL
## Imaging Result
2122 Manchester Expressway
Columbus, Georgia 31904
(706) 596-4115

| | | |
|---|---|---|
| | | **Sex**: M **Age**: 35Y |
| **NAME**: | ELLIS, WILLIAM | **Accession#**: 1562783 |
| **DOB**: | 05/09/1970 | **Order#**: 90011 |
| **RAD#**: | 135059 | **Pt. Class**: E |
| **Adm#**: | 000706636818 | **Pt. Type**: E |
| **Med.Rec#**: | 2638955 | **Location**: - |

**Admit Diagnosis**: LEFT ANKLE/POSS SPRAIN. DONE IN RE DONE IN RE

**History / Reason**:    FALL
**Ordering Doctor**:    CINDY PARKER M.D.

### ***Final Report***

**Attending Doctor**: JAGDEEP SINGH, M.D.

**Admitting Doctor**: STEVEN LUCKS, M.D.

**DATE OF EXAM**:  Apr 7 2006

**PROCEDURE**:    RAD 0493 - FOOT MIN 3 V LT

**RESULT**:    REASON FOR EXAMINATION: Pain following a fall.

Three views of the left show the bony structures to be intact and well aligned. The joint spaces are well preserved. At this time, I see no bone or joint abnormalities. In particularly, no sequela to recent trauma is seen.

**IMPRESSION**:    Negative left foot examination.

**Transcriptionist**:    JEP
**Dictate Date/Time**:    Apr 8 2006 9:03A
**Transcribe Date/Time**:  Apr 8 2006 9:20A
**Interpreted By**:    G E LIPSCOMB M.D.
This document has been electronically
**Signed by**:    G E LIPSCOMB M.D. at  Apr  8 2006 10:03A

Imaging Result
Patient Name: ELLIS, WILLIAM       Page 1
MR#: 2638955

# ST. FRANCIS HOSPITAL
## Imaging Result
2122 Manchester Expressway
Columbus, Georgia 31904
(706) 596-4115

NAME: ELLIS, WILLIAM
DOB: 05/09/1970
RAD#: 135059
Adm#: 000706636818
Med.Rec#: 2638955

Sex: M Age: 35Y
Accession#: 1562784
Order#: 90012
Pt. Class: E
Pt. Type: E
Location: -

Admit Diagnosis: LEFT ANKLE/POSS SPRAIN. DONE IN RE DONE IN RE

History / Reason: FALL
Ordering Doctor: CINDY PARKER M.D.

***Final Report***

Admitting Doctor: STEVEN LUCKS, M.D.
Attending Doctor: JAGDEEP SINGH, M.D.

DATE OF EXAM: Apr 7 2006

PROCEDURE: RAD 0484 - ANKLE MIN 3 V LT

RESULT: REASON FOR EXAMINATION: Pain following a fall.

Four views of the left ankle show the bony structures intact. The ankle mortise is well maintained. I see no fracture, dislocation or other sequela to recent trauma.

IMPRESSION: Negative ankle examination.

Transcriptionist: JEP
Dictate Date/Time: Apr 8 2006 9:06A
Transcribe Date/Time: Apr 8 2006 9:20A
Interpreted By: G E LIPSCOMB M.D.
This document has been electronically
Signed by: G E LIPSCOMB M.D. at Apr 8 2006 10:03A

Imaging Result
Patient Name: ELLIS, WILLIAM        Page 1
MR#: 2638955



## St.Francis
*We care for life.*

# FAX

| To: | From: RCI |
|---|---|
| Fax: 334·797·5130 | Fax: 706/596-4261 |
| Phone: | Phone: 706/320-2752 |
| Pages: 4 | Date: 6·28·07 |
| Re: William Ellis | CC: |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

### Confidentiality Notice

The documents accompanying this telecopy transmission may contain confidential information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from re-disclosing this information to any other party without obtaining the patient's consent and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by law. If you have received this fax in error, please notify the sender immediately by telephone to arrange for the return of the document(s).

St. Francis Hospital · The Bradley Center · Franciscan Woods · Home Care · Home Medical Equipment · Women's Center
2122 Manchester Expressway · P.O. Box 7000 · Columbus, Georgia 31908-7000 · 706-596-4000

4/02

# ST. FRANCIS HOSPITAL
## Imaging Result
2122 Manchester Expressway
Columbus, Georgia 31904
(706) 596-4115

| | | |
|---|---|---|
| **NAME:** | ELLIS, WILLIAM | **Sex:** M **Age:** 35Y |
| **DOB:** | 05/09/1970 | **Accession#:** 1469857 |
| **RAD#:** | 135059 | **Order#:** 90008 |
| **Adm#:** | 000706288545 | **Pt. Class:** E |
| **Med.Rec#:** | 2638955 | **Pt. Type:** E |
| | | **Location:** |

**Admit Diagnosis:** DISORIENTED/ELECTRICUTED. ER

**History / Reason:**   DISORIENTED
**Ordering Doctor:**   MICHAEL HAGUES M.D.

***Final Report***

**Admitting Doctor:** NO PVT DR, M.D.          **Attending Doctor:** MICHAEL HAGUES, M.D.

**DATE OF EXAM:** Jul 24 2005

**PROCEDURE:**   CT 0002 – CT HEAD WO

**RESULT:**       Reason for examination: Disorientation.

CT scan of the brain.

Scan is performed at multiple levels in axial projection without intravenous contrast.

The included portions of the paranasal sinuses appear clear.   The ventricles are normal in size without mass effect or midline shift. No evidence of acute hemorrhage or edema noted.

**IMPRESSION:**    No acute intracranial abnormality.

Transcriptionist:      JBM
Dictate Date/Time:    Jul 24 2005 2:37P
Transcribe Date/Time:  Jul 25 2005 7:47A
Interpreted By:        JOHN M ABERNATHY M.D.
This document has been electronically
Signed by:             JOHN M ABERNATHY M.D. at Jul 25 2005 8:45A

# ST. FRANCIS HOSPITAL
## Imaging Result
2122 Manchester Expressway
Columbus, Georgia 31904
(706) 596-4115

| | | |
|---|---|---|
| **NAME:** | ELLIS, WILLIAM | **Sex:** M  **Age:** 35Y |
| **DOB:** | 05/09/1970 | **Accession#:** 1513440 |
| **RAD#:** | 135059 | **Order#:** 90010 |
| **Adm#:** | 000706448834 | **Pt. Class:** E |
| **Med.Rec#:** | 2638955 | **Pt. Type:** E |
| | | **Location:** |

**Admit Diagnosis:** HIGH FEVER, STUMBLING. R.O. MENENGITIS

**History / Reason:** DIZZY
**Ordering Doctor:** MARK ANDERS M.D.

***Final Report***

**Admitting Doctor:** DR. DITARANTO. M.D.         **Attending Doctor:** MARK ANDERS, M.D.

**DATE OF EXAM:** Nov 21 2005

**PROCEDURE:** CT 0002 - CT HEAD WO

**RESULT:** REASON: Dizziness, fever.

The scan is performed at multiple levels in axial projection without intravenous contrast.

Included portions of the paranasal sinuses shows mild to moderate mucosal thickening in the ethmoids. The ventricles are normal in size without mass effect or midline shift. No evidence of acute hemorrhage or edema noted.

**IMPRESSION:** No acute intracranial abnormality.

Preliminary report was issued by NightHawk Radiology Services and faxed.

| | |
|---|---|
| **Transcriptionist:** | JEP |
| **Dictate Date/Time:** | Nov 21 2005  8:29A |
| **Transcribe Date/Time:** | Nov 21 2005 10:21A |
| **Interpreted By:** | JOHN M ABERNATHY M.D. |
| **This document has been electronically** | |
| **Signed by:** | JOHN M ABERNATHY M.D. at Nov 21 2005  3:04P |

Imaging Result
Patient Name: ELLIS, WILLIAM
MR#: 2638955                        Page 1

# ST. FRANCIS HOSPITAL
## Imaging Result
2122 Manchester Expressway
Columbus, Georgia 31904
(706) 596-4115

| | | | |
|---|---|---|---|
| **NAME:** | ELLIS, WILLIAM | **Sex:** M **Age:** 34Y | |
| **DOB:** | 05/09/1970 | **Accession#:** 1441801 | |
| **RAD#:** | 135059 | **Order#:** | 90003 |
| **Adm#:** | 000706184918 | **Pt. Class:** | E |
| **Med.Rec#:** | 2638955 | **Pt. Type:** | E |
| | | **Location:** | |

**Admit Diagnosis:** HIT HEAD ON CONCRET.

**History / Reason:** HEAD INJURY
**Ordering Doctor:** JOHN CORBIN M.D.

***Final Report***

**Admitting Doctor:** NO PVT DOCTOR, M.D.    **Attending Doctor:** MICHAEL HAGUES, M.D.

**DATE OF EXAM:** May 8 2005

**PROCEDURE:** CT 0002 - CT HEAD WO

**RESULT:** REASON FOR EXAMINATION: Head trauma.

Noncontrast CT images of the patient's head show no evidence of fresh blood within the brain substance or in the extra-axial spaces. There is no evidence of an intracranial mass. The brain substance and ventricular system appear unremarkable. Ventricular size is normal without midline shift. The bony calvarium is intact.

**IMPRESSION:** Negative head CT.

| | |
|---|---|
| Transcriptionist: | JEP |
| Dictate Date/Time: | May 8 2005 5:52P |
| Transcribe Date/Time: | May 9 2005 8:24A |
| Interpreted By: | D W WALLACE M.D. |
| This document has been electronically | |
| Signed by: | D W WALLACE M.D. at May 9 2005 2:11P |

# Lee County Detention Center

## Fax Cover Sheet

**Date:** 6/27/07
**Time:** 16:00

**Attention:** Nurse Tina

**RE:** Ellis, William

**Number of Pages:** 20

**From: Medical Department**
**Nursing Staff**
Phone: (334) 737-3590 or 3591
Fax: (334) 737-3574

*Stewart*

Fax # (334) 297-5130

ST. FRANCIS HOSPITAL
COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706) 596-4115

PATIENT    ELLIS, WILLIAM LANIER          RAD# 135059    DOB  05/09/1970
ADM#    704972074                          PT CLASS E              BED
PT AGE    32Y                              SEX M                   PT RACE   W
MR#    2638955                             PT TYPE E

ORDERING DR.    CORBIN, JOHN              DATE  09/01/2002
ADMITTING DR.  PARKER, GREGORY
PROCEDURE        419 ELBOW MIN 3 VIEWS RIGHT
ORDER#    6
HISTORY/REASON    FALL
COMMENTS         DONE IN ER
ADMITTING DIAGNOSIS FALL

419 ELBOW MIN 3 VIEWS RIGHT


FINDINGS:    RIGHT ELBOW - CLINICAL HISTORY:  Patient fell 20 feet with
multiple areas of pain including the right elbow.

Two views of the right elbow were obtained.  Bony mineralization appears
normal.  No evidence for an acute fracture or dislocation or radiopaque
foreign body is seen.

:IMPRESSION: No evidence for an acute bony injury is seen.

Interpreted by- CARY NEWMAN, M.D.
ELECTRONICALLY SIGNED BY-
CARY NEWMAN, M.D.

SIGNED D/T- 09/03/2002 08:38AM
TRANSCRIBED D/T- 09/03/2002 07:44AM BY- lp

Page 1 of                              ELLIS, WILLIAM LANIER
                                       2638955

last page; 2 pages in total

FRANCIS HOSPITAL
COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706)596-4115

| | |
|---|---|
| PATIENT   ELLIS, WILLIAM LANIER | RAD# 135059    DOB  05/09/1970 |
| ADM#      505158212 | PT CLASS O                BED |
| PT AGE    30Y | SEX M                    PT RACE  W |
| MR#       2638955 | PT TYPE C |

ORDERING DR.   WILLIAMS, LAWRENCE H    DATE  11/01/2000
ADMITTING DR.  WILLIAMS, LAWRENCE H
PROCEDURE        303 MRI-LUMBAR W/O CONTRAST 72148
ORDER#        1
HISTORY/REASON   LUMBAR RADICULOPATHY
COMMENTS
ADMITTING DIAGNOSIS LUMBAR RADICULOPATHY

303 MRI-LUMBAR W/O CONTRAST 72148

FINDINGS:   MRI OF THE LUMBAR SPINE    - Scan is performed at multiple
levels  in sagittal and axial projection using T1 weighted and T2 weighted
imaging sequences.

There is degenerative water loss and mild narrowing at the L4-5 disc space
with mild central bulge of the disc.    Central canal, lateral recesses and
nerve root foramen are unremarkable at this level.

At L5-S1, there is a mild diffuse bulge of the disc centrally with no
significant narrowing of the central canal lateral recesses or nerve root
foramen.  No other intradural or extradural defects are noted.   The conus
appears normal.    Bone marrow signal from the vertebral bodies is normal.

:IMPRESSION   -  Mild bulging of the disc at L5-S1 as described with no
neural element compression identified.

Interpreted by- JOHN M ABERNATHY,M.D.
ELECTRONICALLY SIGNED BY-
JOHN M ABERNATHY,M.D.

SIGNED D/T- 11/02/2000 08:04PM
TRANSCRIBED D/T- 11/02/2000 09:19AM BY- jbm

Page 1 of                    ELLIS,WILLIAM LANIER
                             2638955

last page; 2 pages in total

Data & Control Equipment FAXDOX/PCL

ST. FRANCIS HOSPITAL
COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706)596-4115

| | | |
|---|---|---|
| PATIENT  ELLIS, WILLIAM LANIER | RAD# 135059   DOB  05/09/1970 | |
| ADM#      704052711 | PT CLASS E | BED |
| PT AGE    29Y | SEX M | PT RACE   W |
| MR#   2638955 | PT TYPE E | |

DATE  04/23/2000

ORDERING DR.   PARKER, CINDY
ADMITTING DR.  PARKER, GREGORY
PROCEDURE          25 SKULL LESS THAN 4 VIEWS 70250
ORDER#             1
HISTORY/REASON     HEAD PN
COMMENTS           ER
ADMITTING DIAGNOSIS HEAD PAIN

25 SKULL LESS THAN 4 VIEWS 70250

FINDINGS:    TRAUMATIC SKULL SERIES    The study shows the calvarium intact
with a normal appearing sella.  I see no fracture or other abnormality.

:
Interpreted by- G E LIPSCOMB,M.D.
ELECTRONICALLY SIGNED BY-
G E LIPSCOMB,M.D.

SIGNED D/T- 04/24/2000 01:08PM
TRANSCRIBED D/T- 04/24/2000 08:15AM BY- jcf

Page 1 of

ELLIS,WILLIAM LANIER
2638955

last page; 2 pages in total

Data & Control Equipment FAXBOX/PCL

ST. FRANCIS HOSPITAL
COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706)596-4115

| | | |
|---|---|---|
| PATIENT    ELLIS, WILLIAM LANIER | RAD# 135059    DOB  05/09/1970 | |
| ADM#    704052711 | PT CLASS E | BED |
| PT AGE    29Y | SEX M | PT RACE    W |
| MR#    2638955 | PT TYPE E | |

ORDERING DR.    PARKER, CINDY                    DATE    04/23/2000
ADMITTING DR.    PARKER, GREGORY                      71020
PROCEDURE        34 CHEST PA/LATERAL
ORDER#           1
HISTORY/REASON   HEAD PN
COMMENTS         ER
ADMITTING DIAGNOSIS HEAD PAIN

34 CHEST PA/LATERAL                    71020

**FINDINGS:**    CHEST, PA AND LATERAL VIEWS - Study at 7:15 PM shows old suture
material in the sternum as well as in the apices of both lungs, but no
acute findings are demonstrated.  Specifically, the parenchyma of the lungs
is well expanded and clear with the heart and vascular structures normal.

**:IMPRESSION**  - No acute or other significant abnormality is demonstrated.

Interpreted by- G E LIPSCOMB,M.D.
ELECTRONICALLY SIGNED BY-
G E LIPSCOMB,M.D.

SIGNED D/T- 04/24/2000 1:08PM
TRANSCRIBED D/T- 04/24/2000 08:16AM BY- jcf

Page 1 of                        ELLIS,WILLIAM LANIER
                                 2638955

Last page, 1 pages in total

Data & Control equipment FAXOUT(PC)

ST. FRANCIS HOSPITAL
COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706)596-4115

PATIENT   ELLIS, WILLIAM LANIER        RAD# 135059   DOB   05/09/1970
ADM#      704052711                    PT CLASS E              BED
PT AGE    29Y                          SEX M                   PT RACE   W
MR#       2638955                      PT TYPE E

                                       DATE   04/23/2000
ORDERING DR.   PARKER, CINDY
ADMITTING DR.  PARKER, GREGORY
PROCEDURE          54 SPINE-CERVICAL (AP/LAT)      72040
ORDER#             2
HISTORY/REASON     HEAD PN
COMMENTS           ER
ADMITTING DIAGNOSIS HEAD PAIN

54 SPINE-CERVICAL (AP/LAT)      72040


FINDINGS:   CERVICAL SPINE - AP and lateral views show vertebral bodies
normal in height and alignment with the disc spaces well preserved.   No
fracture or other abnormality is demonstrated.


Interpreted by- G E LIPSCOMB,M.D.
ELECTRONICALLY SIGNED BY-
G E LIPSCOMB,M.D.

SIGNED D/T- 04/24/2000 01:08PM
TRANSCRIBED D/T- 04/24/2000 08:17AM BY- jcf


Page 1 of                   ELLIS,WILLIAM LANIER
                            2638955

ST. FRANCIS HOSPITAL
COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706)596-4115

PATIENT  ELLIS, WILLIAM LANIER          RAD# 135059    DOB  05/09/1970
ADM#     704052711                      PT CLASS E                BED
PT AGE    29Y                           SEX M                     PT RACE  W
MR#    2638955                          PT TYPE E

ORDERING DR.  PARKER, CINDY             DATE   04/23/2000
ADMITTING DR.  PARKER, GREGORY
PROCEDURE          63 PELVIS-AP                        72170
ORDER#             3
HISTORY/REASON     HEAD PAIN
COMMENTS           ER
ADMITTING DIAGNOSIS HEAD PAIN

63 PELVIS-AP                            72170

FINDINGS:    PELVIS - An AP view of the pelvis shows the bony structures
intact and normally aligned with no bone or joint abnormality evident.

:
Interpreted by- G E LIPSCOMB,M.D.
ELECTRONICALLY SIGNED BY-
G E LIPSCOMB,M.D.

SIGNED D/T- 04/24/2000 01:08PM
TRANSCRIBED D/T- 04/24/2000 08:18AM BY- jcf

Page 1 of                               ELLIS,WILLIAM LANIER
                                        2638955

| For Doctor | GtP | Date 9/19/02 | Time AM 9:28 PM |
|---|---|---|---|

Name William Ellis    DoB 5/9/70
Telephone 516-4774    Pharmacy
Medication/Prescription

Message

Rx- Xanax 1mg  #90
  -Dilantin 100mg #100

K-mart - Milgen Rd.

**PREVACID**
LANSOPRAZOLE

Please See Accompanying Prescribing Information

☐ Returned your call   ☐ Will call again   ☐ Please call   ☑ Refill   ☐ Urgent

ELLIS, WILLIAM (05/09/70)
04/19/2002
CC: Seizure disorder.
HPI: Patient comes in for follow up of his seizure disorder.
He was incarcerated in Panama City, FL., for approximately five
months, accused of burglary. The charges were eventually
dropped. He now has decided to return to Columbus to live,
which is his home, although he has a couple of months worth of
work that he needs to finish up in Florida.

PMH: Significant for anxiety, seizure disorder, and recurrent
low back pain.

CURRENT MEDS: Dilantin 100 mg t.i.d. Lorcet 10/650 q.8h., prn.
Xanax 1 mg t.i.d.

SOCIAL HX: As noted above.

ROS: GENERAL--he denies any fever, chills or night sweats.
PULMONARY--no shortness of breath. CARDIO--no chest pain.
NEURO--positive for seizures.

O: Wt 181 lbs. Ht 6'1". BP 140/80. Generally well developed,
well nourished white male in NAD. HEENT exam--normocephalic,
atraumatic. Sclerae anicteric without injection. PERRLA.
EOMI. No nystagmus. TMs, nose and throat were clear. No
gingival hyperplasia was noted. Neck was supple without masses,
adenopathy or thyromegaly. Carotids 2+/4+ and symmetric without
bruits. Lung fields were clear without wheezes, rales, rhonchi
or rubs. Heart RRR, no murmur, gallop, rub or ectopy noted.

A:    1.    Seizure disorder.
      2.    Anxiety.
      3.    Recurrent back pain.
P:    1.    He has already been prescribed his Dilantin.
      2.    He is given #90 of the Lorcet and Xanax with no
            refill.
      3.    Dilantin level is checked.
      4.    Follow up will be based upon results of these studies.
GREGORY A. PARKER, M.D./mwb



| For Doctor | GAP | Date 5/20/02 | Time AM 4:10 |
| Name | William Ellis DOB 5/9/70 | | |
| Telephone | 332-2219 | Pharmacy | |
| Medication/Prescription | | | |
| Message | | | |

Rx - Dilantin 100mg
- Xanax 1mg #90
- Lor. tab 10 #90
Wal-mart - P.C.

ELLIS, WILLIAM    (05/09/70)
06/22/2001
CC: Seizures.

HPI:    Patient is having seizures.  He is having difficulty getting into the ICP program, which is where he needs to be.  He cannot afford to go see a neurologist on his own.  He saw Dr. Williams here in our office about a month or so ago and Dr. Williams placed him on Depakote, but the patient never got the Rx filled and went back to taking his Dilantin.  He is not driving.  He works as a painter, but does not climb up on anything, he just works at ground level.  He reports that his BP has been up some as well.  He has been under a lot of stress lately as his father is very ill.

PMH:    Significant for anxiety, seizure disorder.

CURRENT MEDS:  Dilantin 100 mg t.i.d.

O:    Wt 185 lbs.  BP 140/74.  Generally well developed, well nourished white male in NAD.  Lung fields are clear.  Heart RRR.

A:    1.    Recurrent seizures.
P:    1.    I have instructed him to continue with his Dilantin 100 mg t.i.d., and not to double up on the dose, as he readily admits that he does at times.
      2.    A Dilantin level is checked today.  The visit and the lab work is at no charge to the patient.
      3.    I have strongly encouraged him to pursue getting into the ICP program.  I told him that if he continues to have seizures it would be best for him to go to the Medical Center ER to be evaluated further on an acute basis.

GREGORY A. PARKER, M.D./mwb



ELLIS, WILLIAM L. (5/9/70)
04/02/2001 (Pt of Dr. Parker)
S:    He has a bad toothache and cannot see his dentist until next
week.  He also states cannot afford his seizure medication which is
Depakote.  Says that he does fine on generic Valpoic Acid which he can
afford.  Also, has had problems with depression and has had severe
side effects with most of the SSIs as well as with Remeron.  He states
he use to take Elavil some time back.  He is aware that most
antidepressants will increase the seizure threshold.

O:    Wt 178 lbs.    BP 120/110.    T 98.1.    P 116, R 20.    Lungs clear,
bilaterally.    Is very tender over the right lower 3rd molar.    I do
not see any exudate.    He is in a good bit of pain and also fairly
dysphoric.

A:    1.    Seizures.
      2.    Toothache.
P:    1.    Zithromax Samples given.
      2.    Generic Valpoic Acid 250 mg p.o. b.i.d., #60, R1.
      3.    Amitriptyline 25 mg 1 QHS for 2 weeks, then increase to 2
            tabs QHS, #60, R1.
      4.    He is eligible for ICF Clinic as of 5/1/2001 and will start
            being followed there.
ADDENDUM:    Recheck his BP and it was actually 122/90.    He also
requested some pain medication for the tooth and I gave him #12 of
Lorcet 1 Q6H prn.
LAWRENCE H. WILLIAMS, M.D. /mda

---

FOR **BAP**    5/9/70    URGENT ☐ Yes ☐ No

Patient **William & Ellis**
Caller **Same**    ☐ New  ☐ Est.    ☐ Call back  ☐ RX Refill
Phone **569-0680**    ☐ Illness  ☐ Test Results
Allergies _____ Age ____    ☐ Injury  ☐ Insurance
                                   ☐ Other  ☐ Billing

Follow Up ___ *No* ___

Pharmacy Phone # _____
Medication _____
Dosage _____
Refill ☐ Yes _____
       ☐ No

Date __4/4/01__ Time __2:25__ By __Sara__
Date _____ By _____

MESSAGE:
Seen dwe Monday gave 12
loracett diazenist teeth
Needs more pain meds
till 4-11-01 + antibiotics
all done DR Lews Dent St

**PHONE MESSAGE**

ELLIS, WILLIAM I.   (05/09/70)
11/06/2000
CC:  Back pain.
HPI:  Patient complains of back pain with some radiation into
the left buttock area and down the left leg.  He states that he
has been having cramps and spasms in his leg.  He was given
Hydrocodone by Dr. Williams and also Skelaxin which he states he
could not afford to purchase.  He had an MRI done at St. Francis
Hospital.  He states that this injury occurred while on the job.
He  was  standing  on  a  ladder  that  fell  through  an  air-
conditioning vent and then subsequently he states that he fell
through a window as well.  Since the injury he has actually
fallen down one more time at work because his leg gave out on
him.

O:  Wt 168 lbs.  BP 138/86.  Generally well developed, well
nourished white male in mild distress secondary to the back
pain.   Flexibility of the back is limited.   He has pain on
straight leg raising.  Reflexes in the lower extremities are
intact.  MRI report shows that there is some bulging of the disc
between L4 and L5 and L5/S1, although there is no nerve root
impingement on either side or at either level and no impingement
of the spinal cord itself.

A:   1.   Back pain.
P:   1.   Continue pain meds.
     2.   He is given a week off from work.
     3.   He is given Skelaxin 2 tablets t.i.d., to q.i.d., prn
          for muscle spasms.
     4.   Follow  up  depends  on  how  he  responds  to  the
          medication.
GREGORY A. PARKER, M.D./mwb

                    W

FOR _GAP_                                    URGENT ☐ Yes ☐ No

Patient _William Ellis_  5/9/70    Follow Up _____ RT
          ☐ New  ☐ Est.  ☐ Call back  ☐ Rx Refill                 5 pm
Caller _____        ☐ Illness  ☐ Test Results
Phone _888 556_               ☐ Injury   ☐ Insurance
Allergies _____ Age ____    ☐ Other    ☐ Billing       Pharmacy
                                                         Phone #_____
M
E   _Refill - Xanax .5 × tab_                Medication _____
S
S   _Winndixie / milga_                      Dosage _____
A
G                                            Refill ☐ Yes _____
E                              Dat _11/10_ Time _1124_ By _GAP_   ☐ No
                                                         Date _____ By _____

          _5 6 - 4/7 7_

ELLIS, WILLIAM  (05/09/70)
02/19/2001
CC:  Seizures.
HPI:  Patient reports that he has not been able to afford his
medication as he has been out of work. He has been having sinus
congestion, nasal drainage and cough productive of discolored
mucous.  He has also been feeling tired, fatigued, no energy,
feeling down. His father is currently hospitalized and this has
him under some stress as well as some other personal issues.

PMH:  Positive for seizures.

CURRENT MEDS:  None as he cannot afford them.

ALLERGIES:  NKDA

ROS:  He complains of low back pain from a recent fall.
PSYCHIATRIC--patient reports that he is not having any thoughts
of wanting to harm himself or anyone else.

O:  Wt 166 lbs.  BP 140/80.  Generally well developed, well
nourished white male who walks with a limp, favoring his back.
He  has  decreased  mobility  in  his  back.    HEENT  exam--
normocephalic, atraumatic. Sclerae anicteric without injection.
TMs dull. Nose congested.  Throat reveals some erythema, but no
exudate.    Neck  is  supple  without  masses,  adenopathy  or
thyromegaly.   Lung fields reveal scattered rhonchi, but no
wheezes or rales.  Heart RRR, no murmur, gallop, rub or ectopy.
Extremities revealed no edema.

A:   1.    Seizures, not taking his medication because he can't
           afford it.
     2.    Sinusitis.
     3.    Probable depression.
P:   1.    I have started him on Ceclor-CD 500 mg 1 po b.i.d.
     2.    He is given #20 samples of Vicoprofen 1 po q.6h., prn
           for pain.
     3.    He is given samples of Celexa 20 mg 1 po q.d.
     4.    He is encouraged to follow up at the Health Department
           at the ICP program as he currently is not working, has
           no insurance and cannot afford his meds. He seems to
           be a perfect candidate for this, as he does live here
           in the Columbus area.
     5.    Follow up here prn.
GREGORY A. PARKER  M.D./mwb

ELLIS, WILLIAM
DOB: 5/9/70
10/23/2000

PATIENT OF DR. PARKER

S:  30-year-old presents with onset of lower back pain radiating
    to his left hip yesterday. He is a painter but had been doing
    some work with sheetrock yesterday. Did not feel any acute
    pain but after he got home a short while later he began
    noticing increasing pain in his lower back that was radiating
    to the left hip and gradually got worse. Currently he is on
    Dilantin and Xanax but says Dilantin makes him irritable and
    he is going to talk to Dr. Parker about getting that switched
    to Depakote. He has not had any recent seizures. He has been
    limping some, favoring his left leg since this started but
    denies any loss of bowel or bladder control or loss of feeling
    in his feet.

O:  WT: 166. VITALS: 128/76, 72, 20, 98.1, He is tender over the
    lumbar spine though no tenderness over the kidneys. He has
    positive straight-leg raise on the left at about 20° with
    radiation to the left hip. Right leg raising reproduces the
    back pain only. He appears to have symmetrical movement in
    both lower extremities. Reflexes at the knees are 2+, at the
    ankles 0-1+ bilaterally.

A:  Probable radiculopathy in the lumbar spine area.

P:  I have scheduled him for an MRI scan of his spine. Have
    advised him to take a few days off work, to avoid bending,
    lifting, straining or prolonged sitting. Prescription for
    Lorcet 7.5 mg #30 1 po q4h prn severe pain, Skelaxin 400 mg
    #60 2 po q6h prn for muscle spasm. Return in 1-2 weeks to see
    Dr. Parker.

LAWRENCE H. WILLIAMS, M.D./gb

ELLIS, WILLIAM (05/09/70)
10/18/00
CC:  Prostate trouble.  Throat pain.
HPI:  He is complaining of a three month hx of left neck
discomfort.  He thinks he sees a hole in one of his tonsils and
he is worried about that.  He also complains of pain in the
region of the perineum and some burning when he voids.

CURRENT MEDICATIONS:  Xanax.  Dilantin.

ALLERGIES:  NKDA

O:  Wt 168 lbs.  BP 116/78.  His pharynx is not particularly
inflamed.  There may be some prominent follicles in the tonsils,
but nothing that looks acutely infected.  There is no cervical
adenopathy in the submandibular region.  DRE reveals heme
negative stool.  The prostate is not exceptionally tender.  No
definite nodules are noted.

A:  1.   Possible mild prostatitis.
P:  1.   Septra DS 1 b.i.d., #14.
    2.   He may follow up with Dr. Parker for further
         treatment.
ROBERT H. BUSH, M.D./mwb    RwB

                                        DATE: 10/23/00
PT. NAME/: William Ellis
REQUESTING PHYSICIAN:  Dr Williams
         APPOINTMENT OR PROCEDURE SCHEDULED FOR:

W/ WHO/WHERE: #1: SCH          #2: _____
        WHAT: OR 1 E spine _____
        WHY: procedural _____
        DATE: nov 1 _____
        TIME: 4:00 pm
INIT: GR


☎ FOR Lvl                                    URGENT ☐ Yes ☐ No

Patient William Ellis        5/9/70    Follow Up _____
        ☐ New  ☐ Est.  ☐ Call back  ☐ Rx Refill
Caller _____              ☐ Illness  ☐ Test Results  ____
Phone 569-0680               ☐ Injury  ☐ Insurance  ____
Allergies _____ Age ___     ☐ Other  ☐ Billing    ____
M  Refill- Pain meds Lortet         Pharmacy
E                                   Phone # ____
S  Winndixie/ Milgen               Medication ____
S                                   Dosage ____
A  is in pain Now, please hurry    Refill ☐ Yes
G                                          ☐ No
E  Date 10/30 Time 10:51 By GR     Date 10/30/00 By ____

PHONE MESSAGE

ELLIS, WILLIAM (05/09/70)
05/12/2000
CC: Neck pain. Anxiety.
HPI: Patient was attacked and beaten up and has since been
diagnosed with neck pain secondary to a herniated disc. Patient
complains of feeling very nervous and anxious with difficulty
sleeping. He has had a seizure recently.

CURRENT MEDS:  Xanax 0.5 mg t.i.d.  Dilantin 100 mg 3 QHS.
Imitrex and Lorcet as directed and prn.

ALLERGIES:  NKDA.  He has been tried on Serzone and Celexa
without improvement in his symptoms in the past with some
intolerance.

O:  Wt 159 lbs.  BP 130/84.  Generally well developed, well
nourished white male who appears to be somewhat anxious and
nervous. Lung fields are clear. Heart RRR, no murmur, gallop,
rub or ectopy.    Reflexes 2+/4+ and symmetric.    HEENT--
normocephalic, atraumatic. Sclerae anicteric without injection.
TMs, nose, and throat clear.

A:   1.   Seizure disorder.
     2.   Anxiety.
P:   1.   Continue above meds.
     2.   Refill given on Xanax 0.5 mg 1 t.i.d., #30 with 1
          refill.
     3.   He is started on Remeron 30 mg 1/2 tablet QD, #14
          samples given.
     4.   Follow up as directed.
GREGORY A. PARKER, M.D./mwb

FOR GAP

URGENT  ☐ Yes  ☐ No

Patient William Ellis  5-9-70
Caller Same          ☐ New  ☐ Est.
Phone 509-0680
Allergies _____  Age _____

☐ Call back   ☐ Rx Refill
☐ Illness     ☐ Test Results
☐ Injury      ☐ Insurance
☐ Other       ☐ Billing

MESSAGE
Refill imitrex, lorcet
plus Dilantin
Woman Dixie-M7Q
before lunch   561-4177

OK   Date _____ Time 9 45  By E

Follow Up

Pharmacy
Phone # _____
Medication _____
Dosage _____
Refill ☐ Yes
      ☐ No
Date _____  By _____

PHONE MESSAGE

Data & Control Equipment FAX001/PCL

ST. FRANCIS HOSP    -) 706 322 2962    28 APR 00 19:37

**ST. FRANCIS HOSPITAL**
**OLUMBUS, GEORGIA 31904**
**RADIOLOGY DEPARTMENT RESULT**
**(706)596-4115**

PATIENT   ELLIS, WILLIAM LANIER
ADM#      704052711                    RAD# 135059    DOB   05/09/1970
PT AGE    29Y                          PT CLASS E
MR#       2638955                      SEX M                          BED
                                       PT TYPE E                      PT RACE   W

ORDERING DR.   PARKER, CINDY
ADMITTING DR.  PARKER, GREGORY         DATE   04/28/2000
PROCEDURE      2 CT HEAD WITHOUT CONTRAST
ORDER#         9
HISTORY/REASON PASSED OUT/HA
COMMENTS       ER
ADMITTING DIAGNOSIS H/A

2 CT HEAD WITHOUT CONTRAST


FINDINGS:   CT OF THE HEAD WITHOUT CONTRAST - The ventricles have a normal
appearance with no midline shift seen.  No acute hemorrhage, mass or
infarction is seen.  Mild mucosal reaction involving the ethmoid and left
maxillary sinus noted.

:IMPRESSION - Mild sinusitis.  No other significant finding is seen.


Interpreted by- ROBERT GARNETT,M.D.
ELECTRONICALLY SIGNED BY-
ROBERT GARNETT,M.D.

IGNED D/T- 04/28/2000 02:41PM
RANSCRIBED D/T- 04/28/2000 01:27PM BY- las


> 1 of

ELLIS,WILLIAM LANIER
2638955

ELLIS, WILLIAM  (05/09/70)
10/15/99
CC: Anxious.  Depressed.
HPI: Patient complains of feeling anxious and depressed. He is
currently going through a divorce and has lost his home, car and
job.  He is not sleeping well.  He is not eating well and has
lost about twenty pounds.  He is nervous.  He has been seeing
Dr. Jonathan Liss for his seizure disorder and is currently on
Dilantin 100 mg q.i.d.  He reportedly was on Xanax 1 mg b.i.d.,
as well as he has been diagnosed with panic attacks and chronic
anxiety.

PAST MEDICAL HISTORY:  Significant for migraines.

CURRENT MEDICATIONS:  As above.

ALLERGIES:  NKDA.

SOCIAL HISTORY:  He does not smoke.

O:  Ht 6'1".  Wt 146 lbs.  BP 130/80.  Generally well developed,
well nourished thin white male in NAD.  TMs, nose and throat are
clear.  Lung fields are clear.  Heart RRR, no murmur, gallop,
rub or ectopy noted.  Neck is supple without masses, adenopathy
or thyromegaly.  Carotids 2+/4+ and symmetric.  Extremities
reveal no edema.  Patient is nervous and anxious.  He denies any
suicidal thoughts or ideations at this time.

A:    1.    Seizure disorder.
      2.    Panic attacks with chronic anxiety.
      3.    Nervousness and anxiousness.
P:    1.    Trial of Serzone 50 mg b.i.d., for one week then 100
            mg b.i.d., for one week then 150 mg.
      2.    He is given Ativan 0.5 mg 1 po b.i.d., #30 with no
            refill.
      3.    Continue Dilantin.
      4.    He is requesting Tylenol #3 for pain and this is
            refused
      5.    Follow up in 2 weeks.
GREGORY A. PARKER, M.D./mwb

ELLIS, WILLIAM  (05/09/70)
10/29/99
CC:  Follow up of anxiety.
HPI:  Patient reports that he could not tolerate the Serzone.
He states that Xanax has helped him better in the past to
control his anxiety.

O:  Wt 143 lbs.  Generally well developed, well nourished thin
white male in NAD.

A:    1.    Anxiety.
      2.    Seizure disorder.
P:    1.    Trial of Celexa 20 mg QD.
      2.    Xanax 0.5 mg 1 po t.i.d. #45 with no refill

# LABORATORY CORPORATION OF AMERICA

Laboratory Corporation of America

| SPECIMEN 173-050-8167-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | PAGS 1 |
|---|---|---|---|---|

| ADDITIONAL        INFORMATION |

SS#260239248
PARKER   G                                    DOB:  5/09/1970

PATIENT NAME
**ELLIS,WILLIAM L**                    SEX  M        AGS(YR./MOS.)  31/ 1

PT. ADD.: 5730 HODGES DR
COLUMBUS                    GA              31909-0000

| DATE OF SPECIMEN 6/22/2001 | TIME 16:56 | DATE RECEIVED 6/22/2001 | DATE REPORTED 6/23/2001 | TIME 7:16 | 6561 |

CLINICAL        INFORMATION
CD- 95093075863

PHYSICIAN  ID.                       PATIENT ID.
PARKER                                 23358

ACCOUNT:FAMILY AND INTERNAL MEDICINE
HORIZON PHYSICIAN NETWORK
1934 WOODRUFF ROAD
COLUMBUS          GA 31904-0000
ACCOUNT NUMBER  ▸ 10093933

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| ▸ Phenytoin (Dilantin), Serum | .7L  mcg/mL | 10.0 - 20.0 | MB |

Neonatal:                      mcg/mL
Therapeutic  6.0 -  14.0
Detection Limit= 0.6 mcg/mL

LAB: MB LABCORP BIRMINGHAM          DIRECTOR: JAMES    DAVIS III    A MD
1801 FIRST AVENUE SOUTH, BIRMINGHAM,  AL 35233-0000

LAST PAGE OF REPORT

*dilantin 100 y TID*

*OK H 6/27/01*

*Notified NT*
*S. Bass RN*
*6/27/01*

Results are Flagged in Accordance with Age Dependent Reference Ranges

## LABORATORY CORPORATION OF AMERICA

LabCorp
Laboratory Corporation of America

| SPECIMEN 109-050-8075-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | PAGE 1 |
|---|---|---|---|---|

ADDITIONAL INFORMATION

SS#260239248
PARKER  G

PATIENT NAME
ELLIS,WILLIAM L

PT. ADD.: 5730 HODGES DR
COLUMBUS    GA    31909-0000

| DATE OF SPECIMEN 4/19/2002 | TIME 13:00 | DATE RECEIVED 4/19/2002 | DATE REPORTED 4/20/2002 | TIME 7:16 | 6568 |
|---|---|---|---|---|---|

DOB: 5/09/1970

SEX M    AGE(YR./MOS.) 31/11

CLINICAL INFORMATION
CD- 95093174631

PHYSICIAN ID. G PARKER    PATIENT ID. 23358

ACCOUNT:FAMILY AND INTERNAL MEDICINE
HORIZON PHYSICIAN NETWORK
3934 WOODRUFF ROAD
COLUMBUS    GA 31904-0000
ACCOUNT NUMBER = 10093933

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Phenytoin (Dilantin), Serum | None Detected - Result verified by repeat analysis. | mcg/mL | 10.0 - 20.0 | MB |

Neonatal:
Therapeutic  6.0 - 14.0 mcg/mL
Detection Limit= 0.6 mcg/mL

**Results verified by**
repeat testing.

LAB: MB LABCORP BIRMINGHAM
1801 FIRST AVENUE SOUTH, BIRMINGHAM,  AL 35233-0000

DIRECTOR: ARTHUR    KELLY    G MD

LAST PAGE OF REPORT

Results are Flagged in Accordance with Age Dependent Reference Ranges

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

*Case # 3:07-CV-920*

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

| Submitted By: | Received By: |
|---|---|
| Inmate's Name (last name first) William James Ellis Jr. | CO's Name & ID Number Brown C 38 |
| Housing Assignment | Shift Assignment D-Day |

### PART "A" INMATE REQUEST

Lt. Holland

Im glad you were in medical. now you see what im dealing with. I have exausted all efforts to go along with Dr Warr. Im suffering and there is no end to it, its day and night, night and day it never ends. Im trying to meet Dr Varr but

Grievant (Inmate) Signature *William Ellis*

### PART "B" - RESPONSE

10-22-07 - Thanks for all the enfo, I will forward a copy of this letter to medical to add to their records.

*H. Holland*

*10/20/07*

102207 Recd copy for medical chart.

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

### PART "C" - RECEIPT

Return To _____   Date _____ Time _____

Submitting Inmate _____   Receiving Shift Supervisor _____

### PART "D" - RETURN RECEIPT

Returned To _____   Date _____ Time _____

Witness _____   Submitting Inmate _____

### APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal.

Appeal Received By: _____   Date _____ Time _____

Submitted By _____   Copy Received By _____

I refuse to back down. you heard him say he knows im
in pain and it'el get worse. It already has got worse
and he think i wont drugs to feel good? Give me a break
that is just obsurd.

I dont appreciate being treated like a
drug addict. I never abused my medication. Furthermore
i've never had a drug charge.

Having a License to practice medicine
does not give you the right to abuse people. This is about
the 4, or 5 time i have seen him for my throat and ears. Rather
than look a little deeper to find out why. It will be covered
up for a month or so then happen again. the last time was
August.

I assure you, if he thinks or Mrs
Riley thinks im going to back off, it wont happen. Also if
he thinks that he is going to get all my previous Dr.'s
go against their own records its slim to none.

If he is knowingly make me suffer
then he will have to answer for that. This never should have
went this far. As of 11/1/07 it will be made public
record. I also caution the gathering of my medical records
with out my hand written consent, furthermore by phone, voice
fax.

As i made it known in your presence,
this is not about me being in jail. Im suffering, Lt Hoders
as i made it known to you before this is one of the better
facility's ive been in.

**RUSSELL COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**
**INMATE GRIEVANCE FORM**

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

*Staff Copy*

| Submitted By: | Received By |
|---|---|
| Inmate's Name (last name first) *William Ellis* | CO's Name & ID Number *COWURST   24    1900   OCT 4* |
| Housing Assignment *G mal* | Shift Assignment |

### PART "A" INMATE REQUEST

On tuesday oct the 2nd i made a inquiry with Mrs Riley why was i still recive ing a medication that was Discontinued. she says it wasnt. In the medication ledger it verify's that it was stopped. The other inquiry was if Dr. Warr was aware

Grievant (Inmate) Signature _____

### PART "B" - RESPONSE

1/9/07 - Referred to Medical Dr. Work and Nurse Riley - J.P. Jallard.

10/11/07 Seen by Dr. Warr this date

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

### PART "C" - RECEIPT

| Return To | Date | Time |
|---|---|---|
| Submitting Inmate | Receiving Shift Supervisor | |

### PART "D" - RETURN RECEIPT

| Returned To | Date | Time |
|---|---|---|
| Witness | Submitting Inmate | |

### APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal.

| Appeal Received By | Date | Time |
|---|---|---|
| Submitted By | Copy Received By | |

PLG-021

FROM : MEDCARE                FAX NO. :                    Mar. 28 2007 05:34PM  P3



**MedCare**  NO APPOINTMENT NECESSARY   EIN # 04-3731976   5612 WHITESVILLE ROAD COLUMBUS, GEORGIA 31904 (706) 322-2223 / FAX (706) 324-5233   175019

| EXAM | Hx |
|---|---|

36 y/o male fell off ladder Hx long

[handwritten clinical notes, largely illegible]

Occupation: ___ Exercise: ___
Smoker: ☐No ☐Yes Years: ___ Amt: ___
Alcohol: ☐None ☐Yes Amt: ___
Med:
Surg:
Mother: Father:
Other:
ROS ☒ Reviewed ROS Form   ☐Call Back   ☐Done

Pr HT 6'2  WT 89  T 96.8  BP 124/80  P 09  R 18  LMP

[handwritten exam notes, largely illegible]

Office Lab ☐ UA-DIP ☐ UA-MICRO ☐ STREP ☐ MONO ☐ FSBS
Lab Out
X/R  ☐ EKG ☐ PO2 ☐ NEB ☐ VENIPUNCTURE
Injection
Supplies

Dx Code 959.1 / 2724.4 Description

# OF CHARGES 1   TOTAL 70   AMOUNT PAID 70

Activity   WORK: ☐YES ☐NO
RETURN TO WORK ON:
RESTRICTIONS:
REFERRED TO:
Follow Up ☐MEDCARE ☐YOUR PHYSICIAN ☐DISCHARGED

Method Of Payment ☐Cash ☐Credit Card ☐Check ☐Hold
In
Out
Nurse
Staff
Physician

| DATE | PATIENT LAST NAME | FIRST | M.I. | AGE | DATE OF BIRTH | SEX |
| TIME IN | TX STARTED | HOME ADDRESS: CITY | STATE | ZIP | HOME PHONE | BUSINESS PHONE |
| TX FINISHED | TIME OUT | PERSON RESPONSIBLE FOR BILL | ADDRESS | RELATIONSHIP | SOCIAL SECURITY NUMBER |
| INSURANCE | PRIVATE PHYSICIAN | PLACE OF EMPLOYMENT OF RESPONSIBLE PARTY | ALLERGIES |

I HEREBY AUTHORIZE THE PERFORMANCE OF ANY MEDICAL OR SURGICAL PROCEDURES UNDER LOCAL OR GENERAL ANESTHESIA WHICH MAY BE ADVISED OR DEEMED NECESSARY BY MEDCARE
I HEREBY AUTHORIZE PAYMENT DIRECTLY TO MEDCARE AND BENEFITS DUE ME FOR THEIR SERVICES RENDERED. I RECOGNIZE AND ACCEPT PERSONAL RESPONSIBILITY FOR ANY BALANCE REMAINING AFTER PAYMENT OF SUCH BENEFITS

CHIEF COMPLAINT   BALANCE   VOUCHER   ACCOUNT NO.   DATE OF INJURY
HISTORY OF PRESENT ILLNESS   LAST TETANUS
MSDB

The above information is correct to the best of my knowledge and I understand and approve authorizations.
I UNDERSTAND THAT I MIGHT BE TREATED BY A PHYSICIAN'S ASSISTANT
Signature X

FROM :

**Care**

| | APPOINTMENT NECESSARY | EIN # 04-3731976 | 5612 WHITTLESVILLE ROAD COLUMBUS GEORGIA 31904 (706) 322-2222 FAX (706) 324-5233 | 15876 |

| EXAM | | Hx |

Soc. Hx: Occupation: Exercise:

Smoker: ☐ No ☐ Yes Years: Amt:

Alcohol: ☐ None ☐ Yes Amt:

35 y/o male with
a need for chronic pain

PMH: Med: Bulging disc, epilepsy
Surg:
Fam Hx: Mother: Father:
Other:

PE ☐ Reviewed ROS Form ☐ Call Back ☐ Done

LMP: HCt:

*(handwritten clinical note, largely illegible)*

| ☐ Office Lab | ☐ UA-DIP | ☐ UA-MICRO | ☐ STREP | ☐ MONO | ☐ FSBS | | ☐ V. Code |
| ☐ Lab Out | | | | | | | ☐ Procedure Code |
| ☐ X / R | | | ☐ EKG | ☐ PO2 | ☐ NEB | ☐ VENIPUNCTURE | ☐ Procedure Code |
| ☐ Injection | | | | | | | ☐ Procedure Code |
| ☐ Supplies | | | | | | | Dx Code Description |

RX
1
2
3
4

Dx Code:
1. 459.1
2. 724.4
3.

# OF CHARGES: 1  TOTAL: 70  AMOUNT PAID:

Instructions

| Activity | WORK: ☐ YES ☐ NO |
| RETURN TO WORK ON: |
| RESTRICTIONS: |
| REFERRED TO: |
| Follow Up ☐ MEDICARE ☐ YOUR PHYSICIAN ☐ DISCHARGED |

Method Of Payment: ☐ Cash ☐ Credit Card ☐ Check ☐ Hold

In:
Out:
Nurse:
Staff:
Physician:

INSTRUCTIONS RECEIVED AND UNDERSTOOD X

☐ DATE:
☐ TIME:

| DATE | PATIENT LAST NAME | FIRST | M.I. | AGE | DATE OF BIRTH | SEX |

| TIME IN | TX STARTED | HOME ADDRESS, CITY | STATE | ZIP | HOME PHONE | BUSINESS PHONE |

| TX FINISHED | TIME OUT | PERSON RESPONSIBLE FOR BILL | ADDRESS | RELATIONSHIP | SOCIAL SECURITY NUMBER |

| INSURANCE: | PRIVATE PHYSICIAN: NONE | PLACE OF EMPLOYMENT OF RESPONSIBLE PARTY | ALLERGIES: |

☑ I HEREBY AUTHORIZE THE PERFORMANCE OF ANY MEDICAL OR PHYSICAL PROCEDURES UNDER LOCAL OR GENERAL ANESTHESIA WHICH MAY BE ADVISED OR DEEMED NECESSARY BY MEDCARE.

☑ I HEREBY AUTHORIZE PAYMENT DIRECTLY TO MEDCARE ANY BENEFITS DUE ME FOR THE SERVICES RENDERED. I RECOGNIZE AND ACCEPT PERSONAL RESPONSIBILITY FOR ANY BILLING OR NON PAYMENT OR NON PAYMENT OF SUCH BENEFITS.

| CHIEF COMPLAINT: | BALANCE | VOUCHER | ACCOUNT NO. | DATE OF INJURY |

HISTORY OF PRESENT ILLNESS:

LAST TETANUS:
MEDS:

The above information is correct to the best of my knowledge and I understand and approve authorizations.
I UNDERSTAND THAT I MIGHT BE TREATED BY A PHYSICIANS ASSISTANT.
Relationship to Patient if not parent ( ) Signature X

FROM : MEDCARE

**MedCare**

NO ___ NTMENT ___ 'ESSARY

EIN #
04-3731976

5612 WHITE
COLUMBUS ___ 1904
(706) 322-2223 / ___ 324-5233

155831
RMT

| EXAM | | Hx |

Hx

35 y/o male with
chronic pain + Dr
us using ~ Tyl #4

| Soc Hx | Occupation: | | Exercise: |
| Smoker: ☐ No  ☑ Yes  Years:  Amt: | | |
| Alcohol: A ☑ None  ☐ Yes  Amt: | | |
| PMH | Med: Bulging Disc / epilepsy | |
| | Surg: | |
| Fam Hx | Mother: | Father: |
| | Other: | |

PE ___ BP ___ P 80 R 20 ___ LMP ___ ROS ☑ Reviewed ROS Form    ☐ Call Back    ☐ Done

about 6 / a day. they try that does
hm to couple ___ at night, stiffens
R getting worse also PP is still
Rgt back problems!
① Take Tylenol #4 6/day  D/T he
buy on medicade mex Soma, etc Remeron
years out OOB)

☐ Office Lab    ☐ UA-DIP    ☐ UA-MICRO    ☐ STREP    ☐ MONO    ☐ FSBS    ☐

| | O.V. Code  99  43 |
☐ Lab Out
| | ☐ Procedure Code |
☐ X / R    ☐ EKG    ☐ PO2    ☐ NEB    ☐ VENIPUNCTURE
| | ☐ Procedure Code |
☐ Injection
| | ☐ Procedure Code |
☐ Supplies

| Dx | Code | Description |
Rx  1  Tylenol #4, one po q 4-6h pain | 1  959.1 |
2  Soma 1 po q4-6h | 2  724.4 |
3  XANAX 1 mg 1 po qid | 3 |
4  Remeron 30 mg (Samples) qhs | # OF CHARGES | TOTAL 70 | AMOUNT PAID |

Instructions

| Activity | WORK: ☐ YES  ☐ NO |
RETURN TO WORK ON:
RESTRICTIONS:
REFERRED TO:

| Method Of Payment | ☐ Cash    ☐ Credit Card    ☐ Check    ☐ Hold |

Follow Up  ☐ MEDCARE  ☐ YOUR PHYSICIAN  ☐ DISCHARGED

In
Out
Nurse
Staff
Physician  Lichtenoff

☐ DATE:
☐ TIME:

| DATE  09/15/05 | PATIENT LAST NAME  ELLIS | FIRST  WILLIAM | M.I. | AGE  35 | DATE OF BIRTH  05/09/70 | SEX  M |
| TIME IN  4:03 | HOME ADDRESS: CITY  5738 HODGES DR #6 | STATE  COLUMBUS  GA | ZIP  31909 | HOME PHONE  (706) 563-8175 | BUSINESS PHONE | |
| TX FINISHED | PERSON RESPONSIBLE FOR BILL  WILLIAM ELLIS | ADDRESS, | RELATIONSHIP  S | SOCIAL SECURITY NUMBER  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 | | |
| TIME OUT  5:14 | | | | | | |
| INSURANCE  CASH | PRIVATE PHYSICIAN  NONE | PLACE OF EMPLOYMENT OR RESPONSIBLE PARTY | | ALLERGIES  PCN, ASPIRIN  ANTI INFLAMATORIES | | |

☐ I HEREBY AUTHORIZE THE PERFORMANCE OF ANY MEDICAL OR SURGICAL PROCEDURES UNDER LOCAL OR GENERAL ANESTHESIA WHICH MAY BE ADVISED OR DEEMED NECESSARY BY MEDCARE.
☐ I HEREBY AUTHORIZE PAYMENT DIRECTLY TO MEDCARE ANY BENEFITS DUE ME FOR THEIR SERVICES RENDERED. I ACKNOWLEDGE AND ACCEPT PERSONAL RESPONSIBILITY FOR ANY BALANCE REMAINING AFTER PAYMENT OF SUCH BENEFITS

| CHIEF COMPLAINT  35 y/o m c/o LBP+H | BALANCE  .00 | VOUCHER  160488 | ACCOUNT NO.  52993.0 | DATE OF INJURY  NONE |
| HISTORY OF PRESENT ILLNESS  ⊖ meds | | | | LAST TETANUS  UNK |
| | | | | MEDS  PHENOBARBITOL |

The above information is correct to the best of my knowledge and I understand and approve authorizations.
I UNDERSTAND THAT I MIGHT BE TREATED BY A PHYSICIAN'S ASSISTANT.
Relationship to Patient if not parent ___    Signature X ___

4/10/06
12:05
PM
SPS.

Mr. E . is called requesting a refill for his seizure medicine. I advised him that we are no longer an available clinic for him and under the supervision of Dr mecca we are not allowed to do any treatment of any kind. He agreed that he understood that he had been dismissed from our clinic. AND requested that he go to the emergency room for the medication.

ELLIS, WILLIAM   (05/09/70)
04/19/2002
CC:  Seizure disorder.
HPI:  Patient comes in for follow up of his seizure disorder.
He was incarcerated in Panama City, FL., for approximately five
months, accused of burglary.   The charges were eventually
dropped.  He now has decided to return to Columbus to live,
which is his home, although he has a couple of months worth of
work that he needs to finish up in Florida.

PMH:  Significant for anxiety, seizure disorder, and recurrent
low back pain.

CURRENT MEDS:  Dilantin 100 mg t.i.d.  Lorcet 10/650 q.8h., prn.
Xanax 1 mg t.i.d.

SOCIAL HX:  As noted above.

ROS:  GENERAL--he denies any fever, chills or night sweats.
PULMONARY--no shortness of breath.   CARDIO--no chest pain.
NEURO--positive for seizures.

O:  Wt 181 lbs.  Ht 6'1".  BP 140/80.  Generally well developed,
well nourished white male in NAD.  HEENT exam--normocephalic,
atraumatic.   Sclerae anicteric without injection.   PERRLA.
EOMI.   No nystagmus.  TMs, nose and throat were clear.   No
gingival hyperplasia was noted.  Neck was supple without masses,
adenopathy or thyromegaly.  Carotids 2+/4+ and symmetric without
bruits.  Lung fields were clear without wheezes, rales, rhonchi
or rubs.  Heart RRR, no murmur, gallop, rub or ectopy noted.

A:    1.   Seizure disorder.
      2.   Anxiety.
      3.   Recurrent back pain.
P:    1.   He has already been prescribed his Dilantin.
      2.   He is given #90 of the Lorcet and Xanax with no
           refill.
      3.   Dilantin level is checked.
      4.   Follow up will be based upon results of these studies.
GREGORY A. PARKER, M.D./mwb

**ST. FRANCIS HOSPITAL**
**COLUMBUS, GEORGIA 31904**
**RADIOLOGY DEPARTMENT RESULT**
**(706)596-4115**

| | | | | |
|---|---|---|---|---|
| PATIENT | ELLIS, WILLIAM LANIER | RAD# 135059 | DOB | 05/09/1970 |
| ADM# | 704972074 | PT CLASS E | | BED |
| PT AGE | 32Y | SEX M | | PT RACE W |
| MR# | 2638955 | PT TYPE E | | |

ORDERING DR.   CORBIN, JOHN                    DATE   09/01/2002
ADMITTING DR. PARKER, GREGORY
PROCEDURE        34 CHEST 2V FRONTAL AND LATERAL
ORDER#           5
HISTORY/REASON   FALL
COMMENTS         DONE IN ER
ADMITTING DIAGNOSIS FALL

34 CHEST 2V FRONTAL AND LATERAL

**FINDINGS:**    TWO VIEWS OF THE CHEST, 9-1-02    -    Clinical history: Patient
fell 20 feet with chest, back and foot pain.

Postoperative changes from biapical lung resections are noted.    Sternal
wires are noted anteriorly.    The lung fields appear clear without
evidence of effusion, infiltrate or pneumothorax.  No evidence for an
obvious bony fracture or dislocation is seen.

:IMPRESSION    - Postoperative changes as noted above but no evidence for
acute traumatic injury is seen.

Interpreted by- CARY NEWMAN,M.D.
ELECTRONICALLY SIGNED BY-
CARY NEWMAN,M.D.

SIGNED D/T- 09/03/2002 08:36AM
TRANSCRIBED D/T- 09/03/2002 07:39AM BY- jbm

Page 1 of                    ELLIS,WILLIAM LANIER
                             2638955

ELLIS, WILLIAM (05/09/70)
10/15/99
CC: Anxious. Depressed.
HPI: Patient complains of feeling anxious and depressed. He is
currently going through a divorce and has lost his home, car and
job. He is not sleeping well. He is not eating well and has
lost about twenty pounds. He is nervous. He has been seeing
Dr. Jonathan Liss for his seizure disorder and is currently on
Dilantin 100 mg q.i.d. He reportedly was on Xanax 1 mg b.i.d.,
as well as he has been diagnosed with panic attacks and chronic
anxiety.

PAST MEDICAL HISTORY: Significant for migraines.

CURRENT MEDICATIONS: As above.

ALLERGIES: NKDA.

SOCIAL HISTORY: He does not smoke.

O: Ht 6'1". Wt 146 lbs. BP 130/80. Generally well developed,
well nourished thin white male in NAD. TMs, nose and throat are
clear. Lung fields are clear. Heart RRR, no murmur, gallop,
rub or ectopy noted. Neck is supple without masses, adenopathy
or thyromegaly. Carotids 2+/4+ and symmetric. Extremities
reveal no edema. Patient is nervous and anxious. He denies any
suicidal thoughts or ideations at this time.

A:  1.    Seizure disorder.
    2.    Panic attacks with stress anxiety.
    3.    Nervousness and anxiousness.
P:  1.    Trial of Serzone 50 mg b.i.d., for one week then 100
          mg b.i.d., for one week then 150 mg.
    2.    He is given Ativan 0.5 mg 1 po b.i.d., #30 with no
          refill.
    3.    Continue Dilantin.
    4.    He is requesting Tylenol #3 for pain and this is
          refused.
    5.    Follow up in 2 weeks.
GREGORY A. PARKER, M.D./mwb

ELLIS, WILLIAM (05/09/70)
10/29/99
CC: Follow up of anxiety.
HPI: Patient reports that he could not tolerate the Serzone.
He states that Xanax has helped him better in the past to
control his anxiety.

O: Wt 143 lbs. Generally well developed, well nourished thin
white male in NAD.

A:  1.    Anxiety.
    2.    Seizure disorder.
P:  1.    Trial of Celexa 20 mg QD.
    2.    Xanax 0.5 mg 1 po t.i.d. and with no refill.
    3.    Follow up in about 2 weeks.
GREGORY A. PARKER, M.D /mwb



ELLIS, WILLIAM  (05/09/70)
05/12/2000
CC:  Neck pain.  Anxiety.
HPI:  Patient was attacked and beaten up and has since been
diagnosed with neck pain secondary to a herniated disc.  Patient
complains of feeling very nervous and anxious with difficulty
sleeping.  He has had a seizure recently.

CURRENT MEDS:  Xanax 0.5 mg t.i.d.  Dilantin 100 mg 3 QHS.
Imitrex and Lorcet as directed and prn.

ALLERGIES:  NKDA.  He has been tried on Serzone and Celexa
without improvement in his symptoms in the past with some
intolerance.

O:  Wt 159 lbs.  BP 130/84.  Generally well developed, well
nourished white male who appears to be somewhat anxious and
nervous.  Lung fields are clear.  Heart RRR, no murmur, gallop,
rub or ectopy.  Reflexes 2+/4+ and symmetric.  HEENT--
normocephalic, atraumatic.  Sclerae anicteric without injection.
TMs, nose, and throat clear.

A:  1.  Seizure disorder.
    2.  Anxiety.
P:  1.  Continue above meds.
    2.  Refill given on Xanax 0.5 mg 1 t.i.d., #30 with 1
        refill.
    3.  He is started on Remeron 30 mg 1/2 tablet QD, #14
        samples given.
    4.  Follow up as directed.
GREGORY A. PARKER, M.D./mwb

---

FOR CAP.

URGENT ☐ Yes  ☐ No

Patient: William Ellis
Caller: Same
Phone: 369-C680
Allergies:                    Age

☐ New  ☐ Est.
☐ Called back  ☐ Rx Refill
☐ Illness  ☐ Test Results
☐ Injury  ☐ Insurance
☐ Other  ☐ Billing

Follow Up

MESSAGE: Refill Imitrex Lorcet
Plus Dilantin
William D... m... 12
Refill lunch

Pharmacy Phone #
Medication
Dosage
Refill ☐ Yes ☐ No
Data          By.

Date 5/3/00  Time        By AC

PHONE MESSAGE

ELLIS, WILLIAM (05/09/70)
10/18/00
CC: Prostate trouble. Throat pain.
HPI: He is complaining of a three month hx of left neck discomfort. He thinks he sees a hole in one of his tonsils and he is worried about that. He also complains of pain in the region of the perineum and some burning when he voids.

CURRENT MEDICATIONS: Xanax. Dilantin.

ALLERGIES: NKDA.

O: Wt 168 lbs. BP 116/78. His pharynx is not particularly inflamed. There may be some prominent follicles in the tonsils, but nothing that looks acutely infected. There is no cervical adenopathy in the submandibular region. DRE reveals heme negative stool. The prostate is not exceptionally tender. No definite nodules are noted.

A:  1.   Possible mild prostatitis.
P:  1.   Septra-DS 1 b.i.d., #14.
    2.   He may follow up with Dr. Parker for further treatment.

ROBERT H. BUSH, M.D./mwb

PT. NAME: William Ellis                    DATE: 10/23/00
REQUESTING PHYSICIAN:        Dr Gullicky
APPOINTMENT OR PROCEDURE SCHEDULED FOR:

W/ WHO/WHERE:  #1:                         #2:
       WHAT:
       WHY:
       DATE:
       TIME:
INIT:

---

FOR  LLL                              URGENT ☐ Yes  ☐ No

Patient  William Ellis   5/9/70      Follow Up
                ☐ New  ☐ Est.   ☐ Rx Refill
Caller                             ☐ Test Results
Phone  509 - 0680                  ☐ Insurance
Allergies_____ Age_____        ☐ Billing
                                   Pharmacy
M  Refill Pain med                 Phone #
E                                  Medication
S  Lumadirte/n                     Dosage
A                                  Refill ☐ Yes
G  Is in pain now                       ☐ No
E       Date 10/30                 Date 10/30/00  By

ELLIS, WILLIAM
DOB:  5/9/70
10/23/2000

PATIENT OF DR. PARKER

S:  30-year-old presents with onset of lower back pain radiating
to his left hip yesterday.  He is a painter but had been doing
some work with sheetrock yesterday.  Did not feel any acute
pain but after he got home a short while later he began
noticing increasing pain in his lower back that was radiating
to the left hip and gradually got worse.  Currently he is on
Dilantin and Xanax but says Dilantin makes him irritable and
he is going to talk to Dr. Parker about getting that switched
to Depakote.  He has not had any recent seizures.  He has been
limping some, favoring his left leg since this started but
denies any loss of bowel or bladder control or loss of feeling
in his feet.

O:  WT: 166.  VITALS: 128/76, 72, 20, 98.1,  He is tender over the
lumbar spine though no tenderness over the kidneys.  He has
positive straight-leg raise on the left at about 20° with
radiation to the left hip.  Right leg raising reproduces the
back pain only.  He appears to have symmetrical movement in
both lower extremities.  Reflexes at the knees are 2+, at the
ankles 0-1+ bilaterally.

A:  Probable radiculopathy in the lumbar spine area.

P:  I have scheduled him for an MRI scan of his spine.  Have
advised him to take a few days off work, to avoid bending,
lifting, straining or prolonged sitting.  Prescription for
Lorcet 7.5 mg #30 1 po q4h prn severe pain, Skelaxin 400 mg
#60 2 po q6h prn for muscle spasm.  Return in 1-2 weeks to see
Dr. Parker.

LAWRENCE H. WILLIAMS, M.D./gb

---

**PHONE MESSAGE**

FOR GAP S___

URGENT ☐ Yes ☐ No

Patient William Ellis    ☐ New  ☐ Est.

Caller Same

Phone 5609-0680

Allergies

MESSAGE:
Needs Rx Lorcet #10
Winn Dixie ___
Let Dr Williams ___ he went
to had MRI ___

Date 11-2-00    By SR

☐ Rx Refill
☐ Test Results
☐ Insurance
☐ Billing

Follow Up ___
Pharmacy Phone #
Medication
Dosage
Refill ☐ Yes ☐ No
Date ___ By ___



ELLIS, WILLIAM L.  (05/09/70)
11/06/2000
CC:  Back pain.
HPI:  Patient complains of back pain with some radiation into
the left buttock area and down the left leg.  He states that he
has been having cramps and spasms in his leg.  He was given
Hydrocodone by Dr. Williams and also Skelaxin which he states he
could not afford to purchase.  He had an MRI done at St. Francis
Hospital.  He states that this injury occurred while on the job.
He was standing on a ladder that fell through an air-
conditioning vent and then subsequently he states that he fell
through a window as well.  Since the injury he has actually
fallen down one more time at work because his leg gave out on
him.

O:  Wt 168 lbs.  BP 138/86.  Generally well developed, well
nourished white male in mild distress secondary to the back
pain.  Flexibility of the back is limited.  He has pain on
straight leg raising.  Reflexes in the lower extremities are
intact.  MRI report shows that there is some bulging of the disc
between L4 and L5 and L5/S1, although there is no nerve root
impingement on either side or at either level and no impingement
of the spinal cord itself.

A:  1.  Back pain.
P:  1.  Continue pain meds.
    2.  He is given a week off from work.
    3.  He is given Skelaxin 2 tablets t.i.d., to q.i.d., prn
        for muscle spasms.
    4.  Follow up depends on how he responds to the
        medication.
GREGORY A. PARKER, M.D./mwb

---

☎ FOR _GAP_                                    URGENT ☐ Yes ☐ No

Patient _William Ellis_  _5/9/70_         Follow Up
        ☐ Now  ☐ Est.  ☐ Call Back  ___ Rx Refill
                       ☐ Illness   ___ Test Results        5 pm
Caller _____     ☐ Injury   ___ Insurance
Phone _888 5565_         ☐ Other    ___ Billing         Pharmacy
Allergies _____ Age ____                           Phone #_____

M
E
S    _Refill - Xanax_                Medication_____
S    _Winadixie  milgen_             Dosage_____
A
G                                    Refill ☐ Yes
E                                         ☐ No
          Date _11/10_ Time ____ By ____   Date _____ By _____

        _F 6:-4/17_

ELLIS, WILLIAM   (05/09/70)
02/19/2001
CC:  Seizures.
HPI:  Patient reports that he has not been able to afford his
medication as he has been out of work.  He has been having sinus
congestion, nasal drainage and cough productive of discolored
mucous.  He has also been feeling tired, fatigued, no energy,
feeling down.  His father is currently hospitalized and this has
him under some stress as well as some other personal issues.

PMH:  Positive for seizures.

CURRENT MEDS:  None as he cannot afford them.

ALLERGIES:  NKDA.

ROS:  He complains of low back pain from a recent fall.
PSYCHIATRIC--patient reports that he is not having any thoughts
of wanting to harm himself or anyone else.

O:  Wt 166 lbs.  BP 140/80.  Generally well developed, well
nourished white male who walks with a limp, favoring his back.
He  has  decreased  mobility  in  his  back.     HEENT  exam--
normocephalic, atraumatic.  Sclerae anicteric without injection.
TMs dull.  Nose congested.  Throat reveals some erythema, but no
exudate.    Neck  is  supple  without  masses,  adenopathy  or
thyromegaly.   Lung fields reveal scattered rhonchi, but no
wheezes or rales.  Heart RRR, no murmur, gallop, rub or ectopy.
Extremities revealed no edema.

A:   1.   Seizures, not taking his medication because he can't
          afford it.
     2.   Sinusitis.
     3.   Probable depression.
P:   1.   I have started him on Ceclor-CD 500 mg 1 po b.i.d.
     2.   He is given #20 samples of Vicoprofen 1 po q.6h., prn
          for pain.
     3.   He is given samples of Celexa 20 mg 1 po q.d.
     4.   He is encouraged to follow up at the Health Department
          at the ICP program as he currently is not working, has
          no insurance and cannot afford his meds.  He seems to
          be a perfect candidate for this, as he does live here
          in the Columbus area.
     5.   Follow up here prn.
GREGORY A. PARKER, M.D./mwb

ELLIS, WILLIAM L. (5/9/70)
04/02/2001 (Pt of Dr. Parker)
S: He has a bad toothache and cannot see his dentist until next
week. He also states cannot afford his seizure medication which is
Depakote. Says that he does fine on generic Valproic Acid which he can
afford. Also, has had problems with depression and has had severe
side effects with most of the SSIs as well as with Remeron. He states
he use to take Elavil some time back. He is aware that most
antidepressants will increase the seizure threshold.

O: Wt 178 lbs. BP 120/110. T 98.1. P 116, R 20. Lungs clear,
bilaterally. Is very tender over the right lower 3rd molar. I do
not see any exudate. He is in a good bit of pain and also fairly
dysphoric.

A: 1. Seizures.
   2. Toothache.
P: 1. Zithromax Samples given.
   2. Generic Valproic Acid 250 mg p.o. t.i.d., #60, R1.
   3. Amitriptyline 25 mg t QHS for 2 weeks, then increase to 2
      tabs QHS, #60, R1.
   4. He is eligible for ICP Clinic as of 5/1/2001 and will start
      being followed there.
ADDENDUM: Recheck his BP and it was actually 122/90. He also
requested some pain medication for the tooth and I gave him #12 of
Lorcet 1 Q6H prn.
LAWRENCE H. WILLIAMS, M.D./mda

FOR BAP.   5/9/70        URGENT ☐ Yes ☐ No

Patient: William L Ellis
☐ New ☐ Est.
Caller: Same
Phone: 569-0680
Allergies:                Age:

Follow Up
Pharmacy Phone #:
Medication:
Dosage:
Refill ☐ Yes ☐ No
Date:        By:

MESSAGE: Seen owl Monday Ocwe 12 loracett abscessed tooth. Needs more pain meds till 4-11-01 + 7 antibiotics areclone
Date 4/4/01 Time 2:25 By Sara
Dr Lewis Dentist

PHONE MESSAGE

ELLIS, WILLIAM  (05/09/70)
06/22/2001
CC:  Seizures.
HPI:  Patient is having seizures.  He is having difficulty getting into the ICP program, which is where he needs to be.  He cannot afford to go see a neurologist on his own.  He saw Dr. Williams here in our office about a month or so ago and Dr. Williams placed him on Depakote, but the patient never got the Rx filled and went back to taking his Dilantin.  He is not driving.  He works as a painter, but does not climb up on anything, he just works at ground level.  He reports that his BP has been up some as well.  He has been under a lot of stress lately as his father is very ill.

PMH:  Significant for anxiety, seizure disorder.

CURRENT MEDS:  Dilantin 100 mg t.i.d.

O:  Wt 185 lbs.  BP 140/74.  Generally well developed, well nourished white male in NAD.  Lung fields are clear.  Heart RRR.

A:   1.   Recurrent seizures.
P:   1.   I have instructed him to continue with his Dilantin 100 mg t.i.d., and not to double up on the dose, as he readily admits that he does at times.
     2.   A Dilantin level is checked today.  The visit and the lab work is at no charge to the patient.
     3.   I have strongly encouraged him to pursue getting into the ICP program.  I told him that if he continues to have seizures it would be best for him to go to the Medical Center ER to be evaluated further on an acute basis.
GREGORY A. PARKER, M.D./mwb

# Exhibit I – Part 5

## Medical File of William Lanier Ellis, Sr.

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

G-12

**LOCATION**

Name _William Edi_ Date _11-21-07_

# MEDICAL

Nature of complaint or illness:

Please take in Consideration me hitting a Concrete floor was the last thing i needed. To make it Clear so their are no misunderstandings i hit the floor full impact on my tail bone or S1 I hope that no one else pops a waterbag in the Dayroom. Now im paying for someone else's this injury is already affecting me

Sign here for consent
to be treated by health staff: _____

(<u>Do Not Write Below This Line</u> – For Reply Only)

_____

_____

_____

_____

_____

DOCTOR ☐          DENTIST ☐          OTHER ☐

Date _21 Nov 07_ Time Received _1900_

Officer _Shed_

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

G 12

LOCATION

Name _William Eddie_    Date _11-21-07_

# MEDICAL

Nature of complaint or illness:

B.P. was 153/100 4 148/93, 143/98 at any rate that is extremly high and if i recall the last 4 or 5 times i was Checked, with the exception of my visit my B.P. has remained to stay high. However at the present time my B.P. is at the Bottom of my list for Concerns. i'm Coming to you as a man Dr. Warr and asking you to

Sign here for consent
to be treated by health staff: _____

(<u>Do Not Write Below This Line</u> – For Reply Only)

DOCTOR ☐         DENTIST ☐         OTHER ☐

Date _21 Nov 07_    Time Received _1900_

Officer _Ehrod_

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION

Name _William Ellis_    Date _11-22-07_

# MEDICAL

Nature of complaint or illness:

_Could someone please come and check my blood pressure it has remained high since Tuesday my head wont stop hurting and im numb on th left side of my scalp_

Sign here for consent
to be treated by health staff: _____

(<u>Do Not Write Below This Line</u> – For Reply Only)

DOCTOR  ☐          DENTIST  ☐          OTHER  ☐

Date _22dec07_    Time Received _1800_

Officer _Edward_

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

G-12
LOCATION

Name _William L Ellis_      Date _11-21-07_

# MEDICAL

Nature of complaint or illness:

_Dr, were as your aware I fell on the 20TH and was sent to the Er. My Back and legs are locking troubles in muscle spasms The pain in my spine has moved up 4 to 6 inches in the lower part of my spine. Although nothing she's broken on an X-ray. It wont show the type Damage i have. as a note to your records My_

Sign here for consent
to be treated by health staff: _____

---

(<u>Do Not Write Below This Line</u> – For Reply Only)

_Referced to Dr Warr_

DOCTOR  ☐        DENTIST  ☐        OTHER  ☐

Date _21 Nov 07_    Time Received _1500_

Officer _____ _Schraul_

## Form 1

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION A-23

Name _William Ellis_    Date _3-21-07_

# MEDICAL

Nature of complaint or illness:

_I need some tylenol for a headache please and tums for heart burn_

_Wm Ellis_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line -- For Reply Only)

_Tylenol X2_
_Antacid X2_

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _____    Time Received _____

Officer _____

## Form 2

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION A-23

Name _William Ellis_    Date _3-07-07_

# MEDICAL

Nature of complaint or illness:

_I need some tylenol and something for sinus please_

_Wm Ellis_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line -- For Reply Only)

_Sinus tabs x2_

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _3-12-07_    Time Received _1635_

Officer _Kine_

## Form 1

**INMATE REQUEST FORM** #23

Prentiss Griffith Detention Facility

LOCATION

Name _____ Date _____

# MEDICAL

Nature of complaint or illness: Could Plese mail _____

_____

Sign here for consent to be treated by health staff. _____

(Do Not Write Below This Line – For Reply Only)

Unable to read due to poor penmanship

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 4/1/7    Time Received 0745

Officer _____

## Form 2

**INMATE REQUEST FORM** #123

Prentiss Griffith Detention Facility    Date 3-29-03

LOCATION

Name William Ellis    Date 3-29-03

# MEDICAL

Nature of complaint or illness:

_____

Sign here for consent to be treated by health staff. _____

(Do Not Write Below This Line – For Reply Only)

_____

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 3-29-07    Time Received 2/23

Officer _____

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

Name _Williams Ellis_ Date _4-11-07_ LOCATION _____

## MEDICAL

Nature of complaint or illness:

_I need something for sinus matter I have been trying to get something since Monday_

_Mr Ellis_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Given Tylenol and Garricin_

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date _11April'07_ Time Received _1500_

Officer _____

---

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

Name _Willie Ellis_ Date _3-28-07_ LOCATION

## MEDICAL

Nature of complaint or illness:

_I need some eye drops_

_Thanks_

_Mr Ellis_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Tylenol_

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date _3-28-07_ Time Received _202b_

Officer _Hunter_

## Form 1 (top)

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

Annex-23  LOCATION

Date 4/17/07

# MEDICAL

Name William Ellis

Nature of complaint or illness:
_I need some tylenol_
_for my back please_

Sign here for consent
to be treated by health staff: _Wm Ellis_

(Do Not Write Below This Line – For Reply Only)

_Given Tylenol_

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date 17 April 07   Time Received 1900

Officer _Schroen_

## Form 2 (bottom)

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

A-23  LOCATION

Date 4-

# MEDICAL

Name William Ellis

Nature of complaint or illness:
_I need something for_
_head ache please_

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

_Tylenol X_

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date 4-5-07   Time Received 1910

Officer _W. Campbell_

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION: A-23

Name: William Ellis Date: 4-13-07

# MEDICAL

Nature of complaint or illness:
Could i please get a Couple packs of antacid i have heart burn

Mr. Ellis

Sign here for consent to be treated by health staff: ______

(Do Not Write Below This Line – For Reply Only)

Antacids tabs x2

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date: 4-13-07 Time Received: 0915

Officer: C/O CAMPBELL

---

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION: A23

Name: William Ellis Date: 4-12-07

# MEDICAL

Nature of complaint or illness:
I need something for allergies, i been asking all week i really need something

Mr. E

Sign here for consent to be treated by health staff: ______

(Do Not Write Below This Line – For Reply Only)

Given med 04/11 per request
Muzzrey x2

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date: 12 Apr '07 Time Received: 1900

Officer: Schmand

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

# MEDICAL

Name _Williams, Solomon_  Date _11-4-06_  LOCATION ____

Nature of complaint or illness: _I need some Tylenol and Ebetep_

Sign here for consent to be treated by health staff. ____

(Do Not Write Below This Line – For Reply Only)

_Given Tylenol_

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date _4 Nov 06_   Time Received _1200_

Officer _Schlesch_

---

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

# MEDICAL

Name _Williams-Solomon_  Date _3-11-07_  LOCATION ____

Nature of complaint or illness: _I need some Tylenol and Cough Syrup_

Sign here for consent to be treated by health staff. ____

(Do Not Write Below This Line – For Reply Only)

_Given 9650_

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date ____   Time Received ____

Officer ____

## Form 1

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION: 4-23

# MEDICAL

Name: William Ella   Date: 1-20-07

Nature of complaint or illness:
I need some tylenol for a tooth ache and some oral gel

Sign here for consent to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

Given Tylenol and Oral Gel

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date: 20 Jan 07   Time Received: 1500

Officer: Shead

## Form 2

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION: 4-23

# MEDICAL

Name: William Ella   Date: 1-21-07

Nature of complaint or illness:
I need some tylenol plind

Sign here for consent to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

Given Tylenol

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date: 21 Jan 07   Time Received: 1500

Officer: Shead

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION A-23

Name William Ellis   Date 5-28-07

# MEDICAL

Nature of complaint or illness:

I need Some Tylenol for my back and legs

Mr. Ellis

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

Given Tylenol

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 28 May 07   Time Received 1400

Officer Ehaal

---

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION A-23

Name William Ellis   Date 5-24-07

# MEDICAL

Nature of complaint or illness:

I need Some tylenol and antibiotic ointment for a Bite on my face.

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

Given Tylenol and antibiotic cream

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 27 May 07   Time Received 1400

Officer Ehaal

## INMATE REQUEST FORM
Prentiss Griffith Detention Facility   Date 4-20-07

LOCATION A-23

# MEDICAL

Name William Ellis

Nature of complaint or illness: I need some Tylenol and antacid please.

Thanks MD Ellis

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

Tylenol
antacid

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 4-22-07    Time Received 1100

Officer Braxton

---

## INMATE REQUEST FORM
Prentiss Griffith Detention Facility   Date 4-20-07

LOCATION A-22

# MEDICAL

Name William Ellis

Nature of complaint or illness: I need some Tylenol for heart burn. Please when Dr. take my meds at night I get it.

Thanks MD Ellis

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

Antacids Tablet

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 4-20-07    Time Received 1400

Officer Braxton

## Top Form

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility
LOCATION: A-23

# MEDICAL

Name: William Ellis   Date: 3-17-07

Nature of complaint or illness: I need some Tylenol for my back and legs

Mr. Ellis

Sign here for consent to be treated by health staff: [signature]

(Do Not Write Below This Line – For Reply Only)

[signature]

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date: 05/17/07   Time Received: 1926

Officer: CGM

## Bottom Form

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility
LOCATION: A-23

# MEDICAL

Name: William Ellis   Date: 5-18-07

Nature of complaint or illness: I need some Tylenol for my back and legs Please

Mr. Ellis

Sign here for consent to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

Denied due to order from store

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date: 5/14/07   Time Received: 1930

Officer: Brogdon

## INMATE REQUEST SLIP

Name Mr. Ellis          Date 6-17-07          LOCATION A27

- ☐ Telephone Call      ☐ Time Sheet
- ☐ Special Visit       ☐ Personal Problem      ☐ Other

Briefly Outline Your Request.  Give to Jailer

I need some tylenol plex
for a tootheack

(Do Not Write Below This Line -- For Reply Only)

Given Tylenol

Approved _____   Denied _____   Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.
☐ Lieutenant      ☐ Chief Deputy      ☐ Sheriff

Date 17June07   Time Received 1500

Jailer: Shrader

---

## INMATE REQUEST FORM
Prentiss Griffith Detention Facility          LOCATION A-23

Name William Ellis   Date 6-18-07

# M E D I C A L

Nature of complaint or illness:

Mrs. Riley I need to see the doctor
about my medicene it helping somewith
the muscle spasms in my legs but its
not relieving pain any pain. I'm getting worse
every day. I'm staying depressed my anxiety so
through the roof. Please Mrs Riley or whoever
something need to give em begging you, william

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line -- For Reply Only)

6/22/07 You are currently getting
pain meds for your conditions

DOCTOR ☐      DENTIST ☐      OTHER ☐

Date 6/18   Time Received 1950

Officer C/o Tanner

## Form 1

**INMATE REQUEST FORM** C

Prentiss Griffith Detention Facility

LOCATION

Name _William Ellis_ Date _11-1-06_

# MEDICAL

Nature of complaint or illness:
_I need some tylenol for my leg pleas_

_(signature)_

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line -- For Reply Only)

11/2/06 _You are already receiving pain meds twice daily_

_Dunn_

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date _11-2-06_     Time Received _0915_

Officer _PK_

## Form 2

**INMATE REQUEST FORM** C

Prentiss Griffith Detention Facility

LOCATION

Name _William Ellis_ Date _11-3-06_

# MEDICAL

Nature of complaint or illness:
_I need some tylenol please for my leg pleas and bladder_

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line -- For Reply Only)

2 _Tylenol_

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date _11-04-06_ Time Received _0700_

Officer _(signature)_

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

Date 10-6-06

LOCATION C Dorm

# MEDICAL

Name William Ellis

Nature of complaint or illness:

I need my Medication I take
V. Diam Diet. I'm on medication
I also have seizures I need
no medication I been out of my
else have Panic + Anxiety attacks
I need my meds

Sign here for consent
to be treated by health staff: William Ellis

(Do Not Write Below This Line – For Reply Only)

Seen by RN

DOCTOR □    DENTIST □    OTHER □

Date 10/6/6    Time Received 1945

Officer c/o Gibbons

---

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

Date 10-3-06

LOCATION D Pod

# MEDICAL

Name William Ellis

Nature of complaint or illness:

I need something for pain
on the cold in knees
Back hurts all day

William Ellis

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

Gave tylenol
Seen by medical
@ 5PM + tonite tab

DOCTOR □    DENTIST □    OTHER ☑

Date 10/3/6    Time Received 1940

Officer c/o Gibbons

Med ical

# INMATE REQUEST SLIP

6/2 LOCATION

Name William Ellis Date 11-18-07

☐ Telephone Call ☐ Time Sheet
☐ Special Visit ☐ Personal Problem ☐ Other

Briefly Outline Your Request. **Give to Jailer**

I need some tylenol for my back and leg something for a cold I antacid I antacid

(Do Not Write Below This Line — For Reply Only)

gene tylenol & antacid

a/o 50

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.
☐ Lieutenant ☐ Chief Deputy ☐ Sheriff

ate 11/19/7   Time Received 2135

'er db P.bbn

---

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

1-23 LOCATION

Name William Ellis Date 3-22-07

# MEDICAL

Nature of complaint or illness:

Mrs. Polly i need some glasses for my eyes i need i wear glasses all the time

Sign here for consent to be treated by health staff. _M_. Ellis

(Do Not Write Below This Line — For Reply Only)

Referred to Mrs Polly

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date 03/22/07 Time Received 3030

Officer MEBane RN

Medical

## INMATE REQUEST SLIP

LOCATION: G-12

Name _William Ellis_ Date _10-16-07_

☐ Telephone Call    ☐ Time Sheet
☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. Give to Jailer

_I need some tylenol and cold med_

(Do Not Write Below This Line – For Reply Only)

_Green Tylenol_

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.
☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _16 Oct 07_ Time Received _1500_

Jailer _Schock_

---

## INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION: G-12

Name _William Lewis Ellis_ Date _10/21/07_

# MEDICAL

Nature of complaint or illness:

_Lt. Ivan my throat is swelling again im broke out in my scalp and may right ear._

Sign here for consent
to be treated by health staff: _William Ellis Jr_

(Do Not Write Below This Line – For Reply Only)

_Referred to Dr. Wm_

_10/22/07 PN_

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _21 Oct 07_ Time Received _1500_

Officer _Schock_

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

Name _William Ellis_    Date _10/20/07_    LOCATION _G/2_

# MEDICAL

Nature of complaint or illness:
_I need some Tylenol and Oral Gel
Plese. I'm suffering Bad with
a broken tooth._

Sign here for consent
to be treated by health staff: _____

**(Do Not Write Below This Line – For Reply Only)**

_Given Tylenol and Oral Gel_

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |
|---|---|---|

Date _20oct07_    Time Received _1600_

Officer _Schexel_

---

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

Name _William Ellis_    Date _10-19-07_    LOCATION _G/2_

# MEDICAL

Nature of complaint or illness:
_I need some tylenol and oral gel plese_

Sign here for consent
to be treated by health staff: _____

**(Do Not Write Below This Line – For Reply Only)**

_Given Tylenol and Oral Gel'_

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |
|---|---|---|

Date _19oct07_    Time Received _1600_

Officer _Schexel_

*Medical*

# INMATE REQUEST SLIP

LOCATION

Name _William Ejfe_ Date _10/21/0__

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☒ Personal Problem    ☐ Other

Briefly Outline Your Request. **Give to Jailer**

_I will keep inform Conn_
_Crockett My Meds is getting_
_low_

**(Do Not Write Below This Line – For Reply Only)**

_Given Tylenol and Oral Gel_

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _10-21-07_ Time Received _1200_

Jailer _Schram_

---

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

Name _William Ejfe_ Date _10-19-07_

LOCATION

# M E D I C A L

Nature of complaint or illness:

_Dr. Weirr Dunn i Cant Come to medical to_
_see you. I need my pain medication im asking_
_Thes request in writing we to make it part of the_
_record. Also My Anxity Medication that i was_
_enform to Coming here. I also need an eye_
_motion in writing if it is refuse. I to_
_attach to fard of this record. Will_

Sign here for consent
to be treated by health staff _Will_

**(Do Not Write Below This Line – For Reply Only)**

_10/22/07 Seen by Dr Mhan_

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _10/22/07_ Time Received _1200_

Officer _Schram_

## Form 1

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION 7/12

Date 10-29-07

# MEDICAL

Name William Ellie

Nature of complaint or illness: I need pain tylenol and antibiotic ointment

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

Gived Tylenol and antibiotic

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date 29oct07   Time Received 1500

Officer _____

## Form 2

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION 7/12

Name William Larry Ellis   Date 10-26-07

# MEDICAL

Nature of complaint or illness: I need pain tylenol and antibiotic please.

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

Reg nec 10/28/07 @ 2045

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date 10-27-07   Time Received 0800

Officer _____

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION 9-9-07

Date 9-9-07

# MEDICAL

Name William Elli

Nature of complaint or illness:
I need some tynol and orajel.

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line – For Reply Only)

Gave 1 tylenol

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |
|---|---|---|

Date 9-9-07   Time Received 1939

Officer Hunter

---

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION 9-3-07

Date 9-3-07

# MEDICAL

Name William Ellis

Nature of complaint or illness:
Mrs. Kelly I need to see Dr.
I'm on 1st bed. My throat is
closing up again. I have another
abses. Every time I eat my food black
for about 30 min. I gargill with salt
water all weekend heard helped.

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line – For Reply Only)

Dr WOM

9/6/07

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |
|---|---|---|

Date 9-3-07   Time Received 1946

Officer Hunter

## Form 1

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION _____

Name _William Ellis_  Date _10-2-07_

# MEDICAL

Nature of complaint or illness:
_I need some Tylenol and steled Im still waiting to go to the Dentist_

Sign here for consent to be treated by health staff: _____

**(Do Not Write Below This Line – For Reply Only)**

_Given Tylenol_

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |
|---|---|---|

Date _2 Oct 07_  Time Received _1400_

Officer _____

## Form 2

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION _____

Name _William Ellis_  Date _10-1-07_

# MEDICAL

Nature of complaint or illness:
_I need some Tylenol and a cold_

Sign here for consent to be treated by health staff: _____

**(Do Not Write Below This Line – For Reply Only)**

_Given Tylenol / cold med Ect_

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |
|---|---|---|

Date _1 Oct 07_  Time Received _1400_

Officer _____

## Form 1 (right side)

**INMATE REQUEST FORM** 9-1-2

Prentiss Griffith Detention Facility

LOCATION

Name _William Ell_ Date _8-25-0_

# MEDICAL

Nature of complaint or illness:

I need some tylenol and menol

Sign here for consent to be treated by health staff.

**(Do Not Write Below This Line – For Reply Only)**

Denied Vassell

2 diff pain meds Stop requesting tylenol

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _8-2507_    Time Received _2120_

Officer _Hunter_

## Form 2 (left side)

**INMATE REQUEST FORM** 9-1-2

Prentiss Griffith Detention Facility

LOCATION

Name _William Ell_ Date _9-3-07_

# MEDICAL

Nature of complaint or illness:

I need something for toothache tylenol and robol are the only thing that help it but I am waiting to go to the dentist

Sign here for consent to be treated by health staff.

**(Do Not Write Below This Line – For Reply Only)**

Gave tylenol & oral gel

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _9-3-07_    Time Received _1951_

Officer _Hunter_

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION 7-12

Date 8-8-07

# MEDICAL

Name William Ellis

Nature of complaint or illness:
I need some tylenol and ora jel please

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

tylenol x2

DOCTOR ☐          DENTIST ☐          OTHER ☐

Date 8/5/7   Time Received 1955

Officer _____

---

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION 8-12

Date 8-21-07

# MEDICAL

Name William Ellis

Nature of complaint or illness:
I need some tylenol and a hot please

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

Gave items

DOCTOR ☐          DENTIST ☐          OTHER ☐

Date 8-21-07   Time Received 2137

Officer Hunter

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION C/2

Name William Ella    Date 8-11-07

# MEDICAL

Nature of complaint or illness:

I need some tylenol and
medal please.

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line – For Reply Only)

Given 8/11/07

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 8/11/07    Time Received 1300

Officer _____

---

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION C/2

Name William Ella    Date 8-12-07

# MEDICAL

Nature of complaint or illness:

I need some tylenol and
medal please.

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line – For Reply Only)

C/O Hunter gave items

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 8-12-09    Time Received 2009

Officer Hunter

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

LOCATION F-11

## MEDICAL

Name: William Ellis   Date: 7-27-07

Nature of complaint or illness: I need some tylenol and aspirin please.

Sign here for consent to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

Tylenol x2
Aspirin x2

DOCTOR ☐     DENTIST ☐

Date 7/29/07   Time

Officer ____

---

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

LOCATION F-11

## MEDICAL

Name: William Ellis   Date: 7-26-07

Nature of complaint or illness: I need some tylenol and aspirin please for a left ache.

Sign here for consent to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

7/27/07 Denied. You are currently receiving tramadol twice daily for pain.

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date ____   Time Received ____

Officer ____

## Form 1

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

Date 7-27-07  LOCATION 1

# MEDICAL

Name _John Ellison_

**Nature of complaint or illness:**
I need something for my headache

**Sign here for consent to be treated by health staff:** _John Ellison_

**(Do Not Write Below This Line – For Reply Only)**

Rog rec 7/28

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date 7-27-07   Time Received 195

Officer _____

## Form 2

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

Date 7-27-07   LOCATION F-11

# MEDICAL

Name _William Ellison_

**Nature of complaint or illness:**
I need dove referral and rehab

**Sign here for consent to be treated by health staff:**

**(Do Not Write Below This Line – For Reply Only)**

Given Tylenol

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date 28 July 07   Time Received 0730

Officer _____

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

Name _William Ellis_  Date _8-4-07_   LOCATION _G-20_

# MEDICAL

Nature of complaint or illness:

_I need some tylenol and nasal please I have a broken tooth._

Sign here for consent to be treated by health staff: _Wm Ellis_

(Do Not Write Below This Line – For Reply Only)

_Tylenol X2_
_Nasal X2_

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |
|---|---|---|

Date _8/4/7_    Time Received _1945_

Officer _____

---

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

Name _William Ellis_  Date _8.3.07_   LOCATION _G-20_

# MEDICAL

Nature of complaint or illness:

_I need some tylenol and nasal_

Sign here for consent to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

_Reg Rec 08/04/07_

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |
|---|---|---|

Date _8/3/7_    Time Received _1945_

Officer _____

## INMATE REQUEST FORM F11

Prentiss Griffith Detention Facility

Date 7-13-07    LOCATION

Name William Ellis

# MEDICAL

Nature of complaint or illness:

_I need some Tylenol and_
_Tums_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Given 2 Tylenol_
_8 pm    7/13/07_

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 7/13/07    Time Received 1200

Officer _____

---

## INMATE REQUEST FORM 7-11

Prentiss Griffith Detention Facility

Date 7-23-07    LOCATION

Name William Ellis

# MEDICAL

Nature of complaint or illness:

_I need some Tylenol and_
_Tums_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Tylenol x2_
_Maalox x2_

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 7/23/07    Time Received 1900

Officer _____

## Form 1

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION F-11

Date 7-14-87

# MEDICAL

Name William Ellis

**Nature of complaint or illness:** I need some Tylenol and nasal.

**Sign here for consent to be treated by health staff:**

**(Do Not Write Below This Line – For Reply Only)**

Reg rec 07/13/87

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 7-14-07    Time Received 2102

Officer Hunter

## Form 2

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION F-11

Date 7-13-07

# MEDICAL

Name W E Ellis

**Nature of complaint or illness:** I need some Tylenol and nasal.

**Sign here for consent to be treated by health staff:**

**(Do Not Write Below This Line – For Reply Only)**

Tylenol + nasal

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 7-12    Time Received ESP

Officer

## Form 1

**INMATE REQUEST FORM** 1-20
Prentiss Griffith Detention Facility
Date 8-5-07
LOCATION

# MEDICAL

Name William Ellis

Nature of complaint or illness:
I Med some tylenol and a Doctor claped + teeth a Dokter tooth

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

[signature]

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date 8-5     Time Received 1900

Officer CO WUCST

## Form 2

**INMATE REQUEST FORM** 2/8
Prentiss Griffith Detention Facility
Date 8-7-07
LOCATION

# MEDICAL

Name William Ellis

Nature of complaint or illness:
I med some Tylenol and claped I have a broken tooth

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

Given!

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date 8/6/07     Time Received 1500

Officer [signature]

**INMATE REQUEST FORM** G-12

Prentiss Griffith Detention Facility    LOCATION

Date 8-9-07

# MEDICAL

Name William Ellis

Nature of complaint or illness:
I need some tylenol and nasal flene

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

Tylenol x2
Claritin x2

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 8-9-7    Time Received 1730

Officer CClust

---

**INMATE REQUEST FORM** G-12

Prentiss Griffith Detention Facility    LOCATION

Date 8-6-07

# MEDICAL

Name William Ellis

Nature of complaint or illness:
I need some tylenol and cold
chest broken teeth

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

Tylenol x2
Claritin x2

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 8-6-07    Time Received 1925

Officer Hunter

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION: 4-23

Name: William Ellis    Date: 6-14-07

# MEDICAL

Nature of complaint or illness:

Mrs Riley I need to see the doctor and also I need to be moved Sgt Moore has been sleeping on the floor and is not helping me at all telling up and down off the floor

Sign here for consent to be treated by health staff: _William Ellis_

(Do Not Write Below This Line – For Reply Only)

4/25/07 I will speak to Sgt. Bussey in ref to relocating you

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |
|---|---|---|

Date: 6/24    Time Received: 1715

Officer: C/o Tarver

---

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION: 4-23

Name: William Ellis    Date: 4-22-07

# MEDICAL

Nature of complaint or illness:

Mrs Riley I need something done in getting more wecg day and its telling on my right leg I put in a request Monday & got no respons

Sign here for consent to be treated by health staff: _Mrs Ellis_

(Do Not Write Below This Line – For Reply Only)

Referred to Mrs Raffery

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |
|---|---|---|

Date: 06/22/07    Time Received: 1900

Officer: _____

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

LOCATION _E-11_

# MEDICAL

Name _William Ellis_ Date _7-7-07_

Nature of complaint or illness:
_I need something for my
stomach._

Sign here for consent
to be treated by health staff: _____

## (Do Not Write Below This Line – For Reply Only)

_PEDIALYTE
BMS_

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date _7/7/__ Time Received _2010_

Officer _____

---

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

LOCATION _A-11_

# MEDICAL

Name _William Ellis_ Date _6-25-07_

Nature of complaint or illness:
_I need some tylenol for my
legs and back._

Sign here for consent
to be treated by health staff: _____

## (Do Not Write Below This Line – For Reply Only)

_Gave Tylenol_

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date _25 June 07_ Time Received _1906_

Officer _Schwab_

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION: _F-1_

Name _Lewis Sla_    Date _6-30-0_

# MEDICAL

Nature of complaint or illness:
_Need some ky longe[r]_
_for my back and_
_legs_

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line – For Reply Only)

_Given Tylenol_

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _30 June 07_    Time Received _1500_

Officer _Schael_

---

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION: _F-1_

Name _Lewis Sla_    Date _6-29-07_

# MEDICAL

Nature of complaint or illness:
_Need something for_
_a headache problem_

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _28 June 07_    Time Received _1500_

Officer _Schael_

#4 3

## INMATE REQUEST FORM
Prentiss Griffith Detention Facility

Name: William Ellis   Date: 7-1-07   LOCATION E-11

# M E D I C A L

Nature of complaint or illness:
I need some Tylenol and Orajel for a toothache.

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line – For Reply Only)

Given Tylenol and Oral Gel

Date 7-1-07   Time Received 1500

DOCTOR ☐   DENTIST ☐   OTHER ☐

Officer ___

---

## INMATE REQUEST SLIP

Name: William Ellis   Date: 12-4-07   LOCATION 60

☐ Telephone Call   ☐ Time Sheet
☐ Special Visit   ☐ Personal Problem   ☐ Other

Briefly Outline Your Request. **Give to Jailer**

In doing about the injury in the upper part of my back that is affecting my shoulders arms and fingers. The pains way my hip and leg are being affected. After not well I will then even my case to Southern Prison Law Center to receive my issues.

Mr. Ellis

(Do Not Write Below This Line – For Reply Only)

Approved ___   Denied ___   Collect Call ___

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.
☐ Lieutenant   ☐ Chief Deputy   ☐ Sheriff

Date 12-4-07   Time Received 10:23

Jailer ___

Mailed

# INMATE REQUEST SLIP

Location __G/P__

Name __William T. Ellis__ Date __12-4-07__

☐ Telephone Call     ☐ Time Sheet
☐ Special Visit       ☒ Personal Problem     ☐ Other

**Briefly Outline Your Request. Give to Jailer**

Dr. West said just what the article was put me on traction. My injuries are ways to cure for traction. Even the Chiropractor thought needs to use a orthopedic Dr. Traction is really wear anymore for back injuries. He could me a letter one visit is not a Medical Doctor its traction me. Its ok say that you weren't hurting himself

___

(Do Not Write Below This Line – For Reply Only)

___

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.
☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date __12-4-07__ Time Received __12:5__

Jailer

---

# INMATE REQUEST SLIP

Location __G/P__

Name __William Ellis__ Date __12-4-07__

☐ Telephone Call     ☐ Time Sheet
☐ Special Visit       ☒ Personal Problem     ☐ Other

**Briefly Outline Your Request. Give to Jailer**

on this behalf of a person that is the equivilent to an unlicensed Podiatrist. I'm under the assumption you thought one time would fix my back. It was for 3 weeks for 6 weeks I'm right about it that's how treatment it's was. Then you cut my pain medication after 7 days. My question is what do you plan

___

(Do Not Write Below This Line – For Reply Only)

___

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.
☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date __12-4-07__ Time Received __12:5__

Jailer

## INMATE REQUEST FORM
Prentiss Griffith Detention Facility

LOCATION _____

# MEDICAL

Name _William Ell__    Date _12-5-07_

Nature of complaint or illness:

I need some Tylenol for my back
and something for cold

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line – For Reply Only)

_Green Tylenol_

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _5 Dec 07_   Time Received _1200_

Officer _____

---

_Medical_
## INMATE REQUEST SLIP

LOCATION _____

Name _William Ell__    Date _11-30-07_

☐ Telephone Call    ☐ Time Sheet
☐ Special Visit      ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  Give to Jailer

I need some Tylenol for my
back and leg and some cough
syrup for a cold

(Do Not Write Below This Line – For Reply Only)

_Green Tylenol and cough_

Approved ____  Denied ____  Collect Call ____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.
☐ Lieutenant   ☐ Chief Deputy   ☐ Sheriff

Date _30 Nov 07_  Time Received _1200_

Jailer _____

## Form 1

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION G/2

# MEDICAL

Name _William E. Ellis_    Date _11-13-07_

Nature of complaint or illness:

_I need some cough syrup and Tylenol for colds_

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

_Reg. rec 11/14_

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _11/13/07_    Time Received _0700_

Officer _J. Mott_

---

## Form 2

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION G/2

# MEDICAL

Name _William Ellis_    Date _12-4-07_

Nature of complaint or illness:

_I_ _William Ellis am not getting the medicine I need_
_before at night. The medication has has me down_
_so I take it twice a day. Also (2) requested_
_at night can only getting once I will make it_
_known to you I am seriously injured if any and all_
_if harm around me. No consent is from him in with_
_no sleep makes it worse_

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

_12/4/07 Rec'd_

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _12-4-07_    Time Received _1500_

Officer _____

Case # 3:01 CV 720 MAT
medical

## INMATE REQUEST SLIP   Location G-2

Name _William Ellis_   Date _11-15-07_

☐ Telephone Call   ☐ Time Sheet
☐ Special Visit   ☐ Personal Problem   ☐ Other

Briefly Outline Your Request.  Give to Jailer

_I need some Tylenol for my back and high blood pressure medication out to it affecting my stomach. Pla ka closed my Tylenol when he request list out G-2_

(Do Not Write Below This Line – For Reply Only)

_Tylenol Tramadol 180mg_

Approved _____  Denied _____  Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.
☐ Lieutenant   ☐ Chief Deputy   ☐ Sheriff

Date _____  Time Received _____

Jailer

---



~ Elisa

## INMATE REQUEST SLIP   Location G-12

Name _William Ellis_   Date _1-16-07_

☐ Telephone Call   ☐ Time Sheet
☐ Special Visit   ☐ Personal Problem   ☐ Other

Briefly Outline Your Request.  Give to Jailer

_I need something for a cold and some Tylenol_

(Do Not Write Below This Line – For Reply Only)

_Given Tylenol and Omnicen_

Approved _____  Denied _____  Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.
☐ Lieutenant   ☐ Chief Deputy   ☐ Sheriff

Date _16 Nov 07_  Time Received _1200_

Jailer _Schad_

Medical — Case# 3:07 – CV-920 MHT — Medical

## INMATE REQUEST SLIP

LOCATION G/2

Name William Ellis    Date 11-19-07

☐ Telephone Call    ☐ Time Sheet
☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. **Give to Jailer**

I need some tylenol for my back and leg and something for cold. Also am to be getting a speak + got one in the A.M. but not P.M. I take my meds at P.M.

M. Ellis

(Do Not Write Below This Line – For Reply Only)

Medical

Given Tylenol and Contac
Will check record for script

Approved _____  Denied _____  Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.
☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date 2 Nov 07    Time Received 1500

Jailer    Sehenal

---

Medical

## INMATE REQUEST SLIP

LOCATION G/2

Name William Ellis    Date 11-14-07

☐ Telephone Call    ☐ Time Sheet
☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. **Give to Jailer**

I Need some Tylenol for my back and legs and something for a Cold.

(Do Not Write Below This Line – For Reply Only)

Approved X    Denied _____  Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.
☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date 11/14    Time Received 1740

Jailer

## Slip 1 (right)

Med Cal

**INMATE REQUEST SLIP**    8/12 LOCATION

Name _William Ellis_    Date _10-11-07_

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

**Briefly Outline Your Request.  Give to Jailer**

I need some tylenol and other

Illness

_Mr Ellis_

**(Do Not Write Below This Line – For Reply Only)**

Reg rec 10/12 @
1930

Approved _____    Denied _____    Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.
☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

Jailer _____

## Slip 2 (left)

Med Cal

**INMATE REQUEST SLIP**    8/12 LOCATION

Name _William Ellis_    Date _11-27-07_

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

**Briefly Outline Your Request.  Give to Jailer**

I need some tylenol and something for
a cold + cough syrup

**(Do Not Write Below This Line – For Reply Only)**

Given Tylenol and cough

Approved _____    Denied _____    Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.
☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _27 Nov 07_    Time Received _800_

Jailer _____

Medical

# INMATE REQUEST SLIP

LOCATION

Name William Ellis    Date 10/12/07

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. Give to Jailer

I need some tylenol
and aspirin

(Do Not Write Below This Line – For Reply Only)

Tylenol x 2
OKASS/ x 2

10-12-07

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date 10-12-07    Time Received 1800

Jailer

# INMATE REQUEST SLIP  G 12
### LOCATION

Name _William Ellis_ Date _10/10/07_

☐ Telephone Call     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

_I need some Tylenol and_
_orasol._

_____

_____

_____

_____

_____

_____

<u>(Do Not Write Below This Line</u> – For Reply Only)

_Given Tylenol and Oral Gel_

_____

_____

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _10 Oct 07_ Time Received _1900_

# INMATE REQUEST SLIP    G 12

LOCATION

Name _William Ellis_    Date _10-7-07_

☐ Telephone Call      ☐ Time Sheet

☐ Special Visit      ☐ Personal Problem      ☐ Other

Briefly Outline Your Request.  <u>Give to Jailer</u>

_I need some Tylenol and crasol_
_please._

---

(<u>Do Not Write Below This Line</u> – For Reply Only)

_Given Tylenol_

---

Approved _____    Denied _____    Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant      ☐ Chief Deputy      ☐ Sheriff

Date _7 oct 07_    Time Received __1900__

Jailer                              _S.I._

MEDICAL

**INMATE REQUEST SLIP**   G 12

LOCATION

Name _William Ellis_   Date _10-8-07_

☐ Telephone Call        ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

_I need some tylenal and crasol_
_please_

(<u>Do Not Write Below This Line</u> -- For Reply Only)

_Tylenal X2_
_Orasal X2_

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _10-08-07_ Time Received _2001_

Jailer                            _CRA_

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

*9/12*

LOCATION

Name _William Ellis_ Date _10 - 5 - 07_

# MEDICAL

Nature of complaint or illness:

_I need some Tylenol_
_and Gas Sol please_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Given Tylenol_

DOCTOR ☐       DENTIST ☐       OTHER ☐

Date _5 Oct 07_ Time Received _1900_

Officer _____

# INMATE REQUEST SLIP

LOCATION

Name _William Ellk_ Date _10-6-07_

☐ Telephone Call     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

_I need some Tylenol and Orasol._

_W. Ellis_

(<u>Do Not Write Below This Line</u> – For Reply Only)

_Given Tylenol_

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _6Oct07_   Time Received _____

# INMATE REQUEST SLIP  *G12*

LOCATION

Name _William Ellis_    Date _10-15-07_

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

_I need some tylenol and_
_orasol plese. I only_
_been waiting 4 months to_
_goto dentist_

(<u>Do Not Write Below This Line</u> – For Reply Only)

_Given Tylenol and oralgel_

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _15 Oct 07_    Time Received _1800_

Jailer: _Shu l_

## INMATE REQUEST SLIP

Name William Ellis    Date 2-26-08    LOCATION G-2

☐ Telephone Call    ☐ Time Sheet
☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  Give to Jailer

I will buy own medication please

_____

(Do Not Write Below This Line – For Reply Only)

Given

_____

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.
☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date 2-26-8    Time Received 1625

Jailer _____

---

## INMATE REQUEST SLIP

Name W. Ellis    Date 2-27-08    LOCATION G-2

☐ Telephone Call    ☐ Time Sheet
☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  Give to Jailer

I will buy own medication please

_____

(Do Not Write Below This Line – For Reply Only)

Given

_____

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.
☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date 2-27-8    Time Received 0911

Jailer _____

## INMATE REQUEST SLIP

LOCATION _4/2_

Name _William Ellis_    Date _10-10-07_

☐ Telephone Call  ☐ Time Sheet
☐ Special Visit  ☒ Personal Problem  ☐ Other

**Briefly Outline Your Request.  Give to Jailer**

_I need some tylenol for they_
_back and hip also some cough_
_syrup_

---

(Do Not Write Below This Line – For Reply Only)

_Given Tylenol and Guaicen_

---

Approved _____    Denied _____    Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.
☐ Lieutenant  ☐ Chief Deputy  ☐ Sheriff

Date _10 Dec 07_   Time Received _1500_

Jailer _Echerd_

---

## INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION _5/2_

Name _____    Date _12-28-07_

# MEDICAL

Nature of complaint or illness:

_I need some tylenol and_
_cough syrup_

---

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

---

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _12/28/07_  Time Received _1300_

Officer _____

#3

## INMATE REQUEST SLIP

LOCATION G/2

Name: William Ellis    Date 12-16-07

☐ Telephone Call    ☐ Time Sheet
☐ Special Visit    ☐ Personal Problem    ☐ Other

**Briefly Outline Your Request. Give to Jailer**

I know you believe in doing the right thing but the politics of the facility are going to get you caught in a long standing federal lawsuit when Bussey Riley and everyone else so close your left to provide these answers. Now you should c. Orthopedic? How much Heat? Back support? plus Orthopedic)

**(Do Not Write Below This Line – For Reply Only)**

The paper that to Chiropractor failed. My wish is warning. This information not intended as a substitute for professional health care. Mr. Ellis

Approved _____    Denied _____    Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.
☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

Jailer _____

---

## INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION G/2

Name William Ellis    Date 12-9-9

# MEDICAL

Nature of complaint or illness:

I need some tylenol for my neck and leg and some cough syrup

Sign here for consent
to be treated by health staff.

**(Do Not Write Below This Line – For Reply Only)**

Given Tylenol and Guaifen.....

Date 11 Dec 07    Time Received 1800

DOCTOR ☐    DENTIST ☐    OTHER ☐

Officer _____

#1

## INMATE REQUEST FORM
Prentiss Griffith Detention Facility

LOCATION: G/2

Name: William Ellis  Date: 12-16-07

# MEDICAL

Nature of complaint or illness:

Dr. Ward I don't appreciate trying to force me into treatment you ask me to did to a non-medical treatment and I did. Then I told you it was making me worse. You Drews I was different from it you were here rather then ask me what was going on you faced me out the dentist.

Sign here for consent to be treated by health staff.

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date 16 Dec 07  Time Received 1400

Officer ___

---

#2

## INMATE REQUEST FORM
Prentiss Griffith Detention Facility

LOCATION: G/2

Name: William Ellis  Date: 12-16-07

# MEDICAL

Nature of complaint or illness:

Deputy, If you believe in treating me much If you put me on it. Will your treating and pulling there a very good chance the rest of the Doc will push to way out. you haven't even acknowledge what I keep telling you about my upper back and arms I can't even raise my left arm over my head.

Sign here for consent to be treated by health staff.

(Do Not Write Below This Line – For Reply Only)

Read and failed my chin to my chest. Whether you like me or return to you. When are can get these medical answers put you. On Jan 8TH you still have to answer to a Judge as amended on 11/29.

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date ___  Time Received ___

Officer ___

## INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION _C/12_

Name _William Ellis_   Date _12-15-07_

# MEDICAL

Nature of complaint or illness:

_I need some tylenol and something for cold & interior_

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line – For Reply Only)

_Given Tylenol and Antihist_

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date _15 Dec 07_   Time Received _1860_

Officer _Elwood_

---

## INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION _C/K_

Name _William Ellis_   Date _12-16-07_

# MEDICAL

Nature of complaint or illness:

_I need some tylenol for my back and something for cold and fever_

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line – For Reply Only)

_Given Tylenol and antibiotic_

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date _16 Dec 07_   Time Received _1600_

Officer _Elwood_

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

LOCATION G/2

Name William Ellis  Date 10-30-07

# MEDICAL

Nature of complaint or illness: I need some tylenol and something for upset stomach

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line – For Reply Only)

Given Tylenol

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date 30 Oct 07  Time Received 1800

Officer Schexnayder

---

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

LOCATION A/8

Name William Ellis  Date 12-14-07

# MEDICAL

Nature of complaint or illness: I need some tylenol and some cough syrup

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line – For Reply Only)

Given Tylenol and Robitussin

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date 14 Dec 07  Time Received 1800

Officer Schexnayder

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION 4-12

# MEDICAL

Name: William Ellis   Date: 6-4-07

Nature of complaint or illness:

I need some Tylenol for my back and legs.

Sign here for consent to be treated by health staff.

(Do Not Write Below This Line – For Reply Only)

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |

Date 6/4/   Time Received 1930

Officer

---

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION

# MEDICAL

Name: William Jervis Ellis   Date: 10-15-07

Nature of complaint or illness:

I need some Tylenol and some aspirin. Please also I need some antibiotic cream for my leg.

Sign here for consent to be treated by health staff.

(Do Not Write Below This Line – For Reply Only)

10/26/07   Oral gel given

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |

Date 10-23-07   Time Received 0715

Officer Smith

## Form 1 (right side)

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION 4-23

# MEDICAL

Name W. Ellis    Date 6-11-07

Nature of complaint or illness:
I need some Tylenol and something for lower back

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

Given Tylenol

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 11 Jun 06    Time Received 1500

Officer    Schroed

## Form 2 (left side)

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION 1-23

# MEDICAL

Name William Ellis    Date

Nature of complaint or illness:
I need some Tylenol for the cramps in my back and legs.

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 5/31    Time Received 1915

Officer

## Form 1

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION A-23

Name _William Ellis_  Date _6-9-07_

# MEDICAL

Nature of complaint or illness:
_I need some type of relief on my back and leg pain_

(signature)

Sign here for consent to be treated by health staff: _M/M Ellis_

(Do Not Write Below This Line – For Reply Only)

_Reg. roc 06/10_

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date _06/09/07_   Time Received _1926_

Officer _CGDF_

## Form 2

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION A-23

Name _William Ellis_  Date _6-6-07_

# MEDICAL

Nature of complaint or illness:
_I need some type of relief on my back and leg pain_

_Mr. Ellis_

Sign here for consent to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

(signature)

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date _6-6-07_   Time Received _1905_

Officer _Brandon_

## Form 1

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

Date 6-1-07    LOCATION A-23

Name William Ellis

# MEDICAL

Nature of complaint or illness: I need some tylenol for my back and hip they are hurting bad

Sign here for consent to be treated by health staff: _(signature)_

(Do Not Write Below This Line – For Reply Only)

Given Tylenol

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |

Date June 07    Time Received 1500

Officer Shroed

---

## Form 2

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

Date 6-16-07    LOCATION A-23

Name William Ellis

# MEDICAL

Nature of complaint or illness: I need some tylenol for my back and legs please

Sign here for consent to be treated by health staff: _(signature)_

(Do Not Write Below This Line – For Reply Only)

Referred K2

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |

Date 6/16    Time Received 135

Officer C. Taylor

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION

Name _William Ellis_  Date _12-10-06_

# MEDICAL

Nature of complaint or illness:

_Tylenol please!_

Sign here for consent
to be treated by health staff:

_(Do Not Write Below This Line – For Reply Only)_

_Given Tylenol_

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date _12 October_  Time Received _1500_

Officer _School_

---

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION _A 13_

Name _William Ellis_  Date _6-16-09_

# MEDICAL

Nature of complaint or illness:

_I need something for a headache please, and a toothach_

_Mr. Ellis_

Sign here for consent
to be treated by health staff:

_(Do Not Write Below This Line – For Reply Only)_

_Given Tylenol and oral gel_

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date _16 June 07_  Time Received _1500_

Officer _School_

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION _____

Name _William Cole_ Date _10-14-06_

# MEDICAL

Nature of complaint or illness:
_i need some tylenol and or either 200 berries of cold_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Decongestive TR_

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _10-9-06_    Time Received _2:15_

Officer _C Gibson J._

---

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION _____

Name _William Cole_ Date _10-13-06_

# MEDICAL

Nature of complaint or illness:
_I need tylenol + blister treatment_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Tylenol x2_
_Blister A_

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _10-3-06_    Time Received _2:18_

Officer _C GB_

## Form 1

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

# MEDICAL

Name: William Ella     Date: 10-11-06     LOCATION: ____

**Nature of complaint or illness:**

I need some Tylenol plus I want to see the nurse to see if i can get my lyds. Cruis patches for my back

**Sign here for consent to be treated by health staff:** ____

(Do Not Write Below This Line – For Reply Only)

Give Tylenol

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date 11/6/06     Time Received 1600

Officer: Elwood

## Form 2

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

# MEDICAL

Name: William Ella     Date: 10-15-06     LOCATION: ____

**Nature of complaint or illness:**

I need something for Cold of sinus and Tylenol

**Sign here for consent to be treated by health staff:** ____

(Do Not Write Below This Line – For Reply Only)

Tylenol X2
Use warm salt water to sput up your nose for cold Works

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date 10-15-06     Time Received 1957

Officer: ____

## Form 1

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION

# MEDICAL

Name William Ella    Date 10-18-06

Nature of complaint or illness:
I need Tylenol for earache
(Thanks)

Sign here for consent
to be treated by health staff _Wyndl X2_

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 10-18-06    Time Received 2047

Officer CGWilson

## Form 2

**INMATE REQUEST FORM**    Q
Prentiss Griffith Detention Facility

LOCATION

# MEDICAL

Name William Ella    Date 10-21-06

Nature of complaint or illness:
Can i get some Tylonol
please.

Sign here for consent
to be treated by health staff _____

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 10/24/6    Time Received 2802

Officer c/o Gibbons

## Form 1

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility
LOCATION C-Pod

Name William Ellis   Date 10-10-06

# MEDICAL

Nature of complaint or illness:
i need some Tylenol or Motrin for pain and i need my Claim for my leg cramp and muscle spasms in my leg cause to me in pain

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

Gave Tylenol X 2 TABS Referred to Nurse Riley
10/11/06 Is already receiving Tramadol for pain

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date 10-10-06   Time Received 2018   CG7G

Officer _____

## Form 2

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility
LOCATION

Name William Ellis   Date 10-16-06

# MEDICAL

Nature of complaint or illness:
i need some Tylenol and something for Arms or Colds

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

Given Tylenol

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date 16 octob   Time Received /600

Officer Elwell

# INMATE REQUEST FORM C

Prentiss Griffith Detention Facility    LOCATION

# MEDICAL

Name: _William Ellis_    Date: _10-29-06_

Nature of complaint or illness:
_I need some Tylenol for my ear and throat. Please._

_Thanks_

_Mr. Ellis_

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _10-29-06_    Time Received _1200_

Officer _____

---

# INMATE REQUEST FORM C

Prentiss Griffith Detention Facility    LOCATION

# MEDICAL

Name: _William Ellis_    Date: _10-30-06_

Nature of complaint or illness:
_I need some tylenol for my ear and throat._

_Thanks_

_Mr. Ellis_

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

_Given Tylenol_

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _30-oct-06_    Time Received _400_

Officer _____

**INMATE REQUEST FORM** C
Prentiss Griffith Detention Facility
LOCATION

Name William Ellis Date 10-23-06

# MEDICAL

Nature of complaint or illness:

i need some tylenol for a
earache and throat

Thanks
Mr. Ellis

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line -- For Reply Only)

_Tylenol X2_

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date 10-23-06     Time Received Noon

Officer _____

---

**INMATE REQUEST FORM** C
Prentiss Griffith Detention Facility
LOCATION

Name William Ellis Date 10-31-06

# MEDICAL

Nature of complaint or illness:

I need some tylenol
for my ear and throat
please

Thanks
Mr. Ellis

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line -- For Reply Only)

_Reg Nee_   11/01/06

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date 10/31/6     Time Received 2030

Officer C/O Gibbons

## Form 1

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION C-Dormitory

**MEDICAL**

Name _William Ellis_   Date _10-22-06_

Nature of complaint or illness:
need some tylenol for my ear and throat please

thanks

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line – For Reply Only)

_Given Tylenol_

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date _22oct06_   Time Received _1600_

Officer _Elwood_

## Form 2

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION

**MEDICAL**

Name _William Ellis_   Date _10-26-06_

Nature of complaint or illness:
Can I get some Tylenol please for my throat and ear & Blister Mr. Ellis

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line – For Reply Only)

_Given Tylenol & Blistex_

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date _25oct06_   Time Received _1600_

Officer _Elwood_

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION C

# MEDICAL

Name _William Elba_  Date _11-6-06_

Nature of complaint or illness:

_I need some Tylenol
Please_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_You have sufficient funds in your
Canteen Account to purchase items_

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _11-6-06_    Time Received _14:50_

Officer _Clb Holmes_

---

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION C

# MEDICAL

Name _William Elba_  Date _10-26-06_

Nature of complaint or illness:

_I need some Tylenol for my
throat and ears_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Given Tylenol_

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _Zwecher_    Time Received _1600_

Officer _____    _Schroder_

## INMATE REQUEST FORM A23

Prentiss Griffith Detention Facility

LOCATION

Name William Ellis  Date 5-6-07

# MEDICAL

Nature of complaint or illness:

I need some tylenol for my back and legs they recently authorizing me.

_Mr. Ellis_

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line — For Reply Only)

Order from Store
Tylenol x2

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 5/7  Time Received 19:10

Officer C/o Tarver

---

## INMATE REQUEST FORM C

Prentiss Griffith Detention Facility

LOCATION

Name William Ellis  Date 11-5-06

# MEDICAL

Nature of complaint or illness:

I need some tylenol for my head and leg.

Thanks

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line — For Reply Only)

Given Tylenol

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 5 Nov 06  Time Received 11:00

Officer _Short_

## Form 1

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

Name: William Ellis   Date 5-6-07   LOCATION A-23

# MEDICAL

Nature of complaint or illness:
I need some tylenol please my back and legs are hurting me.

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

_Referred_

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 5/6/7   Time Received 1835

Officer c/o Gibbons

---

## Form 2

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

Name: William Ellis   Date 5-9-07   LOCATION A-23

# MEDICAL

Nature of complaint or illness:
I need something for heart burn please

Mr. Ellis

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

See the doctor
Requesting too frequently

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 5/9/7   Time Received 2230

Officer c/o Gibbons

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION 4-23

Name _William Ellis_    Date _5-2-07_

# MEDICAL

Nature of complaint or illness:

_I need some tiffered [illegible] on My Back_

Sign here for consent
to be treated by health staff. _____

(Do Not Write Below This Line – For Reply Only)

_Writing Illegible [illegible] x2_

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |

Date _05/2/07_    Time Received _1949_

Officer _C GM_

---

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION 4-25

Name _William Ellis_    Date _3-4-07_

# MEDICAL

Nature of complaint or illness:

_I need some tiffered for My Back pass pillow_

Sign here for consent
to be treated by health staff. _____

(Do Not Write Below This Line – For Reply Only)

_Reg rec 03/05/07_

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |

Date _5/4/7_    Time Received _1955_

Officer _ob Gibbs_

## Form 1

**INMATE REQUEST FORM** A-23
Prentiss Griffith Detention Facility  LOCATION
Name William Ellis  Date 5-5-07

# MEDICAL

Nature of complaint or illness:
I need some tylenol please
for my back and legs

_(signature)_

Sign here for consent
to be treated by health staff: _____

**(Do Not Write Below This Line – For Reply Only)**

Tylenol

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date 05/8/07   Time Received 947
Officer _____ CGM

## Form 2

**INMATE REQUEST FORM** A-23
Prentiss Griffith Detention Facility  LOCATION
Name William Ellis  Date 4-29-07

# MEDICAL

Nature of complaint or illness:
I need some tylenol please
for my back

_(signature)_

Sign here for consent
to be treated by health staff: _____

**(Do Not Write Below This Line – For Reply Only)**

Tylenol x2

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date 4-29-07   Time Received 947
Officer _____ CGM

## INMATE REQUEST FORM
Prentiss Griffith Detention Facility

LOCATION

Name William Ellis    Date 12-9-07

# MEDICAL

Nature of complaint or illness:

On Friday the 7th I went back to the Chief Doctor and was given a back adjustment. I'm still going for those tomorrow morning, I'm going back. I refuse to be held or pulled anymore. If you send me I'll refuse it up. This was making a bad problem worse and I'm on the one suffering for it. I wear it.

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line – For Reply Only)

12/10/07  Transported to Auburn
Clinic and refused 4.

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 12-0-4-07 Time Received  2041

Officer

---

Medical
#2

## INMATE REQUEST SLIP

LOCATION

Name William Ellis  Date 12-9-07

☐ Telephone Call    ☐ Time Sheet
☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. Give to Jailer

had one to try it. And I did I can't take it or suffering I'm to more punishment. I'm again either. I refuse it keep or these it I won't be subjected to anymore treatment on someone who want a doctor. If she was a mistake I pay for it.

Mr. Ellis

(Do Not Write Below This Line – For Reply Only)

Approved        Denied        Collect Call

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.
☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date 12-09-07 Time Received  2041

Jailer

Medical

**INMATE REQUEST SLIP** 912 LOCATION

Name William Davis Ellis  Date 11-26-07

☐ Telephone Call        ☐ Time Sheet

☐ Special Visit         ☐ Personal Problem        ☐ Other

Briefly Outline Your Request. **Give to Jailer**

I need some tylenol for my back and
legs also some cold tablets and
cough syrup

(Do Not Write Below This Line -- For Reply Only)

Given Garica

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.
☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date 26 Nov 07  Time Received 1500

Jailer _____

---

**INMATE REQUEST FORM** 912
Prentiss Griffith Detention Facility          LOCATION

Name William Ellis  Date 11-2-07

# MEDICAL

Nature of complaint or illness:
I need some tylenol and
antibiotic cream

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line -- For Reply Only)

Given Tylenol and Antibiotic

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 26 Nov 07  Time Received 1500

Officer _____

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION 6/2

Date 11-2-07

# MEDICAL

Name: William Ellie  Date: 11-2-07

Nature of complaint or illness: I need some tylenol and antibiotic ointment

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

Given Tylenol and Antibiotic

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 2 Nov 07  Time Received 1600

Officer Schrock

---

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION 6/2

Date 11-4-07

# MEDICAL

Name: William Ellie  Date: 11-4-07

Nature of complaint or illness: I need some tylenol and cold and cough for cough

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

Given Garicon

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 4 Nov 07  Time Received 1800

Officer Schrock

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION G-12

Name: William E. Ellis    Date 11-6-07

# MEDICAL

Nature of complaint or illness:

Mrs. Riley please put me down to see the doctor I was supposed to see him last thursday then it was changed to friday. I still haven't seen anyone. When asked you to move me up front that what it took for me to get down here once again I'm asking for help. William Ellis

Sign here for consent
to be treated by health staff _____

(Do Not Write Below This Line – For Reply Only)

11/07/07   Dr. Yaw made arrangements to see you @ a different date.

DOCTOR ☐       DENTIST ☐       OTHER ☐

Date 11-7-7    Time Received 0935

Officer _____

---

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION G-12

Name: William Ellis    Date 11-6-07

# MEDICAL

Nature of complaint or illness:

Mrs. Riley on 10-16-07 I submitted a request for a copy of my medical records. 20 days later I'm still waiting for a copy of that request and my records. I care in with my own records I need copies of my records.

Mr. Ellis    William Ellis

Sign here for consent
to be treated by health staff William Ellis

(Do Not Write Below This Line – For Reply Only)

11/7/07   Medical must be subpoenaed

DOCTOR ☐       DENTIST ☐       OTHER ☐

Date 11-7-7    Time Received 0935

Officer _____

## INMATE REQUEST FORM
Prentiss Griffith Detention Facility

# MEDICAL

Name _William Ellis_     Date _11-6-07_     LOCATION _G-12_

Nature of complaint or illness:

_Mrs Billy I need something to tone unit different pain med something has to give my right leg and hip are just of hurting in towed shape my left 3 fingers all the way up my elbow into my shoulder are a constant hurting result of injur_

Sign here for consent
to be treated by health staff: _William Ellis_

(Do Not Write Below This Line – For Reply Only)

_11/7/07 Business = Dr Weus_

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date _11/6_     Time Received _09:05_
Officer

---

## INMATE REQUEST FORM
Prentiss Griffith Detention Facility

# MEDICAL

Name _William James Ellis_     Date _11-7-07_     LOCATION _G-12_

Nature of complaint or illness:

_I need some tylenal and some cough syrup_

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line – For Reply Only)

_Given Guaicona and Tylenol_

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date _7/26/07_     Time Received _1400_
Officer _Schena_

Medcal

# INMATE REQUEST SLIP

LOCATION 6/2

Name _William Ellis_  Date _11-8-07_

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  **Give to Jailer**

_I need some cough syrup and tylenol_

(Do Not Write Below This Line – For Reply Only)

_Given Tylenol_

Approved _____  Denied _____  Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _8/8/07_  Time Received _1500_

Jailer _Shrcal_

---

Medcal

# INMATE REQUEST SLIP

LOCATION 6/2

Name _William Ellis_  Date _11-13-07_

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  **Give to Jailer**

_I need some tylenol for my back and something for a cold_

(Do Not Write Below This Line – For Reply Only)

_Given Tylenol_

Approved _____  Denied _____  Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _13/13/07_  Time Received _1500_

Jailer _Shrcal_

## INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION G/2

Name William Ellis     Date 11-23-07

# MEDICAL

Nature of complaint or illness:

I need some tylenol and something for cold.

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line -- For Reply Only)

Given Tylenol and Guicen

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date 22 Nov 07     Time Received 1500

Officer _Schamel_

---

## INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION G/2

Name William Lewis Ellis     Date 11-12-07

# MEDICAL

Nature of complaint or illness:

I need some Cough Syrup and Tylenol for a cold please.

Sign here for consent
to be treated by health staff.

(Do Not Write Below This Line -- For Reply Only)

Given Tylenol

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date 12 Nov 07     Time Received 1500

Officer _Schamel_

## Form 1

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

Name William Ellis    Date 6-3-07

LOCATION A-12

# MEDICAL

Nature of complaint or illness:
I need some tylenol or my back and something for a upset stomach

_(signature) Wm Ellis_

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

gave paperol + ALDROXICON
c/o Gibbers

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 6-2-7    Time Received 1730

Officer c/o Gibbers

---

## Form 2

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

Name William Ellis    Date 5-25-07

LOCATION A-23

# MEDICAL

Nature of complaint or illness:
I need some tylenol for my headache and something for upset stomach

_(signature) Wm. Ellis_

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

Give Tylenol and Aldroxicon

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 29May 07    Time Received 1500

Officer Stewart

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION G/2

Date 2-14-08

Name William Ellis

# MEDICAL

Nature of complaint or illness:

I need my pain Meds and Muscle relaxer

Two pain pill one Muscle relaxer

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

Given

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 2-14-8    Time Received 0942

Officer

---

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION G/2

Date 2-15-08

Name William Ellis

# MEDICAL

Nature of complaint or illness:

I need my pain medication please

2 pain pills
1 muscle relaxer

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

GAVE MEDS

SGT Perry

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 02-15-07    Time Received 0308

Officer SGT Perry

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

Name _William Ellis_    Date _2-15-08_    LOCATION _G12_

# MEDICAL

Nature of complaint or illness:

_I need my pain meds and muscle relaxer_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

2/15/08  Rec'd meds

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _____  Time Received _____

Officer _____

---

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

Name _William Ellis_    Date _2-13-08_    LOCATION _G12_

# MEDICAL

Nature of complaint or illness:

_I need both my pain pills and my muscle relaxer_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _2-13-8_  Time Received _1530_

Officer _____

**INMATE REQUEST FORM** C-12
Prentiss Griffith Detention Facility
LOCATION

Name _William Ellis_ Date _2-19-08_

# MEDICAL

Nature of complaint or illness:

I need my pain meds please

Sign here for consent
to be treated by health staff: _William Ellis_

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date _2-19-8_        Time Received _16:00_

Officer _____

---

**INMATE REQUEST FORM** A-12
Prentiss Griffith Detention Facility
LOCATION

Name _William Ellis_ Date _2-14-08_

# MEDICAL

Nature of complaint or illness:

I need my pain meds please

Sign here for consent
to be treated by health staff: _William Ellis_  @ 10:25 G.H.

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date _2-19-8_        Time Received _10:25_

Officer _____

## INMATE REQUEST FORM
Prentiss Griffith Detention Facility

LOCATION 912

Name W Ellis    Date 2-15-08

# MEDICAL

**Nature of complaint or illness:** I need my pain meds

I Pain
I muscle relaxer

**Sign here for consent
to be treated by health staff:** W Ellis

**(Do Not Write Below This Line – For Reply Only)**

Done!

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |
|---|---|---|

Date 2/15/8    Time Received 2845

Officer ____

---

## INMATE REQUEST FORM
Prentiss Griffith Detention Facility

LOCATION 912

Name William Ellis    Date 2-14-08

# MEDICAL

**Nature of complaint or illness:** I need my pain medication refill

see paniphlets

**Sign here for consent
to be treated by health staff:**

**(Do Not Write Below This Line – For Reply Only)**

Gwen.

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |
|---|---|---|

Date 2/14/08    Time Received 1800

Officer Gentry

## Form 1

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION _C/12_

Name _Will. Ellis_     Date _2-16-08_

# MEDICAL

Nature of complaint or illness: _I need my pain medication_

_Two pain pills on much. Wayne_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_GAVE MDS_

_02-16-08     0820     (signature)_

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date _02-16-08_     Time Received _0757_

Officer _____ _(signature)_

---

## Form 2

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION _C/12_

Name _W. Ellis_     Date _2-13-08_

# MEDICAL

Nature of complaint or illness: _I need my pain medication_

_Two pain pills please_

Sign here for consent
to be treated by health staff: _W. Ellis_

(Do Not Write Below This Line – For Reply Only)

_Given_

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date _4/3/07_     Time Received _1900_

Officer _____ _(signature)_

## INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION G-12

Name _William Elli_    Date _2-12-08_

# MEDICAL

Nature of complaint or illness:

_I need my medication please_

_Two four pills_
_one three a day_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_____

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date _2-12_    Time Received _09.25_

Officer _____

---

## INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION G-12

Name _W Elli_    Date _2-11-08_

# MEDICAL

Nature of complaint or illness:

_I need my pain meds and_
_muscle relaxer_

Sign here for consent
to be treated by health staff: _William Elli_

(Do Not Write Below This Line – For Reply Only)

_MED'S going out!_

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date _2/11/8_    Time Received _2000_

Officer _____

## Form 1 (top, rotated)

INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION _G-12_

Date _2-11-08_

# MEDICAL

Name _Wieler Ellis_

Nature of complaint or illness: _I need my pain medication please_

Sign here for consent to be treated by health staff: _Wieler Ellis_

(Do Not Write Below This Line – For Reply Only)

Given

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |

Date _____  Time Received _____

Officer _____

## Form 2 (bottom, rotated)

INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION _G-4_

Date _2-12-08_

# MEDICAL

Name _William Ellis_

Nature of complaint or illness: _I need my pain medication and muscle relaxer_

Sign here for consent to be treated by health staff: _William Ellis_

(Do Not Write Below This Line – For Reply Only)

Given

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |

Date _2-12-8_  Time Received _0911_

Officer _____

## Form 1

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility     Date 2-8-08     LOCATION G-12

# MEDICAL

Name William Ellis

**Nature of complaint or illness:**
I need my pain medication it due @ 3:00 pm

Sign here for consent to be treated by health staff: Wilson Ellis

**(Do Not Write Below This Line – For Reply Only)**

2/8/08   Rec'd   1625 hrs.

DOCTOR ☐          DENTIST ☐          OTHER ☐

Date 2/8/08          Time Received 16¹⁰

Officer [signature]

## Form 2

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility     Date 2-10-08     LOCATION G-12

# MEDICAL

Name William Ellis

**Nature of complaint or illness:**
I need my pain medication and muscle relaxer.

Sign here for consent to be treated by health staff:

**Do Not Write Below This Line – For Reply Only)**

Given   2-10-08
1400   [signature]

DOCTOR ☐          DENTIST ☐          OTHER ☐

Date 2-10-08   Time Received 1400

Officer [signature]

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

Name: W. Elli    Date: 2-9-08    LOCATION: G-12

# MEDICAL

Nature of complaint or illness:
I need my pain meds and muscle relaxer

Sign here for consent to be treated by health staff: _W. Ellis_

(Do Not Write Below This Line – For Reply Only)

Given

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date: 2-9-08    Time Received: 1900

Officer: cb Miller

---

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

Name: Willie Ellis    Date: 2-8-08    LOCATION: G-12

# MEDICAL

Nature of complaint or illness:
I need my pain medication and muscle relaxer

Sign here for consent to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

Meds given

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date: 2-8-08    Time Received: 1955

Officer: _____

## Form 1 (right)

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

Name _William L. Ellis_   Date _2-7-08_   LOCATION _1/12_

# MEDICAL

Nature of complaint or illness:
I need my pain medication
please and my muscle relaxer.

Sign here for consent
to be treated by health staff _William Ellis_   16:35

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date _2/7/08_   Time Received _0910_

Officer _____

## Form 2 (left)

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

Name _William Ellis_   Date _2-8-08_   LOCATION _G-12_

# MEDICAL

Nature of complaint or illness:
I need my pain medication and
my muscle relaxer.

Sign here for consent
to be treated by health staff _William Ellis @ 11:00 am_

(Do Not Write Below This Line – For Reply Only)

2/8/08  9:30  Tylenol given

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date _2/8/08_   Time Received _0930_

Officer _____

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility
LOCATION G-12

**MEDICAL**

Name William Ellis    Date 2-6-08

Nature of complaint or illness:
I need glacom medication please. My eyes has to get it from the doc.

Sign here for consent
to be treated by health staff: William Ellis

(Do Not Write Below This Line -- For Reply Only)

Given Aug
Gregory Oct

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 2/6/08    Time Received 200

Officer

---

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility
LOCATION G-12

**MEDICAL**

Name William Ellis    Date 2-5-08

Nature of complaint or illness:
I need my glacom medication please

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line -- For Reply Only)

Given

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 2-5-08    Time Received 2015

Officer C/o Miller

## INMATE REQUEST FORM

Prentiss Griffith Detention Facility

Name William Ellis    Date 2-18-08    LOCATION G12

# MEDICAL

Nature of complaint or illness:

I need my pain medication X2 and muscle relaxer X1

Sign here for consent
to be treated by health staff: William Ellis

(Do Not Write Below This Line – For Reply Only)

Given

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 2/18/08    Time Received 0700

Officer _____

---

## INMATE REQUEST FORM

Prentiss Griffith Detention Facility

Name Andrew Ellis    Date 2-17-08    LOCATION G12

# MEDICAL

Nature of complaint or illness:

1. I need my PCU meds please
2. Wrist pills
   muscle relaxer

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

Gave Meds 02-17-08
0844
0807

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 02-17-08    Time Received 0807

Officer _____

## Form 1

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION G/12

Name: _William Elli_   Date: _2-17-08_

# MEDICAL

Nature of complaint or illness:
_I need my perm medicter plese_
_two perm fils_

Sign here for consent to be treated by health staff: _William Elli_

(Do Not Write Below This Line – For Reply Only)

Grave MEDS
02-17-08
1330
CB4b CB4b

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date: _02-17-07_   Time Received _1330_

Officer _CG_

---

## Form 2

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

LOCATION G/12

Name: _William Elli_   Date: _2-26-08_

# MEDICAL

Nature of complaint or illness:
_I need my perm meds plese_

Sign here for consent to be treated by health staff: _William Elli_ @16:15

(Do Not Write Below This Line – For Reply Only)

Given

DOCTOR ☐   DENTIST ☐   OTHER ☐

Date: _2-27-8_   Time Received _15:40_

Officer

Medical

## INMATE REQUEST SLIP

LOCATION _G 12_

Name _William Ellis_    Date _2-22-08_

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. **Give to Jailer**

_I need my pain meds please_

_(Do Not Write Below This Line — For Reply Only)_

_Rfg to facility Nurse_

Approved _____    Denied _____    Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.
☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _2-22-08_    Time Received _0200_

Jailer _____

---

## INMATE REQUEST FORM
### Prentiss Griffith Detention Facility

LOCATION _G 12_

Name _William Ellis_    Date _2-24-09_

# MEDICAL

Nature of complaint or illness:

_I need my pain meds please_

_keep taken meds_
_out sensible pictures_

Sign here for consent
to be treated by health staff:

_(Do Not Write Below This Line — For Reply Only)_

_Given Pain Meds_
_0930_

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _2/February_    Time Received _0700_

Officer _____

## INMATE REQUEST SLIP

LOCATION _G 2_

Name _William Ellis_    Date _2/26/08_

☐ Telephone Call    ☐ Time Sheet
☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

_I need my pain meds please_

_(Do Not Write Below This Line -- For Reply Only)_

_William Ellis_ 11:10

Given

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.
☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _2-26-8_    Time Received _09:20_

Jailer _____

---

_Medical_

## INMATE REQUEST SLIP

LOCATION _G 12_

Name _William Ellis_    Date _2-21-08_

☐ Telephone Call    ☐ Time Sheet
☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

_I need my pain meds please_

_(Do Not Write Below This Line -- For Reply Only)_

_Wm Ellis_

@10:45

Given

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.
☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _2-21-8_    Time Received _10:45_

Jailer _____

## INMATE REQUEST FORM

Prentiss Griffith Detention Facility    Date 2 - 15 - 08

LOCATION G/P

Name William Ellis

# MEDICAL

Nature of complaint or illness:

I need my pain medication

Two pain pills please

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

Given

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 02-15-08    Time Received 15:50

Officer [signature]

---

## INMATE REQUEST FORM

Prentiss Griffith Detention Facility    Date 2 - 25 - 08

LOCATION G/P

Name William Ellis

# MEDICAL

Nature of complaint or illness:

I need my pain meds please

Sign here for consent
to be treated by health staff: W. Kelley 13:45

(Do Not Write Below This Line – For Reply Only)

Given

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 2-25-08    Time Received 0420

Officer [signature]

Medical

# INMATE REQUEST SLIP

LOCATION _G/2_

Name _William Ellis_    Date _2-23-08_

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  Give to Jailer

_I need my pain meds please_

(Do Not Write Below This Line -- For Reply Only)

_Given_
_approved_

Approved _____    Denied _____    Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.
☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _2/23/08_    Time Received _1900_

Jailer _____


Medical

# INMATE REQUEST SLIP

LOCATION _G/2_

Name _William Ellis_    Date _2-24-08_

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  Give to Jailer

_I need my pain medication please_

(Do Not Write Below This Line -- For Reply Only)

_Meds given_

Approved _____    Denied _____    Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.
☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _2-24-08_    Time Received _2020_

Jailer _Hunter_

## Slip 1

**INMATE REQUEST SLIP**   LOCATION G/2

Name William Ellis   Date 2-23-08

☐ Telephone Call   ☐ Time Sheet
☐ Special Visit   ☐ Personal Problem   ☐ Other

Briefly Outline Your Request: Give to Jailer

I need my pain meds please

(Do Not Write Below This Line – For Reply Only)

Given Meds -

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.
☐ Lieutenant   ☐ Chief Deputy   ☐ Sheriff

Date 23 Feb 08   Time Received 0700

Jailer _____

## Slip 2

**INMATE REQUEST SLIP**   LOCATION G/2

Name W Ellis   Date 2-22-08

☐ Telephone Call   ☐ Time Sheet
☐ Special Visit   ☐ Personal Problem   ☐ Other

Briefly Outline Your Request: Give to Jailer

I need my pain meds please

(Do Not Write Below This Line – For Reply Only)

pain meds given

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.
☐ Lieutenant   ☐ Chief Deputy   ☐ Sheriff

Date 2-22-08   Time Received 2053

Jailer Hunter