IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM LANIER ELLIS, SR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:07-cv-1095-MEF-SRW |
| ) | |
| **DENNIS GREENE,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ANSWER

COMES NOW Russell County Sheriff's Deputy Stanley King, a Defendant in the above-styled cause, and in response to the Plaintiff's Complaint states as follows:

Plaintiff brings his suit under 42 U.S.C. § 1983 and alleges claims for violation of his rights under the Fourth, Fifth, Sixth, Eighth, Tenth, and Fourteenth Amendments to the United States Constitution. The Defendant in this action denies each and every allegation made by the Plaintiff, William Ellis, and demands strict proof thereof. The Defendant denies that he acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

### Affirmative Defenses

1. The Plaintiff's Amended Complaint, separately and severally, fails to state a claim upon which relief may be granted.

2. The Defendant, in his individual capacity, is entitled to qualified immunity from the Plaintiff's federal claims.

3. The Defendant, in both his individual and official capacities, is entitled to absolute immunity from the Plaintiff's state law claims.

4. The Defendant, in his official capacity, is entitled to absolute immunity from the Plaintiff's claims pursuant to the Eleventh Amendment to the United States Constitution.

5. The Defendant, in his official capacity, is not a "person" under 42 U.S.C. § 1983.

6. The Plaintiff's claims are barred by the Prison Litigation Reform Act.

7. The Plaintiff has mistakenly named the Defendant instead of the Phenix City Police Officer who was actually involved in the search and seizure at issue in the Amended Complaint.

8. The Defendant reserves the right to supplement this Answer by adding additional affirmative defenses as the facts of this case are developed and if discovery is ordered by the Court.

WHEREFORE, PREMISES CONSIDERED, Defendant Stanley King requests this Court to enter judgment in his favor and grant unto him costs and attorney's fees pursuant to law and 42 U.S.C. § 1988.

Respectfully submitted this 18th day of March, 2008.

> s/Joseph L. Hubbard, Jr.
> JOSEPH L. HUBBARD, JR., Bar No. HUB015
> Attorney for Defendant Stanley King
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama 36124
> Telephone: (334) 262-1850
> Fax: (334) 262-1889
> E-mail: jhubbard@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 18th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and certify that I have mailed by United States Mail, postage prepaid, a true and correct copy of such filing to the following non-CM/ECF participant:

William Lanier Ellis, Sr.
c/o Russell County Jail
Post Office Box 640
Phenix City, Alabama  36868

                                         **s/Joseph L. Hubbard, Jr.**
                                         OF COUNSEL