In The United ~~States~~ District Court
For The Middle District of Alabama
Eastern Division



2008 MAR 19 A 1:40
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff,
   William L Ellis Jr.   )  Case # 3:07-CV-1095-MEF
Defendant,            )
   Dennis Greene     )

## RESPONSE

Comes now the Plaintiff, William Lanier Ellis and files his response to the defendants Answer. and states as follows

1. The plaintiff Brings forth Exhibit A, the Uniform arrest report that Clearly shows the plaintiffs Condition, as Drunk.

2. The defendant Demands proof. That proof is set forth here in Exb A. Furthermore the defendant has purjed himself before this honorable Court.

3. Bringing about Exb. A you have to Conclude that the defendants Clearly knew the plaintiffs Condition

upon entering his residence. The plaintiff petitions this honorable Court and ask that the entire arrest report be forwarded to this Court for review.

4(a) The acts of these officer(s) deprived the plaintiff of Fourth amendment right," The right to be free and secure in thier persons, houses, papers and effects, against unreasonable searches and seizure shall Not be violated, and no warrants Shall issue, but upon probable cause, supported by oath or affirmation and particularly describeing the place to be searched and the persons or things to be seized."

(B) deprivation of his right of Amendment Five, "no Person shall be held to answer for a Capital or otherwise infamous Crime, unless on a presentment or indictment of a Grand Jury, except in Cases arising in the land or Naval forces or in Militia." See Blackburn v. Alabama The Court said Coercion Can be mental as well as physical In reviewing whether a Confession was psychologically coerced by the police the following factors are crucial: The length of the interrogation (2) whether it was prolonged in nature (3) when and where it took place (4) The psychlogical makeup intelligence, sophistication, education and so on of the suspect.

5. Detective Greene has proven nothing to this Court and brings no evidence to prove his case other than to say;" he did no wrong."

6. He Collected DNA from a suspect (the plaintiff) while intoxicated.

7. He attempted to interrogate his suspect while under the influence of alcohol and narcotic pain medication.

8. upon review of that DNA this Court will find high levels of both alchol and Methadone, a Schedule two narcotic. This is Contributory neglegence plain and simple.

9. Counsel for the defendant has tried to make this a punitive damage case, However makes no mention of Violation of 4, 5, 6, 8 & 14TH amendments to the United States Constitution

10. A hundred years earlier in Hopt V. Utah the supreme Court ruled that a statement is not admissible if it is obtained by operating on the hopes and fears of the accused, and in doing so deprives him of the freedom of will or self Control necessary to make a voluntary statement.

11. In 1897, the Court in Bram V United States said that a statement must be free and voluntary not extracted by any sort of threats or violence or promises however slight. A Confession obtained from an accused who has been threatened cannot be admissible.

The last words Mr Ellis heard after attempting to interrogate was "Murder is a serious charge." However Mr Ellis had not tried to murder anyone nor did he attempt to murder anyone.

12. With this evidence you have to conclude the the plaintiff's state of mind was in question. The detectives never warned the plaintiff of his miranda rights. Furthermore breaking the chain of custody that is to be followed by all officers. See Miranda V Arizona.

13. The Defendant Waived his right of protection when he violated the plaintiff(s) 4, 5, 6 & 14TH Amendments to the U.S. Constitution

Certificate of Service, I hereby Certify I have mailed a true and exact copy to the Honorable James P Graham Counsel for the Defendant.
Done this 13TH day of march

William L Ellis Sr.

C/O William Ellis
P.O. Box 640
Phenix City AL
36868

MONTGOMERY AL 361
18 MAR 2008 PM
USA 41

LET US DARE TO READ,
THINK, SPEAK AND WRITE.

Office Of The Clerk

P.O. Box 711 Montgomery AL.
36101

36101+0711

"EXHIBIT A"

# ALABAMA UNIFORM ARREST REPORT

Fingerprinted: ☒ Yes  ☐ No
R84 Completed: ☒ Yes  ☐ No

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

- **1 ORI #:** 0570000
- **2 AGENCY NAME:** Phenix City Police Department
- **3 CASE #:** 06PL30254
- **5 LAST, FIRST, MIDDLE NAME:** Ellis William
- **7 SEX:** ☒ M
- **8 RACE:** ☒ W
- **9 HGT:** 602
- **10 WGT:** 180
- **11 EYE:** BRO
- **12 HAIR:** BRO
- **13 SKIN:** Fair
- Scars ☒  Marks ☒  Tatoos ☒  Amputations ☒
- **15 PLACE OF BIRTH:** Columbus, GA
- **16 SSN:** 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 / 021818
- **17 DATE OF BIRTH:** 05/09/70
- **18 AGE:** 36
- **26 RESIDENT:** ☒
- **27 HOME ADDRESS:** 243 Gantt Rd Phenix City AL 36867
- **28 RESIDENCE PHONE:** (334) 448-6279
- **29 OCCUPATION:** Unemployed
- **30 EMPLOYER:** Computers

## ARREST

- **33 LOCATION OF ARREST:** 1111 Broad St Phenix City 36867
- **35 ARRESTED FOR YOUR JURISDICTION?** ☒ No, ☒ In State
- **36 CONDITION OF ARRESTEE:** ☒ Drunk
- **37 RESIST ARREST?** ☒ No
- **38 INJURIES?** ☒ None
- **39 ARMED?** ☒ N
- **41 DATE OF ARREST:** 10/05/06
- **42 TIME OF ARREST:** 21:31
- **43 DAY OF ARREST:** Th
- **44 TYPE ARREST:** ☒ On View
- **45 ARRESTED BEFORE?** ☒ Yes
- **46 CHARGE-1:** ☒ MISD — ACTAS CW27
- **51 WARRANT #:** CS1494
- **52 DATE ISSUED:** 09/12/02
- **66 ARREST DISPOSITION:** ☒ Held
- **68 ARRESTED WITH (1) ACCOMPLICE:** None

## RELEASE

- **91 DATE AND TIME OF RELEASE:** 10/05/06 22:01 PM
- **92 RELEASING OFFICER NAME:** Officer Pugh
- **93 AGENCY/DIVISION:** Phenix City Police Dept
- **96 RELEASED TO:** RCSO
- **97 AGENCY ADDRESS:** 300 Progress Dr Phenix City AL 36869
- **101 REMARKS:** On 10-05-06 subject was arrested without incident or injury.
- **102 SIGNATURE OF RECEIVING OFFICER:** C. Ryden 22:02 10-5-06
- **111 ARRESTING OFFICER:** Pugh
- **112 ID #:** 414

TYPE OR PRINT IN BLACK INK ONLY

ACJIC—34 REV. 10-90