IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM LANIER ELLIS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:07-cv-1095-MEF-SRW |
| | ) | |
| DENNIS GREENE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SUBSTITUTION**

COMES NOW Russell County Sheriff's Deputy Stanley King, a Defendant in the above-styled cause, to give notice to the Court that the Affidavit of Loetta Holland, filed with this Court on March 18, 2008 as an attachment to Defendant King's Special Report, has been signed and is hereby substituted for the unsigned copy which was attached as Exhibit H to Defendant King's March 18, 2008 Special Report.

Respectfully submitted this the 24th day of March, 2008.

                                                **s/Joseph L. Hubbard, Jr.**
                                                JOSEPH L. HUBBARD, JR. (HUB015)
                                                Attorney for Defendant King
                                                WEBB & ELEY, P.C.
                                                7475 Halcyon Pointe Drive (36117)
                                                Post Office Box 240909
                                                Montgomery, Alabama  36124
                                                Telephone: (334) 262-1850
                                                Fax: (334) 262-1889
                                                E-mail:  jhubbard@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 24th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and sent notification of such filing by placing a copy of the same in the United States Mail, postage prepaid, to the following:

William Lanier Ellis, Sr.
c/o Russell County Jail
Post Office Box 640
Phenix City, Alabama  36868

                                  **s/Joseph L. Hubbard, Jr.**
                                  OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-cv-1095-MEF-SRW |
| | ) |
| DENNIS GREENE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF LOETTA HOLLAND

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF RUSSELL | ) |

1. My name is Loetta Holland. I am over the age of nineteen years and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2. I am a Lieutenant and the Jail Administrator of the Russell County Jail, Russell County, Alabama, and was employed in that position at all times relevant to Plaintiff's Complaint.

3. I have reviewed the Plaintiff's Complaint and Amended Complaint filed in this matter. I have no personal knowledge of the facts stated in the Amended Complaint. I did not become aware of the allegations of the Amended Complaint until I was served with it.

4. It is the policy of the Russell County Sheriff's Department that members of the Jail staff receive and answer inmate grievances. Forms on which grievances may be related to the Jail staff are readily available in the Jail. Inmates are furnished these forms at any time they

request one. Members of the Jail staff are charged with responding to such grievances. Copies of all completed grievances and request forms are placed in an inmate's jail file.

5.   The Plaintiff has never filed a grievance regarding any of the circumstances made the basis of his Amended Complaint.

7.   I certify and state that the documents provided to the Court which are attached to the Defendants' Special Report are true and correct copies of the Plaintiff's inmate and health records kept at the Russell County Jail in the regular course of business.

8.   I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

_____
LOETTA HOLLAND

SWORN TO and SUBSCRIBED before me this 21 day of March, 2008.

_____
NOTARY PUBLIC
My Commission Expires: MY COMMISSION EXPIRES JANURARY 11, 2012

2