IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., ) | |
| ) | Case Number: |
| Plaintiff ) | |
| ) | 3:07-CV-1095-MEF |
| v. ) | |
| ) | |
| DENNIS GREENE, et al, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT DENNIS GREENE RESPONSE TO ORDER TO SHOW CAUSE**

COME NOW Defendant Dennis Greene and Responds to this Court's Order to Show Cause as follows:

1.

Defendant Greene hereby adopts the Special Report filed by Defendant King (E.C.F. Document #18) on March 18, 2008.

2.

Defendant Greene has nothing further to add to the record beyond those facts and evidence submitted with Defendant King's Special Report.

3.

Defendant Greene did not file a Special Report due to the fact that the Report filed by Defendant King covered all pertinent aspects of the Plaintiff's claims against all Defendants.

4.

Defendant Greene is ready, willing and able to answer any further issues to be addressed by the Court.

PDF created with pdfFactory trial version www.pdffactory.com

5.

Defendant Greene has refrained from filing a Special Report that would be duplicative and cumulative to the facts and evidence already before this Court and would violate the principal of judicial economy as to the Court's time.

6.

Defendant Greene's counsel attempted to file this pleading on March 28, 2008 and experienced technical difficulties while attempting to do so and therefore is filing same today.

Respectfully Submitted,

This 31st day of March, 2008.

MCKOON & ASSOCIATES

*/s/Joshua R. McKoon*
By:_____
Joshua R. McKoon
State Bar No. MCK057

925 Broad Street
Post Office Box 3220
Phenix City, Alabama 36868-3220
334.297.2300
facsimile 334.297.2777

PDF created with pdfFactory trial version www.pdffactory.com

## CERTIFICATE OF SERVICE

  I hereby certify that I have this day served the foregoing Defendants' Response to Court's Order to Show Cause upon the Plaintiff by placing a copy of same in First Class Mail addressed as follows:

  **Mr. William Lanier Ellis**
  **Russell County Jail**
  **P.O. Box 640**
  **Phenix City, Alabama 36868-0640**

*/s/Joshua R. McKoon*
_____
Counsel for Defendant Greene

PDF created with pdfFactory trial version www.pdffactory.com