IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR.,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | CIVIL ACTION NO. 3:07-CV-1095-MEF |
| ) | |
| DENNIS GREENE, et al.,   ) | |
| ) | |
| Defendants.   ) | |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before April 10, 2008 the defendants shall file a supplement to their special report which:

1. Contains an affidavit from defendant Greene addressing the plaintiff's claims for relief.

2. Provides a copy of the consent to search signed by the plaintiff.

3. Advises the court of (i) whether the plaintiff has been convicted on the charge of attempted murder or any charge related to such offense or the charge remains pending against the plaintiff, and (ii) whether the evidence obtained from the plaintiff's residence on October 5, 2006 and from his person on October 9, 2006 is evidence that will be/has been utilized against the plaintiff in a state criminal proceeding.

Done this 31st day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE