In The United States District Court
For The middle District of Alabama
Eastern Division

RECEIVED
2008 MAR 31 A
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

William James Ellis Sr. )
Plaintiff ) Case# 3:07-CV-1095-MEF
V. )
Stanley King )

## Motion to Correct

Comes now the plaintiff by and through himself to Correct the above Styled Case.

1. The named Defendant, Stanley King is wrong and needs to be Corrected as Percy Hill

2. Plaintiff moves to dismiss Stanley King as a defendant.

3. The plaintiff apologizes to this Court for this error as well as Mr. King.

Done this 26TH Day of March
William J Ellis

Certificate of Service, I hereby Certify I have mailed a true and exact Copy to the Honorable Joseph L Hubbard Counsel for the Defendants

Done this 26TH day of march

William L Ellis

C/o William Ellis
P.O. Box 640
Phenix City Al
76868

MONTGOMERY AL 361
28 MAR 2008 PM

"LET US DARE TO READ, THINK, SPEAK AND WRITE."

USA 41

Office Of the Clerk
P.O. Box 711
Montgomery Al. 36101

Legal mail

36101+0711

Legal mail