IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LAMAR ELLIS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-CV-1095-MEF |
| | ) |
| DENNIS GREENE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the motion to correct filed by the plaintiff on March 31, 2008 (Court Doc. No. 28), which the court construes a motion for leave to amend, and for good cause, it is

ORDERED that:

1. The motion for leave to amend be and is hereby GRANTED.

2. Percy Hill be added as a defendant.

3. The aforementioned defendant undertake a review of the subject matter of the complaint, as amended, (a) to ascertain the facts and circumstances; (b) to consider whether any action should be taken to resolve the subject matter of the complaint; and (c) to determine whether other similar complaints should be considered together.

4. Defendant Hill shall file a written report containing the sworn statements of all persons having knowledge of the subject matter of the complaint, as amended.  This report

shall be filed with the court and a copy served upon the plaintiff on or before April 25, 2008. Authorization is hereby granted to defendant Hill to interview all witnesses, including the plaintiff. <u>Whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report. Where the plaintiff's claims or the defendants' defenses relate to or involve the application of administrative rules, regulations or guidelines, the written report shall include copies of all such applicable administrative rules, regulations or guidelines.</u>

    5. An answer shall be filed on or before April 25, 2008 by defendant Hill addressing the complaint, as amended.

    6. <u>No</u> motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the complaint, as amended, be filed by any party without permission of the court. If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court.

    **The plaintiff is CAUTIONED that this court will not continue to grant him leave to amend without a showing of exceptional circumstances.**

    The CLERK is hereby DIRECTED to furnish a copy of this order to the plaintiff and a copy of this order, the complaint and amendment to the complaint to Percy Hill. A copy of this order and the amendment to the complaint shall likewise be furnished to counsel of

record for the original defendants.

Done this 1st day of April, 2008.

                                           /s/ Susan Russ Walker  
                                      SUSAN RUSS WALKER  
                                      UNITED STATES MAGISTRATE JUDGE