IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LAMAR ELLIS, SR., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07-CV-1095-MEF |
| ) | [WO] |
| ) | |
| DENNIS GREENE, et al., ) | |
| ) | |
|     Defendants. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On March 31, 2008, the plaintiff filed a document in which he seeks to "dismiss Stanley King as a defendant" because this individual is the "wrong" party. *Court Doc. No. 28* at 1. The court therefore construes this document to contain a motion to dismiss.

It is clear from the pleadings filed by the plaintiff and the response of Stanley King that King was neither personally involved nor in anyway responsible for the actions about which the plaintiff complains. In light of the foregoing, the plaintiff's claims against Stanley King are due to be dismissed with prejudice.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

1. The motion to dismiss filed by the plaintiff on March 31, 2008 be GRANTED.

2. The plaintiff's claims against Stanley King be DISMISSED with prejudice.

3. Stanley King be DISMISSED as a defendant in this cause of action.

4. The plaintiff's claims against the remaining defendants be referred back to the

undersigned for additional proceedings.

It is further

ORDERED that on or before April 17, 2008 the parties may file objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE, this 4th day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE