| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse<br><br>Percy Hill<br>Russell County<br>P.O. Box 640<br>Phenix City, AL 36868 | A. Signature<br>X *Jackie And* ☐ Agent ☐ Addressee<br>by (Printed Name) \| C. Date of Delivery 4-3-08<br>address different from item 1? ☐ Yes<br>er delivery address below: ☐ No<br><br>07cv1095<br>and for *mp*<br>of Proc Ad<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2680 0003 1841 5387 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540