IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., ) | |
| ) | Case Number: |
| Plaintiff ) | |
| ) | 3:07-CV-1095-MEF |
| v. ) | |
| ) | |
| DENNIS GREENE, et al, ) | |
| ) | |
| Defendants. ) | |

## SUPPLEMENTAL SPECIAL REPORT

COME NOW Defendant Dennis Greene and Responds to this Court's Order of March 31, 2008 (E.C.F. Document #26) and files this Supplemental Special Report as follows:

1.

Attached as Exhibit "A" is an affidavit from Defendant Greene addressing the Plaintiff's claims for relief.

2.

Attached as Exhibit "B" are three (3) consent to search forms signed by the Plaintiff consenting to a search of his property and to the collection of Plaintiff's DNA.

3.

There is currently a pending charge against the Plaintiff for Attempted Murder.

4.

The evidence obtained by the searches conducted on October 5, 2006 is being used in the pending Attempted Murder case against the Plaintiff. The evidence may also

be used in as yet unfiled charges against the Plaintiff, pending results from the State Crime Lab.

5.

The Defendants are unaware of any evidence collected on October 9, 2006 from Plaintiff's person.

Respectfully Submitted,

This 10th day of April, 2008.

MCKOON & ASSOCIATES

By: /s/Joshua R. McKoon
    Joshua R. McKoon
    State Bar No. MCK057

925 Broad Street
Post Office Box 3220
Phenix City, Alabama 36868-3220
334.297.2300
facsimile 334.297.2777

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this day served the foregoing Defendants' Response to Court's Order to Show Cause upon the Plaintiff by placing a copy of same in First Class Mail addressed as follows:

    **Mr. William Lanier Ellis**
    **Russell County Jail**
    **P.O. Box 640**
    **Phenix City, Alabama 36868-0640**

*/s/Joshua R. McKoon*

_____
Counsel for Defendant Greene

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | |
| DENNIS GREENE, et al., ) | 3:07-cv-1095-MEF-SRW |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF DENNIS GREENE

**STATE OF ALABAMA**

**COUNTY OF RUSSELL**

1. My name is Dennis Greene. I am over the age of nineteen years and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2. At the time of the incidents complained of, I was an officer with the Phenix City Police Department and am still employed in that capacity today.

3. I have reviewed the Plaintiff's Complaint and Amended Complaint filed in this matter.

4. I was involved in a criminal investigation of the Plaintiff in this case.

5. As part of that investigation I interviewed the Plaintiff on October 5, 2006 at his home.

6. After receiving the consent of the Plaintiff, I searched his home in conjunction with officers of the Columbus Police Department and obtained evidence relevant to the investigation of the Plaintiff.

7. Also after receiving specific consent of the Plaintiff, I obtained a biological specimen from the Plaintiff, specifically a saliva swab, for the purposes of comparing his DNA to other evidence obtained in the course of the investigation.

8. To my knowledge, this evidence is being used in the pending prosecution of the Plaintiff for attempted murder and pending analysis from the State Crime Lab may be used for additional as yet unfiled criminal charges against the Plaintiff.

9.  At no time did I subject the Plaintiff to an unlawful search or seizure, either as to his residence or his person. All the searches I conducted on October 5, 2006 were performed after receiving consent from the Plaintiff.

FURTHER AFFIANT SAITH NOT.

This 10th day of April, 2008.

_____
Dennis Greene

SWORN TO AND SUBSCRIBED before me this 10th day of April, 2008.

_____
NOTARY PUBLIC

## PHENIX CITY POLICE DEPARTMENT
## CONSENT TO SEARCH

LOCATION/ADDRESS OF SEARCH
24-B Grant Road
Phenix City AL. 36867

CASE # 06PL30242
DATE 10-05-06
TIME 1720

NAME OF CONSENTING PARTY HAVING LAWFUL AND LEGAL POSSESSION AND LEGAL ACCESS OF PREMISES/AUTO: William Ellis

I, William Ellis, hereby freely and voluntarily authorize Officer Dennis Greene and other officer(s) he may designate to assist in searching these premises and any outbuilding(s) or vehicles located thereon for any evidence which may be pertinent to their investigation.

I further authorize said officers to remove from these premises any item, including motor vehicles, documents, or property which they may deem pertinent to their investigation, with the understanding that said officers will give me a receipt for any item(s) removed.

I am giving this written permission to these officers freely and voluntarily, without any threats, promises or intimidation having been made by any of the officers or anyone else.

WAS CONSENTING PARTY ADVISED OF CONSTITUTIONAL RIGHTS TO DENY PERMISSION OF SEARCH?   YES (X)   NO ( )

SEARCH WAS CONDUCTED ON:   STRUCTURE (X)
VEHICLE   ( ) year _____
make _____ model _____
vin _____
LAND   ( ) describe _____
OTHER   ( ) describe _____

SIGNATURE OF CONSENTING PARTY
WITNESS(ES)
OFFICER CONDUCTING SEARCH
DATE/TIME COMPLETED
10-05-06 / 1915 hrs.

CASE # _____06PL30242_____

# STATE OF ALABAMA
# CONSENT FOR DNA COLLECTION

FOR SUSPECT ☒ OR VOLUNTEER ☐ OR VICTIM ☐
SAMPLES ONLY (CHECK ONE)

ATTACH COURT ORDER FOR NON-CONSENTING SUSPECT SAMPLES

Name: _____William Ellis_____

DOB: _____05-09-1970_____ Sex: ___Male___ Race: ___White___

Driver's License # / State: _____31137672 / GA_____

I, _____William Lanier Ellis_____, hereby freely and voluntarily consent to provide a biological specimen for investigative purposes. I have been fully informed that the DNA profile developed from this specimen will be entered into and retained in a DNA database.

I hereby voluntarily authorize _____Inv. Dennis Greene_____ and other officers or authorities he/she may designate to assist him/her to collect such a DNA specimen.

I am giving this written permission to these officers freely and voluntarily, without any threats or promises having been made, and with full knowledge and understanding that I have the right to refuse the taking of this DNA specimen.

_____William Lanier Ellis_____
Printed Name of Consenting Individual and/or Legal Guardian

_[signature]_
Signature of Consenting Individual and/or Legal Guardian

Witness(es): _[signatures]_

Date: _____10-05-2006_____

Time: ___2043 hours.___

# COLUMBUS POLICE DEPARTMENT
### BUREAU OF INVESTIGATIVE SERVICES
### BURGLARY / THEFT DIVISION

### CONSENT TO SEARCH

I, __William Ellis__ have been informed by __Det. A. Farmer__ and __Cpl. Dennis Green__ who have made proper identification as (an) authorized Law Enforcement Officer (s) of the Columbus Police Department of my constitutional rights to have a search made of the below described property owned by me and / or under my care, custody and control, without a warrant.

Knowing of my lawful right to refuse to consent to such a search, I willingly give my permission to the above named Officer (s) to conduct a complete search of the below described property.

Describe property to be searched: __#25 243 Gaunt Road Phenix City, AL__

****NOTE****   If the property to be searched is a dwelling or business premises, my permission to search includes all buildings and vehicles, both inside and outside the property which are located on the above described premises.

The above officer (s) further have my permission to take from the above described property, any letters, papers, materials or any other property of things that they desire as evidence for criminal prosecution in the case or cases under investigation.

This written consent to search without a search warrant is given by me to the above Officer (s) voluntarily and without threats or promises having been made to me, nor any type of force being applied to me.

Signed and Witnessed at __5:09 P__ M. on this __5th__ day of __October__, at __#25 Gaunt Rd.__

Signed: __William Ellis__

Witnessed by: __Andy [signature]__

Members of the Search Team: _____