IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07-CV-1095-MEF |
| ) | |
| DENNIS GREENE, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before April 26, 2008 defendant Greene shall file a supplement to his special report which:

1. Contains an affidavit addressing the plaintiff's claim that he was incapable of providing knowing consents to search as he was under the influence of narcotics and/or alcohol at the time he signed the consent forms.

2. Advises whether (i) the plaintiff has challenged the searches/seizures of his home and person in the pending state court proceedings, and (ii) if he has made such challenges, the ruling(s) issued by the trial court.

Done this 10th day of April, 2008.

      /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE