IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., ) | |
| ) | Case Number: |
| Plaintiff ) | |
| ) | 3:07-CV-1095-MEF |
| v. ) | |
| ) | |
| DENNIS GREENE, et al, ) | |
| ) | |
| Defendants. ) | |

## SUPPLEMENTAL SPECIAL REPORT

COME NOW Defendant Dennis Greene and Responds to this Court's Order of April 10, 2008 (E.C.F. Document #33) and files this Supplemental Special Report as follows:

1.

Attached as Exhibit "A" is an affidavit from Defendant Greene addressing the Plaintiff's claim regarding his intoxicated status.

2.

There is currently a pending charge against the Plaintiff for Attempted Murder.

3.

The Plaintiff has interposed a challenge to certain evidence retrieved by authorities after a search of his home and the Court has yet to rule on that challenge.

4.

The authorities traveled to the Plaintiff's home in response to a call that a crime had been or was being committed on the premises and would therefore argue on that basis that probable cause existed for a search even without the express consent of the

Plaintiff as shown by the previously submitted consent to search forms signed by the Plaintiff.

                                        Respectfully Submitted,

This 25th day of April, 2008.

                                        MCKOON & ASSOCIATES

                                                  */s/Joshua R. McKoon*
                                      By:_____
                                              Joshua R. McKoon
                                              State Bar No. MCK057

925 Broad Street
Post Office Box 3220
Phenix City, Alabama 36868-3220
334.297.2300
facsimile 334.297.2777

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day served the foregoing Defendants' Response to Court's Order to Show Cause upon the Plaintiff by placing a copy of same in First Class Mail addressed as follows:

**Mr. William Lanier Ellis**
**Russell County Jail**
**P.O. Box 640**
**Phenix City, Alabama 36868-0640**

/s/Joshua R. McKoon
_____
Counsel for Defendant Greene

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | |
| DENNIS GREENE, et al., ) | 3:07-cv-1095-MEF-SRW |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF DENNIS GREENE

**STATE OF ALABAMA**

**COUNTY OF RUSSELL**

    1.    My name is Dennis Greene. I am over the age of nineteen years and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

    2.    At the time of the incidents complained of, I was an officer with the Phenix City Police Department and am still employed in that capacity today.

    3.    I have reviewed the Plaintiff's Complaint and Amended Complaint filed in this matter.

    4.    I was involved in a criminal investigation of the Plaintiff in this case.

    5.    As part of that investigation I interviewed the Plaintiff on October 5, 2006 at his home.

    6.    After receiving the consent of the Plaintiff, I searched his home in conjunction with officers of the Columbus Police Department and obtained evidence relevant to the investigation of the Plaintiff.

    7.    Also after receiving specific consent of the Plaintiff, I obtained a biological specimen from the Plaintiff, specifically a saliva swab, for the purposes of comparing his DNA to other evidence obtained in the course of the investigation.

    8.    To my knowledge, this evidence is being used in the pending prosecution of the Plaintiff for attempted murder and pending analysis from the State Crime Lab may be used for additional as yet unfiled criminal charges against the Plaintiff.


DEFENDANT'S EXHIBIT A

9. At no time did I subject the Plaintiff to an unlawful search or seizure, either as to his residence or his person. All the searches I conducted on October 5, 2006 were performed after receiving consent from the Plaintiff.

10. At no time before, during or after the search did the Plaintiff appear to be intoxicated as I understand he is now claiming or otherwise unable to consent to the search on October 5, 2006.

11. I went to the Plaintiff's residence in response to a call that a crime had occurred or was in progress at his residence.

FURTHER AFFIANT SAITH NOT.

This 25th day of April, 2008.

_____
Dennis Greene

SWORN TO AND SUBSCRIBED before me this 25th day of April, 2008.

_____
NOTARY PUBLIC