IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., ) | |
| ) | Case Number: |
| Plaintiff ) | |
| ) | 3:07-CV-1095-MEF |
| v. ) | |
| ) | |
| DENNIS GREENE, et al, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT PERCY HILL RESPONSE TO ORDER TO SHOW CAUSE**

COMES NOW Defendant Percy Hill and Responds to this Court's Order to Show Cause as follows:

1.

Defendant Hill hereby adopts the Special Reports filed by Defendant King (E.C.F. Document #18) on March 18, 2008 and Defendant Greene (E.C.F. Document #32 and Document #35) on April 10, 2008 and April 25, 2008.

2.

Defendant Hill was at all pertinent times with Defendant Greene and has nothing further to add to the record beyond those facts and evidence submitted with the Special Reports already submitted to the Court.

3.

Defendant Hill did not file a Special Report due to the fact that the Special Reports previously filed by the other original named Defendants covered all pertinent aspects of the Plaintiff's claims against all named Defendants.

4.

Defendant Hill is ready, willing and able to answer any further issues to be addressed by the Court.

5.

Defendant Hill has refrained from filing a Special Report that would be duplicative and cumulative to the facts and evidence already before this Court, as Defendant Hill did not witness any event or fact not already included in the Special Reports already before the Court. Such a filing would also violate the principal of judicial economy as filing another Special Report that is simply a copy of Defendant Greene's Special Report and contains no new facts but would require a further reading by the Court would be a waste of the Court's time.

Respectfully Submitted,

This 24th day of June, 2008.

MCKOON & ASSOCIATES

By: /s/Joshua R. McKoon
Joshua R. McKoon
State Bar No. MCK057

925 Broad Street
Post Office Box 3220
Phenix City, Alabama 36868-3220
334.297.2300
facsimile 334.297.2777

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day served the foregoing Defendants' Response to Court's Order to Show Cause upon the Plaintiff by placing a copy of same in First Class Mail addressed as follows:

    **Mr. William Lanier Ellis**
    **Russell County Jail**
    **P.O. Box 640**
    **Phenix City, Alabama 36868-0640**

/s/Joshua R. McKoon
_____
Counsel for Defendant Greene