IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., ) | |
| ) | Case Number: |
| Plaintiff ) | |
| ) | 3:07-CV-1095-MEF |
| v. ) | |
| ) | |
| DENNIS GREENE, et al, ) | |
| ) | |
| Defendants. ) | |

## NOTICE

COMES NOW Counsel for Defendants Dennis Greene and Percy Hill and asks the Court take judicial notice of the following:

1.

The Plaintiff pled guilty in the criminal case that was pending against him at the time this action was filed, Case No. CC-2008-339.

2.

Plaintiff pled guilty to the lesser included offense of Assault in the First Degree.

3.

Plaintiff was advised of his rights to a trial by jury and to raise his defenses, including that evidence was obtained by illegal search and seizure.

4.

Plaintiff waived those rights and chose to plead guilty.

5.

Plaintiff was represented by an attorney when he pled guilty who was available to advise him of his right to a jury trial and a right to seek suppression of evidence that he believed to be illegally obtained.

6.

Copies of the documents associated with the guilty plea are attached as Exhibit "A" to this Notice.

Respectfully Submitted,

This 24th day of June, 2008.

MCKOON & ASSOCIATES

*/s/Joshua R. McKoon*
By:_____
Joshua R. McKoon
State Bar No. MCK057

925 Broad Street
Post Office Box 3220
Phenix City, Alabama 36868-3220
334.297.2300
facsimile 334.297.2777

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing Defendants' Response to Court's Order to Show Cause upon the Plaintiff by placing a copy of same in First Class Mail addressed as follows:

**Mr. William Lanier Ellis**
**Russell County Jail**
**P.O. Box 640**
**Phenix City, Alabama 36868-0640**

/s/Joshua R. McKoon
_____
Counsel for Defendant Greene

# PLEA AGREEMENT
## NON-GUIDELINE

| STATE OF ALABAMA<br>vs.<br>WILLIAM L. ELLIS | IN THE CIRCUIT COURT<br>OF RUSSELL COUNTY, ALABAMA<br>CASE NO. CC-08-339 |
|---|---|
| The Defendant has been indicted for the following offense(s): | CC-08-339 Attempted Murder |
| Upon the Defendant's plea of guilty to these charge(s), the District Attorney recommends the following: | CC-08-339 Assault 1st |

### RECOMMENDED SENTENCE

| CC-08-339 | 10 YEARS plus costs plus a fine of $20,000 plus $100.00 to the Victim's Compensation Fund plus restitution set out below. | | | |
|---|---|---|---|---|
| VOLUNTARY SENTENCING STANDARDS INFO. | Recommended Sentence Range (months) | (straight)<br>N/A to N/A | (split)<br>N/A to N/A | The Defendant stipulates that the sentence worksheet attached hereto is true and correct. |
| HABITUAL OFFENDER APPLICATION | It is further agreed by the State of Alabama and the Defendant that Defendant has no (0) prior felony convictions. | | | |
| APPEAL | By accepting the terms and conditions of this plea agreement, THE DEFENDANT HEREBY WAIVES ANY RIGHT TO APPEAL AND HEREBY WAIVES ANY RIGHT TO ANY POST-CONVICTION REMEDY. That is to say, if the Defendant files any appeal or requests any post-conviction remedy in the above-styled case(s), this plea agreement will be considered null and void, and the above-styled case(s) will be added to the next available trial docket. | | | |
| CO-DEFENDANTS | The Defendant further agrees to testify as a witness for the State of Alabama in its prosecution of co-defendant Mark Redwine, CC-08-361. The Defendant understands that the State of Alabama may require the submission of an affidavit which would detail the substance of the Defendant's testimony against any co-defendant(s). The Defendant agrees that if he/she should testify as a witness for the State of Alabama, that he/she will testify fully and truthfully. | | | |

### RESTITUTION

| Case Number | Amount | Victim & Address |
|---|---|---|
| CC-08-339 | To be determined | |

**\*\*DEFENDANT HEREBY WAIVES HIS/HER RIGHT TO A RESTITUTION HEARING\*\***

The Defendant is hereby ordered to pay restitution, fees, fines and court costs in the above-styled case(s). The Defendant agrees to make payments of $100.00 per month, or such amount as determined by the Probation Officer (whichever is greater) beginning 90 days subsequent to the date the Defendant was sentenced.

If the Defendant is incarcerated as a result of the sentence imposed in this case, the Defendant agrees to make payments within 90 days of release from confinement. If the Defendant receives probation as a result of the sentence imposed in this case, the Defendant agrees to make payments as delineated above and the Defendant agrees that a condition of his probation is to make regular payments.

The Defendant understands that failure to make regular monthly payments will result in an additional thirty per cent (30%) collection fee being added to the balance after 90 days. Failure of the Defendant to make regular payments may result in a wage withholding order being issued by this court without further notice to the Defendant. Defendant shall notify the Clerk's Office and the District Attorney of the name and address of his employer until all monies are paid in full.

### STATEMENT OF ATTORNEY'S REPRESENTATION


DEFENDANT'S EXHIBIT A

| Comes now the Defendant in the above-styled matter to honestly state under oath, as true and correct all of the following as to the representation of the Attorney(s) of Record herein. | | |
|---|---|---|
| Are you completely satisfied with the way your attorney has represented you in this case? | ☑ ☐ | YES NO |
| Given all the circumstances, are you completely satisfied with the settlement worked out by your attorney in this case? | ☑ ☐ | YES NO |
| Do you accept this settlement voluntarily and of your own free will? | ☑ ☐ | YES NO |
| Did anyone force, coerce, threaten, or promise you anything to get you to accept this settlement? | ☐ ☑ | YES NO |
| Do you have any complaints at all about your attorney or the legal representation you received in this matter? | ☐ ☑ | YES NO |

It is further agreed by the Defendant, counsel for the Defendant and the District attorney that upon approval of the above by the Court, the Defendant will enter a plea of guilty. The Defendant further certifies, upon his oath before this Court, that all of the above answers are absolutely true and correct.

Done this the _5th_ day of _June_, 2008.

| Defendant | [signature] | Defendant's Counsel of Record | [signature] |
|---|---|---|---|
| District Attorney KED/rem 6-3-08 | [signature] | Circuit Judge 6/5/08 | [signature] |

PLEA OF GUILTY

CC-08-339

**STATE OF ALABAMA VS. WILLIAM ELLIS**

    Defendant, together with his/her attorney, appeared in open court on this date at which time:

___   The defendant, having been advised by the Court of the charge(s) embraced in the indictment and the punishment therefore, and the Court being satisfied that the defendant has been advised of his/her rights under the Constitutions of this State and the United States, the said defendant, with the consent and advise of his/her attorney, withdraws his/her plea of not guilty and pleads guilty to the offense of ‘ as charged in the indictment.

_X_   The defendant having been advised by the Court of the charge(s) embraced in the indictment and the punishment therefore, and the Court being satisfied that the defendant has been advised of his/her rights under the Constitution of this State and the United States, by his/her attorney, withdraws his/her plea of not guilty and pleads guilty to the LESSER AND INCLUDED offense of <u>Assault 1st degree</u> as charged in the indictment.

_X_   Sentencing hearing is waived by both parties.

___   Restitution hearing is set for _____ at _____ __.M.

___   Sentencing on the plea of guilty is set for <u>July 29, 2008 at 10:00 A.M.</u>

___   Defendant makes application for probation. Ruling on said application for probation is set for <u>July 29, 2008 at 10:00 A.M.</u>

___   Defendant to file a continuance bond/ reaffirm bond _____.

DONE this the 5th day of June 2008.

_____<br>JUDGE, CIRCUIT COURT

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | IN THE CIRCUIT COURT OF |
| VS. | ) | RUSSELL COUNTY, AL |
| WILLIAM ELLIS | ) | CASE NO. CC 8-339 |
|     DEFENDANT | ) | |

### SENTENCING ORDER

The defendant and counsel, and counsel for the State of Alabama appeared in open court for the defendant to be sentenced on his/her conviction of Assault 1st degree.

The Court conducted a sentencing hearing.

Defendant waived a pre-sentence investigation and report.

Defendant is sentenced to the custody of the Commissioner of the Department of Corrections for a period of 10 years.

Defendant shall pay restitution in an amount to be determined by affidavit. The Clerk of the court is authorized to collect and disburse the restitution. Restitution is to be paid prior to other court costs.

Defendant shall be given credit for time served.

Defendant shall pay a fine in the amount of $20,000.00.

Defendant shall pay $10.00 per day incarceration fee.

Defendant shall pay the cost of this case.

Defendant shall pay the Alabama Crime Victims Compensation Commission $100.00.

Defendant shall reimburse the State of Alabama the costs of his/her appointed counsel.

Payment of court ordered monies shall be a condition of parole, early release, S.I.R., or work release.

Defendant waives any right to appeal and waives any right to any post conviction remedy.

DONE and ORDERED in open court this 5th day of June 2008.

                                                                                     JUDGE, CIRCUIT COURT