IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:07-CV-1095-MEF |
| DENNIS GREENE, et al., | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the response filed by defendant Hill on June 24, 2008 (Court Doc. No. 37), and for good cause, it is

ORDERED that on or before July 2, 2008 defendant Hill shall file an affidavit addressing the claims lodged against him in this cause of action.

Done this 24th day of June, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE