IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-CV-1095-MEF |
| | ) |
| DENNIS GREENE, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On June 19, 2008, this court entered an order (Court Doc. No. 36), a copy of which the Clerk mailed to the plaintiff. The postal service returned this order because the plaintiff no longer resided at the address he had provided for service. In the order of procedure entered in this case, the court instructed the plaintiff that he must immediately inform the court of any new address. *Order of January 8, 2008 - Court Document No. 7* at 4. It is clear from the foregoing that the plaintiff has failed to comply with this requirement. This case cannot properly proceed in this court if the whereabouts of the plaintiff remain unknown. Accordingly, it is

ORDERED that on or before July 7, 2008 the plaintiff shall show cause why this case should not be dismissed for his failure to comply with the orders of this court and his failure to adequately prosecute this action.

The plaintiff is specifically cautioned that if he fails to respond to this order the

Magistrate Judge will recommend that this case be dismissed.

    Done this 26th day of June, 2008.

                         /s/ Susan Russ Walker  
                         SUSAN RUSS WALKER  
                         CHIEF UNITED STATES MAGISTRATE JUDGE