IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | |
| ) | 3:07-CV-1095-MEF-SRW |
| PERCY HILL ) | |
| ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF PERCY HILL

STATE OF ALABAMA
COUNTY OF RUSSELL

1. My name is Percy Hill. I am over the age of nineteen years and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2. At the time of the incidents complained of, I was an officer with the Phenix City Police Department and am still employed in that capacity today.

3. I have reviewed the Plaintiff's Complaint and Amended Complaint filed in this matter.

4. I was involved in a criminal investigation of the Plaintiff in this case.

5. As part of that investigation I interviewed the Plaintiff on October 5, 2006 at his home.

6. After receiving the consent of the Plaintiff, I searched his home in conjunction with officers of the Columbus Police Department and obtained evidence relevant to the investigation of the Plaintiff.

7. At no time did I subject the Plaintiff to an unlawful search or seizure, either as to his residence or his person. All the searches I conducted on October 5, 2006 were performed after receiving consent from the Plaintiff.

8. At no time before, during or after the search did the Plaintiff appear to be intoxicated as I understand he is now claiming or otherwise unable to consent to the search on October 5, 2006.

9. I went to the Plaintiff's residence in response to a call that a crime had occurred or was in progress at his residence.

FURTHER AFFIANT SAITH NOT.

This 1st day of July, 2008

_____
Percy Hill

SWORN TO AND SUBSCRIBED before me this 1st day of July, 2008.

_____
NOTARY PUBLIC